# Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.

*Attorneys at Law*

218 COMMERCE STREET
POST OFFICE BOX 4160
MONTGOMERY, ALABAMA
36103-4160
(334) 269-2343

TOLL FREE
(800) 898-2034

TELECOPIER
(334) 954-7555

BEASLEYALLEN.COM

JERE LOCKE BEASLEY
J. GREG ALLEN
MICHAEL J. CROW
THOMAS J. METHVIN
J. COLE PORTIS
W. DANIEL MILES, III
STEPHEN W. DRINKARD
R. GRAHAM ESDALE, JR.
JULIA ANNE BEASLEY
RHON E. JONES
ROBERT L. PITTMAN
LABARRON N. BOONE
ANDY D. BIRCHFIELD, JR.
RICHARD D. MORRISON*
C. GIBSON VANCE

J. P. SAWYER*
C. LANCE GOULD
JOSEPH H. AUGHTMAN
DANA G. TAUNTON
J. MARK ENGLEHART*
CLINTON C. CARTER* *
BENJAMIN E. BAKER, JR. *
DAVID B. BYRNE, III
TED G. MEADOWS*
GERALD B. TAYLOR, JR. *
DAVID F. MICELI*
FRANK WOODSON
KENDALL C. DUNSON*
J. PAUL SIZEMORE*

SCARLETTE M. TULEY
CHRISTOPHER E. SANSPREE*
ROMAN ASHLEY SHAUL*
LARRY A. GOLSTON, JR. *
D. MICHAEL ANDREWS
RONALD AUSTIN CANTY
MELISSA A. PRICKETT
W. ROGER SMITH, III*
JOHN E. TOMLINSON
KIMBERLY R. WARD
NAVAN WARD, JR*

* ALSO ADMITTED IN ARIZONA
* ALSO ADMITTED IN ARKANSAS
* ALSO ADMITTED IN FLORIDA
* ALSO ADMITTED IN GEORGIA
* ALSO ADMITTED IN MINNESOTA
* ALSO ADMITTED IN MISSISSIPPI
* ALSO ADMITTED IN NEW YORK
* ALSO ADMITTED IN OHIO
* ALSO ADMITTED IN OKLAHOMA
* ALSO ADMITTED IN SOUTH CAROLINA
* ALSO ADMITTED IN TENNESSEE
* ALSO ADMITTED IN TEXAS
* ALSO ADMITTED IN WASHINGTON, D.C.

July 16, 2003

Ms. Sharon Rainey
Mason County Clerk's Office
200 6th Street
Point Pleasant, West Virginia 25550

**Re:** **Western Southern Litigation**

Dear Sharon:

Enclosed please find another group of Affidavits I recently received from our clients. These are in reference to our clients who live at the same address.

Thank you for your attention to this matter. If you have any questions or comments, please do not hesitate to contact me at 1-800-898-2034, extension 552.

Very truly yours,

**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**

Lisa Smith
Legal Assistant to Jay Aughtman

/ls

Enclosures

A TRUE COPY TESTE *Bill Withers/dn*
MASON COUNTY CIRCUIT CLERK

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,                    )
GARY L. COTTON, CHARLES M. HEIB, JR.,                )
MARY PAMELA HEIB, JAMES P. YOUNG,                    )
RITA PULLEN, EXECUTRIX OF THE ESTATE                 )
OF STEPHEN R. PULLEN, DECEASED, and                  )
TORRES W. WILLIAMSON, AND OTHER                      )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"                 )
ATTACHED HERETO AND INCORPORATED                    )
FULLY HEREIN,                                        )
                                                     )
     PLAINTIFFS,                                  )
                                                     )
v.                                                   )    Civil Action No. 03-C- 1138
                                                     )
WESTERN SOUTHERN LIFE INSURANCE                      )
COMPANY, JOHN THABET,                                )
GEORGE CRUMP, ROGER  SHINN,                          )
TERRY SHIRLEY, HOWARD PARKER,                        )
JAMES ELIAS AND THOMAS S. RUSSELL,                   )
OTHER DEFENDANT AGENTS A-Z;  and                     )
FICTITIOUS DEFENDANTS AA-ZZ,                         )
                                                     )
     DEFENDANTS.                                  )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared *Lori A. Beauchamp* ,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is *Lori A. Beauchamp* and I am over the age of 19 and reside at

*11744 Zell Rd. St. Genevieve, MO 63670* .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

*Dennis Beauchamp*        _____

_____        _____

A TRUE COPY TESTE *Bill Watkins/bm*          *Lori A. Beauchamp*
MASON COUNTY CIRCUIT CLERK                    *Lori A. Beauchamp*
                                              HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 23 day of June, 2003.

                                              *Kathleen M. Waltz*
                                              NOTARY PUBLIC
                                              My Commission Expires: 4-13-05

[SEAL]
                                              *Ste Genevieve*
                                              *4-13-05*

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,　　）
GARY L. COTTON, CHARLES M. HEIB, JR.,　）
MARY PAMELA HEIB, JAMES P. YOUNG,　）
RITA PULLEN, EXECUTRIX OF THE ESTATE ）
OF STEPHEN R. PULLEN, DECEASED, and ）
TORRES W. WILLIAMSON, AND OTHER　　）
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"　）
ATTACHED HERETO AND INCORPORATED　）
FULLY HEREIN,　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　）
　　　　PLAINTIFFS,　　　　　　　　　）
　　　　　　　　　　　　　　　　　　）
v.　　　　　　　　　　　　　　　　　）　　Civil Action No. 03-C-512
　　　　　　　　　　　　　　　　　　）
WESTERN SOUTHERN LIFE INSURANCE　）
COMPANY, JOHN THABET,　　　　　　　）
GEORGE CRUMP, ROGER SHINN,　　　　）
TERRY SHIRLEY, HOWARD PARKER,　　　）
JAMES ELIAS AND THOMAS S. RUSSELL, ）
OTHER DEFENDANT AGENTS A-Z; and　）
FICTITIOUS DEFENDANTS AA-ZZ,　　　）
　　　　　　　　　　　　　　　　　　）
　　　　DEFENDANTS.　　　　　　　　）

**AFFIDAVIT**

Before me, the undersigned, a Notary Public, personally appeared Bernard Borowski

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is Bernard Borowski and I am over the age of 19 and reside at

7431 Lanier Drive, Middleburg Heights, OH 44130 .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

Marcia Borowski　　　　　　　　　_____

_____　　　　　　_____

　　　　　　　　　　　　　　Bernard Borowski
　　　　　　　　　　　　　　Bernard Borowski
　　　　　　　　　　　　　　HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 28th day of June, 2003.

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　NOTARY PUBLIC
　　　　　　　　　　　　　　My Commission Expires: April 21 2007

[SEAL]

EILEEN KRAKOWIAK, Notary Public
STATE OF OHIO
My Commission Expires APRIL 21, 2007

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )    Civil Action No. 03-C- 1147
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
     DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Walker Boyd, Jr_____,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Walter Boyd Jr_____ and I am over the age of 19 and reside at

_2939 Converse St, East Saint Louis, Mo 62207_____.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Louise Boyd - 03-C-1754_____    _____

_____    _____

                               _Walter Boyd, Jr_____
                               _Walter Boyd Jr_____
                               HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _26_ day of June, 2003.

                               _Chst D. F.L_____
                               NOTARY PUBLIC
                               My Commission Expires: _12/12/05_

                "OFFICIAL SEAL"
              CHRISTOPHER D. FISHER
           NOTARY PUBLIC - STATE OF ILLINOIS
               MADISON COUNTY, IL
           My Commission Expires 12/12/05

[SEAL]

### IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,           )
GARY L. COTTON, CHARLES M. HEIB, JR.,       )
MARY PAMELA HEIB, JAMES P. YOUNG,           )
RITA PULLEN, EXECUTRIX OF THE ESTATE        )
OF STEPHEN R. PULLEN, DECEASED, and         )
TORRES W. WILLIAMSON, AND OTHER             )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"        )
ATTACHED HERETO AND INCORPORATED            )
FULLY HEREIN,                               )
                                            )
          PLAINTIFFS,                       )
                                            )
v.                                          )    Civil Action No. 03-C- 245
                                            )
WESTERN SOUTHERN LIFE INSURANCE             )
COMPANY, JOHN THABET,                       )
GEORGE CRUMP, ROGER SHINN,                  )
TERRY SHIRLEY, HOWARD PARKER,               )
JAMES ELIAS AND THOMAS S. RUSSELL,          )
OTHER DEFENDANT AGENTS A-Z;  and            )
FICTITIOUS DEFENDANTS AA-ZZ,                )
                                            )
          DEFENDANTS.                       )

**RECEIVED**

JUN 3 0 2003

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Edward Brown_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Edward Brown_ and I am over the age of 19 and reside at

_33 Davis Street, Ashley, Pennsylvania 18706_ .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Joanne Brown_                          _n/a_

_John Brown_                            _n/a_

                                        _Edward Brown_
                                        _Edward Brown_
                                        HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _30_ day of June, 2003.

_____
NOTARY PUBLIC
My Commission Expires:

NOTARIAL SEAL
LORI L. FAUST, Notary Public
Hazleton, Luzerne County
My Commission Expires Jan. 17, 2005

[SEAL]

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,    )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,   )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER     )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"   )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN,                              )
                                       )
      PLAINTIFFS,                     )
                                       )
v.                                    )   Civil Action No. 03-C- 1061
                                     )
WESTERN SOUTHERN LIFE INSURANCE    )
COMPANY, JOHN THABET,             )
GEORGE CRUMP, ROGER SHINN,       )
TERRY SHIRLEY, HOWARD PARKER,    )
JAMES ELIAS AND THOMAS S. RUSSELL,  )
OTHER DEFENDANT AGENTS A-Z;  and    )
FICTITIOUS DEFENDANTS AA-ZZ,      )
                                       )
      DEFENDANTS.                 )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Kevin L. Bruno_ ,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Kevin L. Bruno_ and I am over the age of 19 and reside at

_1151 Farm Creek Dr ~~Franklin~~ NC 27248_

_Franklinville_ (RD)

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Teresa D. Bruno_                 _____

_____         _____

                                     _Kevin L. Bruno_
                                     _Kevin L Bruno_
                                     HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 24th day of June, 2003.



                                   _Kimberly S. Church_
[SEAL]                        NOTARY PUBLIC
                        My Commission Expires: _Aug 13th 2007_

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,  )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE  )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER  )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED  )
FULLY HEREIN,  )
    )
     PLAINTIFFS,  )
    )
v.  )     Civil Action No. 03-C-_14|3_
    )
WESTERN SOUTHERN LIFE INSURANCE  )
COMPANY, JOHN THABET,  )
GEORGE CRUMP, ROGER SHINN,  )
TERRY SHIRLEY, HOWARD PARKER,  )
JAMES ELIAS AND THOMAS S. RUSSELL,  )
OTHER DEFENDANT AGENTS A-Z;  and  )
FICTITIOUS DEFENDANTS AA-ZZ,  )
    )
     DEFENDANTS.  )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Arnold Campbell_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Arnold Campbell_ and I am over the age of 19 and reside at

_608 Addison Ave., Lexington, KY 40504_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Phyllis Campbell_ _____

_____ _____

                                 _Arnold Campbell_
                                 _Arnold Campbell_
                                 HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _3rd_ day of ~~June~~ July, 2003.

                              _Marie Cathe Watts_
                      NOTARY PUBLIC
                      My Commission Expires:_9-31-05_

[SEAL]

### IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,  )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE  )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER  )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED  )
FULLY HEREIN,  )
                                                     )
       PLAINTIFFS,  )
                                                     )
v.  )    Civil Action No. 03-C- **549**
                                                     )
WESTERN SOUTHERN LIFE INSURANCE  )
COMPANY, JOHN THABET,  )
GEORGE CRUMP, ROGER SHINN,  )
TERRY SHIRLEY, HOWARD PARKER,  )
JAMES ELIAS AND THOMAS S. RUSSELL,  )
OTHER DEFENDANT AGENTS A-Z;  and  )
FICTITIOUS DEFENDANTS AA-ZZ,  )
                                                     )
       DEFENDANTS.  )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Billy Ciminillo_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Billy Ciminillo_ and I am over the age of 19 and reside at

~~1499 Trail Road, Lima OH 45806~~ 2516 Elmview Dr. Lima, OH. 45806

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Claynita Ciminillo_           _____

_____           _____

                                     _Billy Ciminillo_

            _Bill Ciminillo_
                                  HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 23rd day of June, 2003.

                               _Terri G. Stonehill_
                               NOTARY PUBLIC
                               My Commission Expires: _10-12-2005_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,    )
GARY L. COTTON, CHARLES M. HEIB, JR.,    )
MARY PAMELA HEIB, JAMES P. YOUNG,    )
RITA PULLEN, EXECUTRIX OF THE ESTATE    )
OF STEPHEN R. PULLEN, DECEASED, and    )
TORRES W. WILLIAMSON, AND OTHER    )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"    )
ATTACHED HERETO AND INCORPORATED    )
FULLY HEREIN,    )
　　　　　　　　　　　　　　　　　　　)
　　　　　PLAINTIFFS,    )
　　　　　　　　　　　　　　　　　　　)
v.    )　　　Civil Action No. 03-C- 267
　　　　　　　　　　　　　　　　　　　)
WESTERN SOUTHERN LIFE INSURANCE    )
COMPANY, JOHN THABET,    )
GEORGE CRUMP, ROGER SHINN,    )
TERRY SHIRLEY, HOWARD PARKER,    )
JAMES ELIAS AND THOMAS S. RUSSELL,    )
OTHER DEFENDANT AGENTS A-Z;  and    )
FICTITIOUS DEFENDANTS AA-ZZ,    )
　　　　　　　　　　　　　　　　　　　)
　　　　　DEFENDANTS.    )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared ___David Dayen___,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is ___David Dayen___ and I am over the age of 19 and reside at

___1016  Lilac  Street , Natrona Heights, PA  15065___.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

___Toni Dayen___

　　　　　　　　　　　_____

_____　　　　_____

　　　　　　　　　　　___David Dayen___
　　　　　　　　　　　___David Dayen___
　　　　　　　　　　　HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 25 day of June, 2003.

　　　　　　　　　　　___Marilyn Zembrzuski___
　　　　　　　　　　　NOTARY PUBLIC
　　　　　　　　　　　My Commission Expires: FEB 23 2005

[SEAL]

Notarial Seal
Marilyn Zembrzuski, Notary Public
Harrison Twp., Allegheny County
My Commission Expires Feb. 23, 2005
Member, Pennsylvania Association of Notaries

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,    )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER   )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"   )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN,                         )
                                  )
     PLAINTIFFS,             )
                                    )
v.                                 )   Civil Action No. 03-C- 269
                                    )
WESTERN SOUTHERN LIFE INSURANCE  )
COMPANY, JOHN THABET,          )
GEORGE CRUMP, ROGER SHINN,     )
TERRY SHIRLEY, HOWARD PARKER,    )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and   )
FICTITIOUS DEFENDANTS AA-ZZ,     )
                                    )
     DEFENDANTS.           )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Charles Denham_.

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Charles Denham_ and I am over the age of 19 and reside at

_346 Fingal Street, Pittsburgh, PA  15211_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Jacqueline Denham_

 

                                             _Charles Denham_
                                             _Charles Denham_
                                           HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _27_ day of June, 2003.

                                             NOTARY PUBLIC
                                             My Commission Expires:_____

[SEAL]

Notarial Seal
L. Scott Waldo, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires July 18, 2006
Member, Pennsylvania Association Of Notaries

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )     Civil Action No. 03-C-_1602_
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
     DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Helen Dudley_.

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Helen Dudley_ and I am over the age of 19 and reside at

_7066 Clovernook Ave., Cincinnati, OH 45231_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Kim Dudley_       _____

_____       _____

                         _Helen Dudley_
                         HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _3_ day of ~~June~~ July, 2003.

                         NOTARY PUBLIC
                         My Commission Expires: _7/3/03_

TAMARA S. STURGILL
Notary Public, State of Ohio
My Commission Expires
January 7, 2007

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,　　　)
GARY L. COTTON, CHARLES M. HEIB, JR.,　)
MARY PAMELA HEIB, JAMES P. YOUNG,　　)
RITA PULLEN, EXECURTIX OF THE ESTATE　)
OF STEPHEN R. PULLEN, DECEASED, and　 )
TORRES W. WILLIAMSON, AND OTHER　　　)
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"　　)
ATTACHED HERETO AND INCORPORATED　)
FULLY HEREIN,　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　PLAINTIFFS,　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　　　　)　　Civil Action No. 03-C-1888
　　　　　　　　　　　　　　　　　　　　　　　)
WESTERN SOUTHERN LIFE INSURANCE　　)
COMPANY, JOHN THABET,　　　　　　　　　　)
GEORGE CRUMP, ROGER SHINN,　　　　　　)
TERRY SHIRLEY, HOWARD PARKER,　　　　　)
JAMES ELIAS AND THOMAS S. RUSSELL,　 )
OTHER DEFENDANT AGENTS A-Z;  and　　　)
FICTITIOUS DEFENDANTS AA-ZZ,　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　DEFENDANTS.　　　　　　　　　　　　)

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared Edward Durbak,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is Edward Durbak and I am over the age of 19 and reside at

3937 Lake Joyce Drive, Land O'Lakes, FL 34639 .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

Dorothy Durbak　　　　　　　　　　_____

_____　　　　　_____

　　　　　　　　　　　　　　　　　　Edward Durbak
　　　　　　　　　　　　　　　　　　*Edward Durbak* (signature)
　　　　　　　　　　　　　　　　　　HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 17 day of June, 2003.

[SEAL]

KIMBERLY S. KING
Notary Public, State of Florida
My comm. expires Mar. 15, 2004
No. DD 159406

NOTARY PUBLIC
My Commission Expires: March 15, 2004

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,          )
GARY L. COTTON, CHARLES M. HEIB, JR.,      )
MARY PAMELA HEIB, JAMES P. YOUNG,          )
RITA PULLEN, EXECUTRIX OF THE ESTATE       )
OF STEPHEN R. PULLEN, DECEASED, and        )
TORRES W. WILLIAMSON, AND OTHER            )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"       )
ATTACHED HERETO AND INCORPORATED           )
FULLY HEREIN,                              )
                                           )
        PLAINTIFFS,                        )
                                           )
v.                                         )     Civil Action No. 03-C-6l4
                                           )
WESTERN SOUTHERN LIFE INSURANCE            )
COMPANY, JOHN THABET,                      )
GEORGE CRUMP, ROGER SHINN,                 )
TERRY SHIRLEY, HOWARD PARKER,              )
JAMES ELIAS AND THOMAS S. RUSSELL,         )
OTHER DEFENDANT AGENTS A-Z;  and           )
FICTITIOUS DEFENDANTS AA-ZZ,               )
                                           )
        DEFENDANTS.                        )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Robert Eubanks_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Robert Eubanks_ and I am over the age of 19 and reside at

_322 N High St, Urbana OH 43078_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Kana Eubanks_ _____     _____

_____     _____

                                       _Robert Eubanks_
                                       _Robert R. Eubanks_
                                       HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _22_ day of June, 2003.

                                       _Denny F Casto_
                                       NOTARY PUBLIC
                                       My Commission Expires:

                                       DENNY F. CASTO, NOTARY PUBLIC
                                       State of Ohio
                                       My Commission Expires April 11, 2006

[SEAL]

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
                                   )
       PLAINTIFFS, )
                                     )
v.                                   )       Civil Action No. 03-C-_647_
                                     )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
                                     )
       DEFENDANTS. )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Emma George_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Emma George_ and I am over the age of 19 and reside at

_2000 Elm Ave # 8_ , _Norwood OH 45212_ .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Bessie George_                _Bessie George_
_Sandra F. Jones_            _Sandra F Jones_
    03-C-740                       _Emma George_

                                      _Emma George_
                                      HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _3_ day of June, 2003.

                               _Kristy (Mays)_
                        NOTARY PUBLIC        Kristy Mays
                        My Commission Expires:    Notary Public, State of Ohio
                                           My Commission Expires
                                               07-10-03

[SEAL]

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,  )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE  )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER  )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED  )
FULLY HEREIN,  )
          )
     PLAINTIFFS,  )
          )
v.  )     Civil Action No. 03-C- 1898
          )
WESTERN SOUTHERN LIFE INSURANCE  )
COMPANY, JOHN THABET,  )
GEORGE CRUMP, ROGER SHINN,  )
TERRY SHIRLEY, HOWARD PARKER,  )
JAMES ELIAS AND THOMAS S. RUSSELL,  )
OTHER DEFENDANT AGENTS A-Z;  and  )
FICTITIOUS DEFENDANTS AA-ZZ,  )
          )
     DEFENDANTS.  )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Robert G. Gorman,_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Robert G. Gorman_ and I am over the age of 19 and reside at

_1030 Talbot Ave Jacksonville FL 32205_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Rebecca Gorman_

 

_Robert G. Gorman_
_Robert G. Gorman_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _20th_ day of June, 2003.

_____
NOTARY PUBLIC
My Commission Expires: _1 9 0 6_

[SEAL]

Lisa A. Lasch
MY COMMISSION # DD083048  EXPIRES
January 9, 2006
BONDED THRU TROY FAIN INSURANCE, INC.

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,  )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE  )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER  )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED  )
FULLY HEREIN,  )
                        )

      PLAINTIFFS,  )

v.  )      Civil Action No. 03-C-**1175**

WESTERN SOUTHERN LIFE INSURANCE  )
COMPANY, JOHN THABET,  )
GEORGE CRUMP, ROGER SHINN,  )
TERRY SHIRLEY, HOWARD PARKER,  )
JAMES ELIAS AND THOMAS S. RUSSELL,  )
OTHER DEFENDANT AGENTS A-Z;  and  )
FICTITIOUS DEFENDANTS AA-ZZ,  )
                        )

      DEFENDANTS.  )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared *Arnold Guzman*,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is *Arnold Guzman* and I am over the age of 19 and reside at

*P.O. Box 385, Oran MO 63771*

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

*Emma Guzman*

*Arnulfo A. Guzman*

 

                       *Arnold Guzman*

                       *Arnold Guzman*
                       HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 20th day of June, 2003.

                       *Linda Patterson*

LINDA PATTERSON
Notary Public – Notary Seal
STATE OF MISSOURI
Scott County
My Commission Expires: July 23, 2003
[SEAL]

                       NOTARY PUBLIC
                       My Commission Expires: 7-23-03

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,   )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,   )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER    )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"   )
ATTACHED HERETO AND INCORPORATED  )
FULLY HEREIN,                             )
                                  )
     PLAINTIFFS,               )
                                  )     Civil Action No. 03-C- 1788
v.                            )
                                  )
WESTERN SOUTHERN LIFE INSURANCE  )
COMPANY, JOHN THABET,          )
GEORGE CRUMP, ROGER SHINN,     )
TERRY SHIRLEY, HOWARD PARKER,    )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and  )
FICTITIOUS DEFENDANTS AA-ZZ,     )
                                  )
     DEFENDANTS.            )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared *Robert L. Haltiwanger*

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is *Robert L. Haltiwanger* and I am over the age of 19 and reside at

*1915 W Roscoe, Chicago IL 60657*

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

*Elizabeth L. Haltiwanger*

_____

                                    *Robert L. Haltiwanger*
                                    HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _____ day of June, 2003.

                                 _____
                                   NOTARY PUBLIC
                                   My Commission Expires:_____

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,　　　)
GARY L. COTTON, CHARLES M. HEIB, JR.,　)
MARY PAMELA HEIB, JAMES P. YOUNG,　　)
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and　)
TORRES W. WILLIAMSON, AND OTHER　　　)
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"　　)
ATTACHED HERETO AND INCORPORATED　)
FULLY HEREIN,　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　PLAINTIFFS,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)　Civil Action No. 03-C- 1498
v.　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
WESTERN SOUTHERN LIFE INSURANCE　　)
COMPANY, JOHN THABET,　　　　　　　　　)
GEORGE CRUMP, ROGER SHINN,　　　　　　)
TERRY SHIRLEY, HOWARD PARKER,　　　　)
JAMES ELIAS AND THOMAS S. RUSSELL,　)
OTHER DEFENDANT AGENTS A-Z; and　　　)
FICTITIOUS DEFENDANTS AA-ZZ,　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　DEFENDANTS.　　　　　　　　　　　)

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Ronald Hardy_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Ronald Hardy_ and I am over the age of 19 and reside at

_110 Willow Pointe Dr, Glencoe, KY 41046_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Deborah Hardy_

_____　　　　　_____

_____　　　　　_Ronald Hardy_

　　　　　　　　　　　　　　　　　_V Ronald Hardy  6-30-03_
　　　　　　　　　　　　　　　　　HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _30_ day of June, 2003.

　　　　　　　　　　　　　　　　　_Raymond Phommy_
　　　　　　　　　　　　　　　　　NOTARY PUBLIC
　　　　　　　　　　　　　　　　　My Commission Expires: _2-18-04_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,          )
GARY L. COTTON, CHARLES M. HEIB, JR.,      )
MARY PAMELA HEIB, JAMES P. YOUNG,          )
RITA PULLEN, EXECUTRIX OF THE ESTATE       )
OF STEPHEN R. PULLEN, DECEASED, and        )
TORRES W. WILLIAMSON, AND OTHER            )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"       )
ATTACHED HERETO AND INCORPORATED           )
FULLY HEREIN,                              )
                                           )
          PLAINTIFFS,                      )
                                           )
v.                                         )    Civil Action No. 03-C- 1092
                                           )
WESTERN SOUTHERN LIFE INSURANCE            )
COMPANY, JOHN THABET,                      )
GEORGE CRUMP, ROGER SHINN,                 )
TERRY SHIRLEY, HOWARD PARKER,              )
JAMES ELIAS AND THOMAS S. RUSSELL,         )
OTHER DEFENDANT AGENTS A-Z;  and           )
FICTITIOUS DEFENDANTS AA-ZZ,               )
                                           )
          DEFENDANTS.                      )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Z Mark Lewis_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Z. Mark Lewis_ and I am over the age of 19 and reside at

_174 Motsinger Road, Winston Salem NC 27107_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Andrea Lewis_

_____          _____

_____          _Z Mark Lewis_
                                   _____
                                   HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _26_ day of June, 2003.

_Bonnie N. Ingram_
NOTARY PUBLIC
My Commission Expires: _3/7/04_

OFFICIAL SEAL
BONNISE H. INGRAM
NOTARY PUBLIC-NORTH CAROLINA
COUNTY OF DAVIDSON
My Commission Expires March 7, 2004

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,      )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,      )
RITA PULLEN, EXECUTRIX OF THE ESTATE   )
OF STEPHEN R. PULLEN, DECEASED, and    )
TORRES W. WILLIAMSON, AND OTHER        )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"   )
ATTACHED HERETO AND INCORPORATED       )
FULLY HEREIN,                          )
                                       )
     PLAINTIFFS,                       )
                                       )
v.                                     )      Civil Action No. 03-C- 1201
                                       )
WESTERN SOUTHERN LIFE INSURANCE        )
COMPANY, JOHN THABET,                  )
GEORGE CRUMP, ROGER  SHINN,            )
TERRY SHIRLEY, HOWARD PARKER,          )
JAMES ELIAS AND THOMAS S. RUSSELL,     )
OTHER DEFENDANT AGENTS A-Z;  and       )
FICTITIOUS DEFENDANTS AA-ZZ,           )
                                       )
     DEFENDANTS.                       )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Kelly Louderback_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Kelly Louderback_ and I am over the age of 19 and reside at

_106 North Summer, El Dorado Springs Mo 64744_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Cynthia Louderback_

_Kelly Louderback_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 23rd day of June, 2003.

_Janet L. Bley_
NOTARY PUBLIC
My Commission Expires June 29, 2004

[SEAL]

" NOTARY SEAL "
Janet L. Bley, Notary Public
Vernon County, State of Missouri
My Commission Expires 6/29/2004

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
    PLAINTIFFS, )
)
v. )    Civil Action No. 03-C-1560
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
    DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared Joseph McGaughey, Jr.,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is Joseph McGaughey Jr and I am over the age of 19 and reside at

5506 Brinson Ave., Louisville, KY 40216

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

Pamela McGaughey

    Joseph McGaughey, Jr.

HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 3 day of June, 2003.

Susan Cook
NOTARY PUBLIC
My Commission Expires: Oct 22, 2003

[SEAL]

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
                              )
        PLAINTIFFS, )
                              )
v.                               )    Civil Action No. 03-C- 1936
                              )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
                              )
        DEFENDANTS. )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared *Christopher A. Murray*

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is *Christopher A. Murray* and I am over the age of 19 and reside at

*15604 Thoroughbred Lane, Montverde FL 34756*

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

*Ann T. Murray*

_____     _____

                                        *Christopher A. Murray*

                                        *Christopher A. Murray*
                                        HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 24th day of June, 2003.

                                      NOTARY PUBLIC
                                      My Commission Expires: JAN 10, 2006

[SEAL]



Tobias Daniel
My Commission DD083552
Expires January 10, 2006

### IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
 )
  PLAINTIFFS, )
 )
v. ) Civil Action No. 03-C-1594
 )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
 )
  DEFENDANTS. )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared ___Mike Rhodus___,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is ___Mike Rhodus___ and I am over the age of 19 and reside at

___104 Westower Ave Richmond KY 40475___

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

___Kim Rhodus___  _____

_____  _____

     ___Mike Rhodus___
     HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the ___30th___ day of June, 2003.

     ___Megan E. Rhodus___
     NOTARY PUBLIC
     My Commission Expires: ___5·20·07___

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
 )
     PLAINTIFFS, )
 )
v. )    Civil Action No. 03-C- 1837
 )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
 )
     DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared Donald Slack, Sr.

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is Donald Slack, Sr. and I am over the age of 19 and reside at

408 Jefferson Avenue, Alton, IL 62002 .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

Cecelia Slack

Donald Slack, Sr.
Donald Slack
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 24th day of June, 2003.

Sandra N Goeken
NOTARY PUBLIC
My Commission Expires: May 5, 2007

[SEAL]  "OFFICIAL SEAL"
SANDRA N. GOEKEN
NOTARY PUBLIC—STATE OF ILLINOIS
MADISON COUNTY, IL
MY COMMISSION EXPIRES MAY 5, 2007

### IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
　 )
  　　PLAINTIFFS, )
 )
v. )   Civil Action No. 03-C-427
 )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
 )
  　　DEFENDANTS. )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Richard E Smallis_.

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Richard E. Smallis_ and I am over the age of 19 and reside at

_300 Stocker Ave., Coraopolis PA 15108_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household: _Pamela M. Smallis_

_____

_Richard E. Smallis_
_Richard E. Smallis_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 15th day of June, 2003.

_Debra Tallon_
NOTARY PUBLIC
My Commission Expires: _June 27, 2005_

NOTARIAL SEAL
DEBRA TALLON, Notary Public
Ambridge, Beaver County
My Commission Expires June 27, 2005

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )    Civil Action No. 03-C-1649
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
     DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Clifton W. Wardle_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Clifton W. Wardle_ and I am over the age of 19 and reside at

_155 Lois Lane, Nicholasville, KY 40356_ _C.W. 6-21-03_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Francis M. Wardle_

_Clifton W Wardle_

_New Address:_
_232 Lakeview Drive_
_Nicholasville, KY. 40356_

_Clifton W. Wardle_

_Clifton W Wardle_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _21_ day of June, 2003.

_Anna F. Wolter_
NOTARY PUBLIC
My Commission Expires: _3/24/04_

[SEAL]

# Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.

JERE LOCKE BEASLEY
J. GREG ALLEN
MICHAEL J. CROW
THOMAS J. METHVIN
J. COLE PORTIS
W. DANIEL MILES, III
STEPHEN W. DRINKARD
R. GRAHAM ESDALE, JR.
JULIA ANNE BEASLEY
RHON E. JONES
ROBERT L. PITTMAN
LABARRON N. BOONE
ANDY D. BIRCHFIELD, JR.
RICHARD D. MORRISON*
C. GIBSON VANCE

J. P. SAWYER*
C. LANCE GOULD
JOSEPH H. AUGHTMAN
DANA G. TAUNTON
J. MARK ENGLEHART*
CLINTON C. CARTER*††
BENJAMIN E. BAKER, JR.*†*
DAVID B. BYRNE, III
TED G. MEADOWS*
GERALD B. TAYLOR, JR.*†*
DAVID F. MICELI*†
FRANK WOODSON
KENDALL C. DUNSON*
J. PAUL SIZEMORE*†

SCARLETTE M. TULEY
CHRISTOPHER E. SANSPREE*
ROMAN ASHLEY SHAUL*·*
LARRY A. GOLSTON, JR.*†
D. MICHAEL ANDREWS
RONALD AUSTIN CANTY
MELISSA A. PRICKETT
W. ROGER SMITH, III*†·*
JOHN E. TOMLINSON
KIMBERLY R. WARD
NAVAN WARD, JR*

* ALSO ADMITTED IN ARIZONA
* ALSO ADMITTED IN ARKANSAS
* ALSO ADMITTED IN FLORIDA
* ALSO ADMITTED IN GEORGIA
* ALSO ADMITTED IN MINNESOTA
* ALSO ADMITTED IN MISSISSIPPI
* ALSO ADMITTED IN NEW YORK
* ALSO ADMITTED IN OHIO
* ALSO ADMITTED IN OKLAHOMA
* ALSO ADMITTED IN SOUTH CAROLINA
* ALSO ADMITTED IN TENNESSEE
* ALSO ADMITTED IN TEXAS
* ALSO ADMITTED IN WASHINGTON, D.C.

*Attorneys at Law*
218 COMMERCE STREET
POST OFFICE BOX 4160
MONTGOMERY, ALABAMA
36103-4160
(334) 269-2343

TOLL FREE
(800) 898-2034

TELECOPIER
(334) 954-7555

BEASLEYALLEN.COM

June 25, 2003

VIA FEDERAL EXPRESS

Sharon
Mason County Circuit Clerk's Office
200 6th Street
Point Pleasant, West Virginia 25550

      **Re:**    *Western Southern Litigation*

Dear Sharon:

    Enclosed please find Affidavits signed by the head of household for the clients we represent against Western Southern that have the same address. I understand this is necessary in order for us to be reimbursed for some of the filing fee.

    Thank you for your attention to this matter. If you have any questions or comments, please do not hesitate to contact me at 1-800-898-2034, extension 552.

        Very truly yours,

        **BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.**

        Lisa Smith
        Legal Assistant to Jay Aughtman

JHA/ls

Enclosures

A TRUE COPY TESTE Bill Withrow/dn
MASON COUNTY CIRCUIT CLERK

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
                     )
       PLAINTIFFS, )
                     )
v. )     Civil Action No. 03-C-_1380_
                     )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
                     )
       DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Charles P. Abbott, Jr._;

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Charles P. Abbott, Jr._ and I am over the age of 19 and reside at

_203 Auburn, Somerset KY 42501_ .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Ruby Abbott_           _____

_____           _____

                                _Charles P. Abbott, Jr._
                                _Charles P. Abbott, Jr._
                                HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17_ day of June, 2003.

                                _Beverly Jane Sower_
                                NOTARY PUBLIC
                                My Commission Expires: _1-28-2007_

[SEAL]          A TRUE COPY TESTE: _Bill Withers/dm_
               MASON COUNTY CIRCUIT CLERK

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )     Civil Action No. 03-C-_1384_
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
     DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Darrell Allen_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Darrell Allen_ and I am over the age of 19 and reside at

_770 Logan St, Louisville KY 40204_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Donna Allen_

_____

_Darrell Allen_
_Darrell Allen_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16th_ day of June, 2003.

_Sue Q Gardner_
NOTARY PUBLIC
My Commission Expires: _June 10, 2005_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,   )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,   )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER    )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"   )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN,                                  )
                                           )
      PLAINTIFFS,                 )
                                           )
v.                                     )     Civil Action No. 03-C-*1663*
                                         )
WESTERN SOUTHERN LIFE INSURANCE   )
COMPANY, JOHN THABET,              )
GEORGE CRUMP, ROGER SHINN,        )
TERRY SHIRLEY, HOWARD PARKER,     )
JAMES ELIAS AND THOMAS S. RUSSELL,  )
OTHER DEFENDANT AGENTS A-Z;  and   )
FICTITIOUS DEFENDANTS AA-ZZ,       )
                                           )
      DEFENDANTS.               )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Don C. Anderson_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Don C. Anderson_ and I am over the age of 19 and reside at

_1999 S State Rd 37, Paoli IN 47454_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Roberta A. Anderson_
_Roberta A. Anderson_

                                      _Don C. Anderson_
                                      _Don C. Anderson_
                                      HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17_ day of June, 2003.

                                    _Donald E Anderson_
                                    NOTARY PUBLIC
                                    My Commission Expires: _12-2-2010_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,              )
GARY L. COTTON, CHARLES M. HEIB, JR.,          )
MARY PAMELA HEIB, JAMES P. YOUNG,              )
RITA PULLEN, EXECUTRIX OF THE ESTATE           )
OF STEPHEN R. PULLEN, DECEASED, and            )
TORRES W. WILLIAMSON, AND OTHER                )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"           )
ATTACHED HERETO AND INCORPORATED               )
FULLY HEREIN,                                  )
                                               )
        PLAINTIFFS,                            )
                                               )
v.                                             )      Civil Action No. 03-C-_234_
                                               )
WESTERN SOUTHERN LIFE INSURANCE                )
COMPANY, JOHN THABET,                          )
GEORGE CRUMP, ROGER  SHINN,                    )
TERRY SHIRLEY, HOWARD PARKER,                  )
JAMES ELIAS AND THOMAS S. RUSSELL,             )
OTHER DEFENDANT AGENTS A-Z;  and               )
FICTITIOUS DEFENDANTS AA-ZZ,                   )
                                               )
        DEFENDANTS.                            )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Joseph Artmont_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Joseph Artmont_ and I am over the age of 19 and reside at

_176 South Wilkes Barre, Wilkes Barre PA 18702_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Donna Artmont_                         _____

_____                  _____

                                        _Joseph Artmont_
                                        _____
                                        HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17_ day of June, 2003.

_Wendy A Frantz_
NOTARY PUBLIC
My Commission Expires: _4/15/06_

[SEAL]

NOTARIAL SEAL
WENDY A. FRANTZ, Notary Public
City of Wilkes-Barre, Luzerne County
My Commission Expires April 15, 2006

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
 )
     PLAINTIFFS, )
 )
v. )     Civil Action No. 03-C- 484
 )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
 )
     DEFENDANTS. )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared Billy Baldwin,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is Billy Baldwin and I am over the age of 19 and reside at

7426 Edison St, Russels Point, OH 43348

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

Kathryn Baldwin

 

Billy Baldwin

Billy Baldwin
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 17 day of June, 2003.

Suzanne M. Walker
NOTARY PUBLIC
My Commission Expires

[SEAL]

SUZANNE M. WALKER, Notary Public
In and for the State of Ohio
My Commission Expires Nov. 2, 2005

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,  )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE  )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER  )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED  )
FULLY HEREIN,  )
          )
     PLAINTIFFS,  )
          )
v.  )    Civil Action No. 03-C- 1053
          )
WESTERN SOUTHERN LIFE INSURANCE  )
COMPANY, JOHN THABET,  )
GEORGE CRUMP, ROGER SHINN,  )
TERRY SHIRLEY, HOWARD PARKER,  )
JAMES ELIAS AND THOMAS S. RUSSELL,  )
OTHER DEFENDANT AGENTS A-Z;  and  )
FICTITIOUS DEFENDANTS AA-ZZ,  )
          )
     DEFENDANTS.  )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Brima Bangura_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Brima Bangura_ and I am over the age of 19 and reside at

_8 Bearr Dr, Lexington NC  27292_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Jameka N. Bangura_      _____

_____      _____

                  _Brima Bangura_
                  _Brima Bangura_
                  HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 17th day of June, 2003.

               _Patricia R. King_
               NOTARY PUBLIC
               My Commission Expires: 2-7-08

OFFICIAL SEAL
Notary Public - North Carolina
COUNTY OF DAVIDSON
PATRICIA R. KING
My Commission Expires 2-7-08

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,  )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE  )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER  )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED  )
FULLY HEREIN,  )
                            )
       PLAINTIFFS,  )
                            )   Civil Action No. 03-C-_____
v.                       )   *Gary and Christina Banks -*
                        )      *1391*
WESTERN SOUTHERN LIFE INSURANCE  )
COMPANY, JOHN THABET,  )   *G. Reffett - 1593*
GEORGE CRUMP, ROGER SHINN,  )
TERRY SHIRLEY, HOWARD PARKER,  )
JAMES ELIAS AND THOMAS S. RUSSELL,  )
OTHER DEFENDANT AGENTS A-Z; and  )
FICTITIOUS DEFENDANTS AA-ZZ,  )
                            )
       DEFENDANTS.  )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Gary Banks, Sr._

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Gary Banks, Sr._ and I am over the age of 19 and reside at

_P.O. Box 667, Clay City KY 40312_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Getta F. Reffett_ (Does not live in household)

_Christina Banks_

                                  _Gary Banks, Sr._

                                  _Gary Banks_
                                HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

                           _Sherry Anderson_
                           NOTARY PUBLIC
                           My Commission Expires 1/16/03

[SEAL]

**IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA**

NINA J. BOWLES, MICHAEL B. BROWN,　　　)
GARY L. COTTON, CHARLES M. HEIB, JR.,　)
MARY PAMELA HEIB, JAMES P. YOUNG,　　)
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and　)
TORRES W. WILLIAMSON, AND OTHER　　　)
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"　　)
ATTACHED HERETO AND INCORPORATED　)
FULLY HEREIN,　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　PLAINTIFFS,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　)　　Civil Action No. 03-C-1857
　　　　　　　　　　　　　　　　　　　　)
WESTERN SOUTHERN LIFE INSURANCE　　)
COMPANY, JOHN THABET,　　　　　　　　)
GEORGE CRUMP, ROGER SHINN,　　　　　)
TERRY SHIRLEY, HOWARD PARKER,　　　　)
JAMES ELIAS AND THOMAS S. RUSSELL,　)
OTHER DEFENDANT AGENTS A-Z;  and　　)
FICTITIOUS DEFENDANTS AA-ZZ,　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　DEFENDANTS.　　　　　　　　　　)

**AFFIDAVIT**

Before me, the undersigned, a Notary Public, personally appeared _Edward T. Barfield_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Edward T. Barfield_ and I am over the age of 19 and reside at

_2345 Quail Ave, Jacksonville, FL 32218_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Mary A. Barfield_　　　　　　　　　_____

_____　　　　　_____

　　　　　　　　　　　　　　　_Edward T. Barfield_
　　　　　　　　　　　　　　　_Edward T. Barfield_
　　　　　　　　　　　　　　　HEAD OF HOUSEHOLD / FL DL #
　　　　　　　　　　　　　　　B614-238-39-012-0

Sworn to and Subscribed before me on this the _16th_ day of June, 2003.

_Carol A. Watkins_
NOTARY PUBLIC
My Commission Expires:

Carol A. Watkins
Commission # CC 973249
Expires Oct. 5, 2004
Bonded Thru
Atlantic Bonding Co., Inc.

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,      )
GARY L. COTTON, CHARLES M. HEIB, JR.,   )
MARY PAMELA HEIB, JAMES P. YOUNG,      )
RITA PULLEN, EXECUTRIX OF THE ESTATE   )
OF STEPHEN R. PULLEN, DECEASED, and    )
TORRES W. WILLIAMSON, AND OTHER        )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"    )
ATTACHED HERETO AND INCORPORATED       )
FULLY HEREIN,                          )
                                       )
        PLAINTIFFS,                    )
                                       )
v.                                     )        Civil Action No. 03-C- 1859
                                       )
WESTERN SOUTHERN LIFE INSURANCE        )
COMPANY, JOHN THABET,                  )
GEORGE CRUMP, ROGER SHINN,             )
TERRY SHIRLEY, HOWARD PARKER,          )
JAMES ELIAS AND THOMAS S. RUSSELL,     )
OTHER DEFENDANT AGENTS A-Z;  and       )
FICTITIOUS DEFENDANTS AA-ZZ,           )
                                       )
        DEFENDANTS.                    )

**AFFIDAVIT**

Before me, the undersigned, a Notary Public, personally appeared _John M. Basara_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _John M. Basara_ and I am over the age of 19 and reside at

_2836 Forest Edge Dr, Deltona, FL 32725_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Patricia A. Basara_ _____

_____ _____

                          _John M. Basara_
                          _____
                          HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

                          _Mary B White_
                          _____
                          NOTARY PUBLIC          Mary B. White
                          My Commission Expires  MY COMMISSION # CC843034 EXPIRES
                                                 October 24, 2003
                                                 BONDED THRU TROY FAIN INSURANCE, INC.

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,           )
GARY L. COTTON, CHARLES M. HEIB, JR.,       )
MARY PAMELA HEIB, JAMES P. YOUNG,           )
RITA PULLEN, EXECUTRIX OF THE ESTATE        )
OF STEPHEN R. PULLEN, DECEASED, and         )
TORRES W. WILLIAMSON, AND OTHER             )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"        )
ATTACHED HERETO AND INCORPORATED            )
FULLY HEREIN,                               )
                                            )
        PLAINTIFFS,                         )
                                            )
v.                                          )       Civil Action No. 03-C-1394
                                            )
WESTERN SOUTHERN LIFE INSURANCE             )
COMPANY, JOHN THABET,                       )
GEORGE CRUMP, ROGER SHINN,                  )
TERRY SHIRLEY, HOWARD PARKER,               )
JAMES ELIAS AND THOMAS S. RUSSELL,          )
OTHER DEFENDANT AGENTS A-Z;  and            )
FICTITIOUS DEFENDANTS AA-ZZ,                )
                                            )
        DEFENDANTS.                         )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Mark J. Beldon_ ,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Mark J. Beldon_ and I am over the age of 19 and reside at

_9112 Farnham Dr, Louisville KY 40242_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Janice M. Beldon_

_Janice M. Beldon_

_Mark J. Beldon_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _19TH_ day of June, 2003.

NOTARY PUBLIC
My Commission Expires: _16 FEB 2005_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
    PLAINTIFFS, )
)
v. )    Civil Action No. 03-C-_____
)
)    H. Benjamin 1395
WESTERN SOUTHERN LIFE INSURANCE )    S. Clarkson 1424
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
    DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Henry A. Benjamin_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Henry A. Benjamin_ and I am over the age of 19 and reside at

_1000 South 16th Street, Louisville KY 40210_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Sareta Clarkson, Stepchild_    _____

_____    _____

            _Henry A. Benjamin_

            HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _13th_ day of June, 2003.

            _Katherine O'Neill_

NOTARY PUBLIC

My Commission Expires: _KATHERINE O'NEILL, Notary Public_
            Jefferson County, State at Large, KY
            My Commission Expires 1/13/2007

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,  )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
 )
     PLAINTIFFS, )
 )
v. )    Civil Action No. 03-C- 501
 )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
 )
     DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared Robert Billec,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is Robert Billec and I am over the age of 19 and reside at

649 Chapel Lane, Campbell, OH 44405.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

Sandra Billec

Brett Billec

                              Robert Billec

                              Robert Billec
                              HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 16th day of June, 2003.

                          Jacquelin M. Mickler
                    NOTARY PUBLIC JACQUELINE M. MICKLER
                    My Commission Expires Notary Public ~ State of Ohio
                    My Commission Expires July 13, 2005

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,   )
GARY L. COTTON, CHARLES M. HEIB, JR.,   )
MARY PAMELA HEIB, JAMES P. YOUNG,   )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER   )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"   )
ATTACHED HERETO AND INCORPORATED  )
FULLY HEREIN,   )
  )
    PLAINTIFFS,   )
  )
v.   )    Civil Action No. 03-C- 1398
  )
WESTERN SOUTHERN LIFE INSURANCE   )
COMPANY, JOHN THABET,   )
GEORGE CRUMP, ROGER SHINN,   )
TERRY SHIRLEY, HOWARD PARKER,   )
JAMES ELIAS AND THOMAS S. RUSSELL,  )
OTHER DEFENDANT AGENTS A-Z; and   )
FICTITIOUS DEFENDANTS AA-ZZ,   )
  )
    DEFENDANTS.   )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared Bryant C. Bland, Jr.

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is Bryant C. Bland, Jr. and I am over the age of 19 and reside at

3312 Algonquin Parkway, Louisville, Kentucky 40211 .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

Dorothy E. Bland     _____

    _____

Bryant C. Bland, Jr.

Bryant C. Bland Jr.
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 13 day of June, 2003.

Virginia McCalpine
NOTARY PUBLIC
My Commission Expires: 11-16-2004

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,  )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE  )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER  )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED  )
FULLY HEREIN,  )
                                              )
        PLAINTIFFS,                          )
                                              )
v.                                            )    Civil Action No. 03-C- 1861
                                              )
WESTERN SOUTHERN LIFE INSURANCE  )
COMPANY, JOHN THABET,  )
GEORGE CRUMP, ROGER SHINN,  )
TERRY SHIRLEY, HOWARD PARKER,  )
JAMES ELIAS AND THOMAS S. RUSSELL,  )
OTHER DEFENDANT AGENTS A-Z;  and  )
FICTITIOUS DEFENDANTS AA-ZZ,  )
                                              )
        DEFENDANTS.                          )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Clyde D. Blocker,_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Clyde D. Blocker_ and I am over the age of 19 and reside at

_20 Elmore St, Green Cove, FL 32043_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Glenda K. Blocker_ _____

_____ _____

_Clyde D. Blocker_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _14_ day of June, 2003.

_____
NOTARY PUBLIC
My Commission Expires: _Feb 25, 2007_

[SEAL]

CONSTANCE W. BUTLER
MY COMMISSION # DD 188118
EXPIRES: February 25, 2007
Bonded Thru Budget Notary Services

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )    Civil Action No. 03-C- 1146
)
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
     DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _George T. Boone_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _George T. Boone_, and I am over the age of 19 and reside at

_2 Saint Charles St., Florissant Mo 63031_ .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Patricia L. Boone_       _____

_____      _____

                        _George T. Boone_
                        _George T Boone_
                        HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _18th_ day of June, 2003.

_Kathleen M. Lineback_
NOTARY PUBLIC
My Commission Expires: _MAY 18, 2007_

KATHLEEN M. LINEBACK
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis County
My Commission Expires: May 18, 2007
[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,      )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,      )
RITA PULLEN, EXECUTRIX OF THE ESTATE   )
OF STEPHEN R. PULLEN, DECEASED, and    )
TORRES W. WILLIAMSON, AND OTHER        )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"   )
ATTACHED HERETO AND INCORPORATED       )
FULLY HEREIN,                          )
                                       )
        PLAINTIFFS,                    )
                                       )
v.                                     )      Civil Action No. 03-C-_240_
                                       )
WESTERN SOUTHERN LIFE INSURANCE        )
COMPANY, JOHN THABET,                  )
GEORGE CRUMP, ROGER SHINN,             )
TERRY SHIRLEY, HOWARD PARKER,          )
JAMES ELIAS AND THOMAS S. RUSSELL,     )
OTHER DEFENDANT AGENTS A-Z;  and       )
FICTITIOUS DEFENDANTS AA-ZZ,           )
                                       )
        DEFENDANTS.                    )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared ___Raymond Bowman___,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is __Raymond Bowman__ and I am over the age of 19 and reside at

__8 Ridge Road, Shickshinny PA 18655__.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

__Sonia Bowman__

_____          _____

_____          _____

                                         __Raymond Bowman__
                                         __Raymond Bowman__
                                         HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

                                         __Peter J. Lanza, SR.__
                                         NOTARY PUBLIC
                                         My Commission Expires: _11-26-2005_

[SEAL]

NOTARIAL SEAL
PETER J. LANZA, SR., Notary Public
Union Twp., Luzerne County
My Commission Expires Nov. 26, 2005

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
      PLAINTIFFS, )
)
v. )     Civil Action No. 03-C- 520
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
      DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Charles D. Bretz, II._

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Charles D. Bretz, III_ and I am over the age of 19 and reside at

_P. O. Box 66, 200 Washington St, Fort Recovery OH 45046_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Margaret Bretz_      _____

_____      _____

                             _Charles D. Bretz, II_
                             _Charles D. Bretz_
                             HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _18th_ day of June, 2003.

                             _Pauline E. Falla_
                             NOTARY PUBLIC
                             My Commission Expires: _Dec. 30, 2003_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,      )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,      )
RITA PULLEN, EXECUTRIX OF THE ESTATE   )
OF STEPHEN R. PULLEN, DECEASED, and    )
TORRES W. WILLIAMSON, AND OTHER        )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"   )
ATTACHED HERETO AND INCORPORATED       )
FULLY HEREIN,                          )
                                       )
        PLAINTIFFS,                    )
                                       )
v.                                     )        Civil Action No. 03-C-_243_
                                       )
WESTERN SOUTHERN LIFE INSURANCE        )
COMPANY, JOHN THABET,                  )
GEORGE CRUMP, ROGER  SHINN,            )
TERRY SHIRLEY, HOWARD PARKER,          )
JAMES ELIAS AND THOMAS S. RUSSELL,     )
OTHER DEFENDANT AGENTS A-Z;  and       )
FICTITIOUS DEFENDANTS AA-ZZ,           )
                                       )
        DEFENDANTS.                    )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _James Bridge_ ,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _James Bridge_ and I am over the age of 19 and reside at

_RD 1 Box 1099 A Wampum, PA 16157_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Tina Bridge_
_+ Tina M Bridge_                      _James Bridge_
                                       _James Bridge_
                                       _James Bridge_
                                       HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17_ day of June, 2003.

_Betty E. Ault_
NOTARY PUBLIC
My Commission Expires: _June 18 2003_

[SEAL]

Notarial Seal
Betty E. Ault, Notary Public
Wampum Boro, Lawrence County
My Commission Expires June 18, 2003
Member, Pennsylvania Association of Notaries

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
         )
     PLAINTIFFS, )
         )
v. )     Civil Action No. 03-C-_____
         )
WESTERN SOUTHERN LIFE INSURANCE )   *Calvin & Glenda Brown*
COMPANY, JOHN THABET, )        *1058*
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )   *Mandy Brown*
JAMES ELIAS AND THOMAS S. RUSSELL, )   *1059*
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
         )
     DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared *Calvin L. Brown*,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is *Calvin Brown* and I am over the age of 19 and reside at

*6607 BH Harvey Trail, Burlington, NC 27217*.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

*Glenda Brown*        _____

*Mandy Brown*        _____

                           *Calvin L. Brown*

                           *Calvin Lee Brown*
                           HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the *16th* day of June, 2003.

                          *Brandy C White*
                           NOTARY PUBLIC
                           My Commission Expires: *5/27/03*

[SEAL]

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,       )
GARY L. COTTON, CHARLES M. HEIB, JR.,   )
MARY PAMELA HEIB, JAMES P. YOUNG,       )
RITA PULLEN, EXECUTRIX OF THE ESTATE    )
OF STEPHEN R. PULLEN, DECEASED, and     )
TORRES W. WILLIAMSON, AND OTHER         )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"    )
ATTACHED HERETO AND INCORPORATED        )
FULLY HEREIN,                           )
                                        )
          PLAINTIFFS,                   )
                                        )
v.                                      )     Civil Action No. 03-C-_____
                                        )
WESTERN SOUTHERN LIFE INSURANCE         )     Earl Brown 1863
COMPANY, JOHN THABET,                   )     Linda Hawkins 1904
GEORGE CRUMP, ROGER SHINN,              )
TERRY SHIRLEY, HOWARD PARKER,           )
JAMES ELIAS AND THOMAS S. RUSSELL,      )
OTHER DEFENDANT AGENTS A-Z;  and        )
FICTITIOUS DEFENDANTS AA-ZZ,            )
                                        )
          DEFENDANTS.                   )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Karl E Brown_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Karl E Brown_ and I am over the age of 19 and reside at

_2800 Countryside Blvd #3 Clearwater, FL 33761_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Linda Hawkins_                     _____

_____            _____

                                    _Karl F Brown_
                                    _Earl F Brown_
                                    HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

Harriet A. Gesshel
MY COMMISSION # CC875701 EXPIRES
September 30, 2003
BONDED THRU TROY FAIN INSURANCE, INC.

_[signature]_
NOTARY PUBLIC
My Commission Expires: _9-2003_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,      )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,      )
RITA PULLEN, EXECUTRIX OF THE ESTATE   )
OF STEPHEN R. PULLEN, DECEASED, and    )
TORRES W. WILLIAMSON, AND OTHER        )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"   )
ATTACHED HERETO AND INCORPORATED       )
FULLY HEREIN,                          )
                                       )
         PLAINTIFFS,                   )
                                       )
v.                                     )      Civil Action No. 03-C-527
                                       )
WESTERN SOUTHERN LIFE INSURANCE        )
COMPANY, JOHN THABET,                  )
GEORGE CRUMP, ROGER  SHINN,            )
TERRY SHIRLEY, HOWARD PARKER,          )
JAMES ELIAS AND THOMAS S. RUSSELL,     )
OTHER DEFENDANT AGENTS A-Z;  and       )
FICTITIOUS DEFENDANTS AA-ZZ,           )
                                       )
         DEFENDANTS.                   )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared **Willie Browning**

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is **Willie Browning** and I am over the age of 19 and reside at

**680 Shawhan Road, Morrow, OH  45152**                                .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

**Brenda S. Browning**                          _____

_____              _____

                                         **Willie Browning**
                                         _Willie R. Browning_
                                         HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17_ day of June, 2003.

                                         _Sharon K. Atkins_
                                         NOTARY PUBLIC
                                         My Commission Expires:_____

[SEAL]

Sharon Atkins
Notary Public State of Ohio
My Commission Expires 5-6-2007
Recorded in Warren County

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
    PLAINTIFFS, )
)
v. )    Civil Action No. 03-C-529
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
    DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Frank Bryant_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Frank Bryant_ and I am over the age of 19 and reside at

_837 Bruckner Rd, Columbus OH 43207_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Wanda S. Bryant_        _Tammy Bryant_

_Doris Bryant_

                              _Frank Bryant_

                              _Frank Bryant_
                              HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17_ day of June, 2003.

                              _Everett Scarberry_
                              NOTARY PUBLIC

EVERETT SCARBERRY    My Commission Expires: _8 / 14 / 03_
Notary Public, State of Ohio
My Commission Expires
August 14, 2003

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
    PLAINTIFFS, )
)
v. )          Civil Action No. 03-C-1409
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
    DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared William Bryant,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is William Bryant and I am over the age of 19 and reside at

5314 Twinkle Drive, Louisville, KY 40258

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

Rebecca Bryant

William Bryant

William Bryant
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 18 day of June, 2003.

NOTARY PUBLIC
My Commission Expires: 04/22/04

[SEAL]