IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )     Civil Action No. 03-C-531
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
     DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Albert R. Buchanan_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Albert R. Buchanan_ and I am over the age of 19 and reside at

_9924 Tri County Hwy, Winchester OH 45697_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Bertha Buchanan_       _____

_____       _____

                   _Albert R. Buchanan_
                   HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _20_ day of June, 2003.

                   _____
                   NOTARY PUBLIC
                   My Commission Expires: _Feb. 4, 2005_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
           )
           PLAINTIFFS, )
           )
v. )     Civil Action No. 03-C-_____
           )
WESTERN SOUTHERN LIFE INSURANCE )     *Richard Burton 1411*
COMPANY, JOHN THABET, )     *Dorothy Peoples - Burton - 1584*
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
           )
           DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared *Richard Burton,*

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is *Richard Burton* and I am over the age of 19 and reside at

*4519 Garland Avenue, Louisville, KY · 40216*

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

*Dorothy Peoples - Burton* _____

_____       _____

                  *Richard Burton*

                  *Richard Burton*
                  HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the *17th* day of June, 2003.

                  NOTARY PUBLIC
                  My Commission Expires: _____

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
                                       )
      PLAINTIFFS, )
                                         )
v. )           Civil Action No. 03-C-_____
                                         )
WESTERN SOUTHERN LIFE INSURANCE )   *Thelma Campbell - 1413*
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )   *Karmel & June Campbell - 1414*
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
                                         )
      DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared ___Thelma Campbell___,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is ___Thelma Campbell___ and I am over the age of 19 and reside at

___644 Golfview Drive, Lexington, KY 40504___

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

___Karmel Campbell___         _____

___June Campbell___          _____

                                       ___Thelma Campbell___
                                       *Thelma Campbell*
                                       HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the ___17th___ day of June, 2003.

                                         _____
                                         NOTARY PUBLIC
                                         My Commission Expires: ___10|14|2004___

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,          )
GARY L. COTTON, CHARLES M. HEIB, JR.,      )
MARY PAMELA HEIB, JAMES P. YOUNG,          )
RITA PULLEN, EXECUTRIX OF THE ESTATE       )
OF STEPHEN R. PULLEN, DECEASED, and        )
TORRES W. WILLIAMSON, AND OTHER            )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"       )
ATTACHED HERETO AND INCORPORATED           )
FULLY HEREIN,                              )
                                           )
        PLAINTIFFS,                        )
                                           )
v.                                         )     Civil Action No. 03-C- 251
                                           )
WESTERN SOUTHERN LIFE INSURANCE            )
COMPANY, JOHN THABET,                      )
GEORGE CRUMP, ROGER SHINN,                 )
TERRY SHIRLEY, HOWARD PARKER,              )
JAMES ELIAS AND THOMAS S. RUSSELL,         )
OTHER DEFENDANT AGENTS A-Z; and            )
FICTITIOUS DEFENDANTS AA-ZZ,               )
                                           )
        DEFENDANTS.                        )

**AFFIDAVIT**

Before me, the undersigned, a Notary Public, personally appeared _John A. Carpenter_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _John A. Carpenter_ and I am over the age of 19 and reside at

_191 Edgewater Dr, Monaco, PA 15061_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Linda Carpenter_                    _____

_____             _____

                            _John A. Carpenter_
                            _John A Carpenter_
                            HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17th_ day of June, 2003.

                            _Mari A Montgomery_
                            NOTARY PUBLIC
                            My Commission Expires: _8-30-04_

[SEAL]

NOTARIAL SEAL
MARI A. MONTGOMERY, Notary Public
Rochester, Beaver County
My Commission Expires Aug. 30, 2004

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,　　　　　)
GARY L. COTTON, CHARLES M. HEIB, JR.,　　　)
MARY PAMELA HEIB, JAMES P. YOUNG,　　　　)
RITA PULLEN, EXECUTRIX OF THE ESTATE　　)
OF STEPHEN R. PULLEN, DECEASED, and　　　)
TORRES W. WILLIAMSON, AND OTHER　　　　　)
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"　　　　)
ATTACHED HERETO AND INCORPORATED　　　)
FULLY HEREIN,　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　　　)
　　　　PLAINTIFFS,　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　　　　　　　)　　Civil Action No. 03-C-_____
　　　　　　　　　　　　　　　　　　　　　　　　　　)
WESTERN SOUTHERN LIFE INSURANCE　　　　)
COMPANY, JOHN THABET,　　　　　　　　　　　)
GEORGE CRUMP, ROGER SHINN,　　　　　　　)
TERRY SHIRLEY, HOWARD PARKER,　　　　　　)
JAMES ELIAS AND THOMAS S. RUSSELL,　　　)
OTHER DEFENDANT AGENTS A-Z;  and　　　　)
FICTITIOUS DEFENDANTS AA-ZZ,　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　　　)
　　　　DEFENDANTS.　　　　　　　　　　　　　　)

_Handwritten: D: E Carr 159　W. G. & J Weaver 219_

_Stamp: 03 JUN 26 AM 11:59_

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Edward E. Carr_.

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Edward Carr_ and I am over the age of 19 and reside at

_510 Neal Street, Parkersburg, WV 26101_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Dora Carr_　　　　　　　　　　　　_Gretchen Weaver_
_Wendy Weaver_　　　　　　　　　　_James Weaver_

　　　　　　　　　　　　　　　　　　　_Edward E. Carr_
　　　　　　　　　　　　　　　　　　　_Edward Carr_
　　　　　　　　　　　　　　　　　　　HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

_Joan L. Jones_
NOTARY PUBLIC
My Commission Expires: _November 21, 2010_

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
JOAN L. JONES
McCRADY-JONES INSURANCE
904 DIVISION STREET
PARKERSBURG, WV 26101
My Commission Expires November 21, 2010

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
                                            )
      PLAINTIFFS, )
                                              )
v.                                          )     Civil Action No. 03-C- 1151
                                              )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
                                              )
      DEFENDANTS. )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared *David Chappell*,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is *David Chappell* and I am over the age of 19 and reside at

*3653 Rouggly Road, Valles Mines, MO  63087*.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

*Karen Chappell*

                DEBRA R. GRAF
        NOTARY PUBLIC-NOTARY SEAL
          STATE OF MISSOURI
        COUNTY OF ST. FRANCOIS
   My Commission Expires: April 15, 2005

*David Chappell*
*David C Chappell*
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 16 day of June, 2003.
                16 DRG

*Debra R Graf*
NOTARY PUBLIC
My Commission Expires: 6-15-05

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
                                          )
     PLAINTIFFS, )
                                          )
v.                               )    Civil Action No. 03-C-547
                                          )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
                                          )
     DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _William D. Cheney_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _William D. Cheney_ and I am over the age of 19 and reside at

_P. O. Box 73, Ada OH 45810_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Belinda S. Cheney_ _____

_____ _____

                                         _William D. Cheney_
                                         HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

                                         NOTARY PUBLIC
                                         My Commission Expires: _3-23-2005_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,  )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE  )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER  )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED  )
FULLY HEREIN,  )
          )
      **PLAINTIFFS,**  )
          )
v.  )     **Civil Action No. 03-C-_____**
          )
WESTERN SOUTHERN LIFE INSURANCE  )  *Charlotte and J. Cheshire 1923*
COMPANY, JOHN THABET,  )  *Carroll not in computer*
GEORGE CRUMP, ROGER SHINN,  )
TERRY SHIRLEY, HOWARD PARKER,  )
JAMES ELIAS AND THOMAS S. RUSSELL,  )
OTHER DEFENDANT AGENTS A-Z;  and  )
FICTITIOUS DEFENDANTS AA-ZZ,  )
          )
      **DEFENDANTS.**  )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Charlotte Cheshire,_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Charlotte Cheshire_ and I am over the age of 19 and reside at

_2505 Briargate Rd, Louisville KY 40216_ .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Julie Chesire_         _____

_Carroll Cheshire_     _____

                        _Charlotte Chesire_

                        _Charlotte A. Chesher_
                        HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _20th_ day of June, 2003.

                        _Charlotte A. Chesher_
                        NOTARY PUBLIC
                        My Commission Expires: _2005_
                        _10-28-05_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )    Civil Action No. 03-C-_1870_
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
    DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Salvatore Chuppa._

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Salvatore Chuppa_ and I am over the age of 19 and reside at

_5622 Canosa Drive, Holiday, FL 34690_ .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Anna Chuppa_

_Salvatore Chuppa_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 16th day of June, 2003.

_Laura S. Enie_
NOTARY PUBLIC
My Commission Expires: 5 2 07

LAURA S. ENIE
MY COMMISSION # DD 194124
EXPIRES: May 2, 2007
Bonded Thru Budget Notary Services

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
    PLAINTIFFS, )
)
v. )  Civil Action No. 03-C-_____
)
WESTERN SOUTHERN LIFE INSURANCE )  *Vicki Clancy - 550*
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )  *Brooks - 522*
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
    DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Vicki Clancy_.

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Vicki Clancy_ and I am over the age of 19 and reside at

_8 East Shannon Ave, Dayton OH 45449_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_David Brooks_      _Katherine Brooks_

_Jeffrey Brooks_      _Mark Brooks_

        _Vicki Clancy_

        _Riley Brooks_    _Vicki Clancy_
        HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _18th_ day of June, 2003.

_Carol Martin_
NOTARY PUBLIC
My Commission Expires: _6-12-05_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,        )
GARY L. COTTON, CHARLES M. HEIB, JR.,    )
MARY PAMELA HEIB, JAMES P. YOUNG,        )
RITA PULLEN, EXECUTRIX OF THE ESTATE     )
OF STEPHEN R. PULLEN, DECEASED, and      )
TORRES W. WILLIAMSON, AND OTHER          )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"     )
ATTACHED HERETO AND INCORPORATED         )
FULLY HEREIN,                            )
                                         )
        PLAINTIFFS,                      )
                                         )
v.                                       )    Civil Action No. 03-C- 163
                                         )
WESTERN SOUTHERN LIFE INSURANCE          )
COMPANY, JOHN THABET,                    )
GEORGE CRUMP, ROGER SHINN,               )
TERRY SHIRLEY, HOWARD PARKER,            )
JAMES ELIAS AND THOMAS S. RUSSELL,       )
OTHER DEFENDANT AGENTS A-Z;  and         )
FICTITIOUS DEFENDANTS AA-ZZ,             )
                                         )
        DEFENDANTS.                      )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _James Clark_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _James Clark_ and I am over the age of 19 and reside at

_921 Glenway, Charleston WV 25309_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Linda Clark_                                    _____

_____                          _____

                                    _James Clark,_

                                    _James Clark_
                                    HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16th_ day of June, 2003.

                                    _Elizabeth A. Warner_
                                    NOTARY PUBLIC
                                    My Commission Expires: _3-15-2010_

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
ELIZABETH A. WARNER
ONE VALLEY BANK
P. O. BOX 1793
CHARLESTON, WV 25326
My Commission Expires March 15, 2010

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )        Civil Action No. 03-C- 1427
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
     DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _James G. Conliffe_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _James G. Conliffe_ and I am over the age of 19 and reside at

_8114 Eagles Crest Ct, Louisville KY 40291_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Shirley A. Conliffe_    _____

_____    _____

            _James G. Conliffe_

            _James G. Conly_
            HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 19 day of June, 2003.

            _Fannie T. Leslie_
            NOTARY PUBLIC
            My Commission Expires:
            Fannie T. Leslie
            Notary Public, State at Large, KY
            My commission expires March 14, 2006

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )    Civil Action No. 03-C-_562_
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
     DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Deborah Cook_ ,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Deborah Cook_ and I am over the age of 19 and reside at

_4511 Pennyston Ave., Huber Heights, Ohio 45424_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_La Marr Cook, son_

 

_Deborah Cook_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _18_ day of June, 2003.

_Kimberly S. Nash_
NOTARY PUBLIC
My Commission Expires:   **KIMBERLY S. NASH, Notary Public**
**In and for the State of Ohio**
**My Commission Expires Dec. 1, 2007**

[SEAL]

**IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA**

NINA J. BOWLES, MICHAEL B. BROWN,      )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,      )
RITA PULLEN, EXECURTIX OF THE ESTATE   )
OF STEPHEN R. PULLEN, DECEASED, and    )
TORRES W. WILLIAMSON, AND OTHER        )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"   )
ATTACHED HERETO AND INCORPORATED       )
FULLY HEREIN,                          )
                                       )
        PLAINTIFFS,                    )
                                       )
v.                                     )    Civil Action No. 03-C-_26ᶜ_
                                       )
WESTERN SOUTHERN LIFE INSURANCE        )
COMPANY, JOHN THABET,                  )
GEORGE CRUMP, ROGER  SHINN,            )
TERRY SHIRLEY, HOWARD PARKER,          )
JAMES ELIAS AND THOMAS S. RUSSELL,     )
OTHER DEFENDANT AGENTS A-Z;  and       )
FICTITIOUS DEFENDANTS AA-ZZ,           )
                                       )
        DEFENDANTS.                    )

<u>**AFFIDAVIT**</u>

Before me, the undersigned, a Notary Public, personally appeared _Mark Cooper, Sr._

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Mark Cooper_ and I am over the age of 19 and reside at

_513 Luzerne Street, Scranton, PA  18504_ .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Penny Cooper_                          _____

_____                _____

                                        _Mark Cooper, Sr._
                                        _Mark D Cooper Sr._
                                        HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

                                        _Donald Barnhart III_
                                        NOTARY PUBLIC
                                        My Commission Expires:_____

[SEAL]

┌─────────────────────────────────────┐
│            NOTARIAL SEAL             │
│ DONALD BARNHART III, Notary Public   │
│      Wyoming, Luzerne County, PA     │
│ My Commission Expires February 20, 2007 │
└─────────────────────────────────────┘

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,          )
GARY L. COTTON, CHARLES M. HEIB, JR.,      )
MARY PAMELA HEIB, JAMES P. YOUNG,          )
RITA PULLEN, EXECUTRIX OF THE ESTATE       )
OF STEPHEN R. PULLEN, DECEASED, and        )
TORRES W. WILLIAMSON, AND OTHER            )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"       )
ATTACHED HERETO AND INCORPORATED           )
FULLY HEREIN,                              )
                                           )
        PLAINTIFFS,                        )
                                           )
v.                                         )        Civil Action No. 03-C-1675
                                           )
WESTERN SOUTHERN LIFE INSURANCE            )
COMPANY, JOHN THABET,                      )
GEORGE CRUMP, ROGER SHINN,                 )
TERRY SHIRLEY, HOWARD PARKER,              )
JAMES ELIAS AND THOMAS S. RUSSELL,         )
OTHER DEFENDANT AGENTS A-Z;  and           )
FICTITIOUS DEFENDANTS AA-ZZ,               )
                                           )
        DEFENDANTS.                        )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared James Couch,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is James Couch and I am over the age of 19 and reside at

4801 Salem - Noble, Jeffersonville, IN 47130.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

Lavon Couch

_____                    _____

_____                    _____

                                           James Couch
                                           _____
                                           HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 16th day of June, 2003.

                                           Janet Bradshaw
                                           _____
                                           NOTARY PUBLIC
                                           My Commission Expires: 23 June 2008

[SEAL]

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
         )
        PLAINTIFFS, )
         )
v. )      Civil Action No. 03-C- _1434_
         )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
         )
        DEFENDANTS. )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _John Cox, Jr._ ,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _John Cox, Jr._ and I am over the age of 19 and reside at

_P. O. Box 292 , LaGrange KY 40031_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Jennifer M. Cox_        _____
_Jennifer M. Cox_        _____

                 _John Cox, Jr._
                 _John Cox Jr._
                 HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _18_ day of June, 2003.

                 _Mildred M Busy_
                 NOTARY PUBLIC
                 My Commission Expires: _3-4-2004_
                 _State at Large_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,        )
GARY L. COTTON, CHARLES M. HEIB, JR.,    )
MARY PAMELA HEIB, JAMES P. YOUNG,        )
RITA PULLEN, EXECUTRIX OF THE ESTATE     )
OF STEPHEN R. PULLEN, DECEASED, and      )
TORRES W. WILLIAMSON, AND OTHER          )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"     )
ATTACHED HERETO AND INCORPORATED         )
FULLY HEREIN,                            )
                                         )
        PLAINTIFFS,                      )
                                         )
v.                                       )    Civil Action No. 03-C- _i43ๅ_
                                         )
WESTERN SOUTHERN LIFE INSURANCE          )
COMPANY, JOHN THABET,                    )
GEORGE CRUMP, ROGER SHINN,               )
TERRY SHIRLEY, HOWARD PARKER,            )
JAMES ELIAS AND THOMAS S. RUSSELL,       )
OTHER DEFENDANT AGENTS A-Z;  and         )
FICTITIOUS DEFENDANTS AA-ZZ,             )
                                         )
        DEFENDANTS.                      )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Debra Crawford_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Debra Crawford_ and I am over the age of 19 and reside at

_2257 Thomas St, Ashland KY  41101_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Karen Crawford_                         _____

_____          _____

                                         _Debra Crawford_
                                         _____
                                         HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _28th_ day of June, 2003.

                                         _Nina R. Knipp_
                                         NOTARY PUBLIC
                                         My Commission Expires: _Sept. 20, 2003_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,  )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE  )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER  )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED  )
FULLY HEREIN,  )
                                   )
     PLAINTIFFS,  )
                                   )
v.  )    Civil Action No. 03-C- 5 71
                                   )
WESTERN SOUTHERN LIFE INSURANCE  )
COMPANY, JOHN THABET,  )
GEORGE CRUMP, ROGER SHINN,  )
TERRY SHIRLEY, HOWARD PARKER,  )
JAMES ELIAS AND THOMAS S. RUSSELL,  )
OTHER DEFENDANT AGENTS A-Z;  and  )
FICTITIOUS DEFENDANTS AA-ZZ,  )
                                   )
     DEFENDANTS.  )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Ellen Crawford_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Ellen Crawford_ and I am over the age of 19 and reside at

_203 Second St, NH. Crab, OH 45154_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Mary K. Crawford_            _____

_____            _____

                                   _Ellen Crawford_

                                   _Ellen Crawford_
                                   HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 18th day of June, 2003.

MELISSA NEAD

Notary Public State of Ohio

My Commission Expires November 16, 2003

[SEAL]   Recorded in Brown County

                             _Melissa Nead_

                             NOTARY PUBLIC

                             My Commission Expires: 11-16-03

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )    Civil Action No. 03-C-_1880_
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
     DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _George W Crawley_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _George W Crawley_ and I am over the age of 19 and reside at

_2000 W LK Brantley Rd Longwood, FL 32779_ .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Rose M Crawley_         _____

_____         _____

                  _George W Crawley_
                  _George W Crawley_
                  HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

                  _Tracie A Marshall_
                  NOTARY PUBLIC
                  My Commission Expires: _2-16-07_

TRACIE A. MARSHALL
Notary Public - State of Florida
My Commission Expires Feb 16, 2007
Commission # DD184110
Bonded By National Notary Assn.

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )     Civil Action No. 03-C-_1881_
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
     DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared Daniel T. Curley,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is Daniel Curley and I am over the age of 19 and reside at

5449 Dartmouth Ave N, St Petersburg, FL 33710.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

Marie Curley
_Marie Curley_

_____

_____

Daniel T. Curley
_Daniel Curley_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _18_ day of June, 2003.

NOTARY PUBLIC
My Commission Expires: _____

[SEAL]

MARY L. GARITO
MY COMMISSION # CC 886946
EXPIRES: December 15, 2003
Bonded Thru Notary Public Underwriters

**IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA**

NINA J. BOWLES, MICHAEL B. BROWN,　)
GARY L. COTTON, CHARLES M. HEIB, JR.,　)
MARY PAMELA HEIB, JAMES P. YOUNG,　)
RITA PULLEN, EXECUTRIX OF THE ESTATE　)
OF STEPHEN R. PULLEN, DECEASED, and　)
TORRES W. WILLIAMSON, AND OTHER　)
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"　)
ATTACHED HERETO AND INCORPORATED　)
FULLY HEREIN,　)
　)
　　　PLAINTIFFS,　)
　)
v.　)　　Civil Action No. 03-C-_263_
　)
WESTERN SOUTHERN LIFE INSURANCE　)
COMPANY, JOHN THABET,　)
GEORGE CRUMP, ROGER SHINN,　)
TERRY SHIRLEY, HOWARD PARKER,　)
JAMES ELIAS AND THOMAS S. RUSSELL,　)
OTHER DEFENDANT AGENTS A-Z;  and　)
FICTITIOUS DEFENDANTS AA-ZZ,　)
　)
　　　DEFENDANTS.　)

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _George Cyrilla_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _George Cyrilla_ and I am over the age of 19 and reside at

_486 Cypress Drive, Coraopolis, PA  15108_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Sally Cyrilla_　　　　　_____

_____　　　　　_____

_George Cyrilla_
_George Cyrilla_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

_Beverly A. Hollowood_
NOTARY PUBLIC
My Commission Expires:

Notarial Seal
Beverly A. Hollowood, Notary Public
Moon Twp., Allegheny County
My Commission Expires Oct. 9, 2004
Member, Pennsylvania Association of Notaries

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
    )
        PLAINTIFFS, )
    )
v. )                                  Civil Action No. 03-C- 1882
    )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
    )
        DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Charles D. Davis_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Charles D. Davis_ and I am over the age of 19 and reside at

_1272 Blackman Rd, Yulee, FL 32097_ .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Mary J. Davis_

_(Mary J. Davis)_

_Charles D. Davis_

_Charles D. Davis_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16th_ day of June, 2003.

_Shirlene_
NOTARY PUBLIC
My Commission Expires

Shirlene S. Reeves
Commission #DD215275
Expires: May 26, 2007
Bonded Thru
Atlantic Bonding Co., Inc.

[SEAL]

**IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA**

NINA J. BOWLES, MICHAEL B. BROWN,  )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE  )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER  )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED  )
FULLY HEREIN,  )
      )
      **PLAINTIFFS,**  )
      )
v.  )   **Civil Action No. 03-C- 1160**
      )
WESTERN SOUTHERN LIFE INSURANCE  )
COMPANY, JOHN THABET,  )
GEORGE CRUMP, ROGER SHINN,  )
TERRY SHIRLEY, HOWARD PARKER,  )
JAMES ELIAS AND THOMAS S. RUSSELL,  )
OTHER DEFENDANT AGENTS A-Z;  and  )
FICTITIOUS DEFENDANTS AA-ZZ,  )
      )
      **DEFENDANTS.**  )

**AFFIDAVIT**

Before me, the undersigned, a Notary Public, personally appeared _Patrick Doll_ ,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Patrick Doll_ and I am over the age of 19 and reside at

_2387 PCR 928, Saint Mary, MO 63673_ .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Bradley L. Doll_

                               _Patrick Doll_

                               **HEAD OF HOUSEHOLD**

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

PATRICIA J. TANZ
Notary Public - Notary Seal
STATE OF MISSOURI
Perry County
My Commission Expires May 8, 2004

_Patricia J Tanz_
NOTARY PUBLIC
My Commission Expires: _May 08, 2004_

[SEAL]

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )    Civil Action No. 03-C-_____
)
WESTERN SOUTHERN LIFE INSURANCE )   Donaldson's  273
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )   Cook - 258
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
     DEFENDANTS. )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Gerald D. Donaldson_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Gerald D. Donaldson_ and I am over the age of 19 and reside at

_15 Fieldcrest Dr, McDonald, PA 15057_ .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Delores M. Cook_        _Vicki Donaldson_

_Kairy Donaldson_

                        _Gerald D. Donaldson_

                        _Gerald D. Donaldson_
                        HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

                      _John T. Walker_
                      NOTARY PUBLIC
                      My Commission Expires:   Notarial Seal
                                 John T. Walker, Jr., Notary Public
                                 McDonald Boro, Washington County
                                 My Commission Expires Feb. 2, 2005
                                 Member, Pennsylvania Association of Notaries

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,               )
GARY L. COTTON, CHARLES M. HEIB, JR.,           )
MARY PAMELA HEIB, JAMES P. YOUNG,               )
RITA PULLEN, EXECUTRIX OF THE ESTATE            )
OF STEPHEN R. PULLEN, DECEASED, and             )
TORRES W. WILLIAMSON, AND OTHER                 )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"            )
ATTACHED HERETO AND INCORPORATED                )
FULLY HEREIN,                                   )
                                                )
        PLAINTIFFS,                             )
                                                )
v.                                              )       Civil Action No. 03-C- 1777
                                                )
WESTERN SOUTHERN LIFE INSURANCE                 )
COMPANY, JOHN THABET,                           )
GEORGE CRUMP, ROGER SHINN,                      )
TERRY SHIRLEY, HOWARD PARKER,                   )
JAMES ELIAS AND THOMAS S. RUSSELL,              )
OTHER DEFENDANT AGENTS A-Z;  and                )
FICTITIOUS DEFENDANTS AA-ZZ,                    )
                                                )
        DEFENDANTS.                             )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Percy Dotson_ ,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Percy Dotson_ and I am over the age of 19 and reside at

_204 Lee Dr Apt A, O'Fallon IL 62269_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Curlie Dotson_

_____          _____

_____          _Percy Dotson_
                                          _Percy Dotson_
                                          HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 7th day of June, 2003.

_Dionne P. Fisher_
NOTARY PUBLIC
My Commission Expires:

DIONNE P. FISHER
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis City
My Commission Expires: April 15, 2006

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,       )
GARY L. COTTON, CHARLES M. HEIB, JR.,    )
MARY PAMELA HEIB, JAMES P. YOUNG,       )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and    )
TORRES W. WILLIAMSON, AND OTHER         )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"    )
ATTACHED HERETO AND INCORPORATED        )
FULLY HEREIN,                            )
                                         )
        PLAINTIFFS,                      )
                                         )
v.                                       )      Civil Action No. 03-C- 1161
                                         )
WESTERN SOUTHERN LIFE INSURANCE          )
COMPANY, JOHN THABET,                    )
GEORGE CRUMP, ROGER SHINN,               )
TERRY SHIRLEY, HOWARD PARKER,            )
JAMES ELIAS AND THOMAS S. RUSSELL,       )
OTHER DEFENDANT AGENTS A-Z;  and         )
FICTITIOUS DEFENDANTS AA-ZZ,             )
                                         )
        DEFENDANTS.                      )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared David I. Douglas,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is David I. Douglas and I am over the age of 19 and reside at

2225 Shawneetown Ford, Union MO 63084.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

Sheila Douglas _____          _____

_____                 _____

                                        David I. Douglas
                                        David I. Douglas
                                        HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 16 day of June, 2003.

BONNIE L. HOFFMAN
Franklin County
My Commission Expires
April 11, 2006

NOTARY PUBLIC
My Commission Expires: 4-11-06

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,       )
GARY L. COTTON, CHARLES M. HEIB, JR.,   )
MARY PAMELA HEIB, JAMES P. YOUNG,       )
RITA PULLEN, EXECUTRIX OF THE ESTATE    )
OF STEPHEN R. PULLEN, DECEASED, and     )
TORRES W. WILLIAMSON, AND OTHER         )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"    )
ATTACHED HERETO AND INCORPORATED        )
FULLY HEREIN,                           )
                                        )
        PLAINTIFFS,                     )
                                        )
v.                                      )     Civil Action No. 03-C-_274_
                                        )
WESTERN SOUTHERN LIFE INSURANCE         )
COMPANY, JOHN THABET,                   )
GEORGE CRUMP, ROGER SHINN,              )
TERRY SHIRLEY, HOWARD PARKER,           )
JAMES ELIAS AND THOMAS S. RUSSELL,      )
OTHER DEFENDANT AGENTS A-Z;  and        )
FICTITIOUS DEFENDANTS AA-ZZ,            )
                                        )
        DEFENDANTS.                     )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Paul Dow_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Paul Dow_ and I am over the age of 19 and reside at

_403 28th Street, McKeesport, PA, 15132_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Danial Dow_                             _____

_____                 _____

                                         _Paul Dow_
                                         _Paul Dow_
                                         HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _14th_ day of June, 2003.

                                         _Gretchen L. Richards_
                                         NOTARY PUBLIC
                                         My Commission Expires:_____

[SEAL]

Notarial Seal
Gretchen L. Richards, Notary Public
Monroeville Boro, Allegheny County
My Commission Expires Dec. 27, 2004
Member, Pennsylvania Association of Notaries

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,  )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER  )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED  )
FULLY HEREIN,  )
                      )
      PLAINTIFFS,  )
                       )     Civil Action No. 03-C- 601
v.  )
                       )
WESTERN SOUTHERN LIFE INSURANCE  )
COMPANY, JOHN THABET,  )
GEORGE CRUMP, ROGER SHINN,  )
TERRY SHIRLEY, HOWARD PARKER,  )
JAMES ELIAS AND THOMAS S. RUSSELL,  )
OTHER DEFENDANT AGENTS A-Z;  and  )
FICTITIOUS DEFENDANTS AA-ZZ,  )
                      )
      DEFENDANTS.  )

**AFFIDAVIT**

Before me, the undersigned, a Notary Public, personally appeared Gary L. Downing,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is Gary L. Downing and I am over the age of 19 and reside at

3314 Trovillo Road, Morrow, OH  45152

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

Rita G. Downing

Gary L. Downing
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 4 day of June, 2003.

NOTARY PUBLIC
My Commission Expires:_____

[SEAL]

PHYLLIS V. SMITH
Notary Public   State Of Ohio
My Commission Expires May 26, 2005

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,　　)
GARY L. COTTON, CHARLES M. HEIB, JR.,　)
MARY PAMELA HEIB, JAMES P. YOUNG,　　)
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and　)
TORRES W. WILLIAMSON, AND OTHER　　)
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"　)
ATTACHED HERETO AND INCORPORATED　)
FULLY HEREIN,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　PLAINTIFFS,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　)　　Civil Action No. 03-C-_____
　　　　　　　　　　　　　　　　　　　)
WESTERN SOUTHERN LIFE INSURANCE　　)　　Duffys  276
COMPANY, JOHN THABET,　　　　　　　　)
GEORGE CRUMP, ROGER SHINN,　　　　　)
TERRY SHIRLEY, HOWARD PARKER,　　　　)　　Hammersly  305
JAMES ELIAS AND THOMAS S. RUSSELL,　)
OTHER DEFENDANT AGENTS A-Z;  and　　)
FICTITIOUS DEFENDANTS AA-ZZ,　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　DEFENDANTS.　　　　　　　　)

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Phillip Duffy_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Phillip Duffy_ and I am over the age of 19 and reside at

_43 East Newport Street, Ashley, PA 18706_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_JoAnn Duffy_

_John Hammersly_

_Phillip Duffy_

_Phillip Duffy_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

_Frank J. Ciavarella_
NOTARY PUBLIC
My Commission Expires:_____

Notarial Seal
Frank J. Ciavarella, Notary Public
Hanover Twp., Luzerne County
My Commission Expires April 26, 2004

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
                       )
       PLAINTIFFS, )
                        )     Civil Action No. 03-C- 604
v.                     )
                        )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
                        )
       DEFENDANTS. )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared William E. Dunaway

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is William Dunaway and I am over the age of 19 and reside at

5330 Cotton Run Road, Hamilton, OH 45011

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

Linda C. Dunaway

_____

William E. Dunaway
William E. Dunaway
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 16 day of June, 2003.

Linda M Schlabach
NOTARY PUBLIC
My Commission Expires:_____

LINDA M. SCHLABACH
Notary Public, State of Ohio
My Commission Expires May 15, 2008

[SEAL]

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,       )
GARY L. COTTON, CHARLES M. HEIB, JR.,   )
MARY PAMELA HEIB, JAMES P. YOUNG,       )
RITA PULLEN, EXECUTRIX OF THE ESTATE    )
OF STEPHEN R. PULLEN, DECEASED, and     )
TORRES W. WILLIAMSON, AND OTHER         )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"    )
ATTACHED HERETO AND INCORPORATED        )
FULLY HEREIN,                           )
                                        )
      PLAINTIFFS,                     )
                                        )
v.                                      )  Civil Action No. 03-C- 1283
                                        )
WESTERN SOUTHERN LIFE INSURANCE         )
COMPANY, JOHN THABET,                   )
GEORGE CRUMP, ROGER SHINN,              )
TERRY SHIRLEY, HOWARD PARKER,           )
JAMES ELIAS AND THOMAS S. RUSSELL,      )
OTHER DEFENDANT AGENTS A-Z; and         )
FICTITIOUS DEFENDANTS AA-ZZ,            )
                                        )
      DEFENDANTS.                     )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared John Durden,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is John Durden and I am over the age of 19 and reside at

114 Packard St. Kalamazoo MI 49048.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

Shirley Durden

John Durden

John Durden
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 16th day of June, 2003.

NOTARY PUBLIC
My Commission Expires: 5/10/07

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )     Civil Action No. 03-C- 1454
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
     DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Richard Egnew_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Richard Egnew_ and I am over the age of 19 and reside at

_818 Washburn Ave  #4, Louisville, KY 40222_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Elizabeth Egnew_     _____

_____     _____

     _Richard Egnew_
     _Richard Egnew_
     HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17th_ day of June, 2003.

     _Theresa Levenstone_
     NOTARY PUBLIC
     My Commission Expires: _9/15/2003_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,       )
GARY L. COTTON, CHARLES M. HEIB, JR.,   )
MARY PAMELA HEIB, JAMES P. YOUNG,       )
RITA PULLEN, EXECUTRIX OF THE ESTATE    )
OF STEPHEN R. PULLEN, DECEASED, and     )
TORRES W. WILLIAMSON, AND OTHER         )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"    )
ATTACHED HERETO AND INCORPORATED        )
FULLY HEREIN,                           )
                                        )
        PLAINTIFFS,                     )
                                        )
v.                                      )       Civil Action No. 03-C- 1458
                                        )
WESTERN SOUTHERN LIFE INSURANCE         )
COMPANY, JOHN THABET,                   )
GEORGE CRUMP, ROGER SHINN,              )
TERRY SHIRLEY, HOWARD PARKER,           )
JAMES ELIAS AND THOMAS S. RUSSELL,      )
OTHER DEFENDANT AGENTS A-Z; and         )
FICTITIOUS DEFENDANTS AA-ZZ,            )
                                        )
        DEFENDANTS.                     )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Steve Epperson_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Steve Epperson_ and I am over the age of 19 and reside at

_Route 1 Box 269A Warsaw, KY 41095_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Linda Epperson_  _____

_____  _____

                        _Steve Epperson_
                        _Steve Epperson_
                        HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

                        _Deborah L. Ellis_
                        NOTARY PUBLIC
                        My Commission Expires: _2/4/05_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
                      )
      PLAINTIFFS, )
                       )      Civil Action No. 03-C-1459
v. )
                       )
WESTERN SOUTHERN LIFE INSURANCE )
~~~~ JOHN THARET~~~~ )

*Volunteers Are Shining Stars*
★★★★★     L, )
                       )

*Lisa,*
*Our correct address is:*
*P.O. Box 511-mailing*
*909 Market Street-physical*
*Both in Worthington KY 41183*
*Thank you*

**AFFIDAVIT**

ary Public, personally appeared _Gregory L. Evans_

ly sworn, on oath deposes and says as follows:

_____ and I am over the age of 19 and reside at

_ington, KY 41183_ _____

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_April J. Evans_ _____     _____

_____     _____

                                _Gregory L. Evans_
                                _Gina ~ Evans_
                                HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 21st day of June, 2003.

                                  _Dary M. Wright_
                                    NOTARY PUBLIC
                                    My Commission Expires: 3/15/07
                                    NPSAL JKY

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,　　　)
GARY L. COTTON, CHARLES M. HEIB, JR.,　)
MARY PAMELA HEIB, JAMES P. YOUNG,　　 )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER　　　)
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"　)
ATTACHED HERETO AND INCORPORATED　 )
FULLY HEREIN,　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　PLAINTIFFS,　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　) 　 Civil Action No. 03-C- 282
　　　　　　　　　　　　　　　　　　　　)
WESTERN SOUTHERN LIFE INSURANCE　　 )
COMPANY, JOHN THABET,　　　　　　　　 )
GEORGE CRUMP, ROGER SHINN,　　　　　 )
TERRY SHIRLEY, HOWARD PARKER,　　　　)
JAMES ELIAS AND THOMAS S. RUSSELL,　 )
OTHER DEFENDANT AGENTS A-Z;  and　　  )
FICTITIOUS DEFENDANTS AA-ZZ,　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　DEFENDANTS.　　　　　　　　　　)

**AFFIDAVIT**

Before me, the undersigned, a Notary Public, personally appeared _Elmer Eversmann_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Elmer Eversmann_ and I am over the age of 19 and reside at

_822 Vilsack Rd, Glenshaw, PA 15116_ .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Ida Eversmann_　　　　　　　　　_____

_____　　　　　　_____

　　　　　　　　　　　　　　　　　_Elmer Eversmann_
　　　　　　　　　　　　　　　　　_Elmer R Eversmann_
　　　　　　　　　　　　　　　　　HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

　　　　　　　　　　　　　　　_Joanne E Braunlich_
　　　　　　　　　　　　　　　NOTARY PUBLIC
　　　　　　　　　　　　　　　My Commission Expires:

Notarial Seal
Joanne E. Braunlich, Notary Public
Ross Twp., Allegheny County
My Commission Expires Sept. 7, 2006
Member, Pennsylvania Association Of Notaries

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
                               )
       PLAINTIFFS, )
                                )
v.                           )     Civil Action No. 03-C- 618
                                )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
                                )
       DEFENDANTS. )

**AFFIDAVIT**

Before me, the undersigned, a Notary Public, personally appeared _Joseph R. Fairbanks_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Joseph R. Fairbanks_ and I am over the age of 19 and reside at

_2036 Woodville Pike  Goshen  OH  45122_ .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Clara M. Fairbanks_          _____

_____          _____

                                 _Joseph R. Fairbanks_

                                 HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 14 day of June, 2003.

MAGGIE L. CRAWFORD
Notary Public, State of Ohio
My Commission Expires
July 23, 2006

[SEAL]

NOTARY PUBLIC
My Commission Expires: July 23, 2006

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,                    )
GARY L. COTTON, CHARLES M. HEIB, JR.,                )
MARY PAMELA HEIB, JAMES P. YOUNG,                    )
RITA PULLEN, EXECUTRIX OF THE ESTATE                 )
OF STEPHEN R. PULLEN, DECEASED, and                  )
TORRES W. WILLIAMSON, AND OTHER                      )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"                 )
ATTACHED HERETO AND INCORPORATED                     )
FULLY HEREIN,                                        )
                                                     )
         PLAINTIFFS,                                 )
                                                     )
v.                                                   )      Civil Action No. 03-C-_____
                                                     )
WESTERN SOUTHERN LIFE INSURANCE                      )      T. Fawsley 1687
COMPANY, JOHN THABET,                                )      E. Freiberger 1688
GEORGE CRUMP, ROGER SHINN,                           )
TERRY SHIRLEY, HOWARD PARKER,                        )
JAMES ELIAS AND THOMAS S. RUSSELL,                   )
OTHER DEFENDANT AGENTS A-Z;  and                     )
FICTITIOUS DEFENDANTS AA-ZZ,                         )
                                                     )
         DEFENDANTS.                                 )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared ___Tony Farnsley___,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is ___Tony Farnsley___ and I am over the age of 19 and reside at

___4339 Countryview Drive, Floyds Knobs, IN 47119___.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

___Eugenea Freiberger___                        _____

_____                        _____

                                        ___Tony Farnsley___
                                        ___Tony R. Farnsley___
                                        HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the __17th__ day of June, 2003.

                                        ___Charlotte L Serwein___
                                        NOTARY PUBLIC
                                        My Commission Expires: _3-11-2011_

[SEAL]

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
    PLAINTIFFS, )
)
v. )    Civil Action No. 03-C-_620_
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
    DEFENDANTS. )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Carlos F. Fields_ ,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Carlos F. Fields_ and I am over the age of 19 and reside at

_2142 O' Reilly Rd, Fayetteville OH. 45118_ .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Phyllis A. Fields_

_____    _____

_Carlos F. Fields_
_Carlos F. Fields_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 19th day of June, 2003.

_Susan Mascarelli_
NOTARY PUBLIC
My Commission Expires:_____

[SEAL]

SUSAN MASCARELLI
Notary Public, State of Ohio
My Commission Expires Oct. 5, 2004

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,        )
GARY L. COTTON, CHARLES M. HEIB, JR.,    )
MARY PAMELA HEIB, JAMES P. YOUNG,        )
RITA PULLEN, EXECUTRIX OF THE ESTATE     )
OF STEPHEN R. PULLEN, DECEASED, and      )
TORRES W. WILLIAMSON, AND OTHER          )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"     )
ATTACHED HERETO AND INCORPORATED         )
FULLY HEREIN,                            )
                                         )
     PLAINTIFFS,                         )
                                         )
v.                                       )          Civil Action No. 03-C- _287_
                                         )
WESTERN SOUTHERN LIFE INSURANCE          )
COMPANY, JOHN THABET,                    )
GEORGE CRUMP, ROGER SHINN,               )
TERRY SHIRLEY, HOWARD PARKER,            )
JAMES ELIAS AND THOMAS S. RUSSELL,       )
OTHER DEFENDANT AGENTS A-Z;  and         )
FICTITIOUS DEFENDANTS AA-ZZ,             )
                                         )
     DEFENDANTS.                         )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Pasquale Filippelli,_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Pasquale Filippelli_ and I am over the age of 19 and reside at

_131 Bachtal St, Monaca PA 15061_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Donna Filippelli_

_Pasquale Filippelli_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17_ day of June, 2003.

NOTARY PUBLIC

My Commission Expires: _2/19/07_

Notarial Seal
Kathy L. Clark, Notary Public
City Of Aliquippa, Beaver County
My Commission Expires Feb. 19, 2007
Member, Pennsylvania Association Of Notaries

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,　　　　）
GARY L. COTTON, CHARLES M. HEIB, JR.,　　）
MARY PAMELA HEIB, JAMES P. YOUNG,　　　）
RITA PULLEN, EXECUTRIX OF THE ESTATE ）
OF STEPHEN R. PULLEN, DECEASED, and　　）
TORRES W. WILLIAMSON, AND OTHER　　　　）
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"　　　）
ATTACHED HERETO AND INCORPORATED　　 ）
FULLY HEREIN,　　　　　　　　　　　　　　　 ）
　　　　　　　　　　　　　　　　　　　　　　　）
　　　　　PLAINTIFFS,　　　　　　　　　　　 ）
　　　　　　　　　　　　　　　　　　　　　　　）
v.　　　　　　　　　　　　　　　　　　　　　 ）　　　Civil Action No. 03-C- 629
　　　　　　　　　　　　　　　　　　　　　　　）
WESTERN SOUTHERN LIFE INSURANCE　　　）
COMPANY, JOHN THABET,　　　　　　　　　 ）
GEORGE CRUMP, ROGER  SHINN,　　　　　　）
TERRY SHIRLEY, HOWARD PARKER,　　　　　）
JAMES ELIAS AND THOMAS S. RUSSELL,　　）
OTHER DEFENDANT AGENTS A-Z;  and　　　 ）
FICTITIOUS DEFENDANTS AA-ZZ,　　　　　　）
　　　　　　　　　　　　　　　　　　　　　　　）
　　　　　DEFENDANTS.　　　　　　　　　　 ）

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared Lonie Fourman,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is Lonie Fourman and I am over the age of 19 and reside at

6945 Requarth Road, Greenville, OH 45331

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

Rebecca Fourman

　　　　　　　　　　　　　　　　　　　　　　Lonie Fourman
　　　　　　　　　　　　　　　　　　　　　　Lonie E. Fourman
　　　　　　　　　　　　　　　　　　　　　　HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 16th day of June, 2003.

　　　　　　　　　　　　　　　　　　　　　　Ronda Boone
　　　　　　　　　　　　　　　　　　　　　　NOTARY PUBLIC
　　　　　　　　　　　　　　　　　　　　　　My Commission Expires: 10-11-2006

[SEAL]　　　　　　　　　　　　　　　**RONDA J. BOONE**
　　　　　　　　　　　　　　　　　　Notary Public, State of Ohio
　　　　　　　　　　　　　　　　　My Comm. Expires Oct. 11, 2006

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,      )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,      )
RITA PULLEN, EXECUTRIX OF THE ESTATE   )
OF STEPHEN R. PULLEN, DECEASED, and    )
TORRES W. WILLIAMSON, AND OTHER        )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"   )
ATTACHED HERETO AND INCORPORATED       )
FULLY HEREIN,                          )
                                       )
         PLAINTIFFS,                   )
                                       )
v.                                     )      Civil Action No. 03-C- *631*
                                       )
WESTERN SOUTHERN LIFE INSURANCE        )
COMPANY, JOHN THABET,                  )
GEORGE CRUMP, ROGER SHINN,             )
TERRY SHIRLEY, HOWARD PARKER,          )
JAMES ELIAS AND THOMAS S. RUSSELL,     )
OTHER DEFENDANT AGENTS A-Z; and        )
FICTITIOUS DEFENDANTS AA-ZZ,           )
                                       )
         DEFENDANTS.                   )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared *Ralph Franklin*,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is *Ralph Franklin* and I am over the age of 19 and reside at

*4841 New Carlisle Park, Springfield, OH 45504*           .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

*Jeffrey Franklin*                    _____

_____               _____

                                      _____

                                      *Ralph E Franklin*
                                      HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the *17* day of June, 2003.

_____
NOTARY PUBLIC
My Commission Expires:_____

[SEAL]                    DARREN HEILMAN, NOTARY PUBLIC
                          In and for the State of Ohio
                          My Commission Expires 03/27/07

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )    Civil Action No. 03-C- 1072
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
     DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared Everett Freeland,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is Everett Freeland and I am over the age of 19 and reside at

215 Neal Street, Elon College, NC 27244.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

Cheryl Freeland                _____

_____               _____

Everett Freeland
Everett Freeland
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 16th day of June, 2003.

_____
NOTARY PUBLIC
My Commission Expires: 5-2-2006

SHARON SUSAT
NOTARY
PUBLIC
ALAMANCE COUNTY, NC

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )     Civil Action No. 03-C- 637
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER  SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
     DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared Alfred Fulton,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is Alfred Fulton and I am over the age of 19 and reside at

759 W Locust Street, Apt 6, Wilmington, OH 45177

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

Joann Fulton

 

Alfred Fulton

*Alfred Fulton*
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 16 day of June, 2003.

*Dawn Hulsey*
NOTARY PUBLIC
My Commission Expires: 1-28-07

DAWN HULSEY
Notary Public, State of Ohio
My Commission Expires Jan. 28, 2007
Recorded in Clinton County

[SEAL OF OHIO]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )    Civil Action No. 03-C- 292
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
     DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared Dennis Furmanek

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is Dennis Furmanek and I am over the age of 19 and reside at

599 Ackley Creek Rd., W Finley, PA  15377

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

Carol Furmanek

 

Dennis Furmanek

Dennis Furmanek
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 17 day of June, 2003.

F. Earl Bowman
NOTARY PUBLIC
My Commission Expires: January 21, 2006

[SEAL]

NOTARIAL SEAL
F. EARL BOWMAN, Notary Public
West Finley Twp., Washington County
My Commission Expires Jan. 21, 2006

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
                 )
      **PLAINTIFFS,** )
                 )    Civil Action No. 03-C- 1475
**v.** )
                 )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
                 )
      **DEFENDANTS.** )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Charles Ganote,_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Charles Ganote_ and I am over the age of 19 and reside at

_400 E Southside Court, Louisville, KY 40214_ .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Rose Ganote_

_Rose Ganote_

                                          _Charles Ganote_

                                          _Charles Ganote_
                                          HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _15th_ day of June, 2003.

                                   _Matthew R Ralston_
                                     NOTARY PUBLIC
                                     My Commission Expires: _May 9, 2005_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )    Civil Action No. 03-C- 1785
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER  SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
    DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Raymond Gardecki,_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Raymond Gardecki_ and I am over the age of 19 and reside at

_170 Greenway Trail, Apt B, Carol Stream IL 60188_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Jean Gardecki_     _____

_____     _____

        _Raymond Gardecki_

        HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

        _Laurice Matheny_

        NOTARY PUBLIC

        My Commission Expires: _2/24/04_

[SEAL]

"OFFICIAL SEAL"
LAURICE MATHENY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 2/24/2004

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
    PLAINTIFFS, )
)
v. )    Civil Action No. 03-C-_650_
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
    DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Donald Gilmore_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Donald Gilmore_ and I am over the age of 19 and reside at

_210 College St, Covington OH 45318_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Kathy Gilmore_

_____    _____

                             _Donald Gilmore_
                             HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

                             NOTARY PUBLIC
                             My Commission Expires: _7-6-03_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,　　）
GARY L. COTTON, CHARLES M. HEIB, JR.,　）
MARY PAMELA HEIB, JAMES P. YOUNG,　）
RITA PULLEN, EXECUTRIX OF THE ESTATE ）
OF STEPHEN R. PULLEN, DECEASED, and ）
TORRES W. WILLIAMSON, AND OTHER　）
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"　）
ATTACHED HERETO AND INCORPORATED ）
FULLY HEREIN,　　）
　　）
　　　PLAINTIFFS,　　）
　　）
v.　　）
　　）
WESTERN SOUTHERN LIFE INSURANCE　）
COMPANY, JOHN THABET,　　）
GEORGE CRUMP, ROGER  SHINN,　）
TERRY SHIRLEY, HOWARD PARKER,　）
JAMES ELIAS AND THOMAS S. RUSSELL, ）
OTHER DEFENDANT AGENTS A-Z;  and　）
FICTITIOUS DEFENDANTS AA-ZZ,　）
　　）
　　　DEFENDANTS.　　）

Civil Action No. 03-C-_____

H and T Glaze 1690
C. Neal 1715

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Harry R. Glaze_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Harry R. Glaze_ and I am over the age of 19 and reside at

_11560 Glass Overlook Rd, Elizabeth IN 47117_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Tina M. Glaze_　　　　　　_____

_(Christina L. Neal)_　　　　　_____
_Is an adult and no_
_longer lives at home._　　_Harry R. Glaze_
_She has her own house._
　　　　　　_Harry R Glaze_
　　　　　　HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _13th_ day of June, 2003.

_Cathy Miller_
NOTARY PUBLIC
My Commission Expires: _Oct. 14, 2008_

[SEAL]

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,  )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE  )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER  )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED  )
FULLY HEREIN,  )
                                           )
       PLAINTIFFS,  )
                                           )
v.  )     Civil Action No. 03-C-*1477*
                                           )
WESTERN SOUTHERN LIFE INSURANCE  )
COMPANY, JOHN THABET,  )
GEORGE CRUMP, ROGER SHINN,  )
TERRY SHIRLEY, HOWARD PARKER,  )
JAMES ELIAS AND THOMAS S. RUSSELL,  )
OTHER DEFENDANT AGENTS A-Z;  and  )
FICTITIOUS DEFENDANTS AA-ZZ,  )
                                           )
       DEFENDANTS.  )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Garry W. Goodman, Sr._

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Garry W. Goodman, Sr._ and I am over the age of 19 and reside at

_2706 Slevin St, Louisville KY 40212_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Garry W. Goodman, Jr._

_Theresa E Goodman_

 

                                   _Garry W. Goodman, Sr._

                                   _Garry W. Goodman_
                                   HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

                                   NOTARY PUBLIC
                                   My Commission Expires: _09-30-2006_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
        PLAINTIFFS, )
)
v. )         Civil Action No. 03-C-_____
)
WESTERN SOUTHERN LIFE INSURANCE )     J. B Graham   657
COMPANY, JOHN THABET, )     V. Sherred   938
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
        DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _John W Graham_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _John W. Graham_ and I am over the age of 19 and reside at

_500 Burns Street, Mansfield, OH 44903._

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Bessie L Graham_

_Valerie Sherred_

_John W. Graham_

_John W. Graham_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17th_ day of June, 2003.

_Lynda L Kalis_
NOTARY PUBLIC
My Commission Expires: _Nov 3, 2003_

LYNDA L. KALIS
NOTARY PUBLIC, STATE OE OHIO
My Commission Expires
Nov. 3, 2003