IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
    PLAINTIFFS, )
)
v. )    Civil Action No. 03-C- 53
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
    DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Albert R. Buchanan_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Albert R. Buchanan_ and I am over the age of 19 and reside at

_9924 Tri County Hwy, Winchester OH 45697_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Bertha Buchanan_      _____

_____      _____


                    _Albert R. Buchanan_
                    HEAD OF HOUSEHOLD


Sworn to and Subscribed before me on this the _20_ day of June, 2003.


                    NOTARY PUBLIC
                    My Commission Expires: _Feb. 4, 2005_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,       )
GARY L. COTTON, CHARLES M. HEIB, JR.,    )
MARY PAMELA HEIB, JAMES P. YOUNG,        )
RITA PULLEN, EXECUTRIX OF THE ESTATE     )
OF STEPHEN R. PULLEN, DECEASED, and      )
TORRES W. WILLIAMSON, AND OTHER          )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"     )
ATTACHED HERETO AND INCORPORATED         )
FULLY HEREIN,                            )
                                         )
        PLAINTIFFS,                      )
                                         )
v.                                       )   Civil Action No. 03-C-_____
                                         )
                                         )   Richard Burton i411
WESTERN SOUTHERN LIFE INSURANCE          )   Dorothy Peoples - Burton - 1584
COMPANY, JOHN THABET,                    )
GEORGE CRUMP, ROGER SHINN,               )
TERRY SHIRLEY, HOWARD PARKER,            )
JAMES ELIAS AND THOMAS S. RUSSELL,       )
OTHER DEFENDANT AGENTS A-Z;  and         )
FICTITIOUS DEFENDANTS AA-ZZ,             )
                                         )
        DEFENDANTS.                      )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared Richard Burton,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is Richard Burton and I am over the age of 19 and reside at

4519 Garland Avenue, Louisville, KY · 40216 .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

Dorothy Peoples - Burton _____

_____        _____

Richard Burton

Richard Burton
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 17th day of June, 2003.

NOTARY PUBLIC
My Commission Expires: 6/4/03

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,    )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG,    )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER      )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED      )
FULLY HEREIN,                         )
                                      )
        PLAINTIFFS,                   )
                                      )
v.                                    )        Civil Action No. 03-C-_____
                                      )
WESTERN SOUTHERN LIFE INSURANCE       )        Thelma Campbell - 1413
COMPANY, JOHN THABET,                 )        Karmel ; June Campbell - 1414
GEORGE CRUMP, ROGER SHINN,            )
TERRY SHIRLEY, HOWARD PARKER,         )
JAMES ELIAS AND THOMAS S. RUSSELL,    )
OTHER DEFENDANT AGENTS A-Z;  and      )
FICTITIOUS DEFENDANTS AA-ZZ,          )
                                      )
        DEFENDANTS.                   )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Thelma Campbell_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Thelma Campbell_ and I am over the age of 19 and reside at

_644 Golfview Drive, Lexington, KY 40504_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Karmel Campbell_

_June Campbell_

_Thelma Campbell_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 17th day of June, 2003.

_____
NOTARY PUBLIC
My Commission Expires: _10 | 14 | 2004_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

| | |
|---|---|
| NINA J. BOWLES, MICHAEL B. BROWN,<br>GARY L. COTTON, CHARLES M. HEIB, JR.,<br>MARY PAMELA HEIB, JAMES P. YOUNG,<br>RITA PULLEN, EXECUTRIX OF THE ESTATE<br>OF STEPHEN R. PULLEN, DECEASED, and<br>TORRES W. WILLIAMSON, AND OTHER<br>PLAINTIFFS IDENTIFIED IN EXHIBIT "A"<br>ATTACHED HERETO AND INCORPORATED<br>FULLY HEREIN,<br><br>     PLAINTIFFS,<br><br>v.<br><br>WESTERN SOUTHERN LIFE INSURANCE<br>COMPANY, JOHN THABET,<br>GEORGE CRUMP, ROGER SHINN,<br>TERRY SHIRLEY, HOWARD PARKER,<br>JAMES ELIAS AND THOMAS S. RUSSELL,<br>OTHER DEFENDANT AGENTS A-Z;  and<br>FICTITIOUS DEFENDANTS AA-ZZ,<br><br>     DEFENDANTS. | Civil Action No. 03-C- 251 |

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _John A. Carpenter_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _John A. Carpenter_ and I am over the age of 19 and reside at

_191 Edgwater Dr, Monaco, PA 15061_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Linda Carpenter_       _____

_____       _____

         _John A. Carpenter_

         _John A Carpenter_
         HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17th_ day of June, 2003.

         _Mari A Montgomery_
         NOTARY PUBLIC
         My Commission Expires: _8-30-04_

[SEAL]

NOTARIAL SEAL<br>MARI A. MONTGOMERY, Notary Public<br>Rochester, Beaver County<br>My Commission Expires Aug. 30, 2004

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,    )
GARY L. COTTON, CHARLES M. HEIB, JR.,    )
MARY PAMELA HEIB, JAMES P. YOUNG,    )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER    )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"    )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN,    )
   )
    PLAINTIFFS,    )
   )
v.    )    Civil Action No. 03-C-_____
   )
WESTERN SOUTHERN LIFE INSURANCE    )    D: E Carr 159
COMPANY, JOHN THABET,    )
GEORGE CRUMP, ROGER SHINN,    )    W.G. & J Weaver 219
TERRY SHIRLEY, HOWARD PARKER,    )
JAMES ELIAS AND THOMAS S. RUSSELL,    )
OTHER DEFENDANT AGENTS A-Z;  and    )
FICTITIOUS DEFENDANTS AA-ZZ,    )
   )
    DEFENDANTS.    )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared Edward E. Carr.

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is Edward Carr and I am over the age of 19 and reside at

510 Neal Street, Parkersburg, W.V. 26101 .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

Dora Carr    Gretchen Weaver

Wendy Weaver    James Weaver

    Edward E. Carr

    _Edward E Carr_
    HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 16 day of June, 2003.

    _Joan L. Jones_

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
JOAN L. JONES
McCRADY-JONES INSURANCE
904 DIVISION STREET
PARKERSBURG, WV  26101
My Commission Expires November 21, 2010

NOTARY PUBLIC
My Commission Expires: November 21, 2010

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,  )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE  )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER  )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED  )
FULLY HEREIN,  )
                                  )
     PLAINTIFFS,  )
                                    )
v.                                  )     Civil Action No. 03-C- |151
                                    )
WESTERN SOUTHERN LIFE INSURANCE  )
COMPANY, JOHN THABET,  )
GEORGE CRUMP, ROGER SHINN,  )
TERRY SHIRLEY, HOWARD PARKER,  )
JAMES ELIAS AND THOMAS S. RUSSELL,  )
OTHER DEFENDANT AGENTS A-Z;  and  )
FICTITIOUS DEFENDANTS AA-ZZ,  )
                                    )
     DEFENDANTS.  )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared *David Chappell*,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is *David Chappell* and I am over the age of 19 and reside at

*3653 Rouggly Road, Valles Mines, MO  63087*.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

*Karen Chappell*

    _____

    _____

```
DEBRA R. GRAF
NOTARY PUBLIC-NOTARY SEAL
STATE OF MISSOURI
COUNTY OF ST. FRANCOIS
My Commission Expires: April 15, 2005
```

*David Chappell*
*David C Chappell*
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the **16** day of June, 2003.
         16 DR S

        *Debra R Graf*
        NOTARY PUBLIC
        My Commission Expires: *6-15-05*

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,       )
GARY L. COTTON, CHARLES M. HEIB, JR.,    )
MARY PAMELA HEIB, JAMES P. YOUNG,        )
RITA PULLEN, EXECUTRIX OF THE ESTATE     )
OF STEPHEN R. PULLEN, DECEASED, and      )
TORRES W. WILLIAMSON, AND OTHER          )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"     )
ATTACHED HERETO AND INCORPORATED         )
FULLY HEREIN,                            )
                                         )
        PLAINTIFFS,                      )
                                         )
v.                                       )        Civil Action No. 03-C- 547
                                         )
WESTERN SOUTHERN LIFE INSURANCE          )
COMPANY, JOHN THABET,                    )
GEORGE CRUMP, ROGER SHINN,               )
TERRY SHIRLEY, HOWARD PARKER,            )
JAMES ELIAS AND THOMAS S. RUSSELL,       )
OTHER DEFENDANT AGENTS A-Z; and          )
FICTITIOUS DEFENDANTS AA-ZZ,             )
                                         )
        DEFENDANTS.                      )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _William D. Cheney_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _William D. Cheney_ and I am over the age of 19 and reside at

_P. O. Box 73, Ada, OH 45810_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Belinda S. Cheney_                    _____

_____              _____

                                       _William D. Cheney_
                                       _William D. Cheney_
                                       HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

                                       _Mary Jane McEvey_
                                       NOTARY PUBLIC
                                       My Commission Expires: _3-23-2005_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,                )
GARY L. COTTON, CHARLES M. HEIB, JR.,            )
MARY PAMELA HEIB, JAMES P. YOUNG,                )
RITA PULLEN, EXECUTRIX OF THE ESTATE             )
OF STEPHEN R. PULLEN, DECEASED, and              )
TORRES W. WILLIAMSON, AND OTHER                  )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"             )
ATTACHED HERETO AND INCORPORATED                 )
FULLY HEREIN,                                    )
                                                 )
        PLAINTIFFS,                              )
                                                 )
v.                                               )       Civil Action No. 03-C-_____
                                                 )
WESTERN SOUTHERN LIFE INSURANCE                  )       *Charlotte and J. Cheshire 1923*
COMPANY, JOHN THABET,                            )       *Carroll not in computer*
GEORGE CRUMP, ROGER SHINN,                       )
TERRY SHIRLEY, HOWARD PARKER,                    )
JAMES ELIAS AND THOMAS S. RUSSELL,               )
OTHER DEFENDANT AGENTS A-Z;  and                 )
FICTITIOUS DEFENDANTS AA-ZZ,                     )
                                                 )
        DEFENDANTS.                              )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Charlotte Cheshire_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Charlotte Cheshire_ and I am over the age of 19 and reside at

_2505 Briargate Rd, Louisville KY 40216_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Julie Chesire_

_Carroll Cheshire_

_Charlotte Chesire_
_Charlotte A. Chesh...._
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _20th_ day of June, 2003.

_Charlotte Chesh...._
NOTARY PUBLIC
My Commission Expires: _2005_
_10-28-05_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
                                       )
       PLAINTIFFS, )
                                         )    Civil Action No. 03-C-_1870_
v. )
                                         )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
                                         )
       DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Salvatore Chuppa._

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Salvatore Chuppa_ and I am over the age of 19 and reside at

_5622 Canosa Drive, Holiday, FL 34690_ .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Anna Chuppa_         _____

_____         _____

                                        _Salvatore Chuppa_
                                        _Salvatore Chuppa_
                                        HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 16th day of June, 2003.

                                        _Laura S. Enie_

LAURA S. ENIE
MY COMMISSION # DD 194124
EXPIRES: May 2, 2007
Bonded Thru Budget Notary Services

NOTARY PUBLIC
My Commission Expires: 5|2|07

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
                                     )
        PLAINTIFFS, )
                                     )
v. )                                    Civil Action No. 03-C-_____
                                     )
                                     )   *Vicki Clancy - 550*
WESTERN SOUTHERN LIFE INSURANCE )       *Brooks - 522*
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
                                     )
        DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Vicki Clancy_.

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Vicki Clancy_ and I am over the age of 19 and reside at

_8 East Shannon Ave, Dayton OH  45449_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_David Brooks_                    _Katherine Brooks_
_Jeffrey Brooks_                  _Mark Brooks_

                                  _Vicki Clancy_
                                  _Riley Brooks_     _Vicki Clancy_
                                  HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _18th_ day of June, 2003.

_Carol Martin_
NOTARY PUBLIC
My Commission Expires: _6-12-05_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,  )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE  )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER  )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED  )
FULLY HEREIN,  )
      )
     PLAINTIFFS,  )
      )
v.      )   Civil Action No. 03-C- _163_
      )
WESTERN SOUTHERN LIFE INSURANCE  )
COMPANY, JOHN THABET,  )
GEORGE CRUMP, ROGER SHINN,  )
TERRY SHIRLEY, HOWARD PARKER,  )
JAMES ELIAS AND THOMAS S. RUSSELL,  )
OTHER DEFENDANT AGENTS A-Z;  and  )
FICTITIOUS DEFENDANTS AA-ZZ,  )
      )
     DEFENDANTS.  )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _James Clark_ ,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _James Clark_ and I am over the age of 19 and reside at

_921 Glenway, Charleston WV 25309_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Linda Clark_

_____       _____

                              _James Clark,_
                              _James Clark_
                              HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16th_ day of June, 2003.

_Elizabeth A. Warner_
NOTARY PUBLIC
My Commission Expires: _3-15-2010_

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
ELIZABETH A. WARNER
ONE VALLEY BANK
P. O. BOX 1793
CHARLESTON, WV 25326
My Commission Expires March 15, 2010

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )     Civil Action No. 03-C-_1427_
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
     DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared __James G. Conliffe__,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is __James G. Conliffe__ and I am over the age of 19 and reside at

__8114 Eagles Crest Ct, Louisville KY 40291__

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

__Shirley A. Conliffe__     _____

_____     _____

     __James G. Conliffe__

     __James G. Conley__
     HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the __19__ day of June, 2003.

     __Fannie T. Leslie__
     NOTARY PUBLIC
     My Commission Expires:
     Fannie T. Leslie
     Notary Public, State at Large, KY
     My commission expires March 14, 2006

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )    Civil Action No. 03-C-_562_
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
     DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Deborah Cook_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Deborah Cook_ and I am over the age of 19 and reside at

_4511 Pennyston Ave., Huber Heights, Ohio 45424_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_La Marr Cook, son_     _____

_____     _____

_Deborah Cook_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _18_ day of June, 2003.

_Kimberley S. Nash_
NOTARY PUBLIC
My Commission Expires:

KIMBERLY S. NASH, Notary Public
in and for the State of Ohio
My Commission Expires Dec. 1, 2007

[SEAL]

**IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA**

NINA J. BOWLES, MICHAEL B. BROWN,           )
GARY L. COTTON, CHARLES M. HEIB, JR.,       )
MARY PAMELA HEIB, JAMES P. YOUNG,           )
RITA PULLEN, EXECUTRIX OF THE ESTATE        )
OF STEPHEN R. PULLEN, DECEASED, and         )
TORRES W. WILLIAMSON, AND OTHER             )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"        )
ATTACHED HERETO AND INCORPORATED            )
FULLY HEREIN,                               )
                                            )
     PLAINTIFFS,                               )
                                            )
v.                                          )   Civil Action No. 03-C-_26c_
                                            )
WESTERN SOUTHERN LIFE INSURANCE             )
COMPANY, JOHN THABET,                       )
GEORGE CRUMP, ROGER  SHINN,                 )
TERRY SHIRLEY, HOWARD PARKER,               )
JAMES ELIAS AND THOMAS S. RUSSELL,          )
OTHER DEFENDANT AGENTS A-Z;  and            )
FICTITIOUS DEFENDANTS AA-ZZ,                )
                                            )
     DEFENDANTS.                               )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Mack Cooper, Jr._

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Mark Cooper_ and I am over the age of 19 and reside at

_513 Luzerne Street, Scranton, PA 18504_ .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Penny Cooper_        _____

_____       _____

                        _Mark Cooper, Sr._

                        _Mark D Cooper Sr_
                        HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

                        _Donald Barnhart III_
                        NOTARY PUBLIC
                        My Commission Expires:_____

[SEAL]

```
              NOTARIAL SEAL
DONALD BARNHART III, Notary Public
     Wyoming, Luzerne County, PA
My Commission Expires February 20, 2007
```

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,  )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE  )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER  )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED  )
FULLY HEREIN,  )
                              )
     PLAINTIFFS,  )
                              )
v.  )     Civil Action No. 03-C-1675
                              )
WESTERN SOUTHERN LIFE INSURANCE  )
COMPANY, JOHN THABET,  )
GEORGE CRUMP, ROGER  SHINN,  )
TERRY SHIRLEY, HOWARD PARKER,  )
JAMES ELIAS AND THOMAS S. RUSSELL,  )
OTHER DEFENDANT AGENTS A-Z;  and  )
FICTITIOUS DEFENDANTS AA-ZZ,  )
                              )
     DEFENDANTS.  )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared James Couch.

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is James Couch and I am over the age of 19 and reside at

4801 Salem - Noble, Jeffersonville, IN 47130.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

Lavon Couch

                                          James Couch
                                          HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 16th day of June, 2003.

                                      Janet Bradshaw
                                        NOTARY PUBLIC
                                        My Commission Expires: 23 June 2008

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,       )
GARY L. COTTON, CHARLES M. HEIB, JR.,   )
MARY PAMELA HEIB, JAMES P. YOUNG,       )
RITA PULLEN, EXECUTRIX OF THE ESTATE    )
OF STEPHEN R. PULLEN, DECEASED, and     )
TORRES W. WILLIAMSON, AND OTHER         )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"    )
ATTACHED HERETO AND INCORPORATED        )
FULLY HEREIN,                           )
                                        )
        PLAINTIFFS,                     )
                                        )
v.                                      )        Civil Action No. 03-C- 1434
                                        )
WESTERN SOUTHERN LIFE INSURANCE         )
COMPANY, JOHN THABET,                   )
GEORGE CRUMP, ROGER SHINN,              )
TERRY SHIRLEY, HOWARD PARKER,           )
JAMES ELIAS AND THOMAS S. RUSSELL,      )
OTHER DEFENDANT AGENTS A-Z; and         )
FICTITIOUS DEFENDANTS AA-ZZ,            )
                                        )
        DEFENDANTS.                     )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _John Cox, Jr._ ,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _John Cox Jr._ and I am over the age of 19 and reside at

_P. O. Box 292 , LaGrange KY 40031_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Jennifer M. Cox_                       _____

_Jennifer M Cox_                        _____

                                        _John Cox, Jr._

                                        _John Cox Jr._
                                        HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _18_ day of June, 2003.

_Mildred M Busy_
NOTARY PUBLIC
My Commission Expires: _3-4-2004_
_State at Large_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,   )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,   )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER    )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"   )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN,                            )
                                     )
    PLAINTIFFS,                )
                                     )
v.                                 )    Civil Action No. 03-C- _i43ᑊ_
                                 )
WESTERN SOUTHERN LIFE INSURANCE   )
COMPANY, JOHN THABET,            )
GEORGE CRUMP, ROGER SHINN,      )
TERRY SHIRLEY, HOWARD PARKER,    )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and   )
FICTITIOUS DEFENDANTS AA-ZZ,       )
                                 )
    DEFENDANTS.             )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Debra Crawford_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Debra Crawford_ and I am over the age of 19 and reside at

_2257 Thomas St, Ashland KY 41101_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Karen Crawford_             _____

_____       _____

                                         _Debra Crawford_
                                       HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _28th_ day of June, 2003.

                                       _Nina R. Knipp_
                                       NOTARY PUBLIC
                                       My Commission Expires: _Sept. 20, 2003_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
    PLAINTIFFS, )
)
v. )    Civil Action No. 03-C- 5 71
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
    DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Ellen Crawford_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Ellen Crawford_ and I am over the age of 19 and reside at

_203 Second St, Mt. Orab, OH 45154_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Mary K. Crawford_    _____

_____    _____

_Ellen Crawford_

_Ellen Crawford_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 18th day of June, 2003.

MELISSA NEAD
Notary Public State of Ohio
My Commission Expires November 16, 2003

[SEAL]    Recorded in Brown County

_Melissa Nead_
NOTARY PUBLIC
My Commission Expires: 11-16-03

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,　　　　)
GARY L. COTTON, CHARLES M. HEIB, JR.,　　)
MARY PAMELA HEIB, JAMES P. YOUNG,　　　　)
RITA PULLEN, EXECUTRIX OF THE ESTATE　　)
OF STEPHEN R. PULLEN, DECEASED, and　　　)
TORRES W. WILLIAMSON, AND OTHER　　　　　)
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"　　)
ATTACHED HERETO AND INCORPORATED　　　　)
FULLY HEREIN,　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　PLAINTIFFS,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　　)　　Civil Action No. 03-C-_1880_
　　　　　　　　　　　　　　　　　　　　　)
WESTERN SOUTHERN LIFE INSURANCE　　　　　)
COMPANY, JOHN THABET,　　　　　　　　　　)
GEORGE CRUMP, ROGER SHINN,　　　　　　　　)
TERRY SHIRLEY, HOWARD PARKER,　　　　　　)
JAMES ELIAS AND THOMAS S. RUSSELL,　　　)
OTHER DEFENDANT AGENTS A-Z;  and　　　　　)
FICTITIOUS DEFENDANTS AA-ZZ,　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　DEFENDANTS.　　　　　　　　　　　)

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _George W Crawley,_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _George W Crawley_ and I am over the age of 19 and reside at

_2000 W LK Brantley Rd Longwood, FL 32779_ .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Rose M Crowley_

_____　　_____

　　　　　　　　　　　　　　　　　　　　　　　_George W Crowley_

　　　　　　　　　　　　　　　　　　　　　　　_George W. Crowley_
　　　　　　　　　　　　　　　　　　　　　　　HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

　　　　　　　　　　　　　　　　　　　　　_Tracie A Marshall_
　　　　　　　　　　　　　　　　　　　　　NOTARY PUBLIC
　　　　　　　　　　　　　　　　　　　　　My Commission Expires: _2-16-07_

TRACIE A. MARSHALL
Notary Public - State of Florida
My Commission Expires Feb 16, 2007
Commission # DD184110
Bonded By National Notary Assn.

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
    PLAINTIFFS, )
)
v. )    Civil Action No. 03-C-_1881_
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
    DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Daniel T. Curley_.

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Daniel Curley_ and I am over the age of 19 and reside at

_5449 Dartmouth Ave N, St. Petersburg, FL 33710_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Marie Curley_

_Marie Curley_

 

_Daniel T. Curley_

HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _18_ day of June, 2003.

NOTARY PUBLIC

My Commission Expires: _____

[SEAL]
MARY L. GARITO
MY COMMISSION # CC 886946
EXPIRES: December 15, 2003
Bonded Thru Notary Public Underwriters

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )    Civil Action No. 03-C-263
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
     DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared *George Cyrilla*,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is *George Cyrilla* and I am over the age of 19 and reside at

*486 Cypress Drive, Coraopolis, PA 15108*.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

*Sally Cyrilla*        _____

_____        _____

                     *George Cyrilla*
                     *George Cyrilla*
                     HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the *16* day of June, 2003.

               *Beverly A. Hollowood*
               NOTARY PUBLIC
               My Commission Expires

                     **Notarial Seal**
                     Beverly A. Hollowood, Notary Public
                     Moon Twp., Allegheny County
                     My Commission Expires Oct. 9, 2004

[SEAL]

                     Member, Pennsylvania Association of Notaries

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )    Civil Action No. 03-C- 1882
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
     DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Charles D. Davis_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Charles D. Davis_ and I am over the age of 19 and reside at

_1272 Blackman Rd, Yulee, FL 32097_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Mary J. Davis_
_(Mary J. Davis)_

 

_Charles D. Davis_
_Charles D. Davis_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16th_ day of June, 2003.

_Shirlene_
NOTARY PUBLIC
My Commission Expires:

Shirlene S. Reeves
Commission #DD215275
Expires: May 26, 2007
Bonded Thru
Atlantic Bonding Co., Inc.

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,       )
GARY L. COTTON, CHARLES M. HEIB, JR.,   )
MARY PAMELA HEIB, JAMES P. YOUNG,       )
RITA PULLEN, EXECUTRIX OF THE ESTATE    )
OF STEPHEN R. PULLEN, DECEASED, and     )
TORRES W. WILLIAMSON, AND OTHER         )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"    )
ATTACHED HERETO AND INCORPORATED        )
FULLY HEREIN,                           )
                                        )
        PLAINTIFFS,                     )
                                        )
v.                                      )        Civil Action No. 03-C- 1160
                                        )
WESTERN SOUTHERN LIFE INSURANCE         )
COMPANY, JOHN THABET,                   )
GEORGE CRUMP, ROGER SHINN,              )
TERRY SHIRLEY, HOWARD PARKER,           )
JAMES ELIAS AND THOMAS S. RUSSELL,      )
OTHER DEFENDANT AGENTS A-Z;  and        )
FICTITIOUS DEFENDANTS AA-ZZ,            )
                                        )
        DEFENDANTS.                     )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Patrick Doll_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Patrick Doll_ and I am over the age of 19 and reside at

_2387 PCR 928, Saint Mary, Mo 63673_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Bradley L. Doll_ _____

_____ _____

_Patrick Doll_

_Patricia M Daly_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

_Patricia J Tanz_
NOTARY PUBLIC
My Commission Expires: _May 8, 2004_

PATRICIA J. TANZ
Notary Public - Notary Seal
STATE OF MISSOURI
Perry County
My Commission Expires May 8, 2004

[SEAL]

### IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,  )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE  )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER  )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED  )
FULLY HEREIN,  )
                                         )
      PLAINTIFFS,  )
                                         )
v.  )     Civil Action No. 03-C-_____
                                         )
WESTERN SOUTHERN LIFE INSURANCE  )  *Donaldson's  273*
COMPANY, JOHN THABET,  )
GEORGE CRUMP, ROGER SHINN,  )  *Cook - 258*
TERRY SHIRLEY, HOWARD PARKER,  )
JAMES ELIAS AND THOMAS S. RUSSELL,  )
OTHER DEFENDANT AGENTS A-Z;  and  )
FICTITIOUS DEFENDANTS AA-ZZ,  )
                                         )
      DEFENDANTS.  )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Gerald D. Donaldson_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Gerald D. Donaldson_ and I am over the age of 19 and reside at

_15 FieldCrest Dr, McDonald, PA 15057_ .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Delores M. Cook_          _Vicki Donaldson_

_Kairy Donaldson_

                                 _Gerald D. Donaldson_
                                 _Gerald D. Donaldson_
                                 HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

                          _John T. Walker_
                          NOTARY PUBLIC
                          My Commission Expires:    Notarial Seal
                                        John T. Walker, Jr., Notary Public
                                        McDonald Boro, Washington County
                                        My Commission Expires Feb. 2, 2005

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,    )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,    )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER      )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"   )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN,                         )
                                      )
        PLAINTIFFS,                   )
                                      )
v.                                    )        Civil Action No. 03-C- 1777
                                      )
WESTERN SOUTHERN LIFE INSURANCE      )
COMPANY, JOHN THABET,                 )
GEORGE CRUMP, ROGER SHINN,            )
TERRY SHIRLEY, HOWARD PARKER,         )
JAMES ELIAS AND THOMAS S. RUSSELL,    )
OTHER DEFENDANT AGENTS A-Z; and       )
FICTITIOUS DEFENDANTS AA-ZZ,          )
                                      )
        DEFENDANTS.                   )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Percy Dotson_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Percy Dotson_ and I am over the age of 19 and reside at

_204 Lee Dr Apt A, O'Fallon IL 62269_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Curlie Dotson_

_____          _Percy Dotson_
                          HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 7th day of June, 2003.

_Dionne P. Fisher_
NOTARY PUBLIC
My Commission Expires:

[SEAL]

DIONNE P. FISHER
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis City
My Commission Expires: April 15, 2006

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,          )
GARY L. COTTON, CHARLES M. HEIB, JR.,      )
MARY PAMELA HEIB, JAMES P. YOUNG,          )
RITA PULLEN, EXECUTRIX OF THE ESTATE       )
OF STEPHEN R. PULLEN, DECEASED, and        )
TORRES W. WILLIAMSON, AND OTHER            )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"       )
ATTACHED HERETO AND INCORPORATED           )
FULLY HEREIN,                              )
                                           )
        PLAINTIFFS,                        )
                                           )
v.                                         )        Civil Action No. 03-C- 1161
                                           )
WESTERN SOUTHERN LIFE INSURANCE            )
COMPANY, JOHN THABET,                      )
GEORGE CRUMP, ROGER SHINN,                 )
TERRY SHIRLEY, HOWARD PARKER,              )
JAMES ELIAS AND THOMAS S. RUSSELL,         )
OTHER DEFENDANT AGENTS A-Z;  and           )
FICTITIOUS DEFENDANTS AA-ZZ,               )
                                           )
        DEFENDANTS.                        )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _David I. Douglas_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _David I. Douglas_ and I am over the age of 19 and reside at

_2225 Shawneetown Ford, Union MO 63084_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Sheila Douglas_                          _____

_____                   _____

                                          _David I. Douglas_
                                          _David I. Douglas_
                                          HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

BONNIE L. HOFFMAN
Franklin County
My Commission Expires
April 11, 2006

_____
NOTARY PUBLIC
My Commission Expires: _4-11-06_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,       )
GARY L. COTTON, CHARLES M. HEIB, JR.,   )
MARY PAMELA HEIB, JAMES P. YOUNG,       )
RITA PULLEN, EXECUTRIX OF THE ESTATE    )
OF STEPHEN R. PULLEN, DECEASED, and     )
TORRES W. WILLIAMSON, AND OTHER         )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"    )
ATTACHED HERETO AND INCORPORATED        )
FULLY HEREIN,                           )
                                        )
        PLAINTIFFS,                     )
                                        )
v.                                      )        Civil Action No. 03-C-_274_
                                        )
WESTERN SOUTHERN LIFE INSURANCE         )
COMPANY, JOHN THABET,                   )
GEORGE CRUMP, ROGER  SHINN,             )
TERRY SHIRLEY, HOWARD PARKER,           )
JAMES ELIAS AND THOMAS S. RUSSELL,      )
OTHER DEFENDANT AGENTS A-Z;  and        )
FICTITIOUS DEFENDANTS AA-ZZ,            )
                                        )
        DEFENDANTS.                     )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Paul  Dow_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Paul  Dow_ and I am over the age of 19 and reside at

_403  28th Street,  McKeesport, PA,  15132_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Daniel Dow_                          _____

_____          _____

                                     _Paul Dow_
                                     _Paul Dow_
                                     HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _14th_ day of June, 2003.

                                     _Gretchen L Richards_
                                     NOTARY PUBLIC
                                     My Commission Expires:_____

[SEAL]

Notarial Seal
Gretchen L. Richards, Notary Public
Monroeville Boro, Allegheny County
My Commission Expires Dec. 27, 2004
Member, Pennsylvania Association of Notaries

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
    PLAINTIFFS, )
)
v. )    Civil Action No. 03-C- 601
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
    DEFENDANTS. )

**AFFIDAVIT**

Before me, the undersigned, a Notary Public, personally appeared Gary L. Downing,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is Gary L. Downing and I am over the age of 19 and reside at

3314 Trovillo Road, Morrow, OH  45152

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

Rita G. Downing

 

Gary L. Downing
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 4 day of June, 2003.

NOTARY PUBLIC
My Commission Expires:_____

PHYLLIS V. SMITH
Notary Public   State Of Ohio
My Commission Expires May 26, 2005

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
                                         )
       PLAINTIFFS, )
                                           )      Civil Action No. 03-C-_____
v. )
                                           )      Duffys 276
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )      Hammersly 305
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
                                           )
       DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared **Phillip Duffy**,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is **Phillip Duffy** and I am over the age of 19 and reside at

**43 East Newport Street, Ashley, PA 18706**.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

**JoAnn Duffy**

**John Hammersly**

 

**Phillip Duffy**

**Phillip Duffy**
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the **16** day of June, 2003.

                               _Frank J. Ciavarella_
                               NOTARY PUBLIC
                               My Commission Expires:_____

[SEAL]

                                 Notarial Seal
                          Frank J. Ciavarella, Notary Public
                          Hanover Twp., Luzerne County
                         My Commission Expires April 26, 2004

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,  )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER  )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN,  )
  )
     PLAINTIFFS,  )
  )
v.  )     Civil Action No. 03-C-604
  )
WESTERN SOUTHERN LIFE INSURANCE  )
COMPANY, JOHN THABET,  )
GEORGE CRUMP, ROGER SHINN,  )
TERRY SHIRLEY, HOWARD PARKER,  )
JAMES ELIAS AND THOMAS S. RUSSELL,  )
OTHER DEFENDANT AGENTS A-Z; and  )
FICTITIOUS DEFENDANTS AA-ZZ,  )
  )
     DEFENDANTS.  )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared William E. Dunaway

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is William Dunaway and I am over the age of 19 and reside at

5330 Cotton Run Road, Hamilton, OH 45011

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

Linda C. Dunaway

_____

_____    _____

                    William E. Dunaway
                    William E. Dunaway
                    HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 16 day of June, 2003.

                    Linda M. Schlabach
                    NOTARY PUBLIC
                    My Commission Expires:_____

                                LINDA M. SCHLABACH
                                Notary Public, State of Ohio
                                My Commission Expires May 15, 2008

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,        )
GARY L. COTTON, CHARLES M. HEIB, JR.,    )
MARY PAMELA HEIB, JAMES P. YOUNG,        )
RITA PULLEN, EXECUTRIX OF THE ESTATE     )
OF STEPHEN R. PULLEN, DECEASED, and      )
TORRES W. WILLIAMSON, AND OTHER          )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"     )
ATTACHED HERETO AND INCORPORATED         )
FULLY HEREIN,                            )
                                         )
        PLAINTIFFS,                      )
                                         )
v.                                       )    Civil Action No. 03-C- 1283
                                         )
WESTERN SOUTHERN LIFE INSURANCE          )
COMPANY, JOHN THABET,                    )
GEORGE CRUMP, ROGER SHINN,               )
TERRY SHIRLEY, HOWARD PARKER,            )
JAMES ELIAS AND THOMAS S. RUSSELL,       )
OTHER DEFENDANT AGENTS A-Z; and          )
FICTITIOUS DEFENDANTS AA-ZZ,             )
                                         )
        DEFENDANTS.                      )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared John Durden ,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is John Durden and I am over the age of 19 and reside at

114 Packard St. Kalamazoo MI 49048 .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

Shirley Durden

_____

John Durden

John Durden
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 16th day of June, 2003.

_____
NOTARY PUBLIC
My Commission Expires: 5/10/07

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,         )
GARY L. COTTON, CHARLES M. HEIB, JR.,     )
MARY PAMELA HEIB, JAMES P. YOUNG,         )
RITA PULLEN, EXECUTRIX OF THE ESTATE      )
OF STEPHEN R. PULLEN, DECEASED, and       )
TORRES W. WILLIAMSON, AND OTHER           )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"      )
ATTACHED HERETO AND INCORPORATED          )
FULLY HEREIN,                             )
                                          )
        PLAINTIFFS,                       )
                                          )
v.                                        )    Civil Action No. 03-C- 1454
                                          )
WESTERN SOUTHERN LIFE INSURANCE           )
COMPANY, JOHN THABET,                     )
GEORGE CRUMP, ROGER SHINN,                )
TERRY SHIRLEY, HOWARD PARKER,             )
JAMES ELIAS AND THOMAS S. RUSSELL,        )
OTHER DEFENDANT AGENTS A-Z;  and          )
FICTITIOUS DEFENDANTS AA-ZZ,              )
                                          )
        DEFENDANTS.                       )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Richard Egnew_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Richard Egnew_ and I am over the age of 19 and reside at

_818 Washburn Ave #4, Louisville KY 40222_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Elizabeth Egnew_                         _____

_____                  _____

                                         _Richard Egnew_
                                         _Richard Egnew_
                                         HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17th_ day of June, 2003.

                                         _Theresa Levenstone_
                                         NOTARY PUBLIC
                                         My Commission Expires: _9/15/2003_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,　　　)
GARY L. COTTON, CHARLES M. HEIB, JR.,　)
MARY PAMELA HEIB, JAMES P. YOUNG,　　)
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and　)
TORRES W. WILLIAMSON, AND OTHER　　)
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"　)
ATTACHED HERETO AND INCORPORATED　)
FULLY HEREIN,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　PLAINTIFFS,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　)　　Civil Action No. 03-C- 1458
　　　　　　　　　　　　　　　　　　　　)
WESTERN SOUTHERN LIFE INSURANCE　　)
COMPANY, JOHN THABET,　　　　　　　　)
GEORGE CRUMP, ROGER SHINN,　　　　　)
TERRY SHIRLEY, HOWARD PARKER,　　　　)
JAMES ELIAS AND THOMAS S. RUSSELL,　)
OTHER DEFENDANT AGENTS A-Z;  and　　)
FICTITIOUS DEFENDANTS AA-ZZ,　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　DEFENDANTS.　　　　　　　　　　)

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Steve Epperson_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Steve Epperson_ and I am over the age of 19 and reside at

_Route 1 Box 269A Warsaw, KY 41095_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Linda Epperson_　　　　　　　　　　_____

_____　　　　　　_____

　　　　　　　　　　　　　　　　　_Steve Epperson_
　　　　　　　　　　　　　　　　　_Steve Epperson_
　　　　　　　　　　　　　　　　　HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 16 day of June, 2003.

_Deborah L. Ellis_
NOTARY PUBLIC
My Commission Expires: 2/4/05

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
 )
  PLAINTIFFS, )
 )
v. ) Civil Action No. 03-C-1459
 )
WESTERN SOUTHERN LIFE INSURANCE )
~~~ JOHN THARET~~~ )
 )
*Volunteers Are Shining Stars* )
★★★★★ L, )
 )
*Lisa,* )
*Our correct address is:* )
*P.O. Box 511 -mailing* )
*909 Market Street -physical* **AFFIDAVIT**
*Both in Worthington KY 41183* ary Public, personally appeared _Gregory L. Evans_,
*Thank you* ly sworn, on oath deposes and says as follows:
 _NS_ and I am over the age of 19 and reside at
 _ington, KY 41183_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_April S. Evans_  _____

_____  _____

   _Gregory L. Evans_

   _Greg Evans_
   HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _21st_ day of June, 2003.

   _Dary M Wright_
   NOTARY PUBLIC
   My Commission Expires: _3/15/07_
   _NPSAL JKY_

[SEAL]

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
                              )
      PLAINTIFFS, )
                              )
v.                               )    Civil Action No. 03-C- 282
                              )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
                              )
      DEFENDANTS. )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Elmer Eversmann_ ,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Elmer Eversmann_ and I am over the age of 19 and reside at

_822 Vilsack Rd, Glenshaw, PA 15116_ .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Ida Eversmann_            _____

_____         _____

                                  _Elmer Eversmann_
                                  _Elmer R Eversmann_
                                  HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

                                  _Joanne E Braunlich_
                                  NOTARY PUBLIC
                                    My Commission Expires:

| Notarial Seal |
| --- |
| Joanne E. Braunlich, Notary Public |
| Ross Twp., Allegheny County |
| My Commission Expires Sept. 7, 2006 |
| Member, Pennsylvania Association Of Notaries |

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,           )
GARY L. COTTON, CHARLES M. HEIB, JR.,       )
MARY PAMELA HEIB, JAMES P. YOUNG,           )
RITA PULLEN, EXECUTRIX OF THE ESTATE        )
OF STEPHEN R. PULLEN, DECEASED, and         )
TORRES W. WILLIAMSON, AND OTHER             )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"        )
ATTACHED HERETO AND INCORPORATED            )
FULLY HEREIN,                               )
                                            )
        PLAINTIFFS,                         )
                                            )
v.                                          )    Civil Action No. 03-C- 618
                                            )
WESTERN SOUTHERN LIFE INSURANCE             )
COMPANY, JOHN THABET,                       )
GEORGE CRUMP, ROGER SHINN,                  )
TERRY SHIRLEY, HOWARD PARKER,               )
JAMES ELIAS AND THOMAS S. RUSSELL,          )
OTHER DEFENDANT AGENTS A-Z;  and            )
FICTITIOUS DEFENDANTS AA-ZZ,                )
                                            )
        DEFENDANTS.                         )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Joseph R. Fairbanks_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Joseph R. Fairbanks_ and I am over the age of 19 and reside at

_2036 Woodville Pike Goshen OH 45122_ .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Clara M. Fairbanks_                    _____

_____            _____

                                        _Joseph R. Fairbanks_
                                        _Joseph R. Fairbanks_
                                        HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _14_ day of June, 2003.

**MAGGIE L. CRAWFORD**
Notary Public, State of Ohio
My Commission Expires
July 23, 2006

[SEAL]

_Maggie L. Crawford_
NOTARY PUBLIC
My Commission Expires _July 23, 2006_

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )    Civil Action No. 03-C-_____
)
WESTERN SOUTHERN LIFE INSURANCE )    *T. Fawsley 1687*
COMPANY, JOHN THABET, )    *E. Freiberger 1688*
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
     DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Tony Farnsley_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Tony Farnsley_ and I am over the age of 19 and reside at

_4339 Countryview Drive, Floyds Knobs, IN 47119_ .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Eugenea Freiberger_      _____

_____      _____

_Tony Farnsley_
_Tony R. Farnsley_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17th_ day of June, 2003.

_____
NOTARY PUBLIC
My Commission Expires: _3-11-2011_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,              )
GARY L. COTTON, CHARLES M. HEIB, JR.,          )
MARY PAMELA HEIB, JAMES P. YOUNG,              )
RITA PULLEN, EXECUTRIX OF THE ESTATE           )
OF STEPHEN R. PULLEN, DECEASED, and            )
TORRES W. WILLIAMSON, AND OTHER                )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"           )
ATTACHED HERETO AND INCORPORATED               )
FULLY HEREIN,                                  )
                                               )
        PLAINTIFFS,                            )
                                               )
v.                                             )       Civil Action No. 03-C-_620_
                                               )
WESTERN SOUTHERN LIFE INSURANCE                )
COMPANY, JOHN THABET,                          )
GEORGE CRUMP, ROGER SHINN,                     )
TERRY SHIRLEY, HOWARD PARKER,                  )
JAMES ELIAS AND THOMAS S. RUSSELL,             )
OTHER DEFENDANT AGENTS A-Z;  and               )
FICTITIOUS DEFENDANTS AA-ZZ,                   )
                                               )
        DEFENDANTS.                            )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Carlos F. Fields_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Carlos F. Fields_ and I am over the age of 19 and reside at

_2142 O' Reilly Rd, Fayetteville OH. 45118_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Phyllis A. Fields_                          _____

_____                 _____

                                            _Carlos F. Fields_
                                            _Carlos F. Fields_
                                            HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 19th day of June, 2003.

                                            _Susan Mascarelli_
                                            NOTARY PUBLIC
                                            My Commission Expires:_____

[SEAL]

                                            SUSAN MASCARELLI
                                            Notary Public, State of Ohio
                                            My Commission Expires Oct. 5, 2004

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,           )
GARY L. COTTON, CHARLES M. HEIB, JR.,        )
MARY PAMELA HEIB, JAMES P. YOUNG,            )
RITA PULLEN, EXECUTRIX OF THE ESTATE         )
OF STEPHEN R. PULLEN, DECEASED, and          )
TORRES W. WILLIAMSON, AND OTHER              )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"         )
ATTACHED HERETO AND INCORPORATED             )
FULLY HEREIN,                                )
                                             )
        PLAINTIFFS,                          )
                                             )
v.                                           )      Civil Action No. 03-C- _287_
                                             )
WESTERN SOUTHERN LIFE INSURANCE              )
COMPANY, JOHN THABET,                        )
GEORGE CRUMP, ROGER SHINN,                   )
TERRY SHIRLEY, HOWARD PARKER,                )
JAMES ELIAS AND THOMAS S. RUSSELL,           )
OTHER DEFENDANT AGENTS A-Z;  and             )
FICTITIOUS DEFENDANTS AA-ZZ,                 )
                                             )
        DEFENDANTS.                          )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Pasquale Filippelli,_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Pasquale Filippelli_ and I am over the age of 19 and reside at

_131 Bechtal St, Monaca PA 15061_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Donna Filippelli_ _____

_____        _____

_Pasquale Filippelli_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17_ day of June, 2003.

_Kathy L Clark_
NOTARY PUBLIC
My Commission Expires: _2/19/07_

Notarial Seal
Kathy L. Clark, Notary Public
City Of Aliquippa, Beaver County
My Commission Expires Feb. 19, 2007
Member, Pennsylvania Association Of Notaries

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,      )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,      )
RITA PULLEN, EXECUTRIX OF THE ESTATE   )
OF STEPHEN R. PULLEN, DECEASED, and    )
TORRES W. WILLIAMSON, AND OTHER        )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"   )
ATTACHED HERETO AND INCORPORATED       )
FULLY HEREIN,                          )
                                       )
     PLAINTIFFS,                       )
                                       )
v.                                     )      Civil Action No. 03-C- 629
                                       )
WESTERN SOUTHERN LIFE INSURANCE        )
COMPANY, JOHN THABET,                  )
GEORGE CRUMP, ROGER SHINN,             )
TERRY SHIRLEY, HOWARD PARKER,          )
JAMES ELIAS AND THOMAS S. RUSSELL,     )
OTHER DEFENDANT AGENTS A-Z; and        )
FICTITIOUS DEFENDANTS AA-ZZ,           )
                                       )
     DEFENDANTS.                       )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared Lonie Fourman,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is Lonie Fourman and I am over the age of 19 and reside at

6945 Reguarth Road, Greenville, OH 45331

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

Rebecca Fourman

 

Lonie Fourman

_Lonie E. Fourman_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 16th day of June, 2003.

_Ronna Boone_
NOTARY PUBLIC
My Commission Expires: 10-11-2006

[SEAL]

**RONDA J. BOONE**
Notary Public, State of Ohio
My Comm. Expires Oct. 11, 2006

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
　　　　　　　　　　　　　　　　　 )
　　　　　PLAINTIFFS, )
　　　　　　　　　　　　　　　　　 )
v. 　　　　　　　　　　　　　　　　 )　　Civil Action No. 03-C- _631_
　　　　　　　　　　　　　　　　　 )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
　　　　　　　　　　　　　　　　　 )
　　　　　DEFENDANTS. )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Ralph Franklin_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Ralph Franklin_ and I am over the age of 19 and reside at

_4841 New Carlisle Park, Springfield, OH 45504_ .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Jeffrey Franklin_　　　　　　　_____

_____　　　　　　_____

　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　_Ralph E Franklin_
　　　　　　　　　　　　　　　　HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17_ day of June, 2003.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　NOTARY PUBLIC
　　　　　　　　　　　　　　　　My Commission Expires:_____

[SEAL]　　　　　　　　　　　　**DARREN HEILMAN, NOTARY PUBLIC**
　　　　　　　　　　　　　　　　**In and for the State of Ohio**
　　　　　　　　　　　　　　　　**My Commission Expires 03/27/07**

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
    PLAINTIFFS, )
)
v. )    Civil Action No. 03-C- 1072
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
    DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Everett Freeland_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Everett Freeland_ and I am over the age of 19 and reside at

_215 Neal Street, Elon College, NC 27244_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Cheryl Freeland_    _____

_____    _____

    _Everett Freeland_
    _Everett Freeland_
    HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 16th day of June, 2003.

    _Sharon Susat_
    NOTARY PUBLIC
    My Commission Expires: _5-2-2006_

SHARON SUSAT
NOTARY
PUBLIC
ALAMANCE COUNTY, NC

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,        )
GARY L. COTTON, CHARLES M. HEIB, JR.,    )
MARY PAMELA HEIB, JAMES P. YOUNG,        )
RITA PULLEN, EXECUTRIX OF THE ESTATE     )
OF STEPHEN R. PULLEN, DECEASED, and      )
TORRES W. WILLIAMSON, AND OTHER          )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"     )
ATTACHED HERETO AND INCORPORATED         )
FULLY HEREIN,                            )
                                         )
        PLAINTIFFS,                      )
                                         )
v.                                       )        Civil Action No. 03-C- 637
                                         )
WESTERN SOUTHERN LIFE INSURANCE          )
COMPANY, JOHN THABET,                    )
GEORGE CRUMP, ROGER  SHINN,              )
TERRY SHIRLEY, HOWARD PARKER,            )
JAMES ELIAS AND THOMAS S. RUSSELL,       )
OTHER DEFENDANT AGENTS A-Z;  and         )
FICTITIOUS DEFENDANTS AA-ZZ,             )
                                         )
        DEFENDANTS.                      )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared Alfred Fulton,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is Alfred Fulton and I am over the age of 19 and reside at

759 W Locust Street, Apt 6, Wilmington, OH 45177

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

Joann Fulton                          _____

_____              _____

                                      Alfred Fulton
                                      _Alfred Fulton_
                                      HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 16 day of June, 2003.

_Dawn Hulsey_
NOTARY PUBLIC
My Commission Expires: 1-28-07

DAWN HULSEY
Notary Public, State of Ohio
My Commission Expires Jan. 28, 2007
Recorded in Clinton County

[SEAL OF OHIO]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )    Civil Action No. 03-C- 292
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
     DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Dennis Furmanek_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Dennis Furmanek_ and I am over the age of 19 and reside at

_599 Ackley Creek Rd., W Finley, PA 15377_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Carol Furmanek_      _____

_____      _____

          _Dennis Furmanek_
          _Dennis Furmanek_
          HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17_ day of June, 2003.

          _F. Earl Bowman_
          NOTARY PUBLIC
          My Commission Expires: _January 21, 2006_

[SEAL]

          NOTARIAL SEAL
          F. EARL BOWMAN, Notary Public
          West Finley Twp., Washington County
          My Commission Expires Jan. 21, 2006

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,      )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,      )
RITA PULLEN, EXECUTRIX OF THE ESTATE   )
OF STEPHEN R. PULLEN, DECEASED, and    )
TORRES W. WILLIAMSON, AND OTHER        )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"   )
ATTACHED HERETO AND INCORPORATED       )
FULLY HEREIN,                          )
                                       )
        PLAINTIFFS,                    )
                                       )
v.                                     )        Civil Action No. 03-C- 1475
                                       )
WESTERN SOUTHERN LIFE INSURANCE        )
COMPANY, JOHN THABET,                  )
GEORGE CRUMP, ROGER SHINN,             )
TERRY SHIRLEY, HOWARD PARKER,          )
JAMES ELIAS AND THOMAS S. RUSSELL,     )
OTHER DEFENDANT AGENTS A-Z;  and       )
FICTITIOUS DEFENDANTS AA-ZZ,           )
                                       )
        DEFENDANTS.                    )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Charles Ganote,_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Charles Ganote_ and I am over the age of 19 and reside at

_400 E Southside Court, Louisville, KY 40214_ .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Rose Ganote_                          _____

_Rose Ganote_                          _____


                                       _Charles Ganote_
                                       _Charles Ganote_
                                       HEAD OF HOUSEHOLD


Sworn to and Subscribed before me on this the _15th_ day of June, 2003.


                                       _Matthew R Ralston_
                                       NOTARY PUBLIC
                                       My Commission Expires: _May 9, 2005_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
                                          )
          PLAINTIFFS, )
                                            )
v. )        Civil Action No. 03-C-1785
                                            )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
                                            )
          DEFENDANTS. )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Raymond Gardecki,_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Raymond Gardecki_ and I am over the age of 19 and reside at

_170 Greenway Trail, Apt B, Carol Stream IL 60188_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Jean Gardecki_

_Raymond Gardecki_
_Raymond Gardecki_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

_Laurice Matheny_
NOTARY PUBLIC
My Commission Expires: _2/24/04_

[SEAL]

"OFFICIAL SEAL"
LAURICE MATHENY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 2/24/2004

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,           )
GARY L. COTTON, CHARLES M. HEIB, JR.,        )
MARY PAMELA HEIB, JAMES P. YOUNG,            )
RITA PULLEN, EXECUTRIX OF THE ESTATE         )
OF STEPHEN R. PULLEN, DECEASED, and          )
TORRES W. WILLIAMSON, AND OTHER              )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"         )
ATTACHED HERETO AND INCORPORATED             )
FULLY HEREIN,                                )
                                             )
        PLAINTIFFS,                          )
                                             )
v.                                           )        Civil Action No. 03-C-_650_
                                             )
WESTERN SOUTHERN LIFE INSURANCE              )
COMPANY, JOHN THABET,                        )
GEORGE CRUMP, ROGER SHINN,                   )
TERRY SHIRLEY, HOWARD PARKER,                )
JAMES ELIAS AND THOMAS S. RUSSELL,           )
OTHER DEFENDANT AGENTS A-Z;  and             )
FICTITIOUS DEFENDANTS AA-ZZ,                 )
                                             )
        DEFENDANTS.                          )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Donald Gilmore_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Donald Gilmore_ and I am over the age of 19 and reside at

_210 College St, Covington OH 45318_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Kathy Gilmore_                           _____

_____                   _____

                                          _Donald Gilmore_
                                          _Donald Gilmore_
                                          HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

                                          _Judy P Kroner_
                                          NOTARY PUBLIC
                                          My Commission Expires: _7-6-03_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,    )
GARY L. COTTON, CHARLES M. HEIB, JR.,   )
MARY PAMELA HEIB, JAMES P. YOUNG,   )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER    )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"   )
ATTACHED HERETO AND INCORPORATED  )
FULLY HEREIN,                          )
                                   )
       PLAINTIFFS,             )
                                   )     Civil Action No. 03-C-_____
v.                                  )
                                   )     H and T Glaze  1690
WESTERN SOUTHERN LIFE INSURANCE   )     C. Neal  1715
COMPANY, JOHN THABET,          )
GEORGE CRUMP, ROGER  SHINN,      )
TERRY SHIRLEY, HOWARD PARKER,    )
JAMES ELIAS AND THOMAS S. RUSSELL,  )
OTHER DEFENDANT AGENTS A-Z;  and    )
FICTITIOUS DEFENDANTS AA-ZZ,      )
                                   )
       DEFENDANTS.           )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Harry R. Glaze_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Harry R. Glaze_ and I am over the age of 19 and reside at

_11560 Glass Overlook Rd, Elizabeth IN 47117_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Tina M. Glaze_
_(Christina L. Neal)_
_Is an adult and no_
_longer lives at home._
_She has her own house._

                                      _Harry R. Glaze_
                                      _Harry R Glaze_
                                      HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _13th_ day of June, 2003.

                                      _Cathy Miller_
                                      NOTARY PUBLIC
                                      My Commission Expires: _Oct. 14, 2008_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,       )
GARY L. COTTON, CHARLES M. HEIB, JR.,   )
MARY PAMELA HEIB, JAMES P. YOUNG,       )
RITA PULLEN, EXECUTRIX OF THE ESTATE    )
OF STEPHEN R. PULLEN, DECEASED, and     )
TORRES W. WILLIAMSON, AND OTHER         )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"    )
ATTACHED HERETO AND INCORPORATED        )
FULLY HEREIN,                           )
                                        )
        PLAINTIFFS,                     )
                                        )
v.                                      )    Civil Action No. 03-C-*1477*
                                        )
WESTERN SOUTHERN LIFE INSURANCE         )
COMPANY, JOHN THABET,                   )
GEORGE CRUMP, ROGER SHINN,              )
TERRY SHIRLEY, HOWARD PARKER,           )
JAMES ELIAS AND THOMAS S. RUSSELL,      )
OTHER DEFENDANT AGENTS A-Z;  and        )
FICTITIOUS DEFENDANTS AA-ZZ,            )
                                        )
        DEFENDANTS.                     )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Garry W. Goodman, Sr._

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Garry W. Goodman, Sr._ and I am over the age of 19 and reside at

_2706 Slevin St, Louisville KY 40212_ .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Garry W. Goodman, Jr._        _____

_Theresa E Goodman_            _____

                               _Garry W. Goodman, Sr._

                               _Garry W. Goodman_
                               HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003

                               _____
                               NOTARY PUBLIC
                               My Commission Expires: _09-30-2006_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
                                     )
        PLAINTIFFS, )
                                     )
v. )          Civil Action No. 03-C-_____
                                     )
WESTERN SOUTHERN LIFE INSURANCE )        J. B Graham   657
COMPANY, JOHN THABET, )                  V. Sherred    938
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES S. ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
                                     )
        DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _John W Graham_.

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _John W. Graham_ and I am over the age of 19 and reside at

_500 Burns Street, Mansfield, OH 44903._

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Bessie L Graham_          _____
_Valerie Sherred_          _____

                           _John W. Graham_
                           _John W. Graham_
                           HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17th_ day of June, 2003.

                           _Lynda L Kalis_
                           NOTARY PUBLIC
                           My Commission Expires: _Nov 3, 2003_

LYNDA L. KALIS
NOTARY PUBLIC, STATE OF OHIO
My Commission Expires
Nov. 3, 2003