IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

| | |
|---|---|
| NINA J. BOWLES, MICHAEL B. BROWN, GARY L. COTTON, CHARLES M. HEIB, JR., MARY PAMELA HEIB, JAMES P. YOUNG, RITA PULLEN, EXECUTRIX OF THE ESTATE OF STEPHEN R. PULLEN, DECEASED, and TORRES W. WILLIAMSON, AND OTHER PLAINTIFFS IDENTIFIED IN EXHIBIT "A" ATTACHED HERETO AND INCORPORATED FULLY HEREIN, )))))))))))) | |
| PLAINTIFFS, )) | |
| v. )) | Civil Action No. 03-C-_1693_ |
| WESTERN SOUTHERN LIFE INSURANCE COMPANY, JOHN THABET, GEORGE CRUMP, ROGER SHINN, TERRY SHIRLEY, HOWARD PARKER, JAMES ELIAS AND THOMAS S. RUSSELL, OTHER DEFENDANT AGENTS A-Z; and FICTITIOUS DEFENDANTS AA-ZZ, )))))))))) | |
| DEFENDANTS. )) | |

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Timothy Gray._

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Timothy Gray_ and I am over the age of 19 and reside at

_4007 Scenic Valley Road, Floyd Knobs, IN 47119_ .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Billie Gray_

_____        _____

_____        _____

_Timothy Gray_
_Timothy Gray_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _13th_ day of June, 2003.

_____
NOTARY PUBLIC
My Commission Expires: _AUG 15 2007_

Notary Seal
Joyce M. Vallance
Notary Public
State of Indiana, County of Floyd
My Commission expires 8-15-07

[SEAL]

### IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
                                     )
       PLAINTIFFS, )
                                     )     Civil Action No. 03-C- 1481
v. )
                                     )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
                                     )
       DEFENDANTS. )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Jerry D. Greene_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Jerry D. Greene_ and I am over the age of 19 and reside at

_3263 Kingsley Dr, Hebron KY 41048_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_James L. Greene_

_Rita Greene_

                                                 _Jerry D. Greene_
                                               _Jerry D. Greene_
                                             HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _15th_ day of June, 2003.

                                              _David E. Webster_
                                              NOTARY PUBLIC
                                              My Commission Expires: _8-17-05_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,   )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER   )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN,   )
   )
      PLAINTIFFS,   )
   )
v.   )   Civil Action No. 03-C-**661**
   )
WESTERN SOUTHERN LIFE INSURANCE  )
COMPANY, JOHN THABET,   )
GEORGE CRUMP, ROGER SHINN,   )
TERRY SHIRLEY, HOWARD PARKER,   )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and   )
FICTITIOUS DEFENDANTS AA-ZZ,   )
   )
      DEFENDANTS.   )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _William Greer_ .

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _William Greer_ and I am over the age of 19 and reside at

_2222 Eck St, Portsmouth, OH 45662_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Magdalene Greer_     _____

_____     _____

         _William Greer_
         _William Green_
         HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17_ day of June, 2003.

         _Ashlie A. Risner_
         NOTARY PUBLIC
         My Commission Expires: _July 5, 2006_

[SEAL]
         ASHLIE A. RISNER
         Notary Public, State of Ohio
         My Commission Expires July 5, 2006

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,      )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,      )
RITA PULLEN, EXECUTRIX OF THE ESTATE   )
OF STEPHEN R. PULLEN, DECEASED, and    )
TORRES W. WILLIAMSON, AND OTHER        )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"   )
ATTACHED HERETO AND INCORPORATED       )
FULLY HEREIN,                          )
                                       )
        PLAINTIFFS,                    )
                                       )
v.                                     )      Civil Action No. 03-C- 1485
                                       )
WESTERN SOUTHERN LIFE INSURANCE        )
COMPANY, JOHN THABET,                  )
GEORGE CRUMP, ROGER SHINN,             )
TERRY SHIRLEY, HOWARD PARKER,          )
JAMES ELIAS AND THOMAS S. RUSSELL,     )
OTHER DEFENDANT AGENTS A-Z;  and       )
FICTITIOUS DEFENDANTS AA-ZZ,           )
                                       )
        DEFENDANTS.                    )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _James Hagan_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _James Hagan_ and I am over the age of 19 and reside at

_1805 Mellwood Ave, Louisville KY 40206_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Dorathy Hagan_

_____        _____

                               _James Hagan_
                               _James Hagan_
                               HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _15_ day of June, 2003.

                               _____
                               NOTARY PUBLIC
                               My Commission Expires: _6-12-04_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,     )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG,     )
RITA PULLEN, EXECUTRIX OF THE ESTATE  )
OF STEPHEN R. PULLEN, DECEASED, and   )
TORRES W. WILLIAMSON, AND OTHER       )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED      )
FULLY HEREIN,                         )
                                      )
         PLAINTIFFS,                  )
                                      )
v.                                    )     Civil Action No. 03-C- 1489
                                      )
WESTERN SOUTHERN LIFE INSURANCE       )
COMPANY, JOHN THABET,                 )
GEORGE CRUMP, ROGER SHINN,            )
TERRY SHIRLEY, HOWARD PARKER,         )
JAMES ELIAS AND THOMAS S. RUSSELL,    )
OTHER DEFENDANT AGENTS A-Z;  and      )
FICTITIOUS DEFENDANTS AA-ZZ,          )
                                      )
         DEFENDANTS.                  )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Darrell Hall, Sr._,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Darrell Hall, Sr._ and I am over the age of 19 and reside at

_2541 W Euclid Ave, Ashland KY 41102_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Michele Hall-Webb_

_Mary Hall_

_Darrell Hall, Sr._
_Darrell J. Hall Sr._
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _18_ day of June, 2003.

_Connie D. Howes_
NOTARY PUBLIC
My Commission Expires: _May 27, 2006_

[SEAL]

**IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA**

NINA J. BOWLES, MICHAEL B. BROWN,      )
GARY L. COTTON, CHARLES M. HEIB, JR.,   )
MARY PAMELA HEIB, JAMES P. YOUNG,      )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and   )
TORRES W. WILLIAMSON, AND OTHER       )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"    )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN,                           )
                                        )
      PLAINTIFFS,                       )
                                        )
v.                                      )    Civil Action No. 03-C- 1491
                                        )
WESTERN SOUTHERN LIFE INSURANCE   )
COMPANY, JOHN THABET,                   )
GEORGE CRUMP, ROGER SHINN,              )
TERRY SHIRLEY, HOWARD PARKER,           )
JAMES ELIAS AND THOMAS S. RUSSELL,  )
OTHER DEFENDANT AGENTS A-Z; and     )
FICTITIOUS DEFENDANTS AA-ZZ,            )
                                        )
      DEFENDANTS.                       )

**AFFIDAVIT**

Before me, the undersigned, a Notary Public, personally appeared _Steven Hamm_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Steven Hamm_ and I am over the age of 19 and reside at

_12010 McCoys Fork Rd Walton KY 41094_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Kathy Hamm_ _____

_____ _____

_Steven Hamm_

_Steven Hamm_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _15_ day of June, 2003.

_Francis H Becker_
NOTARY PUBLIC
My Commission Expires: _7/16/2005_

[SEAL]

FRANCIS H. BECKER
Notary Public, Kentucky State at Large
My Commission Expires 7/16/2005

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )    Civil Action No. 03-C-_____
)
WESTERN SOUTHERN LIFE INSURANCE )   _Tammy Hamp 1294_
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )   _Amanda / michael_
TERRY SHIRLEY, HOWARD PARKER, )     _Bruno 1269_
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
    DEFENDANTS. )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Tammy Hamp_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Tammy Hamp_ and I am over the age of 19 and reside at

_80 Winter St, Battle Creek, MI 49015_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Amanda Bruno_          _____

_Michael Bruno_          _____

                           _Tammy Hamp_

                           _Tammy Hamp_
                           HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17_ day of June, 2003.

                       _Debra K. Mathews_
                       NOTARY PUBLIC
                       My Commission Expires:_____

                          DEBRA K. MATHEWS
                        NOTARY PUBLIC, CALHOUN COUNTY, MI
                        MY COMMISSION EXPIRES JAN. 0 9, 2006

[SEAL]

WILLIAM F. HARGIS

360 CHESTNUT Rd.
PARKSVILLE KY
    40464

PhONE
859-368 9410

COURT OF MASON COUNTY, WEST VIRGINIA

WN,                    )
IB, JR.,               )
UNG,                   )
ESTATE                 )
ED, and                )
HER                    )
T "A"                  )
ORATED                 )
                       )
                       )
                       )
                       )
                       )      Civil Action No. 03-C-_1500_
                       )
                       )
WESTERN SOUTHERN LIFE INSURANCE    )
COMPANY, JOHN THABET,              )
GEORGE CRUMP, ROGER SHINN,         )
TERRY SHIRLEY, HOWARD PARKER,      )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and    )
FICTITIOUS DEFENDANTS AA-ZZ,       )
                                   )
    DEFENDANTS.                   )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _William F. Hargis_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

    My name is _William F. Hargis_ and I am over the age of 19 and reside at

_360 Chestnut Grove Rd. Parksville Ky 40464_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Judy Hargis_            _____

_____         _____

                    _William F. Hargis_
                    _William F. Hargis_
                    HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17_ day of June, 2003.

                    _____
                    NOTARY PUBLIC
                    My Commission Expires: _January 22, 2005_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,      )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,      )
RITA PULLEN, EXECUTRIX OF THE ESTATE   )
OF STEPHEN R. PULLEN, DECEASED, and    )
TORRES W. WILLIAMSON, AND OTHER        )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"   )
ATTACHED HERETO AND INCORPORATED       )
FULLY HEREIN,                          )
                                       )
        PLAINTIFFS,                    )
                                       )
v.                                     )      Civil Action No. 03-C-684
                                       )
WESTERN SOUTHERN LIFE INSURANCE        )
COMPANY, JOHN THABET,                  )
GEORGE CRUMP, ROGER SHINN,             )
TERRY SHIRLEY, HOWARD PARKER,          )
JAMES ELIAS AND THOMAS S. RUSSELL,     )
OTHER DEFENDANT AGENTS A-Z;  and       )
FICTITIOUS DEFENDANTS AA-ZZ,           )
                                       )
        DEFENDANTS.                    )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Larry R. Harp_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Larry R. Harp_ and I am over the age of 19 and reside at

_1899 Woodville Pk, Goshen OH 45122_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Donna S. Harp_                        _____

_____                       _____

                          _Larry R. Harp_
                          _Larry R. Harp_
                          HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _14th_ day of June, 2003.

                          _Linda M Howell_
                          NOTARY PUBLIC
                          My Commission Expires: _10-3-2007_

LINDA M. HOWELL
Notary Public, State of Ohio
My Commission Expires
October 3, 2007

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )     Civil Action No. 03-C- 177
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
     DEFENDANTS. )

**AFFIDAVIT**

Before me, the undersigned, a Notary Public, personally appeared Kenneth Harper,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is Kenneth Harper and I am over the age of 19 and reside at

615 Pawnee Drive, Charleston, WV 25312

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

Sadie Harper

            Kenneth Harper
            KW Harp
            HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 17th day of June, 2003.

     Elnora Sue Burford
     NOTARY PUBLIC
     My Commission Expires: June 4, 2007

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
ELNORA SUE BURFORD
1206 Paula Road
Charleston, WV 25314
My Commission Expires June 4, 2007

[SEAL]

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,              )
GARY L. COTTON, CHARLES M. HEIB, JR.,          )
MARY PAMELA HEIB, JAMES P. YOUNG,              )
RITA PULLEN, EXECUTRIX OF THE ESTATE           )
OF STEPHEN R. PULLEN, DECEASED, and            )
TORRES W. WILLIAMSON, AND OTHER                )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"           )
ATTACHED HERETO AND INCORPORATED               )
FULLY HEREIN,                                  )
                                               )
      PLAINTIFFS,                              )
                                               )
v.                                             )    Civil Action No. 03-C- 1694
                                               )
WESTERN SOUTHERN LIFE INSURANCE                )
COMPANY, JOHN THABET,                          )
GEORGE CRUMP, ROGER  SHINN,                    )
TERRY SHIRLEY, HOWARD PARKER,                  )
JAMES ELIAS AND THOMAS S. RUSSELL,             )
OTHER DEFENDANT AGENTS A-Z;  and               )
FICTITIOUS DEFENDANTS AA-ZZ,                    )
                                               )
      DEFENDANTS.                              )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared Dennis Harrington

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is Dennis Harrington and I am over the age of 19 and reside at

5151 Leadline Road, Centerville, IN 47330 .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

Edith Harrington

 

Dennis Harrington

_Dennis Harrington_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 16 day of June, 2003.

_Patricia L James_
NOTARY PUBLIC
My Commission Expires: 4-27-2009

[SEAL]

### IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,               )
GARY L. COTTON, CHARLES M. HEIB, JR.,           )
MARY PAMELA HEIB, JAMES P. YOUNG,               )
RITA PULLEN, EXECUTRIX OF THE ESTATE            )
OF STEPHEN R. PULLEN, DECEASED, and             )
TORRES W. WILLIAMSON, AND OTHER                 )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"            )
ATTACHED HERETO AND INCORPORATED                )
FULLY HEREIN,                                   )
                                                )
     PLAINTIFFS,                               )
                                                )
v.                                              )     Civil Action No. 03-C-_1176_
                                                )
WESTERN SOUTHERN LIFE INSURANCE                 )
COMPANY, JOHN THABET,                           )
GEORGE CRUMP, ROGER  SHINN,                     )
TERRY SHIRLEY, HOWARD PARKER,                   )
JAMES ELIAS AND THOMAS S. RUSSELL,              )
OTHER DEFENDANT AGENTS A-Z;  and                )
FICTITIOUS DEFENDANTS AA-ZZ,                    )
                                                )
     DEFENDANTS.                               )

### AFFIDAVIT

    Before me, the undersigned, a Notary Public, personally appeared _Lionel Harris_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

    My name is _Lionel Harris_ and I am over the age of 19 and reside at

_8748 Jordan St, St. Louis MO  63147_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Betty Harris_ _____       _____

_____       _____

                                 _Lionel Harris_
                                 _Lionel Harris_
                                 HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _18th_ day of June, 2003.

                       _Gloria Blocker_
                       NOTARY PUBLIC
                       My Commission Expires: _May 3 2007_

[SEAL]

LORIA BLOCKER
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis County
Commission expires May 3, 2007

GLORIA BLOCKER
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis County
My Commission expires May 3, 2007

**IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA**

NINA J. BOWLES, MICHAEL B. BROWN,      )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,      )
RITA PULLEN, EXECUTRIX OF THE ESTATE   )
OF STEPHEN R. PULLEN, DECEASED, and    )
TORRES W. WILLIAMSON, AND OTHER        )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"   )
ATTACHED HERETO AND INCORPORATED       )
FULLY HEREIN,                          )
                                       )
     PLAINTIFFS,                       )
                                       )
v.                                     )       Civil Action No. 03-C- 1078
                                       )
WESTERN SOUTHERN LIFE INSURANCE        )
COMPANY, JOHN THABET,                  )
GEORGE CRUMP, ROGER SHINN,             )
TERRY SHIRLEY, HOWARD PARKER,          )
JAMES ELIAS AND THOMAS S. RUSSELL,     )
OTHER DEFENDANT AGENTS A-Z;  and       )
FICTITIOUS DEFENDANTS AA-ZZ,           )
                                       )
     DEFENDANTS.                       )

**AFFIDAVIT**

Before me, the undersigned, a Notary Public, personally appeared _Jack D. Harrison_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Jack D. Harrison_ and I am over the age of 19 and reside at

_165 Brooks Road, Reidsville, NC. 27320_ .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Ruby W. Harrison_          _____

_____          _____

                         _Jack D. Harrison_
                         _JACK D. HARRISON_
                         HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16th_ day of June, 2003.

                         _Kaylin K. Olson_
                         NOTARY PUBLIC
                         My Commission Expires: _Nov 5, 2005_

[SEAL]

**IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA**

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
                                    )
          PLAINTIFFS,               )
                                    )
v.                                  )        Civil Action No. 03-C- _692_
                                    )
WESTERN SOUTHERN LIFE INSURANCE     )
COMPANY, JOHN THABET,               )
GEORGE CRUMP, ROGER SHINN,          )
TERRY SHIRLEY, HOWARD PARKER,       )
JAMES ELIAS AND THOMAS S. RUSSELL,  )
OTHER DEFENDANT AGENTS A-Z;  and    )
FICTITIOUS DEFENDANTS AA-ZZ,        )
                                    )
          DEFENDANTS.               )

<u>AFFIDAVIT</u>

Before me, the undersigned, a Notary Public, personally appeared _David Hatcher_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _David Hatcher_ and I am over the age of 19 and reside at

_536 South Plum, Troy, OH 45373._

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Lynda Hatcher_                          _____

_____                  _____

                          _David Hatcher_
                          _David Hatcher_
                          HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

                          _Karen L. Isenbarger_
                          NOTARY PUBLIC
                          My Commission Expires: _5-2-07_

[SEAL]

                          **KAREN L. ISENBARGER, Notary Public**
                          **In and for the State of Ohio**
                          **My Commission Expires May 2, 2007**

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
    PLAINTIFFS, )
)
v. )    Civil Action No. 03-C- 1503
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
    DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared Richard H. Hazelwood

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is Richard Hazelwood and I am over the age of 19 and reside at

714 Flicker Road, Louisville, KY 40214

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

Regina Hazelwood

    Richard Hazelwood
    HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 16 day of June, 2003.

    Amanda Selch
    NOTARY PUBLIC
    My Commission Expires August 26, 2006

    AMANDA SELCH
    Notary Public
    My Commission Expires 08-26-2006

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,⠀⠀)
GARY L. COTTON, CHARLES M. HEIB, JR.,⠀)
MARY PAMELA HEIB, JAMES P. YOUNG,⠀)
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and⠀)
TORRES W. WILLIAMSON, AND OTHER⠀)
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"⠀)
ATTACHED HERETO AND INCORPORATED⠀)
FULLY HEREIN,⠀⠀)
⠀⠀⠀⠀⠀)
⠀⠀⠀PLAINTIFFS,⠀⠀)
⠀⠀⠀⠀⠀)
v.⠀⠀⠀⠀)⠀⠀Civil Action No. 03-C- 1180
⠀⠀⠀⠀⠀)
WESTERN SOUTHERN LIFE INSURANCE⠀)
COMPANY, JOHN THABET,⠀⠀)
GEORGE CRUMP, ROGER  SHINN,⠀)
TERRY SHIRLEY, HOWARD PARKER,⠀)
JAMES ELIAS AND THOMAS S. RUSSELL,⠀)
OTHER DEFENDANT AGENTS A-Z;  and⠀)
FICTITIOUS DEFENDANTS AA-ZZ,⠀)
⠀⠀⠀⠀⠀)
⠀⠀⠀DEFENDANTS.⠀⠀)

## AFFIDAVIT

⠀⠀⠀Before me, the undersigned, a Notary Public, personally appeared _Kevin Heberlie_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

⠀⠀⠀My name is _Kevin Heberlie_ and I am over the age of 19 and reside at

_319 N Waters St, Perryville, MO 63775_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Constance A. Herberlie_⠀⠀⠀_____

_____⠀⠀⠀_____

⠀⠀⠀⠀⠀_Kevin Heberlie_
⠀⠀⠀⠀⠀_Kevin Heberlie_
⠀⠀⠀⠀⠀HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 7th day of June, 2003.

⠀⠀⠀⠀⠀_Mary A Kiefer_
⠀⠀⠀⠀⠀NOTARY PUBLIC
⠀⠀⠀⠀⠀My Commission Expires:_____

⠀⠀⠀⠀⠀⠀MARY A. KIEFER
⠀⠀⠀⠀⠀Notary Public - Notary Seal
⠀⠀⠀⠀⠀⠀STATE OF MISSOURI
⠀⠀⠀⠀⠀⠀⠀PERRY COUNTY
[SEAL]⠀⠀⠀MY COMMISSION EXP JAN. 24, 2005

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )     Civil Action No. 03-C- 1905
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
     DEFENDANTS. )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared Robert D. Hempel

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is Robert D. Hempel and I am over the age of 19 and reside at

454 Sunset Circle, Ellenton, FL, 34222

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

Rose Hempel

 

Robert Hempel

Robert D. Hempel
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 16th day of June, 2003.

Rita A. LeClair

Rita A. LeClair
MY COMMISSION # DD031323 EXPIRES
July 15, 2005
BONDED THRU TROY FAIN INSURANCE, INC.

NOTARY PUBLIC
My Commission Expires: 07-15-05

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,      )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,      )
RITA PULLEN, EXECUTRIX OF THE ESTATE   )
OF STEPHEN R. PULLEN, DECEASED, and    )
TORRES W. WILLIAMSON, AND OTHER        )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"   )
ATTACHED HERETO AND INCORPORATED       )
FULLY HEREIN,                          )
                                       )
     PLAINTIFFS,                       )
                                       )
v.                                     )     Civil Action No. 03-C- 704
                                       )
WESTERN SOUTHERN LIFE INSURANCE        )
COMPANY, JOHN THABET,                  )
GEORGE CRUMP, ROGER  SHINN,            )
TERRY SHIRLEY, HOWARD PARKER,          )
JAMES ELIAS AND THOMAS S. RUSSELL,     )
OTHER DEFENDANT AGENTS A-Z;  and       )
FICTITIOUS DEFENDANTS AA-ZZ,           )
                                       )
     DEFENDANTS.                       )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _David Hiles_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _David Hiles_ and I am over the age of 19 and reside at

_1581 Waddell Rd, McDermott, OH 45652_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Diana Hiles_ _____

_____ _____

                              _David Hiles_
                              HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _15_ day of June, 2003.

                          _____
                          NOTARY PUBLIC
                          My Commission Expires:

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,　　　)
GARY L. COTTON, CHARLES M. HEIB, JR.,　)
MARY PAMELA HEIB, JAMES P. YOUNG,　　 )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and　)
TORRES W. WILLIAMSON, AND OTHER　　　)
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"　 )
ATTACHED HERETO AND INCORPORATED　)
FULLY HEREIN,　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　PLAINTIFFS,　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　 )　　　Civil Action No. 03-C- 709
　　　　　　　　　　　　　　　　　　　　　)
WESTERN SOUTHERN LIFE INSURANCE　　 )
COMPANY, JOHN THABET,　　　　　　　　 )
GEORGE CRUMP, ROGER SHINN,　　　　　 )
TERRY SHIRLEY, HOWARD PARKER,　　　　)
JAMES ELIAS AND THOMAS S. RUSSELL,　 )
OTHER DEFENDANT AGENTS A-Z; and　　　)
FICTITIOUS DEFENDANTS AA-ZZ,　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　DEFENDANTS.　　　　　　　　　　 )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared James Hoelscher,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is James Hoelscher and I am over the age of 19 and reside at

5348 Rangeline Rd, Houston, Ohio 45333

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

Belinda Hoelscher

_____

James Hoelscher

_James Hoelscher_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 14th day of June, 2003.

_Barbara J. Cook_
NOTARY PUBLIC
My Commission Expires: 4/20/04

[SEAL]

BARBARA J. COOK, Notary Public
In and For the State of Ohio
My commission Expires, April 20, 2004

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,       )
GARY L. COTTON, CHARLES M. HEIB, JR.,   )
MARY PAMELA HEIB, JAMES P. YOUNG,       )
RITA PULLEN, EXECUTRIX OF THE ESTATE    )
OF STEPHEN R. PULLEN, DECEASED, and     )
TORRES W. WILLIAMSON, AND OTHER         )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"    )
ATTACHED HERETO AND INCORPORATED        )
FULLY HEREIN,                           )
                                        )
     PLAINTIFFS,                    )
                                        )
v.                                      )     Civil Action No. 03-C- _715_
                                        )
WESTERN SOUTHERN LIFE INSURANCE         )
COMPANY, JOHN THABET,                   )
GEORGE CRUMP, ROGER SHINN,              )
TERRY SHIRLEY, HOWARD PARKER,           )
JAMES ELIAS AND THOMAS S. RUSSELL,      )
OTHER DEFENDANT AGENTS A-Z;  and        )
FICTITIOUS DEFENDANTS AA-ZZ,            )
                                        )
     DEFENDANTS.                    )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _William R. Holley._

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _William R. Holley_ and I am over the age of 19 and reside at

_468 Starcher Road, Gallipolis, OH  45631_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Carolyn Holley_                              _____

_____                      _____

                                              _William R. Holley_
                                              _William R. Holley_
                                              HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

_____
NOTARY PUBLIC
My Commission Expires: _Feb. 5, 2003_

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
JOHN H. BUMGARNER
AKZO NOBEL FUNCTIONAL CHEMICALS, LLC
P. O. BOX 1721
GALLIPOLIS FERRY, WV 25515
My commission expires February 5, 2013

[SEAL]

### IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,  )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE  )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER  )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED  )
FULLY HEREIN,  )
            )
      PLAINTIFFS,  )
        )
v.  )        Civil Action No. 03-C- 1298
        )
WESTERN SOUTHERN LIFE INSURANCE  )
COMPANY, JOHN THABET,  )
GEORGE CRUMP, ROGER  SHINN,  )
TERRY SHIRLEY, HOWARD PARKER,  )
JAMES ELIAS AND THOMAS S. RUSSELL,  )
OTHER DEFENDANT AGENTS A-Z;  and  )
FICTITIOUS DEFENDANTS AA-ZZ,  )
        )
      DEFENDANTS.  )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Michael Houston_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Michael Houston_ and I am over the age of 19 and reside at
_1249 Magnolia St, Kalamazoo MI 49048_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Sandra Houston_         _____

_____         

               _Michael Houston_
               HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 16th day of June, 2003.

               _____
               NOTARY PUBLIC
               My Commission Expires: 7-1-06

[SEAL]

               Notary Public, Allegan County, MI
               Acting in Kalamazoo Co., MI
               My Commission Expires 07/01/2006

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,      )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,      )
RITA PULLEN, EXECUTRIX OF THE ESTATE   )
OF STEPHEN R. PULLEN, DECEASED, and    )
TORRES W. WILLIAMSON, AND OTHER        )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"   )
ATTACHED HERETO AND INCORPORATED       )
FULLY HEREIN,                          )
                                       )
        PLAINTIFFS,                    )
                                       )
v.                                     )        Civil Action No. 03-C-_1517_
                                       )
WESTERN SOUTHERN LIFE INSURANCE        )
COMPANY, JOHN THABET,                  )
GEORGE CRUMP, ROGER SHINN,             )
TERRY SHIRLEY, HOWARD PARKER,          )
JAMES ELIAS AND THOMAS S. RUSSELL,     )
OTHER DEFENDANT AGENTS A-Z;  and       )
FICTITIOUS DEFENDANTS AA-ZZ,           )
                                       )
        DEFENDANTS.                    )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Charles Howard_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Charles Howard_ and I am over the age of 19 and reside at

_646 Rogers Road, Lexington, KY 40505_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Jennifer Howard_        _____

_Janice Howard_          _____

                                _Charles Howard_
                                _Charles A. Howard_
                                HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _14_ day of June, 2003.

                                _Christy Davenport_
                                NOTARY PUBLIC
                                My Commission Expires: _11-19-06_

[SEAL]

### IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )    Civil Action No. 03-C-_721_
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER  SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
     DEFENDANTS. )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Ricky Howell_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Ricky Howell_ and I am over the age of 19 and reside at

_1755 Baltimore Ave, Cincinnati, OH  45225_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Tauheedah Howell_      _____

_____      _____

                    _Ricky Howell_
                    _Ricky Howell_
                    HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _14_ day of June, 2003.

                    _Martha A. Taylor_
                    NOTARY PUBLIC
                    My Commission Expires: _12-13-05_

[SEAL]
                 MARTHA A. TAYLOR
                 Notary Public, State of Ohio
            My Commission Expires Dec. 13, 2005

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
    PLAINTIFFS, )
)
v. )    Civil Action No. 03-C- 1521
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
    DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Curtis E. Humphrey_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Curtis E. Humphrey_ and I am over the age of 19 and reside at

_Route 2 Box 216 A Catlettsburg KY 41129_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Patricia Humphrey_

 

_Curtis E. Humphrey_
X _Curtis E. Humphrey_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16th_ day of June, 2003.

_Dina J. Reedy_
NOTARY PUBLIC
My Commission Expires: _7-19-2003_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
　　　　　　　　　　　　　　　　　　 )
　　　　PLAINTIFFS, )
　　　　　　　　　　　　　　　　　　 )
v. )　　　　Civil Action No. 03-C-_____
　　　　　　　　　　　　　　　　　　 )
WESTERN SOUTHERN LIFE INSURANCE )　　C. P Hupp 1523
COMPANY, JOHN THABET, )　　m. Galyon 1473
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
　　　　　　　　　　　　　　　　　　 )
　　　　DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Paul E. Hupp Jr._

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Paul E. Hupp Jr._ and I am over the age of 19 and reside at

_9932 Plaudit Way, Louisville KY 40272_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Cathy L. Hupp_　　　　　　　　　_____

_Mary A. Galyon_　　　　　　　　　_____

　　　　　　　　　　　　　　　　_Paul E. Hupp Jr._
　　　　　　　　　　　　　　　　_Paul E. Hupp Jr._
　　　　　　　　　　　　　　　　HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17_ day of June, 2003.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　NOTARY PUBLIC
　　　　　　　　　　　　　　　　My Commission Expires: _Sept 8, 2006_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,　　　)
GARY L. COTTON, CHARLES M. HEIB, JR.,　)
MARY PAMELA HEIB, JAMES P. YOUNG,　　)
RITA PULLEN, EXECUTRIX OF THE ESTATE　)
OF STEPHEN R. PULLEN, DECEASED, and　)
TORRES W. WILLIAMSON, AND OTHER　　　)
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"　)
ATTACHED HERETO AND INCORPORATED　)
FULLY HEREIN,　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　PLAINTIFFS,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　　)　　Civil Action No. 03-C- 1705
　　　　　　　　　　　　　　　　　　　　　)
WESTERN SOUTHERN LIFE INSURANCE　　)
COMPANY, JOHN THABET,　　　　　　　　　)
GEORGE CRUMP, ROGER SHINN,　　　　　　)
TERRY SHIRLEY, HOWARD PARKER,　　　　)
JAMES ELIAS AND THOMAS S. RUSSELL,　)
OTHER DEFENDANT AGENTS A-Z; and　　　)
FICTITIOUS DEFENDANTS AA-ZZ,　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　DEFENDANTS.　　　　　　　　　　)

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Kenneth Ingram_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Kenneth Ingram_ and I am over the age of 19 and reside at

_2010 N Old 56, Salem IN 47167_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Karen Ingram_　　　　　　　　　　　_____

_____　　　　　　　_____

　　　　　　　　　　　　　　　　　　　_Kenneth Ingram_
　　　　　　　　　　　　　　　　　　　_Kenneth Ingram_
　　　　　　　　　　　　　　　　　　　HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _8th_ day of June, 2003.

　　　　　　　　　　　　　　　　　　　_Melissa Ellis_
　　　　　　　　　　　　　　　　　　　NOTARY PUBLIC
　　　　　　　　　　　　　　　　　　　My Commission Expires: _10-23-08_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,       )
GARY L. COTTON, CHARLES M. HEIB, JR.,   )
MARY PAMELA HEIB, JAMES P. YOUNG,       )
RITA PULLEN, EXECUTRIX OF THE ESTATE    )
OF STEPHEN R. PULLEN, DECEASED, and     )
TORRES W. WILLIAMSON, AND OTHER         )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"    )
ATTACHED HERETO AND INCORPORATED        )
FULLY HEREIN,                           )
                                        )
        PLAINTIFFS,                     )
                                        )
v.                                      )    Civil Action No. 03-C- *1525*
                                        )
WESTERN SOUTHERN LIFE INSURANCE         )
COMPANY, JOHN THABET,                   )
GEORGE CRUMP, ROGER SHINN,              )
TERRY SHIRLEY, HOWARD PARKER,           )
JAMES ELIAS AND THOMAS S. RUSSELL,      )
OTHER DEFENDANT AGENTS A-Z;  and        )
FICTITIOUS DEFENDANTS AA-ZZ,            )
                                        )
        DEFENDANTS.                     )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Bobby Jackson_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Bobby Jackson_ and I am over the age of 19 and reside at

_3126 Preston Highway, Louisville KY 40213_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Brenda Jackson_

_Brenda Jackson_

_Bobby Jackson_

_Bobby Jackson_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 16th day of June, 2003.

_Richard L Harden_
NOTARY PUBLIC
My Commission Expires: _July 30, 2007_

[SEAL]

### IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
　　　　　　　　　　　　　　　　　　　　　　　)
　　　　PLAINTIFFS, )
　　　　　　　　　　　　　　　　　　　　　　　)
v. 　　　　　　　　　　　　　　　　　　　　　)　　Civil Action No. 03-C-_____
　　　　　　　　　　　　　　　　　　　　　　　)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )　　Jeffries - 319
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )　　Knestrick 323
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
　　　　　　　　　　　　　　　　　　　　　　　)
　　　　DEFENDANTS. )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Lucy Jeffries_ ,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Lucy Jeffries_ and I am over the age of 19 and reside at

_145 Grove Avenue, Washington, PA 15301_ .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Vicki Knestrick_ 　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　_Lucy Jeffries_
　　　　　　　　　　　　　　　　　　　　　　　_Lucy Jeffries_
　　　　　　　　　　　　　　　　　　　　　　　HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17_ day of June, 2003.

_Melinda Ripple_
NOTARY PUBLIC
My Commission Expires: _10-23-06_

[SEAL]

Notarial Seal
Melinda Ripple, Notary Public
Canton Twp., Washington County
My Commission Expires Oct. 23, 2006
Member, Pennsylvania Association Of Notaries

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,  )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE  )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER  )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED  )
FULLY HEREIN,  )
    )
    **PLAINTIFFS,**  )
    )
**v.**  )    Civil Action No. 03-C-\_1527\_
    )
WESTERN SOUTHERN LIFE INSURANCE  )
COMPANY, JOHN THABET,  )
GEORGE CRUMP, ROGER SHINN,  )
TERRY SHIRLEY, HOWARD PARKER,  )
JAMES ELIAS AND THOMAS S. RUSSELL,  )
OTHER DEFENDANT AGENTS A-Z;  and  )
FICTITIOUS DEFENDANTS AA-ZZ,  )
    )
    **DEFENDANTS.**  )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Hubert F. Johnson_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Hubert F. Johnson_ and I am over the age of 19 and reside at

_159 Reese St , P.O. Box 123, Olive Hill, KY 41164_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Anita Johnson_      _____

_____      _____

           _Hubert F. Johnson_
           _Hubert F. Johns_
           HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _14_ day of June, 2003.

           _Ben Thompson_
           NOTARY PUBLIC
           My Commission Expires: _10-13-03_

[SEAL]

**IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA**

NINA J. BOWLES, MICHAEL B. BROWN,           )
GARY L. COTTON, CHARLES M. HEIB, JR.,       )
MARY PAMELA HEIB, JAMES P. YOUNG,           )
RITA PULLEN, EXECUTRIX OF THE ESTATE        )
OF STEPHEN R. PULLEN, DECEASED, and         )
TORRES W. WILLIAMSON, AND OTHER             )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"        )
ATTACHED HERETO AND INCORPORATED            )
FULLY HEREIN,                               )
                                            )
        **PLAINTIFFS,**                     )
                                            )
v.                                          )   Civil Action No. 03-C-_183_
                                            )
WESTERN SOUTHERN LIFE INSURANCE             )
COMPANY, JOHN THABET,                       )
GEORGE CRUMP, ROGER SHINN,                  )
TERRY SHIRLEY, HOWARD PARKER,               )
JAMES ELIAS AND THOMAS S. RUSSELL,          )
OTHER DEFENDANT AGENTS A-Z;  and            )
FICTITIOUS DEFENDANTS AA-ZZ,                )
                                            )
        **DEFENDANTS.**                     )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Gina Jones_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Gina Jones_ and I am over the age of 19 and reside at

_5017 Doss Hill Rd, Barboursville, WV 25504_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Candace Jones_                    _____

_____                _____

                                   _Gina Jones_
                                   HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16th_ day of June, 2003.

                                   _____
                                   NOTARY PUBLIC
                                   My Commission Expires: _Nov 18—2007_



[SEAL]

OFFICIAL SEAL
Notary Public, State of West Virginia
ARITA ANN HOOSER
4637 Doss Ridge Rd.
Barboursville, WV 25504
My commission expires November 18, 2007

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,           )
GARY L. COTTON, CHARLES M. HEIB, JR.,       )
MARY PAMELA HEIB, JAMES P. YOUNG,           )
RITA PULLEN, EXECUTRIX OF THE ESTATE        )
OF STEPHEN R. PULLEN, DECEASED, and         )
TORRES W. WILLIAMSON, AND OTHER             )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"        )
ATTACHED HERETO AND INCORPORATED            )
FULLY HEREIN,                               )
                                            )
        PLAINTIFFS,                         )
                                            )
v.                                          )        Civil Action No. 03-C-_____
                                            )
WESTERN SOUTHERN LIFE INSURANCE             )        J. Joseph 1361
COMPANY, JOHN THABET,                       )        K. Joseph Not in
GEORGE CRUMP, ROGER SHINN,                  )        Computer
TERRY SHIRLEY, HOWARD PARKER,               )
JAMES ELIAS AND THOMAS S. RUSSELL,          )
OTHER DEFENDANT AGENTS A-Z; and             )
FICTITIOUS DEFENDANTS AA-ZZ,                )
                                            )
        DEFENDANTS.                         )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Jacquelyn Joseph,_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Jacquelyn Joseph_ and I am over the age of 19 and reside at

_2909 Paris Ave., New Orleans, LA 70119_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Keiane Joseph_ _____

_____ _____

                    _Jacquelyn Joseph_
                    _____
                    HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16th_ day of June, 2003.

                    _Pamela A. Van Geffen_
                    NOTARY PUBLIC
                    My Commission Expires: _____

                    PAMELA A. VAN GEFFEN
                    NOTARY PUBLIC
                    My Commission Expires at Death
                    Parish of Orleans, La.

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,　　　）
GARY L. COTTON, CHARLES M. HEIB, JR.,　）
MARY PAMELA HEIB, JAMES P. YOUNG,　　）
RITA PULLEN, EXECUTRIX OF THE ESTATE　）
OF STEPHEN R. PULLEN, DECEASED, and　　）
TORRES W. WILLIAMSON, AND OTHER　　　）
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"　　）
ATTACHED HERETO AND INCORPORATED　　）
FULLY HEREIN,　　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　　　）
　　　　PLAINTIFFS,　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　　　）
v.　　　　　　　　　　　　　　　　　　　）　　Civil Action No. 03-C- 744
　　　　　　　　　　　　　　　　　　　　）
WESTERN SOUTHERN LIFE INSURANCE　　　）
COMPANY, JOHN THABET,　　　　　　　　　）
GEORGE CRUMP, ROGER SHINN,　　　　　　）
TERRY SHIRLEY, HOWARD PARKER,　　　　 ）
JAMES ELIAS AND THOMAS S. RUSSELL,　　）
OTHER DEFENDANT AGENTS A-Z;  and　　　 ）
FICTITIOUS DEFENDANTS AA-ZZ,　　　　　　）
　　　　　　　　　　　　　　　　　　　　）
　　　　DEFENDANTS.　　　　　　　　　　 ）

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared Alvin Kanorr, Sr.,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is Alvin Kanorr, Sr. and I am over the age of 19 and reside at

406 West Pearl St, Wapakoneta, Ohio 45895.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

Betty Kanorr

Alvin Kanorr, Sr.
Alvin Kanorr Sr.
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 13 day of June, 2003.

Laura L. Vanover
NOTARY PUBLIC
My Commission Expires: 08-13-06

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,      )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,      )
RITA PULLEN, EXECUTRIX OF THE ESTATE   )
OF STEPHEN R. PULLEN, DECEASED, and    )
TORRES W. WILLIAMSON, AND OTHER        )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"   )
ATTACHED HERETO AND INCORPORATED       )
FULLY HEREIN,                          )
                                       )
        PLAINTIFFS,                    )
                                       )
v.                                     )   Civil Action No. 03-C-_322_
                                       )
WESTERN SOUTHERN LIFE INSURANCE        )
COMPANY, JOHN THABET,                  )
GEORGE CRUMP, ROGER SHINN,             )
TERRY SHIRLEY, HOWARD PARKER,          )
JAMES ELIAS AND THOMAS S. RUSSELL,     )
OTHER DEFENDANT AGENTS A-Z;  and       )
FICTITIOUS DEFENDANTS AA-ZZ,           )
                                       )
        DEFENDANTS.                    )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _George Klein_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _George Klein_ and I am over the age of 19 and reside at

_5222 Dresden Way, Pittsburgh, PA. 15201_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Sandra Klein_                        _____

                                      _____

                                      _George Klein_
                                      _George Klein_
                                      HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17th_ day of June, 2003.

                                      _Jacqueline B. Harper_
                                      NOTARY PUBLIC
                                      My Commission Expires _February 14, 2005_

[SEAL]

Notarial Seal
Jacqueline B. Harper, Notary Public
Pittsburgh, Allegheny County
My Commission Expires Feb. 14, 2005
Member, Pennsylvania Association of Notaries

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,  )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE  )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER  )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED  )
FULLY HEREIN,  )
　　　　　)
　　　　PLAINTIFFS,  )
　　　　　)
v.  )　　　　Civil Action No. 03-C-324
　　　　　)
WESTERN SOUTHERN LIFE INSURANCE  )
COMPANY, JOHN THABET,  )
GEORGE CRUMP, ROGER SHINN,  )
TERRY SHIRLEY, HOWARD PARKER,  )
JAMES ELIAS AND THOMAS S. RUSSELL,  )
OTHER DEFENDANT AGENTS A-Z; and  )
FICTITIOUS DEFENDANTS AA-ZZ,  )
　　　　　)
　　　　DEFENDANTS.  )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Gilbert Kolinoski_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Gilbert Kolinoski_ and I am over the age of 19 and reside at

_26 Darling St, Wilkes-Barre PA 18702_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Roberta Kolinoski_　　　　　_n/a_

_n/a_　　　　　_n/a_

　　　　　_Gilbert Kolinoski_

　　　　　_n/a_
　　　　　HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _18_ day of June, 2003.

　　　　　_____
　　　　　NOTARY PUBLIC
　　　　　My Commission Expires:_____

[SEAL]

NOTARIAL SEAL
LORI L. FAUST, Notary Public
Hazleton, Luzerne County
My Commission Expires Jan. 17, 2005

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,  )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE  )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER  )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED  )
FULLY HEREIN,  )
　　　　　　　　　　　　　　　　　　　　　)
　　　　PLAINTIFFS,  )
　　　　　　　　　　　　　　　　　　　　　)
v.  )　　Civil Action No. 03-C-____
　　　　　　　　　　　　　　　　　　　　　)
WESTERN SOUTHERN LIFE INSURANCE  )　　*Randall Lasley 1540*
COMPANY, JOHN THABET,  )
GEORGE CRUMP, ROGER SHINN,  )　　*Karen Lasley not in*
TERRY SHIRLEY, HOWARD PARKER,  )　　*Computer*
JAMES ELIAS AND THOMAS S. RUSSELL,  )
OTHER DEFENDANT AGENTS A-Z;  and  )
FICTITIOUS DEFENDANTS AA-ZZ,  )
　　　　　　　　　　　　　　　　　　　　　)
　　　　DEFENDANTS.  )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Randall L. Lasley_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Randall L. Lasley_ and I am over the age of 19 and reside at

_9900 Phoenix Trail, Louisville KY 40223_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_KAREN S. LASLEY_

_____

_Randall L. Lasley_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

_Sheila M Cozine_
NOTARY PUBLIC
My Commission Expires:  _8/15/2004_

[SEAL]

### IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,  )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER  )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED  )
FULLY HEREIN,  )
                                                  )

       PLAINTIFFS,  )
                                                  )

v.  )                  Civil Action No. 03-C- 772
                                                  )

WESTERN SOUTHERN LIFE INSURANCE  )
COMPANY, JOHN THABET,  )
GEORGE CRUMP, ROGER  SHINN,  )
TERRY SHIRLEY, HOWARD PARKER,  )
JAMES ELIAS AND THOMAS S. RUSSELL,  )
OTHER DEFENDANT AGENTS A-Z;  and  )
FICTITIOUS DEFENDANTS AA-ZZ,  )
                                                  )

       DEFENDANTS.  )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Richard A. Lehman_ ,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Richard A. Lehman_ and I am over the age of 19 and reside at

_1913 North Ave, Middletown, OH 45042_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Connie I. Lehman_             _____

_____             _____

                                       _Richard A. Lehman_
                                       _Richard a Lehman_
                                       HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.



**Beverly J. Renwick**
**NOTARY PUBLIC**
**In and for the State of Ohio**
**My Commission Expires**
**November 19, 2007**

[SEAL]

                         NOTARY PUBLIC
                         My Commission Expires: _11-19-07_

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,                 )
GARY L. COTTON, CHARLES M. HEIB, JR.,             )
MARY PAMELA HEIB, JAMES P. YOUNG,                 )
RITA PULLEN, EXECUTRIX OF THE ESTATE              )
OF STEPHEN R. PULLEN, DECEASED, and               )
TORRES W. WILLIAMSON, AND OTHER                   )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"              )
ATTACHED HERETO AND INCORPORATED                  )
FULLY HEREIN,                                     )
                                                  )
         PLAINTIFFS,                              )
                                                  )
v.                                                )    Civil Action No. 03-C-_769_
                                                  )
WESTERN SOUTHERN LIFE INSURANCE                   )
COMPANY, JOHN THABET,                             )
GEORGE CRUMP, ROGER  SHINN,                       )
TERRY SHIRLEY, HOWARD PARKER,                     )
JAMES ELIAS AND THOMAS S. RUSSELL,                )
OTHER DEFENDANT AGENTS A-Z;  and                  )
FICTITIOUS DEFENDANTS AA-ZZ,                      )
                                                  )
         DEFENDANTS.                              )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Richard E. Leger_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Richard E. Leger_ and I am over the age of 19 and reside at

_1321 5th Ave, Dayton OH 41074_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Sharon Leger_                              _____

_____                 _____

                                            _Richard E. Leger_
                                            _Richard E. Leger_
                                            HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16th_ day of June, 2003.

                                            _Lynn A. Winkler_
                                            NOTARY PUBLIC
                                            My Commission Expires:_____

[SEAL]

LYNN A. WINKLER
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES JUNE 18, 2006

### IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,                )
GARY L. COTTON, CHARLES M. HEIB, JR.,            )
MARY PAMELA HEIB, JAMES P. YOUNG,                )
RITA PULLEN, EXECUTRIX OF THE ESTATE             )
OF STEPHEN R. PULLEN, DECEASED, and              )
TORRES W. WILLIAMSON, AND OTHER                  )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"             )
ATTACHED HERETO AND INCORPORATED                 )
FULLY HEREIN,                                    )
                                                 )
      PLAINTIFFS,                             )
                                                 )
v.                                               )     Civil Action No. 03-C- *186*
                                                 )
WESTERN SOUTHERN LIFE INSURANCE                  )
COMPANY, JOHN THABET,                            )
GEORGE CRUMP, ROGER  SHINN,                      )
TERRY SHIRLEY, HOWARD PARKER,                    )
JAMES ELIAS AND THOMAS S. RUSSELL,               )
OTHER DEFENDANT AGENTS A-Z;  and                 )
FICTITIOUS DEFENDANTS AA-ZZ,                     )
                                                 )
      DEFENDANTS.                             )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Leonard Lett_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Leonard Lett_ and I am over the age of 19 and reside at

_3207 Sycamore Rd, Culloden WV 25510_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Bible Lett_

_Rosie Lett_

_L_

_Leonard Lett_

_Leonard F Lett_

HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

_Janet Summers_

NOTARY PUBLIC

My Commission Expires: _May 20, 2013_

[SEAL]

```
OFFICIAL SEAL
JANET SUMMERS
NOTARY PUBLIC
STATE OF WEST VIRGINIA
BANK ONE
603-613 MacCorkle Ave.
St. Albans, WV 25177
My Commission Expires May 20, 2013
```

### IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

|  |  |
|---|---|
| NINA J. BOWLES, MICHAEL B. BROWN,<br>GARY L. COTTON, CHARLES M. HEIB, JR.,<br>MARY PAMELA HEIB, JAMES P. YOUNG,<br>RITA PULLEN, EXECUTRIX OF THE ESTATE<br>OF STEPHEN R. PULLEN, DECEASED, and<br>TORRES W. WILLIAMSON, AND OTHER<br>PLAINTIFFS IDENTIFIED IN EXHIBIT "A"<br>ATTACHED HERETO AND INCORPORATED<br>FULLY HEREIN,<br><br>     PLAINTIFFS,<br><br>v.<br><br>WESTERN SOUTHERN LIFE INSURANCE<br>COMPANY, JOHN THABET,<br>GEORGE CRUMP, ROGER SHINN,<br>TERRY SHIRLEY, HOWARD PARKER,<br>JAMES ELIAS AND THOMAS S. RUSSELL,<br>OTHER DEFENDANT AGENTS A-Z;  and<br>FICTITIOUS DEFENDANTS AA-ZZ,<br><br>     DEFENDANTS. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 03-C- 1543 ) ) ) ) ) ) ) ) ) ) ) |

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _James R. Lewis, II_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _James R. Lewis, II_ and I am over the age of 19 and reside at

_440 Mary Lewis Drive, Ashland, KY 41102_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Brandee Lewis_       _____

_____       _____

_James R. Lewis, II_
_____
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _19th_ day of June, 2003.

_____
NOTARY PUBLIC
My Commission Expires: _9/24/05_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,　　　)
GARY L. COTTON, CHARLES M. HEIB, JR.,　)
MARY PAMELA HEIB, JAMES P. YOUNG,　　)
RITA PULLEN, EXECUTRIX OF THE ESTATE　)
OF STEPHEN R. PULLEN, DECEASED, and　)
TORRES W. WILLIAMSON, AND OTHER　　　)
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"　　)
ATTACHED HERETO AND INCORPORATED　)
FULLY HEREIN,　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　PLAINTIFFS,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　　　)　Civil Action No. 03-C- 332
　　　　　　　　　　　　　　　　　　　　　　)
WESTERN SOUTHERN LIFE INSURANCE　　)
COMPANY, JOHN THABET,　　　　　　　　　)
GEORGE CRUMP, ROGER SHINN,　　　　　)
TERRY SHIRLEY, HOWARD PARKER,　　　　)
JAMES ELIAS AND THOMAS S. RUSSELL,　)
OTHER DEFENDANT AGENTS A-Z;  and　　)
FICTITIOUS DEFENDANTS AA-ZZ,　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　DEFENDANTS.　　　　　　　　　　　)

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _John Lincoln_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _John Lincoln_ and I am over the age of 19 and reside at

_405 Ridge Avenue, Butler, PA 16001._

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Della Lincoln_　　　　　　　　　　　_____

_____　　　　　　_____

　　　　　　　　　　　　　　　　　　　_John Lincoln_
　　　　　　　　　　　　　　　　　　　_John Lincoln_
　　　　　　　　　　　　　　　　　　　HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 16th day of June, 2003.

_Cheryl A. Vincent_
NOTARY PUBLIC
My Commission Expires: _12/22/2005_

Notarial Seal
Cheryl A. Vincent, Notary Public
Center Twp., Butler County
My Commission Expires Dec. 22, 2005
Member, Pennsylvania Association Of Notaries

[SEAL]

### IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
         )
        **PLAINTIFFS,** )
         )
v. )     **Civil Action No. 03-C-_335_**
         )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER  SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
         )
        **DEFENDANTS.** )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Daniel Lowry_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Daniel Lowry_ and I am over the age of 19 and reside at

_304 Foch St, Ellwood City, PA 16117_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Linda Lowry_              _____

_____              _____

                                     _Daniel Lowry_
                                     _____
                                     HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17th_ day of June, 2003.

                           _Carol J. Miller_
                           NOTARY PUBLIC
                           My Commission Expires: _11-24-05_

> Notarial Seal
> Carol J. Miller, Notary Public
> Pine Twp., Allegheny County
> My Commission Expires Nov. 24, 2005
> Member, Pennsylvania Association Of Notaries

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,  )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE  )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER  )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED  )
FULLY HEREIN,  )
)
    PLAINTIFFS,  )
)
v.  )    Civil Action No. 03-C- 338
)
WESTERN SOUTHERN LIFE INSURANCE  )
COMPANY, JOHN THABET,  )
GEORGE CRUMP, ROGER SHINN,  )
TERRY SHIRLEY, HOWARD PARKER,  )
JAMES ELIAS AND THOMAS S. RUSSELL,  )
OTHER DEFENDANT AGENTS A-Z; and  )
FICTITIOUS DEFENDANTS AA-ZZ,  )
)
    DEFENDANTS.  )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _John B. Macri_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _John Macri_ and I am over the age of 19 and reside at

_751 W Pittsburg Rd, New Castle, PA 16101_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Sylvia Macri_      _____

_____      _____

                          _John B. Macri_

                           _John B. Ma___
                           HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _20th_ day of June, 2003.

                           _Betty E. Ault_
                           NOTARY PUBLIC
                           My Commission Expires: _June 18, 2007_

[SEAL]

                           COMMONWEALTH OF PENNSYLVANIA
                           Notarial Seal
                           Betty E. Ault, Notary Public
                           Wampum Boro, Lawrence County
                           My Commission Expires June 18, 2007
                           Member, Pennsylvania Association of Notaries

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,     )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG,     )
RITA PULLEN, EXECUTRIX OF THE ESTATE  )
OF STEPHEN R. PULLEN, DECEASED, and   )
TORRES W. WILLIAMSON, AND OTHER       )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED      )
FULLY HEREIN,                         )
                                      )
        PLAINTIFFS,                   )
                                      )
v.                                    )        Civil Action No. 03-C-_____
                                      )
WESTERN SOUTHERN LIFE INSURANCE       )        Austin Mallozzi 788
COMPANY, JOHN THABET,                 )        Judith Mallozzi 340
GEORGE CRUMP, ROGER SHINN,            )
TERRY SHIRLEY, HOWARD PARKER,         )
JAMES ELIAS AND THOMAS S. RUSSELL,    )
OTHER DEFENDANT AGENTS A-Z; and       )
FICTITIOUS DEFENDANTS AA-ZZ,          )
                                      )
        DEFENDANTS.                   )

**AFFIDAVIT**

Before me, the undersigned, a Notary Public, personally appeared _Austin Mallozzi_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Austin Mallozzi_ and I am over the age of 19 and reside at

_149 New Jersey Ave, Clairton OH 15025_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Judith Mallozzi_

_____          _____

                                   _Austin Mallozzi_
                                   _____
                                   HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _14_ day of June, 2003.

                                   _____
NOTARIAL SEAL                      NOTARY PUBLIC
F. CHARLES SPENCE, Notary Public   My Commission Expires: _10/20/04_
City of Clairton. Allegheny County, PA
My Commission Expires Oct. 20, 2004
[SEAL]

**IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA**

NINA J. BOWLES, MICHAEL B. BROWN,       )
GARY L. COTTON, CHARLES M. HEIB, JR.,   )
MARY PAMELA HEIB, JAMES P. YOUNG,       )
RITA PULLEN, EXECUTRIX OF THE ESTATE    )
OF STEPHEN R. PULLEN, DECEASED, and     )
TORRES W. WILLIAMSON, AND OTHER         )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"    )
ATTACHED HERETO AND INCORPORATED        )
FULLY HEREIN,                           )
                                        )
        PLAINTIFFS,                     )
                                        )
v.                                      )       Civil Action No. 03-C- 789
                                        )
WESTERN SOUTHERN LIFE INSURANCE         )
COMPANY, JOHN THABET,                   )
GEORGE CRUMP, ROGER SHINN,              )
TERRY SHIRLEY, HOWARD PARKER,           )
JAMES ELIAS AND THOMAS S. RUSSELL,      )
OTHER DEFENDANT AGENTS A-Z; and         )
FICTITIOUS DEFENDANTS AA-ZZ,            )
                                        )
        DEFENDANTS.                     )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Suzanne Malone_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Suzanne Malone_ and I am over the age of 19 and reside at

_10718 State Route 93 Pedro OH 45659_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Teresa Malone_                          _____

_____                   _____

                                         _Suzanne Malone_
                                         _Suzanne Malone_
                                         HEAD OF HOUSEHOLD

State of Ohio, County of Lawrence, ss:

Sworn to and Subscribed before me on this the _16th_ day of June, 2003.

                                         _Vicki J. Wilcoxon_
                                         NOTARY PUBLIC
                                         My Commission Expires: _____

                                         VICKI J. WILCOXON
                                         NOTARY PUBLIC, LAWRENCE CO., OHIO
                                         My Commission Expires March 3, 2004

[SEAL]

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
                                      )
       PLAINTIFFS, )
                                        )     Civil Action No. 03-C-*343*
v. )
                                        )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
                                        )
       DEFENDANTS. )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared *Gerald Marinus*,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is *Gerald Marinus* and I am over the age of 19 and reside at

*820 N Walnut, Luzarne, PA 18709*

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

*Jody Marinus*

 

*Gerald Marinus*

*Gerald Marinus*
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the *16* day of June, 2003.

*[signature]*
NOTARY PUBLIC
My Commission Expires: _____

NOTARIAL SEAL
DIANE L. ROBERTS, NOTARY PUBLIC
CITY OF LUZERNE, LUZERNE COUNTY
MY COMMISSION EXPIRES DECEMBER 27, 2005

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,  )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER  )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED  )
FULLY HEREIN,  )
          )
     PLAINTIFFS,  )
          )
v.  )    Civil Action No. 03-C- _345_
          )
WESTERN SOUTHERN LIFE INSURANCE  )
COMPANY, JOHN THABET,  )
GEORGE CRUMP, ROGER SHINN,  )
TERRY SHIRLEY, HOWARD PARKER,  )
JAMES ELIAS AND THOMAS S. RUSSELL,  )
OTHER DEFENDANT AGENTS A-Z;  and  )
FICTITIOUS DEFENDANTS AA-ZZ,  )
          )
     DEFENDANTS.  )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Raymond A. Marticek_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Raymond A. Marticek_ and I am over the age of 19 and reside at

_3139 Bradbury Dr. Aliquippa PA 15001_ .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Maryann Marticek_           _____

_Mary Ann Marticek_           _____

_my Son is_               _Raymond A. Marticek_
_Raymond A. Marticek_      _Raymond A. Marti_
_3305 Mont Dr_         HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _____ day of June, 2003.

                    _____
                    NOTARY PUBLIC
                    My Commission Expires:_____

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,           )
GARY L. COTTON, CHARLES M. HEIB, JR.,       )
MARY PAMELA HEIB, JAMES P. YOUNG,           )
RITA PULLEN, EXECUTRIX OF THE ESTATE        )
OF STEPHEN R. PULLEN, DECEASED, and         )
TORRES W. WILLIAMSON, AND OTHER             )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"        )
ATTACHED HERETO AND INCORPORATED            )
FULLY HEREIN,                               )
                                            )
         PLAINTIFFS,                        )
                                            )
v.                                          )       Civil Action No. 03-C- 791
                                            )
WESTERN SOUTHERN LIFE INSURANCE             )
COMPANY, JOHN THABET,                       )
GEORGE CRUMP, ROGER SHINN,                  )
TERRY SHIRLEY, HOWARD PARKER,               )
JAMES ELIAS AND THOMAS S. RUSSELL,          )
OTHER DEFENDANT AGENTS A-Z;  and            )
FICTITIOUS DEFENDANTS AA-ZZ,                )
                                            )
         DEFENDANTS.                        )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Gary Mann_ ,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Gary Mann_ and I am over the age of 19 and reside at

_6 Parrish Drive, Gratis, OH  45330_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Rebecca Mann_                          _____

_____                     _____

                                        _Gary Mann_
                                        _Gary Mann_
                                        HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

                                        _Joyce Chappel_
                                        NOTARY PUBLIC
                                        My Commission Expires: _JOYCE CHAPPEL, Notary Public_
                                        _Resident for the State of Ohio_
                                        _My Commission Expires Jan. 26,_ _2005_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,       )
GARY L. COTTON, CHARLES M. HEIB, JR.,   )
MARY PAMELA HEIB, JAMES P. YOUNG,       )
RITA PULLEN, EXECUTRIX OF THE ESTATE    )
OF STEPHEN R. PULLEN, DECEASED, and     )
TORRES W. WILLIAMSON, AND OTHER         )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"    )
ATTACHED HERETO AND INCORPORATED        )
FULLY HEREIN,                           )
                                        )
        PLAINTIFFS,                     )
                                        )
v.                                      )       Civil Action No. 03-C- _358_
                                        )
WESTERN SOUTHERN LIFE INSURANCE         )
COMPANY, JOHN THABET,                   )
GEORGE CRUMP, ROGER SHINN,              )
TERRY SHIRLEY, HOWARD PARKER,           )
JAMES ELIAS AND THOMAS S. RUSSELL,      )
OTHER DEFENDANT AGENTS A-Z; and         )
FICTITIOUS DEFENDANTS AA-ZZ,            )
                                        )
        DEFENDANTS.                     )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Roland L. McCullough_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Roland L. McCullough_ and I am over the age of 19 and reside at

_1385 Skyline Dr, Hermitage, PA 16148_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Margaret McCullough_           _____

_____          _____

                                _Roland L. McCullough_
                                _Roland L. McCullough_
                                HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

                                _Diane L. Monsman_
                                NOTARY PUBLIC
                                My Commission Expires

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Diane L. Monsman, Notary Public
Sharpsville Boro, Mercer County
My Commission Expires June 28, 2007
Member, Pennsylvania Association of Notaries

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,    )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER   )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"   )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN,                            )
                                 )
     PLAINTIFFS,              )
                                 )
v.                                  )    Civil Action No. 03-C- 1559
                                 )
WESTERN SOUTHERN LIFE INSURANCE  )
COMPANY, JOHN THABET,          )
GEORGE CRUMP, ROGER SHINN,     )
TERRY SHIRLEY, HOWARD PARKER,   )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and  )
FICTITIOUS DEFENDANTS AA-ZZ,     )
                                 )
     DEFENDANTS.            )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared David McGaughey,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is David McGaughey and I am over the age of 19 and reside at

463 North 26th St., Apt 1, Lousville, KY 40212

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

Susan McGaughey

_____

David McGaughey

HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 16 day of June, 2003.

Mary L Allen

NOTARY PUBLIC

My Commission Expires: 9-1-03

[SEAL]

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,           )
GARY L. COTTON, CHARLES M. HEIB, JR.,        )
MARY PAMELA HEIB, JAMES P. YOUNG,            )
RITA PULLEN, EXECUTRIX OF THE ESTATE         )
OF STEPHEN R. PULLEN, DECEASED, and          )
TORRES W. WILLIAMSON, AND OTHER              )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"         )
ATTACHED HERETO AND INCORPORATED            )
FULLY HEREIN,                                )
                                             )
          PLAINTIFFS,                        )
                                             )
v.                                           )   Civil Action No. 03-C-_____
                                             )
WESTERN SOUTHERN LIFE INSURANCE              )   Edward; Brenda 814
COMPANY, JOHN THABET,                        )
GEORGE CRUMP, ROGER SHINN,                   )   April - No. Number
TERRY SHIRLEY, HOWARD PARKER,                )
JAMES ELIAS AND THOMAS S. RUSSELL,           )
OTHER DEFENDANT AGENTS A-Z;  and             )
FICTITIOUS DEFENDANTS AA-ZZ,                 )
                                             )
          DEFENDANTS.                        )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Edward Miller_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Edward Miller_ and I am over the age of 19 and reside at

_8286 Webster Pike # 3, Cincinnati OH 45229_
_580 Orchardview Pl, Cincinnati OH 45238_
I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Brenda J. Miller_                          _____

_April Miller_                              _____

                                            _Edward Miller_
                                            _Edward Miller_
                                            HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16th_ day of June, 2003.

_Barbara D. McClymonds_
NOTARY PUBLIC
My Commission Expires: _12/29/04_

NOTARIAL SEAL
STATE OF OHIO
BARBARA D. McCLYMONDS
Notary Public, State of Ohio
My Commission Expires 12/29/04