IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
　 )
    PLAINTIFFS, )
　 )
v. )      Civil Action No. 03-C-_1693_
　 )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
　 )
    DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Timothy Gray._

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Timothy Gray_ and I am over the age of 19 and reside at

_4007 Scenic Valley Road, Floyd Knobs, IN 47119_　.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Billie Gray_　　　　　　　　_____

_____　　　　_____

　　　　　　　　　　　　　　_Timothy Gray_
　　　　　　　　　　　　　　_Timothy Gray_
　　　　　　　　　　　　　　HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _13th_ day of June, 2003.

　　　　　　　　　　　　　_Joyce M. Vallance_
　　　　　　　　　　　　　NOTARY PUBLIC
　　　　　　　　　　　　　My Commission Expires: _AUG 15 2007_

```
Notary Seal
Joyce M. Vallance
Notary Public
State of Indiana, County of Floyd
My Commission expires 8-15-07
```
[SEAL]

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )     Civil Action No. 03-C- 1481
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER  SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
     DEFENDANTS. )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Jerry D. Greene_.

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Jerry D. Greene_ and I am over the age of 19 and reside at

_3263 Kingsley Dr, Hebron KY 41048_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_James L. Greene_

_Rita Greene_

_Jerry D. Greene_

HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _15th_ day of June, 2003.

_David E. Webste_

NOTARY PUBLIC
My Commission Expires: _8-17-05_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

| | |
|---|---|
| NINA J. BOWLES, MICHAEL B. BROWN,<br>GARY L. COTTON, CHARLES M. HEIB, JR.,<br>MARY PAMELA HEIB, JAMES P. YOUNG,<br>RITA PULLEN, EXECUTRIX OF THE ESTATE<br>OF STEPHEN R. PULLEN, DECEASED, and<br>TORRES W. WILLIAMSON, AND OTHER<br>PLAINTIFFS IDENTIFIED IN EXHIBIT "A"<br>ATTACHED HERETO AND INCORPORATED<br>FULLY HEREIN,<br><br>    PLAINTIFFS,<br><br>v.<br><br>WESTERN SOUTHERN LIFE INSURANCE<br>COMPANY, JOHN THABET,<br>GEORGE CRUMP, ROGER SHINN,<br>TERRY SHIRLEY, HOWARD PARKER,<br>JAMES ELIAS AND THOMAS S. RUSSELL,<br>OTHER DEFENDANT AGENTS A-Z; and<br>FICTITIOUS DEFENDANTS AA-ZZ,<br><br>    DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. 03-C-_661_<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _William Greer_.

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _William Greer_ and I am over the age of 19 and reside at

_2222 Eck St, Portsmouth, OH 45662_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Magdalene Greer_ _____

_____ _____

_William Greer_
_William Greer_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17_ day of June, 2003.

_Ashlie A. Risner_
NOTARY PUBLIC
My Commission Expires: _July 5, 2006_

[SEAL]

ASHLIE A. RISNER
Notary Public, State of Ohio
My Commission Expires July 5, 2006

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )    Civil Action No. 03-C- 1485
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
     DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _James Hagan_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _James Hagan_ and I am over the age of 19 and reside at

_1805 Mellwood Ave, Louisville KY 40206_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Dorothy Hagan_ _____

_____ _____

                    _James Hagan_

                    _James Hagan_
                    HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _15_ day of June, 2003.

                    NOTARY PUBLIC
                    My Commission Expires: _6-12-04_

[SEAL]

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )     Civil Action No. 03-C- 1489
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
     DEFENDANTS. )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Darrell Hall, Sr._,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Darrell Hall, Sr._ and I am over the age of 19 and reside at

_2541 W Euclid Ave, Ashland KY 41102_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Michele Hall-Webb_

_Mary Hall_

_____

_Darrell Hall, Sr._

_Darrell J Hall Sr_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _18_ day of June, 2003.

_Connie D. Howes_
NOTARY PUBLIC
My Commission Expires: _May 27, 2006_

[SEAL]

**IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA**

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )     Civil Action No. 03-C- 1491
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER  SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
     DEFENDANTS. )

**AFFIDAVIT**

Before me, the undersigned, a Notary Public, personally appeared _Steven Hamm_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Steven Hamm_ and I am over the age of 19 and reside at

_12010 McCoys Fork Rd Walton KY 41094_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Kathy Hamm_       _____

_____       _____

         _Steven Hamm_

         _Steven Hamm_
         HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _15_ day of June, 2003.

         _Francis H. Becker_
         NOTARY PUBLIC
         My Commission Expires: _7/16/2005_

[SEAL]

         **FRANCIS H. BECKER**
         Notary Public, Kentucky State at Large
         My Commission Expires 7/16/2005

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,  )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE  )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER  )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED  )
FULLY HEREIN,  )
)
      PLAINTIFFS,  )
)
v.  )   Civil Action No. 03-C-_____
)
WESTERN SOUTHERN LIFE INSURANCE  )   *Tammy Hamp 1294*
COMPANY, JOHN THABET,  )
GEORGE CRUMP, ROGER SHINN,  )   *Amanda / michael*
TERRY SHIRLEY, HOWARD PARKER,  )      *Bruno 1269*
JAMES ELIAS AND THOMAS S. RUSSELL,  )
OTHER DEFENDANT AGENTS A-Z; and  )
FICTITIOUS DEFENDANTS AA-ZZ,  )
)
      DEFENDANTS.  )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Tammy Hamp_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Tammy Hamp_ and I am over the age of 19 and reside at

_80 winter St, Battle Creek, MI 49015_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Amanda Bruno_        _____
_Michael Bruno_        _____

                          _Tammy Hamp_
                          _Tammy Hamp_
                          HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17_ day of June, 2003.

                        _Debra K Mathews_
                        NOTARY PUBLIC
                        My Commission Expires: _____

                          DEBRA K. MATHEWS
                      NOTARY PUBLIC, CALHOUN COUNTY, MI
[SEAL]                MY COMMISSION EXPIRES JAN. 0 9, 2006

*WILLIAM F. HARGIS*

*360 Chestnut Rd.*
*PARKSville Ky*
*40464*

*PhoNE*
*859-368 9410*

COURT OF MASON COUNTY, WEST VIRGINIA

)WN, )
EIB, JR., )
)UNG, )
)ESTATE )
)ED, and )
)HER )
)T "A" )
)ORATED )
)
)
)
)                          Civil Action No. 03-C- 1500
)
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER  SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared  *William F. Hargis* ,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is *William F. Hargis*  and I am over the age of 19 and reside at

*360 Chestnut Grove Rd. Parksville Ky 40464*

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

*Judy Hargis*                                    _____

_____                          _____

*William F. Hargis*
*William F. Hargis*
HEAD OF HOUSEHOLD


Sworn to and Subscribed before me on this the 17 day of June, 2003.


NOTARY PUBLIC
My Commission Expires: *January 22, 2005*


[SEAL]

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,            )
GARY L. COTTON, CHARLES M. HEIB, JR.,        )
MARY PAMELA HEIB, JAMES P. YOUNG,            )
RITA PULLEN, EXECUTRIX OF THE ESTATE         )
OF STEPHEN R. PULLEN, DECEASED, and          )
TORRES W. WILLIAMSON, AND OTHER              )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"         )
ATTACHED HERETO AND INCORPORATED             )
FULLY HEREIN,                                )
                                             )
     PLAINTIFFS,                             )
                                             )
v.                                           )    Civil Action No. 03-C-_684_
                                             )
WESTERN SOUTHERN LIFE INSURANCE              )
COMPANY, JOHN THABET,                        )
GEORGE CRUMP, ROGER  SHINN,                  )
TERRY SHIRLEY, HOWARD PARKER,                )
JAMES ELIAS AND THOMAS S. RUSSELL,           )
OTHER DEFENDANT AGENTS A-Z;  and             )
FICTITIOUS DEFENDANTS AA-ZZ,                 )
                                             )
     DEFENDANTS.                             )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Larry R. Harp_ ,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Larry R. Harp_ and I am over the age of 19 and reside at

_1899 Woodville Pk , Goshen OH 45122_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Donna S. Harp_

_Larry R. Harp_
_Larry R. Harp_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _14th_ day of June, 2003.

_Linda M Howell_
NOTARY PUBLIC
My Commission Expires: _10-3-2007_

LINDA M. HOWELL
Notary Public, State of Ohio
My Commission Expires
October 3, 2007

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
                                    )
        PLAINTIFFS, )
                                    )
v.                                  )        Civil Action No. 03-C- 177
                                    )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
                                    )
        DEFENDANTS. )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared Kenneth Harper,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is Kenneth Harper and I am over the age of 19 and reside at

615 Pawnee Drive, Charleston, WV 25312

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

Sadie Harper                         _____

_____              _____

                                     Kenneth Harper
                                     KW Harper
                                     HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 17th day of June, 2003.

Elnora Sue Burford

NOTARY PUBLIC
My Commission Expires: June 4, 2007

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
ELNORA SUE BURFORD
1206 Paula Road
Charleston, WV 25314
My Commission Expires June 4, 2007

[SEAL]

**IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA**

NINA J. BOWLES, MICHAEL B. BROWN,  )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE  )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER  )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED  )
FULLY HEREIN,  )
  )
     PLAINTIFFS,  )
  )
v.  )     Civil Action No. 03-C- 1694
  )
WESTERN SOUTHERN LIFE INSURANCE  )
COMPANY, JOHN THABET,  )
GEORGE CRUMP, ROGER  SHINN,  )
TERRY SHIRLEY, HOWARD PARKER,  )
JAMES ELIAS AND THOMAS S. RUSSELL,  )
OTHER DEFENDANT AGENTS A-Z;  and  )
FICTITIOUS DEFENDANTS AA-ZZ,  )
  )
     DEFENDANTS.  )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared Dennis Harrington

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is Dennis Harrington and I am over the age of 19 and reside at

5151 Leadline Road, Centerville, IN 47330                        .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

Edith Harrington                        _____

_____                _____

                                   Dennis Harrington
                                   _Dennis Harrington_
                                   HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 16 day of June, 2003.

                                   Patricia L James
                                   NOTARY PUBLIC
                                   My Commission Expires:  4-27-2009

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,  )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER  )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN,  )
　　　　　　　　　　　　　　　　　　　　　)
　　　　PLAINTIFFS,  )
　　　　　　　　　　　　　　　　　　　　　)
v.  )　　　　Civil Action No. 03-C-_1176_
　　　　　　　　　　　　　　　　　　　　　)
WESTERN SOUTHERN LIFE INSURANCE  )
COMPANY, JOHN THABET,  )
GEORGE CRUMP, ROGER  SHINN,  )
TERRY SHIRLEY, HOWARD PARKER,  )
JAMES ELIAS AND THOMAS S. RUSSELL,  )
OTHER DEFENDANT AGENTS A-Z;  and  )
FICTITIOUS DEFENDANTS AA-ZZ,  )
　　　　　　　　　　　　　　　　　　　　　)
　　　　DEFENDANTS.  )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Lionel Harris_ ,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Lionel Harris_ and I am over the age of 19 and reside at

_8748 Jordan St, St. Louis MO  63147_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Betty Harris_　　　　　　　　　　　　　　　　_____

_____　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　_Lionel Harris_
　　　　　　　　　　　　　　　　　　　_Lionel Harris_
　　　　　　　　　　　　　　　　　　　HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _18th_ day of June, 2003.

　　　　　　　　　　　　　　　　_Gloria Blocker_
　　　　　　　　　　　　　　　　NOTARY PUBLIC
　　　　　　　　　　　　　　　　My Commission Expires: _May 3 2007_

[SEAL]

LORIA BLOCKER
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis County
mission expires May 3, 2007

GLORIA BLOCKER
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis County
My commission expires May 3, 2007

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,　　　)
GARY L. COTTON, CHARLES M. HEIB, JR.,　　)
MARY PAMELA HEIB, JAMES P. YOUNG,　　　)
RITA PULLEN, EXECUTRIX OF THE ESTATE　)
OF STEPHEN R. PULLEN, DECEASED, and　　)
TORRES W. WILLIAMSON, AND OTHER　　　)
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"　　)
ATTACHED HERETO AND INCORPORATED　　)
FULLY HEREIN,　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　PLAINTIFFS,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　　　)　　Civil Action No. 03-C- 1078
　　　　　　　　　　　　　　　　　　　　　　)
WESTERN SOUTHERN LIFE INSURANCE　　)
COMPANY, JOHN THABET,　　　　　　　　　)
GEORGE CRUMP, ROGER  SHINN,　　　　　)
TERRY SHIRLEY, HOWARD PARKER,　　　　)
JAMES ELIAS AND THOMAS S. RUSSELL,　)
OTHER DEFENDANT AGENTS A-Z;  and　　　)
FICTITIOUS DEFENDANTS AA-ZZ,　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　DEFENDANTS.　　　　　　　　　　)

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Jack D. Harrison_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Jack D. Harrison_ and I am over the age of 19 and reside at

_165 Brooks Road, Reidsville, NC.  27320_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Ruby W. Harrison_　　　　　　　　　　_____

_____　　　　　　　_____

　　　　　　　　　　　　　　　　　_Jack D. Harrison_
　　　　　　　　　　　　　　　　　_JACK D. HARRISON_
　　　　　　　　　　　　　　　　　HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16th_ day of June, 2003.

　　　　　　　　　　　　　　　　　_Kaylah K. Olson_
　　　　　　　　　　　　　　　　　NOTARY PUBLIC
　　　　　　　　　　　　　　　　　My Commission Expires: _Nov 5, 2005_

[SEAL]

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,       )
GARY L. COTTON, CHARLES M. HEIB, JR.,   )
MARY PAMELA HEIB, JAMES P. YOUNG,       )
RITA PULLEN, EXECUTRIX OF THE ESTATE    )
OF STEPHEN R. PULLEN, DECEASED, and     )
TORRES W. WILLIAMSON, AND OTHER         )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"    )
ATTACHED HERETO AND INCORPORATED        )
FULLY HEREIN,                           )
                                        )
        PLAINTIFFS,                     )
                                        )
v.                                      )       Civil Action No. 03-C- 692
                                        )
WESTERN SOUTHERN LIFE INSURANCE         )
COMPANY, JOHN THABET,                   )
GEORGE CRUMP, ROGER SHINN,              )
TERRY SHIRLEY, HOWARD PARKER,           )
JAMES ELIAS AND THOMAS S. RUSSELL,      )
OTHER DEFENDANT AGENTS A-Z;  and        )
FICTITIOUS DEFENDANTS AA-ZZ,            )
                                        )
        DEFENDANTS.                     )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _David Hatcher_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _David Hatcher_ and I am over the age of 19 and reside at

_536 South Plum, Troy, OH 45373_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Lynda Hatcher_                          _____

_____                   _____

                                         _David Hatcher_
                                         _David Hatcher_
                                         HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

                                         _Karen L. Isenbarger_
                                         NOTARY PUBLIC
                                         My Commission Expires: _5-2-07_

[SEAL]

**KAREN L. ISENBARGER, Notary Public
In and for the State of Ohio
My Commission Expires May 2, 2007**

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,     )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER   )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN,                            )
                                      )
     PLAINTIFFS,                  )
                                      )
v.                                   )     Civil Action No. 03-C- 1503
                                      )
WESTERN SOUTHERN LIFE INSURANCE  )
COMPANY, JOHN THABET,              )
GEORGE CRUMP, ROGER SHINN,       )
TERRY SHIRLEY, HOWARD PARKER,    )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and   )
FICTITIOUS DEFENDANTS AA-ZZ,      )
                                      )
     DEFENDANTS.              )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared Richard H. Hazelwood

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is Richard Hazelwood and I am over the age of 19 and reside at

714 Flicker Road, Louisville, KY 40214

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

Regina Hazelwood            _____

_____      _____

                                 Richard Hazelwood
                                 HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 16 day of June, 2003.

                                  Amanda Selch
                                 NOTARY PUBLIC
                                 My Commission Expires August 26, 2006

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,   )
GARY L. COTTON, CHARLES M. HEIB, JR.,   )
MARY PAMELA HEIB, JAMES P. YOUNG,   )
RITA PULLEN, EXECUTRIX OF THE ESTATE   )
OF STEPHEN R. PULLEN, DECEASED, and   )
TORRES W. WILLIAMSON, AND OTHER   )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"   )
ATTACHED HERETO AND INCORPORATED   )
FULLY HEREIN,   )
            )
        PLAINTIFFS,   )
            )
v.            )          Civil Action No. 03-C- 1180
            )
WESTERN SOUTHERN LIFE INSURANCE   )
COMPANY, JOHN THABET,   )
GEORGE CRUMP, ROGER  SHINN,   )
TERRY SHIRLEY, HOWARD PARKER,   )
JAMES ELIAS AND THOMAS S. RUSSELL,   )
OTHER DEFENDANT AGENTS A-Z;  and   )
FICTITIOUS DEFENDANTS AA-ZZ,   )
            )
        DEFENDANTS.   )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Kevin Heberlie_ ,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Kevin Heberlie_ and I am over the age of 19 and reside at

_319 N Waters St, Perryville, MO 63775_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Constance A. Herberlie_        _____

_____        _____

                    _Kevin Heberlie_
                    _Kevin Heberlie_
                    HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 7th day of June, 2003.

                    _Mary A Kiefer_
                    NOTARY PUBLIC
                    My Commission Expires:_____

MARY A. KIEFER
Notary Public - Notary Seal
STATE OF MISSOURI
PERRY COUNTY
MY COMMISSION EXP JAN. 24, 2005

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,               )
GARY L. COTTON, CHARLES M. HEIB, JR.,           )
MARY PAMELA HEIB, JAMES P. YOUNG,               )
RITA PULLEN, EXECUTRIX OF THE ESTATE            )
OF STEPHEN R. PULLEN, DECEASED, and             )
TORRES W. WILLIAMSON, AND OTHER                 )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"            )
ATTACHED HERETO AND INCORPORATED                )
FULLY HEREIN,                                   )
                                                )
        PLAINTIFFS,                             )
                                                )
v.                                              )        Civil Action No. 03-C- 1905
                                                )
WESTERN SOUTHERN LIFE INSURANCE                 )
COMPANY, JOHN THABET,                           )
GEORGE CRUMP, ROGER SHINN,                      )
TERRY SHIRLEY, HOWARD PARKER,                   )
JAMES ELIAS AND THOMAS S. RUSSELL,              )
OTHER DEFENDANT AGENTS A-Z; and                 )
FICTITIOUS DEFENDANTS AA-ZZ,                     )
                                                )
        DEFENDANTS.                             )

**AFFIDAVIT**

Before me, the undersigned, a Notary Public, personally appeared Robert D. Hempel

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is Robert D. Hempel and I am over the age of 19 and reside at

454 Sunset Circle, Ellenton, FL, 34222.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

Rose Hempel

_____          _____

                                 Robert Hempel
                                 Robert D. Hempel
                                 HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 16th day of June, 2003.

                                 Rita A. LeClair
                                 NOTARY PUBLIC

Rita A. LeClair
MY COMMISSION # DD031323 EXPIRES
July 15, 2005
BONDED THRU TROY FAIN INSURANCE, INC.

My Commission Expires: 07-15-05

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,          )
GARY L. COTTON, CHARLES M. HEIB, JR.,      )
MARY PAMELA HEIB, JAMES P. YOUNG,          )
RITA PULLEN, EXECUTRIX OF THE ESTATE       )
OF STEPHEN R. PULLEN, DECEASED, and        )
TORRES W. WILLIAMSON, AND OTHER            )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"       )
ATTACHED HERETO AND INCORPORATED           )
FULLY HEREIN,                              )
                                           )
        PLAINTIFFS,                        )
                                           )
v.                                         )     Civil Action No. 03-C- 704
                                           )
WESTERN SOUTHERN LIFE INSURANCE            )
COMPANY, JOHN THABET,                      )
GEORGE CRUMP, ROGER SHINN,                 )
TERRY SHIRLEY, HOWARD PARKER,              )
JAMES ELIAS AND THOMAS S. RUSSELL,         )
OTHER DEFENDANT AGENTS A-Z;  and           )
FICTITIOUS DEFENDANTS AA-ZZ,               )
                                           )
        DEFENDANTS.                        )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _David Hiles_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _David Hiles_ and I am over the age of 19 and reside at

_1581 Waddell Rd, McDermott, OH 45652_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Diana Hiles_                               _____

_____                _____

                                            _David Hiles_
                                            _David Hiles_
                                            HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _15_ day of June, 2003.

                                            _Irene Hiles_
                                            NOTARY PUBLIC
                                            My Commission Expires: _____

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
      PLAINTIFFS, )
)
v. )    Civil Action No. 03-C- 709
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
      DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared James Hoelscher,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is James Hoelscher and I am over the age of 19 and reside at

5348 Rangeline Rd, Houston, Ohio 45333

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

Belinda Hoelscher

 

            James Hoelscher

            _James Hoelscher_
            HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 14th day of June, 2003.

            _Barbara J. Cook_
            NOTARY PUBLIC
            My Commission Expires: 4/20/04

[SEAL]

BARBARA J. COOK, Notary Public
In and For the State of Ohio
My commission Expires, April 20, 2004

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,       )
GARY L. COTTON, CHARLES M. HEIB, JR.,   )
MARY PAMELA HEIB, JAMES P. YOUNG,       )
RITA PULLEN, EXECUTRIX OF THE ESTATE    )
OF STEPHEN R. PULLEN, DECEASED, and     )
TORRES W. WILLIAMSON, AND OTHER         )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"    )
ATTACHED HERETO AND INCORPORATED        )
FULLY HEREIN,                           )
                                        )
      PLAINTIFFS,                       )
                                        )
v.                                      )        Civil Action No. 03-C- _715_
                                        )
WESTERN SOUTHERN LIFE INSURANCE         )
COMPANY, JOHN THABET,                   )
GEORGE CRUMP, ROGER SHINN,              )
TERRY SHIRLEY, HOWARD PARKER,           )
JAMES ELIAS AND THOMAS S. RUSSELL,      )
OTHER DEFENDANT AGENTS A-Z;  and        )
FICTITIOUS DEFENDANTS AA-ZZ,            )
                                        )
      DEFENDANTS.                       )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _William R. Holley_.

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _William R. Holley_ and I am over the age of 19 and reside at

_468 Starcher Road, Gallipolis, OH  45631_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Carolyn Holley_                        _____

_____                       _____

 

                                _William R. Holley_

                                _William R. Holley_
                                HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

_____
NOTARY PUBLIC
My Commission Expires: _Feb. 5, 2003_

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
JOHN H. BUMGARNER
AKZO NOBEL FUNCTIONAL CHEMICALS, LLC
P. O. BOX 1721
GALLIPOLIS FERRY, WV 25515
My commission expires February 5, 2013

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,　　　)
GARY L. COTTON, CHARLES M. HEIB, JR.,　　)
MARY PAMELA HEIB, JAMES P. YOUNG,　　　)
RITA PULLEN, EXECUTRIX OF THE ESTATE　)
OF STEPHEN R. PULLEN, DECEASED, and　　)
TORRES W. WILLIAMSON, AND OTHER　　　　)
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"　　　)
ATTACHED HERETO AND INCORPORATED　　)
FULLY HEREIN,　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)
　　　　PLAINTIFFS,　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　　　　)　　Civil Action No. 03-C- 1298
　　　　　　　　　　　　　　　　　　　　　　　)
WESTERN SOUTHERN LIFE INSURANCE　　　)
COMPANY, JOHN THABET,　　　　　　　　　　)
GEORGE CRUMP, ROGER SHINN,　　　　　　　)
TERRY SHIRLEY, HOWARD PARKER,　　　　　)
JAMES ELIAS AND THOMAS S. RUSSELL,　　　)
OTHER DEFENDANT AGENTS A-Z; and　　　　)
FICTITIOUS DEFENDANTS AA-ZZ,　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)
　　　　DEFENDANTS.　　　　　　　　　　　　)

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Michael Houston_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Michael Houston_ and I am over the age of 19 and reside at
_1249 Magnolia St, Kalamazoo MI 49048_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Sandra Houston_　　　　　　　　　_____

_____　　　　　　　　　_____

　　　　　　　　　　　　　　　　_Michael Houston_
　　　　　　　　　　　　　　　　_Michael Houston_
　　　　　　　　　　　　　　　　HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 16th day of June, 2003.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　NOTARY PUBLIC
　　　　　　　　　　　　　　　　My Commission Expires: 7-1-06

[SEAL]

　　　　　　　　　　　KATHY WOODFORD
　　　　　　　　　Notary Public, Allegan County, MI
　　　　　　　　　　Acting in Kalamazoo Co., MI
　　　　　　　　　My Commission Expires 07/01/2006

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,　　　)
GARY L. COTTON, CHARLES M. HEIB, JR.,　)
MARY PAMELA HEIB, JAMES P. YOUNG,　　 )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and　)
TORRES W. WILLIAMSON, AND OTHER　　　 )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"　)
ATTACHED HERETO AND INCORPORATED　　 )
FULLY HEREIN,　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　　　 )
　　　　PLAINTIFFS,　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　　　 )
v.　　　　　　　　　　　　　　　　　　　　　 )　　Civil Action No. 03-C-_1517_
　　　　　　　　　　　　　　　　　　　　　　 )
WESTERN SOUTHERN LIFE INSURANCE　　　 )
COMPANY, JOHN THABET,　　　　　　　　　　)
GEORGE CRUMP, ROGER SHINN,　　　　　　　)
TERRY SHIRLEY, HOWARD PARKER,　　　　　 )
JAMES ELIAS AND THOMAS S. RUSSELL,　　 )
OTHER DEFENDANT AGENTS A-Z;  and　　　　)
FICTITIOUS DEFENDANTS AA-ZZ,　　　　　　 )
　　　　　　　　　　　　　　　　　　　　　　 )
　　　　DEFENDANTS.　　　　　　　　　　　　 )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Charles Howard,_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Charles Howard_ and I am over the age of 19 and reside at

_646 Rogers Road, Lexington, KY  40505_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Jennifer Howard_　　　　　　　_____

_Janice Howard_　　　　　　　　_____

　　　　　　　　　　　　　　　　　_Charles Howard_
　　　　　　　　　　　　　　　　　_Charles A. Howard_
　　　　　　　　　　　　　　　　　HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _14_ day of June, 2003.

　　　　　　　　　　　　　　　　　_Christy Davenport_
　　　　　　　　　　　　　　　　　NOTARY PUBLIC
　　　　　　　　　　　　　　　　　My Commission Expires: _11-19-06_

[SEAL]

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )    Civil Action No. 03-C-_721_
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER  SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
     DEFENDANTS. )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Ricky Howell_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Ricky Howell_ and I am over the age of 19 and reside at

_1755 Baltimore Ave, Cincinnati, OH 45225_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Tauheedah Howell_      _____

_____      _____

                        _Ricky Howell_
                        _Ricky Howell_
                        HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _14_ day of June, 2003.

                       _Martha A. Taylor_
                       NOTARY PUBLIC
                       My Commission Expires: _12-13-05_

[SEAL]

           **MARTHA A. TAYLOR**
           Notary Public, State of Ohio
           My Commission Expires Dec. 13, 2005

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,  )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER  )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN,         )
             )
  PLAINTIFFS,       )
             )
v.              )  Civil Action No. 03-C-_152|
             )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET,    )
GEORGE CRUMP, ROGER SHINN,   )
TERRY SHIRLEY, HOWARD PARKER,  )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ,  )
             )
  DEFENDANTS.      )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Curtis E. Humphrey,_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Curtis E. Humphrey_ and I am over the age of 19 and reside at

_Route 2 Box 216 A Catlettsburg KY 41129_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Patricia Humphrey_     _____

_____     _____

           _Curtis E. Humphrey_
           X _Curtis E. Humphrey_
           HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16th_ day of June, 2003.

           _Dinah Reedy_
           NOTARY PUBLIC
           My Commission Expires: _7-19-2003_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,       )
GARY L. COTTON, CHARLES M. HEIB, JR.,   )
MARY PAMELA HEIB, JAMES P. YOUNG,       )
RITA PULLEN, EXECUTRIX OF THE ESTATE    )
OF STEPHEN R. PULLEN, DECEASED, and     )
TORRES W. WILLIAMSON, AND OTHER         )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"    )
ATTACHED HERETO AND INCORPORATED        )
FULLY HEREIN,                           )
                                        )
        PLAINTIFFS,                     )
                                        )
v.                                      )       Civil Action No. 03-C-_____
                                        )
WESTERN SOUTHERN LIFE INSURANCE         )       C. P Hupp 1523
COMPANY, JOHN THABET,                   )       m. Galyon 1473
GEORGE CRUMP, ROGER SHINN,              )
TERRY SHIRLEY, HOWARD PARKER,           )
JAMES ELIAS AND THOMAS S. RUSSELL,      )
OTHER DEFENDANT AGENTS A-Z; and         )
FICTITIOUS DEFENDANTS AA-ZZ,            )
                                        )
        DEFENDANTS.                     )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Paul E. Hupp Jr._

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Paul E. Hupp, Jr._ and I am over the age of 19 and reside at

_9932 Plaudit Way, Louisville KY 40272_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s) reside in the same household:

_Cathy L. Hupp_

_Mary A. Galyon_

_____

_____

_Paul E. Hupp Jr._

_Paul E. Hupp Jr._

HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17_ day of June, 2003.

_____

NOTARY PUBLIC
My Commission Expires: _Sept 8, 2006_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,       )
GARY L. COTTON, CHARLES M. HEIB, JR.,    )
MARY PAMELA HEIB, JAMES P. YOUNG,        )
RITA PULLEN, EXECUTRIX OF THE ESTATE     )
OF STEPHEN R. PULLEN, DECEASED, and      )
TORRES W. WILLIAMSON, AND OTHER          )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"     )
ATTACHED HERETO AND INCORPORATED         )
FULLY HEREIN,                            )
                                         )
        PLAINTIFFS,                      )
                                         )
v.                                       )       Civil Action No. 03-C- 1705
                                         )
WESTERN SOUTHERN LIFE INSURANCE          )
COMPANY, JOHN THABET,                    )
GEORGE CRUMP, ROGER  SHINN,              )
TERRY SHIRLEY, HOWARD PARKER,            )
JAMES ELIAS AND THOMAS S. RUSSELL,       )
OTHER DEFENDANT AGENTS A-Z;  and         )
FICTITIOUS DEFENDANTS AA-ZZ,             )
                                         )
        DEFENDANTS.                      )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Kenneth Ingram_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Kenneth Ingram_ and I am over the age of 19 and reside at

_2010 N Old 56 , Salem IN 47167_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Karen Ingram_                              _____

_____                     _____

                                            _Kenneth Ingram_
                                            _Kenneth Ingram_
                                            HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _8th_ day of June, 2003.

                                            _Melissa Ellis_
                                            NOTARY PUBLIC
                                            My Commission Expires: _10.03.08_

[SEAL]

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,　)
GARY L. COTTON, CHARLES M. HEIB, JR.,　)
MARY PAMELA HEIB, JAMES P. YOUNG,　)
RITA PULLEN, EXECUTRIX OF THE ESTATE　)
OF STEPHEN R. PULLEN, DECEASED, and　)
TORRES W. WILLIAMSON, AND OTHER　)
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"　)
ATTACHED HERETO AND INCORPORATED　)
FULLY HEREIN,　)
　)
     PLAINTIFFS,　)
　)
v.　)　Civil Action No. 03-C- 1525
　)
WESTERN SOUTHERN LIFE INSURANCE　)
COMPANY, JOHN THABET,　)
GEORGE CRUMP, ROGER SHINN,　)
TERRY SHIRLEY, HOWARD PARKER,　)
JAMES ELIAS AND THOMAS S. RUSSELL,　)
OTHER DEFENDANT AGENTS A-Z;  and　)
FICTITIOUS DEFENDANTS AA-ZZ,　)
　)
     DEFENDANTS.　)

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Bobby Jackson_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Bobby Jackson_ and I am over the age of 19 and reside at

_3126 Preston Highway, Louisville KY 40213_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Brenda Jackson_

_Brenda Jackson_

_Bobby Jackson_

_Bobby Jackson_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 16th day of June, 2003.

_Richard L Harden_
NOTARY PUBLIC
My Commission Expires: _July 30, 2007_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
　 )
     PLAINTIFFS, )
　 )
v. )     Civil Action No. 03-C-_____
　 )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )    Jeffries - 319
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )   Knestrick 323
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
　 )
     DEFENDANTS. )

**AFFIDAVIT**

Before me, the undersigned, a Notary Public, personally appeared _Lucy Jeffries_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Lucy Jeffries_ and I am over the age of 19 and reside at

_145 Grove Avenue, Washington, PA 15301_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Vicki Knestrick_     _____

                     _Lucy Jeffries_
                     _Lucy Jeffries_
                     HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17_ day of June, 2003.

                     _Melinda Ripple_
                     NOTARY PUBLIC
                     My Commission Expires: _10-23-06_

[SEAL]

Notarial Seal
Melinda Ripple, Notary Public
Canton Twp., Washington County
My Commission Expires Oct. 23, 2006
Member, Pennsylvania Association Of Notaries

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,  )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER  )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED  )
FULLY HEREIN,  )
 )
     PLAINTIFFS,  )
 )
v.  )    Civil Action No. 03-C- 1527
 )
WESTERN SOUTHERN LIFE INSURANCE  )
COMPANY, JOHN THABET,  )
GEORGE CRUMP, ROGER  SHINN,  )
TERRY SHIRLEY, HOWARD PARKER,  )
JAMES ELIAS AND THOMAS S. RUSSELL,  )
OTHER DEFENDANT AGENTS A-Z;  and  )
FICTITIOUS DEFENDANTS AA-ZZ,  )
 )
     DEFENDANTS.  )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Hubert F. Johnson_ ,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Hubert F. Johnson_ and I am over the age of 19 and reside at

_159 Reese St, P.O. Box 123, Olive Hill, KY 41164_ .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Anita Johnson_ _____

_____ _____

_____

                  _Hubert F. Johnson_
                  _Hubert F. Johns_
                  HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _14_ day of June, 2003.

                  _Ben Thompson_
                  NOTARY PUBLIC
                  My Commission Expires: _10-13-03_

[SEAL]

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,  )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE  )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER  )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED  )
FULLY HEREIN,  )
          )
      **PLAINTIFFS,**  )
          )
**v.**  )     **Civil Action No. 03-C-** 183
          )
WESTERN SOUTHERN LIFE INSURANCE  )
COMPANY, JOHN THABET,  )
GEORGE CRUMP, ROGER SHINN,  )
TERRY SHIRLEY, HOWARD PARKER,  )
JAMES ELIAS AND THOMAS S. RUSSELL,  )
OTHER DEFENDANT AGENTS A-Z;  and  )
FICTITIOUS DEFENDANTS AA-ZZ,  )
          )
      **DEFENDANTS.**  )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Gina Jones_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Gina Jones_ and I am over the age of 19 and reside at

_5017 Doss Hill Rd, Barboursville, WV 25504_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Candace Jones_          _____

_____          _____

                                 _Gina Jones_
                                 **HEAD OF HOUSEHOLD**

Sworn to and Subscribed before me on this the _16th_ day of June, 2003.

                              _Arita Hooser_
                              NOTARY PUBLIC
                              My Commission Expires: _Nov 18 — 2007_



[SEAL]

OFFICIAL SEAL
Notary Public, State of West Virginia
ARITA ANN HOOSER
4637 Doss Ridge Rd.
Barboursville, WV 25504
My commission expires November 18, 2007

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,　）
GARY L. COTTON, CHARLES M. HEIB, JR.,　）
MARY PAMELA HEIB, JAMES P. YOUNG,　）
RITA PULLEN, EXECUTRIX OF THE ESTATE　）
OF STEPHEN R. PULLEN, DECEASED, and　）
TORRES W. WILLIAMSON, AND OTHER　）
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"　）
ATTACHED HERETO AND INCORPORATED　）
FULLY HEREIN,　）
　）
　　　PLAINTIFFS,　）
　）
v.　）　　Civil Action No. 03-C-_____
　）
WESTERN SOUTHERN LIFE INSURANCE　）　J. Joseph 1361
COMPANY, JOHN THABET,　）
GEORGE CRUMP, ROGER SHINN,　）　K. Joseph Not in
TERRY SHIRLEY, HOWARD PARKER,　）　Computer
JAMES ELIAS AND THOMAS S. RUSSELL,　）
OTHER DEFENDANT AGENTS A-Z;  and　）
FICTITIOUS DEFENDANTS AA-ZZ,　）
　）
　　　DEFENDANTS.　）

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Jacquelyn Joseph,_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Jacquelyn Joseph_ and I am over the age of 19 and reside at

_2909 Paris Ave., New Orleans, LA 70119_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Keiane Joseph_　　　　_____

_____　　　_____

　　　　　　　　_Jacquelyn Joseph_
　　　　　　　　_____
　　　　　　　　HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16th_ day of June, 2003.

_Pamela A. Van Geffen_
NOTARY PUBLIC
My Commission Expires:_____

PAMELA A. VAN GEFFEN
NOTARY PUBLIC
My Commission Expires at Death
Parish of Orleans, La.

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,      )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,      )
RITA PULLEN, EXECUTRIX OF THE ESTATE   )
OF STEPHEN R. PULLEN, DECEASED, and    )
TORRES W. WILLIAMSON, AND OTHER        )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"   )
ATTACHED HERETO AND INCORPORATED       )
FULLY HEREIN,                          )
                                       )
     PLAINTIFFS,                       )
                                       )
v.                                     )      Civil Action No. 03-C-744
                                       )
WESTERN SOUTHERN LIFE INSURANCE        )
COMPANY, JOHN THABET,                  )
GEORGE CRUMP, ROGER SHINN,             )
TERRY SHIRLEY, HOWARD PARKER,          )
JAMES ELIAS AND THOMAS S. RUSSELL,     )
OTHER DEFENDANT AGENTS A-Z;  and       )
FICTITIOUS DEFENDANTS AA-ZZ,           )
                                       )
     DEFENDANTS.                       )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared Alvin Kanorr, Sr.,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is Alvin Kanorr, Sr. and I am over the age of 19 and reside at

406 West Pearl St, Wapakoneta, Ohio 45895.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

Betty Kanorr

 

                                             Alvin Kanorr, Sr.
                                             Alvin Kanorr Sr.
                                             HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 13 day of June, 2003.

                                             Laura L. Vanover
                                            NOTARY PUBLIC
                                            My Commission Expires: 08-13-06

[SEAL]

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,      )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,      )
RITA PULLEN, EXECUTRIX OF THE ESTATE   )
OF STEPHEN R. PULLEN, DECEASED, and    )
TORRES W. WILLIAMSON, AND OTHER        )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"   )
ATTACHED HERETO AND INCORPORATED       )
FULLY HEREIN,                          )
                                       )
     PLAINTIFFS,                       )
                                       )
v.                                     )   Civil Action No. 03-C-_322_
                                       )
WESTERN SOUTHERN LIFE INSURANCE        )
COMPANY, JOHN THABET,                  )
GEORGE CRUMP, ROGER SHINN,             )
TERRY SHIRLEY, HOWARD PARKER,          )
JAMES ELIAS AND THOMAS S. RUSSELL,     )
OTHER DEFENDANT AGENTS A-Z;  and       )
FICTITIOUS DEFENDANTS AA-ZZ,           )
                                       )
     DEFENDANTS.                       )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared George Klein

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is George Klein and I am over the age of 19 and reside at

5222 Dresden Way, Pittsburgh, PA. 15201

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

Sandra Klein

_____

_____

George Klein
George Klein
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 17th day of June, 2003.

Jacquline B. Harper
NOTARY PUBLIC
My Commission Expires February 14, 2005

[SEAL]

Notarial Seal
Jacquline B. Harper, Notary Public
Pittsburgh, Allegheny County
My Commission Expires Feb. 14, 2005
Member, Pennsylvania Association of Notaries

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,  )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE  )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER  )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED  )
FULLY HEREIN,  )
                                  )
      PLAINTIFFS,  )
                                  )
v.  )      Civil Action No. 03-C- **324**
                                  )
WESTERN SOUTHERN LIFE INSURANCE  )
COMPANY, JOHN THABET,  )
GEORGE CRUMP, ROGER  SHINN,  )
TERRY SHIRLEY, HOWARD PARKER,  )
JAMES ELIAS AND THOMAS S. RUSSELL,  )
OTHER DEFENDANT AGENTS A-Z;  and  )
FICTITIOUS DEFENDANTS AA-ZZ,  )
                                  )
      DEFENDANTS.  )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Gilbert Kolinoski_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Gilbert Kolinoski_ and I am over the age of 19 and reside at

_26 Darling St, Wilkes-Barre PA 18702_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Roberta Kolinoski_                _n/a_
_n/a_                          _n/a_
                                    _Gilbert Kolinoski_
                                    _n/a_
                                 HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _18_ day of June, 2003.

                                    NOTARY PUBLIC
                                    My Commission Expires:_____

[SEAL]

NOTARIAL SEAL
LORI L. FAUST, Notary Public
Hazleton, Luzerne County
My Commission Expires Jan. 17, 2005

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,　)
GARY L. COTTON, CHARLES M. HEIB, JR.,　)
MARY PAMELA HEIB, JAMES P. YOUNG,　)
RITA PULLEN, EXECUTRIX OF THE ESTATE　)
OF STEPHEN R. PULLEN, DECEASED, and　)
TORRES W. WILLIAMSON, AND OTHER　)
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"　)
ATTACHED HERETO AND INCORPORATED　)
FULLY HEREIN,　)
　)
　　　PLAINTIFFS,　)
　)
v.　)　　　Civil Action No. 03-C-_____
　)
WESTERN SOUTHERN LIFE INSURANCE　)
COMPANY, JOHN THABET,　)
GEORGE CRUMP, ROGER SHINN,　)
TERRY SHIRLEY, HOWARD PARKER,　)
JAMES ELIAS AND THOMAS S. RUSSELL,　)
OTHER DEFENDANT AGENTS A-Z;  and　)
FICTITIOUS DEFENDANTS AA-ZZ,　)
　)
　　　DEFENDANTS.　)

*Randall lasley 1540*
*Karen Lasley not in*
*Computer*

**AFFIDAVIT**

Before me, the undersigned, a Notary Public, personally appeared ___*Randall L. Lasley*___,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is ___*Randall L. Lasley*___ and I am over the age of 19 and reside at

___*9900 Phoenix Trail, Louisville KY 40223*___.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

___*KAREN S. LASLEY*___　　　　　_____

_____　　　　　_____

　　　　　　　　　　　　　　___*Randall L. Lasley*___
　　　　　　　　　　　　　　___*Randall L. Lasley*___
　　　　　　　　　　　　　　HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the __16__ day of June, 2003.

　　　　　　　　　　　　　　___*Sheila M Cozine*___
　　　　　　　　　　　　　　NOTARY PUBLIC
　　　　　　　　　　　　　　My Commission Expires: __8/15/2004__

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,       )
GARY L. COTTON, CHARLES M. HEIB, JR.,   )
MARY PAMELA HEIB, JAMES P. YOUNG,       )
RITA PULLEN, EXECUTRIX OF THE ESTATE    )
OF STEPHEN R. PULLEN, DECEASED, and     )
TORRES W. WILLIAMSON, AND OTHER         )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"    )
ATTACHED HERETO AND INCORPORATED        )
FULLY HEREIN,                           )
                                        )
       PLAINTIFFS,                      )
                                        )
v.                                      )     Civil Action No. 03-C- 772
                                        )
WESTERN SOUTHERN LIFE INSURANCE         )
COMPANY, JOHN THABET,                   )
GEORGE CRUMP, ROGER SHINN,              )
TERRY SHIRLEY, HOWARD PARKER,           )
JAMES ELIAS AND THOMAS S. RUSSELL,      )
OTHER DEFENDANT AGENTS A-Z; and         )
FICTITIOUS DEFENDANTS AA-ZZ,            )
                                        )
       DEFENDANTS.                      )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared *Richard A. Lehman*,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is *Richard A. Lehman* and I am over the age of 19 and reside at

*1913 North Ave, Middletown, OH 45042.*

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

*Connie I. Lehman*
_____            _____

_____            _____

                                            *Richard A. Lehman*
                                            *Richard a Lehman*
                                            _____
                                            HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the *16* day of June, 2003.



**Beverly J. Renwick**
**NOTARY PUBLIC**
In and for the State of Ohio
**My Commission Expires**
**November 19, 2007**

[SEAL]

_____
NOTARY PUBLIC
My Commission Expires: *11-19-07*

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,　）
GARY L. COTTON, CHARLES M. HEIB, JR.,　）
MARY PAMELA HEIB, JAMES P. YOUNG,　）
RITA PULLEN, EXECUTRIX OF THE ESTATE　）
OF STEPHEN R. PULLEN, DECEASED, and　）
TORRES W. WILLIAMSON, AND OTHER　）
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"　）
ATTACHED HERETO AND INCORPORATED　）
FULLY HEREIN,　）
　）
　　　PLAINTIFFS,　）
　）
v.　）　　Civil Action No. 03-C-_769_
　）
WESTERN SOUTHERN LIFE INSURANCE　）
COMPANY, JOHN THABET,　）
GEORGE CRUMP, ROGER  SHINN,　）
TERRY SHIRLEY, HOWARD PARKER,　）
JAMES ELIAS AND THOMAS S. RUSSELL,　）
OTHER DEFENDANT AGENTS A-Z;  and　）
FICTITIOUS DEFENDANTS AA-ZZ,　）
　）
　　　DEFENDANTS.　）

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Richard E. Leger_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Richard E. Leger_ and I am over the age of 19 and reside at

_1321 5th Ave, Dayton OH 41074_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Sharon Leger_　　　　　　　　　　　_____

_____　　　　　　　_____

　　　　　　　　　　　　　　　　_Richard E. Leger_
　　　　　　　　　　　　　　　　_Richard E. Leger_
　　　　　　　　　　　　　　　　HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16th_ day of June, 2003.

　　　　　　　　　　　　　_Lynn A. Winkler_
　　　　　　　　　　　　　NOTARY PUBLIC
　　　　　　　　　　　　　My Commission Expires:_____

　　　　　　　　　　　　　　　LYNN A. WINKLER
　　　　　　　　　　　　　NOTARY PUBLIC, STATE OF OHIO
　　　　　　　　　　　MY COMMISSION EXPIRES JUNE 18, 2006

[SEAL]

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,                )
GARY L. COTTON, CHARLES M. HEIB, JR.,             )
MARY PAMELA HEIB, JAMES P. YOUNG,                 )
RITA PULLEN, EXECUTRIX OF THE ESTATE              )
OF STEPHEN R. PULLEN, DECEASED, and               )
TORRES W. WILLIAMSON, AND OTHER                   )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"              )
ATTACHED HERETO AND INCORPORATED                  )
FULLY HEREIN,                                     )
                                                  )
     PLAINTIFFS,                               )
                                                  )
v.                                                )    Civil Action No. 03-C- _186_
                                                  )
WESTERN SOUTHERN LIFE INSURANCE                   )
COMPANY, JOHN THABET,                             )
GEORGE CRUMP, ROGER SHINN,                        )
TERRY SHIRLEY, HOWARD PARKER,                     )
JAMES ELIAS AND THOMAS S. RUSSELL,               )
OTHER DEFENDANT AGENTS A-Z;  and                  )
FICTITIOUS DEFENDANTS AA-ZZ,                      )
                                                  )
     DEFENDANTS.                               )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Leonard Lett_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Leonard Lett_ and I am over the age of 19 and reside at

_3207 Sycamore Rd, Culloden WV 25510_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Bible Lett_

_Rosie Lett_

_L_

_Leonard Lett_

_Leonard F Lett_

HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

_Janet Summers_

NOTARY PUBLIC

My Commission Expires: _May 20, 2013_

[SEAL]

OFFICIAL SEAL
JANET SUMMERS
NOTARY PUBLIC
STATE OF WEST VIRGINIA
BANK ONE
603-613 MacCorkle Ave.
St. Albans, WV 25177
My Commission Expires May 20, 2013

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,　　　）
GARY L. COTTON, CHARLES M. HEIB, JR.,　）
MARY PAMELA HEIB, JAMES P. YOUNG,　　）
RITA PULLEN, EXECUTRIX OF THE ESTATE　）
OF STEPHEN R. PULLEN, DECEASED, and　　）
TORRES W. WILLIAMSON, AND OTHER　　　）
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"　　）
ATTACHED HERETO AND INCORPORATED　　）
FULLY HEREIN,　　　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　　　　　）
　　　　PLAINTIFFS,　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　　　　　）
v.　　　　　　　　　　　　　　　　　　　　　）　　Civil Action No. 03-C-1543
　　　　　　　　　　　　　　　　　　　　　　）
WESTERN SOUTHERN LIFE INSURANCE　　　）
COMPANY, JOHN THABET,　　　　　　　　　　）
GEORGE CRUMP, ROGER SHINN,　　　　　　　）
TERRY SHIRLEY, HOWARD PARKER,　　　　　）
JAMES ELIAS AND THOMAS S. RUSSELL,　　　）
OTHER DEFENDANT AGENTS A-Z;  and　　　　）
FICTITIOUS DEFENDANTS AA-ZZ,　　　　　　）
　　　　　　　　　　　　　　　　　　　　　　）
　　　　DEFENDANTS.　　　　　　　　　　　　）

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _James R. Lewis, II_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _James R. Lewis, II_ and I am over the age of 19 and reside at

_440 Mary Lewis Drive, Ashland, KY 41102_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Brandee Lewis_　　　　　　　　　　_____

_____　　　　_____

　　　　　　　　　　　　　　　　　　_James R. Lewis, II_
　　　　　　　　　　　　　　　　　　HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _19th_ day of June, 2003.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　NOTARY PUBLIC
　　　　　　　　　　　　　　　　　　My Commission Expires: _9/24/05_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

| | |
|---|---|
| NINA J. BOWLES, MICHAEL B. BROWN, GARY L. COTTON, CHARLES M. HEIB, JR., MARY PAMELA HEIB, JAMES P. YOUNG, RITA PULLEN, EXECUTRIX OF THE ESTATE OF STEPHEN R. PULLEN, DECEASED, and TORRES W. WILLIAMSON, AND OTHER PLAINTIFFS IDENTIFIED IN EXHIBIT "A" ATTACHED HERETO AND INCORPORATED FULLY HEREIN, | ) ) ) ) ) ) ) ) ) ) |
| PLAINTIFFS, | ) ) |
| v. | )   Civil Action No. 03-C-_332_ ) |
| WESTERN SOUTHERN LIFE INSURANCE COMPANY, JOHN THABET, GEORGE CRUMP, ROGER SHINN, TERRY SHIRLEY, HOWARD PARKER, JAMES ELIAS AND THOMAS S. RUSSELL, OTHER DEFENDANT AGENTS A-Z;  and FICTITIOUS DEFENDANTS AA-ZZ, | ) ) ) ) ) ) ) ) |
| DEFENDANTS. | ) |

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _John Lincoln_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _John Lincoln_ and I am over the age of 19 and reside at

_405 Ridge Avenue, Butler, PA 16001._

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Della Lincoln_ _____

_____ _____

_John Lincoln_

_John Lincoln_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16 th_ day of June, 2003.

_Cheryl A Vincent_
NOTARY PUBLIC
My Commission Expires: _12/22/2005_

Notarial Seal
Cheryl A. Vincent, Notary Public
Center Twp., Butler County
My Commission Expires Dec. 22, 2005
Member, Pennsylvania Association Of Notaries

[SEAL]

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,           )
GARY L. COTTON, CHARLES M. HEIB, JR.,        )
MARY PAMELA HEIB, JAMES P. YOUNG,            )
RITA PULLEN, EXECUTRIX OF THE ESTATE         )
OF STEPHEN R. PULLEN, DECEASED, and          )
TORRES W. WILLIAMSON, AND OTHER              )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"         )
ATTACHED HERETO AND INCORPORATED             )
FULLY HEREIN,                                )
                                             )
         PLAINTIFFS,                         )
                                             )
v.                                           )    Civil Action No. 03-C-_335_
                                             )
WESTERN SOUTHERN LIFE INSURANCE              )
COMPANY, JOHN THABET,                        )
GEORGE CRUMP, ROGER  SHINN,                  )
TERRY SHIRLEY, HOWARD PARKER,                )
JAMES ELIAS AND THOMAS S. RUSSELL,           )
OTHER DEFENDANT AGENTS A-Z;  and             )
FICTITIOUS DEFENDANTS AA-ZZ,                 )
                                             )
         DEFENDANTS.                         )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Daniel Lowry_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Daniel Lowry_ and I am over the age of 19 and reside at

_304 Foch St, Ellwood City, PA 16117_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Linda Lowry_                                _____

_____                      _____

                                             _Daniel Lowry_
                                             _Daniel Young_
                                             HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17th_ day of June, 2003.

_Carol J. Miller_
NOTARY PUBLIC
My Commission Expires: _11-24-05_

Notarial Seal
Carol J. Miller, Notary Public
Pine Twp., Allegheny County
My Commission Expires Nov. 24, 2005
Member, Pennsylvania Association Of Notaries

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
　 )
　　　　PLAINTIFFS, )
　 )
v. ) 　　Civil Action No. 03-C- _338_
　 )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
　 )
　　　　DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _John B. Macri_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _John Macri_ and I am over the age of 19 and reside at

_751 W Pittsburg Rd, New Castle, PA 16101_ .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Sylvia Macri_　　　　　　　_____

_____　　　_____

　　　　　　　　　　　　　　_John B. Macri_
　　　　　　　　　　　　　　_Jn B Ma_
　　　　　　　　　　　　　　HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _20th_ day of June, 2003.

　　　　　　　　　　　_Betty E. Ault_
　　　　　　　　　　　NOTARY PUBLIC
　　　　　　　　　　　My Commission Expires: _June 18, 2007_

[SEAL]

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Betty E. Ault, Notary Public
Wampum Boro, Lawrence County
My Commission Expires June 18, 2007
Member, Pennsylvania Association of Notaries

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,       )
GARY L. COTTON, CHARLES M. HEIB, JR.,   )
MARY PAMELA HEIB, JAMES P. YOUNG,       )
RITA PULLEN, EXECUTRIX OF THE ESTATE    )
OF STEPHEN R. PULLEN, DECEASED, and     )
TORRES W. WILLIAMSON, AND OTHER         )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"    )
ATTACHED HERETO AND INCORPORATED        )
FULLY HEREIN,                           )
                                        )
        PLAINTIFFS,                     )
                                        )
v.                                      )    Civil Action No. 03-C-_____
                                        )
WESTERN SOUTHERN LIFE INSURANCE         )    Austin  Mallozzi  788
COMPANY, JOHN THABET,                   )    Judith  Mallozzi  340
GEORGE CRUMP, ROGER SHINN,              )
TERRY SHIRLEY, HOWARD PARKER,           )
JAMES ELIAS AND THOMAS S. RUSSELL,      )
OTHER DEFENDANT AGENTS A-Z;  and        )
FICTITIOUS DEFENDANTS AA-ZZ,            )
                                        )
        DEFENDANTS.                     )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Austin Mallozzi_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Austin Mallozzi_ and I am over the age of 19 and reside at

_149 New Jersey Ave, Clairton OH  15025_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Judith Mallozzi_                        _____

_____                 _____

                                         _Austin Mallozzi_
                                         _(signature)_
                                         HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _14_ day of June, 2003.

                                         _____

NOTARIAL SEAL
F. CHARLES SPENCE, Notary Public         NOTARY PUBLIC
City of Clairton, Allegheny County, PA   My Commission Expires: _10/20/04_
My Commission Expires Oct. 20, 2004
[SEAL]

**IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA**

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )    Civil Action No. 03-C- _789_
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
     DEFENDANTS. )

**AFFIDAVIT**

Before me, the undersigned, a Notary Public, personally appeared _Suzanne Malone_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Suzanne Malone_ and I am over the age of 19 and reside at

_10718 State Route 93 Pedro OH 45659_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Teresa Malone_

 

                                  _Suzanne Malone_
                                    _Suzanne Malone_
                                    HEAD OF HOUSEHOLD

State of Ohio, County of Lawrence, ss:

Sworn to and Subscribed before me on this the _16th_ day of June, 2003.

                          _Vicki J. Wilcoxon_
                          NOTARY PUBLIC
                          My Commission Expires: _____

[SEAL]                              VICKI J. WILCOXON
                          NOTARY PUBLIC, LAWRENCE CO., OHIO
                          My Commission Expires March 3, 2004

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,        )
GARY L. COTTON, CHARLES M. HEIB, JR.,     )
MARY PAMELA HEIB, JAMES P. YOUNG,         )
RITA PULLEN, EXECUTRIX OF THE ESTATE      )
OF STEPHEN R. PULLEN, DECEASED, and       )
TORRES W. WILLIAMSON, AND OTHER           )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"      )
ATTACHED HERETO AND INCORPORATED          )
FULLY HEREIN,                             )
                                          )
        PLAINTIFFS,                       )
                                          )
v.                                        )      Civil Action No. 03-C- _343_
                                          )
WESTERN SOUTHERN LIFE INSURANCE           )
COMPANY, JOHN THABET,                     )
GEORGE CRUMP, ROGER SHINN,                )
TERRY SHIRLEY, HOWARD PARKER,             )
JAMES ELIAS AND THOMAS S. RUSSELL,        )
OTHER DEFENDANT AGENTS A-Z; and           )
FICTITIOUS DEFENDANTS AA-ZZ,              )
                                          )
        DEFENDANTS.                       )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Gerald Marinus_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Gerald Marinus_ and I am over the age of 19 and reside at

_820 N Walnut, Luzarne, PA 18709_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Jody Marinus_ _____

_____ _____

                              _Gerald Marinus_
                              _Gerald Marinus_
                              HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

                              _____
                              NOTARY PUBLIC
                              My Commission Expires: _____

[SEAL]

NOTARIAL SEAL
DIANE L. ROBERTS, NOTARY PUBLIC
CITY OF LUZERNE, LUZERNE COUNTY
MY COMMISSION EXPIRES DECEMBER 27, 2005

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )     Civil Action No. 03-C-_345_
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
     DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Raymond A. Marticek_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Raymond A. Marticek_ and I am over the age of 19 and reside at

_3139 Bradbury Dr, Aliquippa PA 15001_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Maryann Marticek_
_Mary Ann Marticek_

_my Son is_
_Raymond A. Marticek_
_3305 Monte Dr_

_Raymond A. Marticek_
_Raymond A. Marti_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _____ day of June, 2003.

_____
NOTARY PUBLIC
My Commission Expires:_____

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,      )
GARY L. COTTON, CHARLES M. HEIB, JR.,   )
MARY PAMELA HEIB, JAMES P. YOUNG,       )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and     )
TORRES W. WILLIAMSON, AND OTHER         )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"    )
ATTACHED HERETO AND INCORPORATED        )
FULLY HEREIN,                           )
                                        )
        PLAINTIFFS,                     )
                                        )
v.                                      )     Civil Action No. 03-C- 791
                                        )
WESTERN SOUTHERN LIFE INSURANCE         )
COMPANY, JOHN THABET,                   )
GEORGE CRUMP, ROGER  SHINN,             )
TERRY SHIRLEY, HOWARD PARKER,           )
JAMES ELIAS AND THOMAS S. RUSSELL,      )
OTHER DEFENDANT AGENTS A-Z;  and        )
FICTITIOUS DEFENDANTS AA-ZZ,            )
                                        )
        DEFENDANTS.                     )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Gary Mann_ ,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Gary Mann_ and I am over the age of 19 and reside at

_6 Parrish Drive, Gratis, OH  45330_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Rebecca Mann_                  _____

_____            _____

                                _Gary Mann_
                                _____
                                HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

                                _Joyce Chappel_
                                NOTARY PUBLIC
                                My Commission Expires: ___JOYCE CHAPPEL, Notary Public
                                                          in and for the State of Ohio
                                                          My Commission Expires Jan. 26,  2005

[SEAL]

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )     Civil Action No. 03-C- 358
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER  SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
     DEFENDANTS. )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Roland L. McCullough_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Roland L. McCullough_ and I am over the age of 19 and reside at

_1385 Skyline Dr, Hermitage, PA  16148_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Margaret McCullough_       _____

_____       _____

                                      _Roland L. McCullough_
                                      _Roland L. McCullough_
                                      HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

                                   _Diane L. Monsman_
                                     NOTARY PUBLIC
                                     My Commission Expires

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Diane L. Monsman, Notary Public
Sharpsville Boro, Mercer County
My Commission Expires June 28, 2007
Member, Pennsylvania Association of Notaries

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
                                           )
        PLAINTIFFS, )
                                             )
v.                                        )      **Civil Action No. 03-C- 1559**
                                             )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
                                           )
        DEFENDANTS. )

<u>**AFFIDAVIT**</u>

Before me, the undersigned, a Notary Public, personally appeared David McGaughey,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is David McGaughey and I am over the age of 19 and reside at

463 North 26th St., Apt 1, Louisville, KY 40212

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

Susan McGaughey                      _____

_____              _____

                                       David McGaughey
                                       HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 16 day of June, 2003.

                                       Mary L Allen
                                       NOTARY PUBLIC
                                       My Commission Expires: 9-1-03

[SEAL]

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

| | |
|---|---|
| NINA J. BOWLES, MICHAEL B. BROWN, GARY L. COTTON, CHARLES M. HEIB, JR., MARY PAMELA HEIB, JAMES P. YOUNG, RITA PULLEN, EXECUTRIX OF THE ESTATE OF STEPHEN R. PULLEN, DECEASED, and TORRES W. WILLIAMSON, AND OTHER PLAINTIFFS IDENTIFIED IN EXHIBIT "A" ATTACHED HERETO AND INCORPORATED FULLY HEREIN,<br><br>      PLAINTIFFS,<br><br>v.<br><br>WESTERN SOUTHERN LIFE INSURANCE COMPANY, JOHN THABET, GEORGE CRUMP, ROGER SHINN, TERRY SHIRLEY, HOWARD PARKER, JAMES ELIAS AND THOMAS S. RUSSELL, OTHER DEFENDANT AGENTS A-Z; and FICTITIOUS DEFENDANTS AA-ZZ,<br><br>      DEFENDANTS. | Civil Action No. 03-C-_____<br><br>*Edward; Brenda 814*<br>*April - No. Number* |

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared *Edward Miller*,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is *Edward Miller* and I am over the age of 19 and reside at *8286 Webster Pike #3, Cincinnati OH 45229* *580 Orchardview Pl  Cincinnati OH 45238*

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s) reside in the same household:

*Brenda J. Miller*

*April Miller*

_____

_____

*Edward Miller*

*Edward Miller*

HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the *16th* day of June, 2003.

*Barbara D. McClymonds*

NOTARY PUBLIC

My Commission Expires: *12/29/04*

NOTARIAL SEAL
STATE OF OHIO

BARBARA D. McCLYMONDS
Notary Public, State of Ohio
My Commission Expires 12/29/04