IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,      )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,      )
RITA PULLEN, EXECUTRIX OF THE ESTATE   )
OF STEPHEN R. PULLEN, DECEASED, and    )
TORRES W. WILLIAMSON, AND OTHER        )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"   )
ATTACHED HERETO AND INCORPORATED       )
FULLY HEREIN,                          )
                                       )
        PLAINTIFFS,                    )
                                       )
v.                                     )      Civil Action No. 03-C- 1565
                                       )
WESTERN SOUTHERN LIFE INSURANCE        )
COMPANY, JOHN THABET,                  )
GEORGE CRUMP, ROGER SHINN,             )
TERRY SHIRLEY, HOWARD PARKER,          )
JAMES ELIAS AND THOMAS S. RUSSELL,     )
OTHER DEFENDANT AGENTS A-Z; and        )
FICTITIOUS DEFENDANTS AA-ZZ,           )
                                       )
        DEFENDANTS.                    )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared *Phillip W Minton,*

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is *Phillip W Minton* and I am over the age of 19 and reside at

*5015 Invicta Drive, Louisville, KY 40216*

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

*Charlotte Minton*      _____

_____      _____

                          *Phillip W Minton*
                          _____
                          *Phillip W Minton*
                          HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 3rd day of June, 2003.

_____
NOTARY PUBLIC
My Commission Expires: *January 22, 2007*

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,    )
GARY L. COTTON, CHARLES M. HEIB, JR.,    )
MARY PAMELA HEIB, JAMES P. YOUNG,    )
RITA PULLEN, EXECUTRIX OF THE ESTATE    )
OF STEPHEN R. PULLEN, DECEASED, and    )
TORRES W. WILLIAMSON, AND OTHER    )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"    )
ATTACHED HERETO AND INCORPORATED    )
FULLY HEREIN,    )
    )
      PLAINTIFFS,    )
    )
v.    )     Civil Action No. 03-C-_367_
    )
WESTERN SOUTHERN LIFE INSURANCE    )
COMPANY, JOHN THABET,    )
GEORGE CRUMP, ROGER SHINN,    )
TERRY SHIRLEY, HOWARD PARKER,    )
JAMES ELIAS AND THOMAS S. RUSSELL,    )
OTHER DEFENDANT AGENTS A-Z;  and    )
FICTITIOUS DEFENDANTS AA-ZZ,    )
    )
      DEFENDANTS.    )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Ralph Modzelewski_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Ralph Modzelewski_ and I am over the age of 19 and reside at

_128 South Hancock, Wilkes Barre, PA 18702_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Pauline Modzelewski_    _____

_____    _____

                             _Ralph Modzelewski_
                             _Ralph Modzelewski_
                             HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

                     _Wendy A Frantz_
                     NOTARY PUBLIC
                     My Commission Expires: _4/15/06_

[SEAL]

                            NOTARIAL SEAL
                    WENDY A. FRANTZ, Notary Public
               City of Wilkes-Barre, Luzerne County
              My Commission Expires April 15, 2006

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,　　　　　)
GARY L. COTTON, CHARLES M. HEIB, JR.,　　　　)
MARY PAMELA HEIB, JAMES P. YOUNG,　　　　　)
RITA PULLEN, EXECUTRIX OF THE ESTATE　　　)
OF STEPHEN R. PULLEN, DECEASED, and　　　　)
TORRES W. WILLIAMSON, AND OTHER　　　　　　)
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"　　　　　)
ATTACHED HERETO AND INCORPORATED　　　　　)
FULLY HEREIN,　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　　　)
　　　　PLAINTIFFS,　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　　　　　　　)　　　Civil Action No. 03-C- __819__
　　　　　　　　　　　　　　　　　　　　　　　　　　)
WESTERN SOUTHERN LIFE INSURANCE　　　　　)
COMPANY, JOHN THABET,　　　　　　　　　　　　)
GEORGE CRUMP, ROGER SHINN,　　　　　　　　)
TERRY SHIRLEY, HOWARD PARKER,　　　　　　　)
JAMES ELIAS AND THOMAS S. RUSSELL,　　　　)
OTHER DEFENDANT AGENTS A-Z;  and　　　　　　)
FICTITIOUS DEFENDANTS AA-ZZ,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　　　)
　　　　DEFENDANTS.　　　　　　　　　　　　　　)

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Andrew S. Molnar_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Andrew S. Molnar_ and I am over the age of 19 and reside at

_P.O. Box 12644, Cincinnati, OH 45212_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Frances Molnar_　　　　　　　　　　_____

_____　　　　　　_____

　　　　　　　　　　　　　　　　_Andrew S. Molnar_
　　　　　　　　　　　　　　　　_A. Molnar_
　　　　　　　　　　　　　　　　HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _14_ day of June, 2003.

　　　　　　　　　　　　　_Barbara L. Harper_
　　　　　　　　　　　　　NOTARY PUBLIC
　　　　　　　　　　　　　My Commission Expires _Jan. 4, 2004_

NOTARIAL SEAL
SEAL
STATE OF OHIO

BARBARA L. HARPER, Notary Public
in and for the State of Ohio
My Commission Expires Jan. 4, 2004

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
  )
    PLAINTIFFS, )
  )
v. )
  )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
  )
    DEFENDANTS. )

Civil Action No. 03-C-_____

Mario - 369
Gretchen - 368

Son & Daughter not
      listed

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Mario Monac_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Mario Monac_ and I am over the age of 19 and reside at

_130 Florence Rd, New Brighton PA 15066_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Gretchen Monac_      _Landen Monac (son)_
_Lyndsee Monac (Daugh)_

_Mario Monac_
_____
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

_Theodore Tepsic_
NOTARY PUBLIC

My Commission Expires:

Notarial Seal
Theodore Tepsic, Notary Public
City of Aliquippa, Beaver County
My Commission Expires Sept. 17, 2005
Member, Pennsylvania Association of Notaries

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
    PLAINTIFFS, )
)
v. )    Civil Action No. 03-C-_1813_
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
    DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared *Craig Monson*,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is *Craig Monson* and I am over the age of 19 and reside at

*409 W Hickory Street, Fairbury, IL 61739*

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

*Gina M Monson*

      OFFICIAL SEAL
      KAREN L MAZIASZ
  NOTARY PUBLIC - STATE OF ILLINOIS
  MY COMMISSION EXPIRES: 06-12-07

*Craig Monson*
*Craig Monson*
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the *16th* day of June, 2003.

*Karen L Maziasz*
NOTARY PUBLIC
My Commission Expires *6-12-07*

[SEAL]

      OFFICIAL SEAL
      KAREN L MAZIASZ
  NOTARY PUBLIC - STATE OF ILLINOIS
  MY COMMISSION EXPIRES: 06-12-07

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )    Civil Action No. 03-C- 824
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
     DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Harold F. Moor_ ,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Harold F. Moor_ and I am over the age of 19 and reside at

_203 Short St, West Unity OH 43570_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Ann M. Moor_

_Ann M. Moor_

_Harold F. Moor_

_Harold F Moor_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _18_ day of June, 2003.

_Anna M. Ridenour_
NOTARY PUBLIC
My Commission Expires: _8-29-2003_

[SEAL]

Anna M. Ridenour
Notary Public, State of Ohio
My Commission Expires August 29, 2003

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
    PLAINTIFFS, )
)
v. )   Civil Action No. 03-C-_371_
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
    DEFENDANTS. )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Francis Moore, Sr._

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Francis Moore, Sr_ and I am over the age of 19 and reside at

_295 Shirls Ave, Washington PA 15301_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Nancy Moore_

 

_Francis Moore, Sr._
_Francis Moore_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the __17__ day of June, 2003.

_Melinda Riggle_
NOTARY PUBLIC
My Commission Expires: _10-23-06_

Notarial Seal
Melinda Riggle, Notary Public
Canton Twp., Washington County
My Commission Expires Oct. 23, 2006
Member, Pennsylvania Association Of Notaries

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
 )
   PLAINTIFFS, )
 )
v. ) Civil Action No. 03-C- _830_
 )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
 )
   DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Steve Moyar_ ,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Steve Moyar_ and I am over the age of 19 and reside at

_14893 State Route 66, St Mary's, OH  45885_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Sue Moyar_    _____

_____    _____

         _Steve Moyar_

         _Steve Moya_
         HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16th_ day of June, 2003.

        _Margaret Schweitzer_
Margaret A. Schweitzer  NOTARY PUBLIC
Notary Public, State of Ohio  My Commission Expires: _2-7-04_
My Commission Expires February

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,                    )
GARY L. COTTON, CHARLES M. HEIB, JR.,                )
MARY PAMELA HEIB, JAMES P. YOUNG,                    )
RITA PULLEN, EXECUTRIX OF THE ESTATE                 )
OF STEPHEN R. PULLEN, DECEASED, and                  )
TORRES W. WILLIAMSON, AND OTHER                      )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"                 )
ATTACHED HERETO AND INCORPORATED                    )
FULLY HEREIN,                                        )
                                                     )
      PLAINTIFFS,                               )
                                                     )
v.                                                   )    Civil Action No. 03-C- 3 73
                                                     )
WESTERN SOUTHERN LIFE INSURANCE                      )
COMPANY, JOHN THABET,                                )
GEORGE CRUMP, ROGER SHINN,                           )
TERRY SHIRLEY, HOWARD PARKER,                        )
JAMES ELIAS AND THOMAS S. RUSSELL,                   )
OTHER DEFENDANT AGENTS A-Z;  and                     )
FICTITIOUS DEFENDANTS AA-ZZ,                         )
                                                     )
      DEFENDANTS.                               )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared *James Moyer*

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is *James Moyer* and I am over the age of 19 and reside at

*Rear 110 Parrish St, Wilkes Barre, PA 18702*

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

*Sarah Moyer* _____    _____

_____    _____

                            *James Moyer*
                            *James Moyer*
                            HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the *16 TH* day of June, 2003.

                            *Joseph W. Housenick*
                            NOTARY PUBLIC
                            My Commission Expires:

[SEAL]

Notarial Seal
Joseph W. Housenick, Notary Public
Wilkes-Barre Twp., Luzerne County
My Commission Expires Dec. 29, 2006
Member, Pennsylvania Association Of Notaries

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
    PLAINTIFFS, )
)
v. )   Civil Action No. 03-C-_831_
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
    DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Kenneth L. Mueller_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Kenneth L. Mueller_ and I am over the age of 19 and reside at

_1513 Bellwood Dr, Loveland OH 45140_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Irmgard Mueller_ _____

_____ _____

_Kenneth L. Mueller_
_Kenneth L. Mueller_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

_Myra L. Kroeger_
NOTARY PUBLIC
Commission Expires: MYRA L. KROEGER
Notary Public, State of Ohio
My Commission Expires Mar. 28, 1998

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,  )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE  )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER  )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED  )
FULLY HEREIN,  )
      )
     PLAINTIFFS,  )
      )
v.  )    Civil Action No. 03-C- 374
      )
WESTERN SOUTHERN LIFE INSURANCE  )
COMPANY, JOHN THABET,  )
GEORGE CRUMP, ROGER SHINN,  )
TERRY SHIRLEY, HOWARD PARKER,  )
JAMES ELIAS AND THOMAS S. RUSSELL,  )
OTHER DEFENDANT AGENTS A-Z;  and  )
FICTITIOUS DEFENDANTS AA-ZZ,  )
      )
     DEFENDANTS.  )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared James Munroe, Jr.

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is James Munroe, Jr. and I am over the age of 19 and reside at

512 Midway Drive, Beaver, Pennsylvania 15009 .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

Mary L. Munroe

_____     _____

_____     _____

                 James Munroe, Jr.
                 James Munroe
                 HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 18th day of June, 2003.

                             
NOTARY PUBLIC
My Commission

> Notarial Seal
> Kimberly A. Munroe, Notary Public
> Brighton Twp., Beaver County
> My Commission Expires Sept. 5, 2005
> Member, Pennsylvania Association of Notaries

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,　）
GARY L. COTTON, CHARLES M. HEIB, JR.,　）
MARY PAMELA HEIB, JAMES P. YOUNG,　）
RITA PULLEN, EXECUTRIX OF THE ESTATE ）
OF STEPHEN R. PULLEN, DECEASED, and　）
TORRES W. WILLIAMSON, AND OTHER　）
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"　）
ATTACHED HERETO AND INCORPORATED ）
FULLY HEREIN,　）
　）
　　　PLAINTIFFS,　）
　）
v.　）　　Civil Action No. 03-C- 843
　）
WESTERN SOUTHERN LIFE INSURANCE　）
COMPANY, JOHN THABET,　）
GEORGE CRUMP, ROGER SHINN,　）
TERRY SHIRLEY, HOWARD PARKER,　）
JAMES ELIAS AND THOMAS S. RUSSELL,　）
OTHER DEFENDANT AGENTS A-Z;  and　）
FICTITIOUS DEFENDANTS AA-ZZ,　）
　）
　　　DEFENDANTS.　）

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Danny G. Newcomb_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Danny G. Newcomb_ and I am over the age of 19 and reside at

_22363 St. Rt 775, Scottown, OH 45678_ .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Tina S. Newcomb_ _____

_____ _____

_Danny G. Newcomb_

_Danny Newcomb_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17_ day of June, 2003.

_Kathy Blankenship_
NOTARY PUBLIC
My Commission Expires: _11-27-06_

KATHY BLANKENSHIP
Notary Public, State of Ohio
My Commission Expires 11-27-2006

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,  )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE  )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER  )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED  )
FULLY HEREIN,  )
　　　　　　　　　　　　　　　　　　 )
　　　　　　PLAINTIFFS,  )
　　　　　　　　　　　　　　　　　　 )
v.  )　　　　　　Civil Action No. 03-C- 1818
　　　　　　　　　　　　　　　　　　 )
WESTERN SOUTHERN LIFE INSURANCE  )
COMPANY, JOHN THABET,  )
GEORGE CRUMP, ROGER SHINN,  )
TERRY SHIRLEY, HOWARD PARKER,  )
JAMES ELIAS AND THOMAS S. RUSSELL,  )
OTHER DEFENDANT AGENTS A-Z;  and  )
FICTITIOUS DEFENDANTS AA-ZZ,  )
　　　　　　　　　　　　　　　　　　 )
　　　　　　DEFENDANTS.  )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared Willie Nunn, Jr.

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is Willie Nunn and I am over the age of 19 and reside at

7251 S Shore Drive #12-K, Chicago, IL 60649

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

Carolyn Nunn
Carolyn Nunn

＿＿＿＿＿＿＿＿＿＿

Willie Nunn, Jr.
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 18th day of June, 2003.

NOTARY PUBLIC
My Commission Expires: 10.8.2004

"OFFICIAL SEAL"
ERMA L. ROWE
Notary Public, State of Illinois
My Commission Expires Oct. 8, 2004

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,　　　)
GARY L. COTTON, CHARLES M. HEIB, JR.,　)
MARY PAMELA HEIB, JAMES P. YOUNG,　　)
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and　)
TORRES W. WILLIAMSON, AND OTHER　　)
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"　)
ATTACHED HERETO AND INCORPORATED　)
FULLY HEREIN,　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　PLAINTIFFS,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　　)　　Civil Action No. 03-C- 1577
　　　　　　　　　　　　　　　　　　　　　)
WESTERN SOUTHERN LIFE INSURANCE　)
COMPANY, JOHN THABET,　　　　　　　　)
GEORGE CRUMP, ROGER SHINN,　　　　　)
TERRY SHIRLEY, HOWARD PARKER,　　　)
JAMES ELIAS AND THOMAS S. RUSSELL,　)
OTHER DEFENDANT AGENTS A-Z;  and　　)
FICTITIOUS DEFENDANTS AA-ZZ,　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　DEFENDANTS.　　　　　　　　　　)

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared Stephen O'Bryan,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is Stephen O'Bryan and I am over the age of 19 and reside at

527 E Oak Street, Louisville, KY 40203

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

Barbara O'Bryan

_____

_____　　　_____

　　　　　　　　　　　　　　　Stephen O'Bryan
　　　　　　　　　　　　　　　Stephen R O'Bry
　　　　　　　　　　　　　　　HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 17 day of June, 2003.

　　　　　　　　　　　　　　　Sheri Cau
　　　　　　　　　　　　　　　NOTARY PUBLIC
　　　　　　　　　　　　　　　My Commission Expires: _____

Notary Public, KY State at Large
Commission Expires 6-15-2004

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,       )
GARY L. COTTON, CHARLES M. HEIB, JR.,    )
MARY PAMELA HEIB, JAMES P. YOUNG,       )
RITA PULLEN, EXECUTRIX OF THE ESTATE     )
OF STEPHEN R. PULLEN, DECEASED, and     )
TORRES W. WILLIAMSON, AND OTHER         )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"     )
ATTACHED HERETO AND INCORPORATED         )
FULLY HEREIN,                            )
                                         )
        PLAINTIFFS,                      )
                                         )
v.                                       )     Civil Action No. 03-C-1718
                                         )
WESTERN SOUTHERN LIFE INSURANCE          )
COMPANY, JOHN THABET,                    )
GEORGE CRUMP, ROGER SHINN,               )
TERRY SHIRLEY, HOWARD PARKER,            )
JAMES ELIAS AND THOMAS S. RUSSELL,       )
OTHER DEFENDANT AGENTS A-Z; and          )
FICTITIOUS DEFENDANTS AA-ZZ,             )
                                         )
        DEFENDANTS.                      )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Dale A. Page_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Dale A. Page_ and I am over the age of 19 and reside at

_308 North Union St, Union City IN 47390_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Mary R. Page_                          _____

_____                  _____

                        _Dale A. Page_
                        _Dale A. Page_
                        HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16th_ day of June, 2003.

                        _M. Lynne Cook_
                        NOTARY PUBLIC  M. Lynne Cook
                        My Commission Expires: _8-31-2008_
                        Resident of Randolph Co., IN

[SEAL]

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
    PLAINTIFFS, )
)
v. )    Civil Action No. 03-C-_855_
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
    DEFENDANTS. )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Donald Paul_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Donald Paul_ and I am over the age of 19 and reside at

_1215 Brianshire, Lewis Center OH 43035_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Lisa Paul_

_____    _____

_____    _____

                    _Donald Paul_
                    HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _18th_ day of June, 2003.

                    _Sharon M. Moore_
                    NOTARY PUBLIC
                    My Commission Expires: _August 31, 2005_

[SEAL]

                    SHARON M MOORE
                    Notary Public State of Ohio
                    My Commission Expires August 31, 2005

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
    PLAINTIFFS, )
)
v. )    Civil Action No. 03-C- _386_
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
    DEFENDANTS. )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared ___James Payo___,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is ___James Payo___ and I am over the age of 19 and reside at

___1036 Toman Ave, Clarton, PA 15025___.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

___Robin Payo___    _____

_____    _____

    ___James Payo___
    ___James E Payo___
    HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

    ___Loretta Valvo___
    NOTARY PUBLIC
    My Commission Expires: _04-11-2004_

[SEAL]

NOTARIAL SEAL
LORETTA VALVO, Notary Public
City of Clairton, Allegheny County, PA
My Commission Expires April 11, 2004

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,　　　)
GARY L. COTTON, CHARLES M. HEIB, JR.,　)
MARY PAMELA HEIB, JAMES P. YOUNG,　　　)
RITA PULLEN, EXECUTRIX OF THE ESTATE　)
OF STEPHEN R. PULLEN, DECEASED, and　　)
TORRES W. WILLIAMSON, AND OTHER　　　　)
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"　　　)
ATTACHED HERETO AND INCORPORATED　　)
FULLY HEREIN,　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　PLAINTIFFS,　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　　　　　　)　　Civil Action No. 03-C-_388_
　　　　　　　　　　　　　　　　　　　　　　　　　)
WESTERN SOUTHERN LIFE INSURANCE　　)
COMPANY, JOHN THABET,　　　　　　　　　　)
GEORGE CRUMP, ROGER SHINN,　　　　　　)
TERRY SHIRLEY, HOWARD PARKER,　　　　　)
JAMES ELIAS AND THOMAS S. RUSSELL,　)
OTHER DEFENDANT AGENTS A-Z; and　　　)
FICTITIOUS DEFENDANTS AA-ZZ,　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　DEFENDANTS.　　　　　　　　　　　　)

**AFFIDAVIT**

Before me, the undersigned, a Notary Public, personally appeared James Perry, Sr.

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is James Perry Sr. and I am over the age of 19 and reside at

5 East River Street, Plymouth, PA 18651

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

Irene Perry

_____

James Perry Sr.
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 20 day of June, 2003.

Donna M. Knauer
NOTARY PUBLIC
My Commission Expires

NOTARIAL SEAL
DONNA M. KNAUER, Notary Public
Wyoming, Luzerne County, PA
My Commission Expires July 25, 2005

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
                                )
       PLAINTIFFS, )
                                  )
v.                              )      Civil Action No. 03-C- _393_
                                  )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
                                  )
       DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Donald Porter_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Donald Porter_ and I am over the age of 19 and reside at

_1021 Howard St, Monongahela, PA 15063_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Karin Porter_

                                                 _Donald Porter_
                                               HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _13_ day of June, 2003.

                                    _Linda L. McCullough_
                                    NOTARY PUBLIC
                                    My Commission Expires: _5-24-04_

                          Notarial Seal
            Linda L. McCullough, Notary Public
            Monongahela, Washington County
           My Commission Expires May 24, 2004

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,           )
GARY L. COTTON, CHARLES M. HEIB, JR.,       )
MARY PAMELA HEIB, JAMES P. YOUNG,           )
RITA PULLEN, EXECUTRIX OF THE ESTATE        )
OF STEPHEN R. PULLEN, DECEASED, and         )
TORRES W. WILLIAMSON, AND OTHER             )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"        )
ATTACHED HERETO AND INCORPORATED            )
FULLY HEREIN,                               )
                                            )
      PLAINTIFFS,                            )
                                            )
v.                                          )        Civil Action No. 03-C- 1949
                                            )
WESTERN SOUTHERN LIFE INSURANCE             )
COMPANY, JOHN THABET,                       )
GEORGE CRUMP, ROGER SHINN,                  )
TERRY SHIRLEY, HOWARD PARKER,               )
JAMES ELIAS AND THOMAS S. RUSSELL,          )
OTHER DEFENDANT AGENTS A-Z;  and            )
FICTITIOUS DEFENDANTS AA-ZZ,                )
                                            )
      DEFENDANTS.                            )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Aron D. Posey_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Aron D. Posey_ and I am over the age of 19 and reside at

_9049 Madison Ave, Jacksonville FL 32208_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Martha N. Posey_          _____

_____          _____

                                         _Aron D. Posey_
                                         _Aron D Posey_
                                         HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _18th_ day of June, 2003.

                                         _____
                                         NOTARY PUBLIC
                                         My Commission Expires:

                                         MY COMMISSION # DD 136903
                                         EXPIRES: November 25, 2006
                                         Bonded Thru Budget Notary Services

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
                                     )
        PLAINTIFFS, )
                                       )
v.                                   )    Civil Action No. 03-C- 1951
                                       )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
                                       )
        DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared **Joseph Potter**,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is **Joseph Potter** and I am over the age of 19 and reside at

**37967 Hillside Lane, Dade City, Florida  33525**

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

**Pamela Potter**

_____

                                     **Joseph Potter**
                                     _Joseph Potter_
                                     HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 19 day of June, 2003.

                                     _Lori Ingram_
                                     NOTARY PUBLIC
                                     My Commission Expires: August 11, 2004

[SEAL]

LORI A. INGRAM
Notary Public, State of Florida
My comm. expires Aug. 11, 2004
No. CC359652

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,  )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE  )
OF STEPHEN R. PULLEN, DECEASED, AND  )
TORRES W. WILLIAMSON, AND OTHER  )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED  )
FULLY HEREIN,  )
)
     PLAINTIFFS,  )
)
v.  )    Civil Action No. 03-C- _877_
)
WESTERN SOUTHERN LIFE INSURANCE  )
COMPANY, JOHN THABET,  )
GEORGE CRUMP, ROGER SHINN,  )
TERRY SHIRLEY, HOWARD PARKER,  )
JAMES ELIAS AND THOMAS S. RUSSELL,  )
OTHER DEFENDANT AGENTS A-Z;  and  )
FICTITIOUS DEFENDANTS AA-ZZ,  )
)
     DEFENDANTS.  )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _John Protos, Jr._

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _John Protos_ and I am over the age of 19 and reside at

_71 E Burton Ave., Dayton, OH  45405_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Olga Protos_

 

 

                              _John Protos, Jr._
                              _John Protos Jr._
                              HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _15_ day of June, 2003.

                        _Annette Ryder_
                        NOTARY PUBLIC
                        My Commission Expires:_____

[SEAL]

ANNETTE RYDER, Notary Public
In and for the State of Ohio
My Commission Expires April 29, 2007

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
         )
       PLAINTIFFS, )
         )
v. )     Civil Action No. 03-C- 397
         )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
         )
       DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Herbert Pyle_ ,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Herbert Pyle_ and I am over the age of 19 and reside at

_10 McCabe Street, Hanover Township, PA 18706_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Caroline Pyle_

_____     _____

_____     _____

                               _Herbert Pyle_
                              HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _15_ day of June, 2003.

                             _____

NOTARY PUBLIC

My Commission Expires: _____

Notarial Seal
Elaine Cann, Notary Public
Hunlock Twp., Luzerne County
My Commission Expires July 23, 2006
Member, Pennsylvania Association Of Notaries

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )     Civil Action No. 03-C-_878_
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
     DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Jeffrey Queer_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Jeffrey Queer_ and I am over the age of 19 and reside at

_3060 Shaffer Rd, Atwater OH 44201_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Sandra Queer_     _____

_____     _____

         _Jeffrey Queer_

         HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 17th day of June, 2003.

         _____
         NOTARY PUBLIC
         My Commission Expires: 12/27/2007

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )     Civil Action No. 03-C- 399
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
     DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared Mark Rasely,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is Mark Rasely and I am over the age of 19 and reside at

439 Great Belt Road, Butler, PA 16002

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

Deborah Rasely

 

Mark Rasely

_mark a rasely_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 19th day of June, 2003.

_____
NOTARY PUBLIC
My Commission Expires: 3/6/04

[SEAL]

Notarial Seal
Darrin J. Nichter, Notary Public
Center Twp., Butler County
My Commission Expires Mar. 6, 2004

Member, Pennsylvania Association of Notaries

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )    Civil Action No. 03-C-885
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
     DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Kenneth R. Reed_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Kenneth R. Reed_ and I am over the age of 19 and reside at

~~145 Diana Lane North, Fairborn, OH 45324~~
ADDRESS CHANGE   20 VINE PL. MEDWAY, OHIO 45341

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Sandra K. Reed_

_____     _____

_____     _Kenneth R. Reed_
                              HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17th_ day of June, 2003.

                              _Victoria L. Goldy_
                              NOTARY PUBLIC
                              My Commission Expires: _April 15, 2007_

[SEAL]

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )    Civil Action No. 03-C- 1723
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
     DEFENDANTS. )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Nelson Renfro_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Nelson Renfro_ and I am over the age of 19 and reside at

_24100 Stipps Hill Road, Laurel IN 47024_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Cynthia Renfro_      _____

_____      _____

                     _Nelson Renfro_
                     _Nelson Renfro_
                     HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 17th day of June, 2003.

                     _William C. Meyers_
                     NOTARY PUBLIC
                     My Commission Expires: _____

[SEAL]

                     WILLIAM C. MEYERS
                     Notary Public, State of Indiana
                     County of Franklin
                     My Commission Expires Jun 5, 2006

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,       )
GARY L. COTTON, CHARLES M. HEIB, JR.,   )
MARY PAMELA HEIB, JAMES P. YOUNG,       )
RITA PULLEN, EXECUTRIX OF THE ESTATE    )
OF STEPHEN R. PULLEN, DECEASED, and     )
TORRES W. WILLIAMSON, AND OTHER         )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"    )
ATTACHED HERETO AND INCORPORATED        )
FULLY HEREIN,                           )
                                        )
     PLAINTIFFS,                        )
                                        )
v.                                      )    Civil Action No. 03-C-897
                                        )
WESTERN SOUTHERN LIFE INSURANCE         )
COMPANY, JOHN THABET,                   )
GEORGE CRUMP, ROGER  SHINN,             )
TERRY SHIRLEY, HOWARD PARKER,           )
JAMES ELIAS AND THOMAS S. RUSSELL,      )
OTHER DEFENDANT AGENTS A-Z;  and        )
FICTITIOUS DEFENDANTS AA-ZZ,            )
                                        )
     DEFENDANTS.                        )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Glenn Robinson_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Glenn Robinson_ and I am over the age of 19 and reside at

_1103 Grissom Ave, New Carlisle OH  45344_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_June R. Robinson_          _____

_____          _____

                        _Glenn Robinson_
                        _Glenn Robinson_
                        HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17th_ day of June, 2003.

                        _Judith K Dodson_
                        NOTARY PUBLIC
My Commission Expires:    JUDITH K. DODSON, Notary Public
                        In and for the State of Ohio
                        My Commission Expires Feb. 6, 2008

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )    Civil Action No. 03-C-_9o2_
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
     DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Rufus Rogers_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Rufus Rogers_ and I am over the age of 19 and reside at

_5137 Upper River Road, Miamisburg, Ohio 45342_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Dolores Rogers_           _____

_____           _____

                         _Rufus Rogers_
                         _Rufus Rogers_
                         HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16th_ day of June, 2003.

                         _Debra S. Sisler_
                         NOTARY PUBLIC
                         My Commission Expires:_____

[SEAL]

DEBRA S. SISLER, NOTARY PUBLIC
In and For The State of Ohio
My Commission Expires August 29, 2005

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,      )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,      )
RITA PULLEN, EXECUTRIX OF THE ESTATE   )
OF STEPHEN R. PULLEN, DECEASED, and    )
TORRES W. WILLIAMSON, AND OTHER        )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"   )
ATTACHED HERETO AND INCORPORATED       )
FULLY HEREIN,                          )
                                       )
     PLAINTIFFS,                      )
                                       )
v.                                     )      Civil Action No. 03-C-906
                                       )
WESTERN SOUTHERN LIFE INSURANCE        )
COMPANY, JOHN THABET,                  )
GEORGE CRUMP, ROGER  SHINN,            )
TERRY SHIRLEY, HOWARD PARKER,          )
JAMES ELIAS AND THOMAS S. RUSSELL,     )
OTHER DEFENDANT AGENTS A-Z;  and       )
FICTITIOUS DEFENDANTS AA-ZZ,           )
                                       )
     DEFENDANTS.                      )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Joseph Rose_ ,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Joseph Rose_ and I am over the age of 19 and reside at

_1276 Tonawanda Ave , Akron OH 44305_ .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Crystal Rose_       _____

_____       _____

                                  _Joseph Rose_

                                  _Joseph F Rose Jr_
                                  (HEAD OF HOUSEHOLD)

Sworn to and Subscribed before me on this the _17_ day of June, 2003.

                            _Mary L Frye_
                            NOTARY PUBLIC
                            My Commission Expires: _Jan 5, 2007_

[SEAL]

                         Mary L. Frye - Notary Public
                         Residence - Summit County
                         Statewide Jurisdiction
                         My Commission expires Jan. 5, 2007

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,  )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE  )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER  )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED  )
FULLY HEREIN,  )
                                  )
     PLAINTIFFS,  )
                                    )
v.  )     Civil Action No. 03-C-_____
                                    )
WESTERN SOUTHERN LIFE INSURANCE  )    *Luther and Nancy 913*
COMPANY, JOHN THABET,  )
GEORGE CRUMP, ROGER  SHINN,  )
TERRY SHIRLEY, HOWARD PARKER,  )
JAMES ELIAS AND THOMAS S. RUSSELL,  )
OTHER DEFENDANT AGENTS A-Z;  and  )
FICTITIOUS DEFENDANTS AA-ZZ,  )
                                    )
     DEFENDANTS.  )

## AFFIDAVIT

     Before me, the undersigned, a Notary Public, personally appeared _Luther Rowe_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

     My name is _Luther Rowe_ and I am over the age of 19 and reside at

_42 Rvt Rd 615 Twp Rd 205, Proctorville, Ohio 45669_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Nancy Rowe_             _____
_Nancy R. Rowe_

                               _Luther Rowe_
                               _Luther Rowe_ x
                               HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

                         NOTARY PUBLIC
                         My Commission Expires: _Dec 6, 2004_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )     Civil Action No. 03-C- 408
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER  SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
     DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Michael R. Russo, Jr._

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Michael R. Russo, Jr._ and I am over the age of 19 and reside at

_814 Rose Stop Rd, New Castle PA 16101_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Jewel Russo_

_Michael R. Russo, Jr._
_Michael R. Russo Jr._
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _18_ day of June, 2003.

NOTARY PUBLIC
My Commission Expires: _2/23/04_

Notarial Seal
Mark A. Russo, Notary Public
New Castle, Lawrence County
My Commission Expires Feb. 23, 2004
Member, Pennsylvania Association of Notaries

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,   )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER   )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"   )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN,                                )
                                          )
     PLAINTIFFS,                     )
                                          )     Civil Action No. 03-C-_____
v.                                 )
                                          )    *August J. Sansone Jr*
WESTERN SOUTHERN LIFE INSURANCE  )   *and August S. Sansone Sr*
COMPANY, JOHN THABET,            )         *1831*
GEORGE CRUMP, ROGER SHINN,      )
TERRY SHIRLEY, HOWARD PARKER,    )   *S. millsap 1811*
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and    )
FICTITIOUS DEFENDANTS AA-ZZ,      )
                                            )
     DEFENDANTS.                 )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _August S. Sansone, Sr_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _August S. Sansone, Sr._ and I am over the age of 19 and reside at

_3 Oak forest, Godfrey IL  62035_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Sherrie L. Millsap_

_August J. Sansone, Jr._

                                      _August S. Sansone, Sr_
                                       _August J. Sansone Sr_
                                       HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17TH_ day of June, 2003.

                                   _Cindy Ann Long_
                                   NOTARY PUBLIC
                                   My Commission Expires: _4-7-04_

[SEAL]

                                  **OFFICIAL SEAL**
                                  **CINDY ANN LONG**
                              **NOTARY PUBLIC, STATE OF ILLINOIS**
                            **MY COMMISSION EXPIRES:04/07/04**

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,  )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE  )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER  )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED  )
FULLY HEREIN,  )
                    )
      PLAINTIFFS,  )
                    )
v.  )    Civil Action No. 03-C-412
                    )
WESTERN SOUTHERN LIFE INSURANCE  )
COMPANY, JOHN THABET,  )
GEORGE CRUMP, ROGER SHINN,  )
TERRY SHIRLEY, HOWARD PARKER,  )
JAMES ELIAS AND THOMAS S. RUSSELL,  )
OTHER DEFENDANT AGENTS A-Z; and  )
FICTITIOUS DEFENDANTS AA-ZZ,  )
                    )
      DEFENDANTS.  )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Timothy P. Schirra_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Timothy P. Schirra_ and I am over the age of 19 and reside at

_84 Russellton- Dorseyville , Cheswick, PA 15024_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Regine Schirra_         _____

_____         _____

                        _Timothy P. Schirra_

                        HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17th_ day of June, 2003.

                        NOTARY PUBLIC
                        My Commission Expires:_____

[SEAL]

Notarial Seal
Paul A. Truschel, Jr., Notary Public
Blawnox Boro, Allegheny County
My Commission Expires Mar. 24, 2007
Member, Pennsylvania Association Of Notaries

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,     )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG,     )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and   )
TORRES W. WILLIAMSON, AND OTHER       )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED      )
FULLY HEREIN,                         )
                                      )
        PLAINTIFFS,                   )
                                      )
v.                                    )    Civil Action No. 03-C- 416
                                      )
WESTERN SOUTHERN LIFE INSURANCE       )
COMPANY, JOHN THABET,                 )
GEORGE CRUMP, ROGER SHINN,            )
TERRY SHIRLEY, HOWARD PARKER,         )
JAMES ELIAS AND THOMAS S. RUSSELL,    )
OTHER DEFENDANT AGENTS A-Z;  and      )
FICTITIOUS DEFENDANTS AA-ZZ,          )
                                      )
        DEFENDANTS.                   )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Thomas P. Sciubba, Sr._

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Thomas P. Sciubba, Sr._ and I am over the age of 19 and reside at

_1739 Chessland St, Pittsburg, PA  15205_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Nicholas Sciubba_                     _____

_Edna Sciubba_                         _____

                                       _Thomas P. Sciubba, Sr._
                                       _Thomas P Sciubba_
                                       HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 16 day of June, 2003.

                                       _Lisa A. Moretti_
                                       NOTARY PUBLIC
                                       My Commission Expires: 11-5-05

                    Notarial Seal
            Lisa A. Moretti, Notary Public
            Carnegie Boro, Allegheny County
            My Commission Expires Nov. 5, 2005
        Member, Pennsylvania Association of Notaries

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,       )
GARY L. COTTON, CHARLES M. HEIB, JR.,   )
MARY PAMELA HEIB, JAMES P. YOUNG,       )
RITA PULLEN, EXECUTRIX OF THE ESTATE    )
OF STEPHEN R. PULLEN, DECEASED, and     )
TORRES W. WILLIAMSON, AND OTHER         )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"    )
ATTACHED HERETO AND INCORPORATED        )
FULLY HEREIN,                           )
                                        )
        PLAINTIFFS,                     )
                                        )
v.                                      )        Civil Action No. 03-C- 418
                                        )
WESTERN SOUTHERN LIFE INSURANCE         )
COMPANY, JOHN THABET,                   )
GEORGE CRUMP, ROGER SHINN,              )
TERRY SHIRLEY, HOWARD PARKER,           )
JAMES ELIAS AND THOMAS S. RUSSELL,      )
OTHER DEFENDANT AGENTS A-Z; and         )
FICTITIOUS DEFENDANTS AA-ZZ,            )
                                        )
        DEFENDANTS.                     )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared Joseph Shanahan, Sr.

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is Joseph Shanahan and I am over the age of 19 and reside at

69 Jay Street, Wilkes Barre, PA  18705

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

Maryanna Shanahan

_____

Joseph Shanahan, Sr.

Joseph Shanahan Sr
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 17th day of June, 2003.

_____
NOTARY PUBLIC
My Commission Expires: 5/22/03

COMMONWEALTH OF PENNSYLVANIA

[SEAL]

Notarial Seal
Donna J. Panatieri, Notary Public
Plains Twp., Luzerne County
My Commission Expires May 22, 2007
Member, Pennsylvania Association Of Notaries

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
 )
  PLAINTIFFS, )
 )
v. ) Civil Action No. 03-C-_419_
 )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
 )
  DEFENDANTS. )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Charles Sheridan,_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Charles Sheridan_ and I am over the age of 19 and reside at

_403 Hickory Street, Peckville, PA 18452_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Deborah Lee Sheriden_

     _____

     _____

     _Charles Sheriden_
     HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _13TH_ day of June, 2003.

     NOTARY PUBLIC
     My Commission Expires

OFFICIAL SEAL
ROBERT A. ROSS, Notary Public
Blakely Boro., Lackawanna County
My Commission Expires December 17, 2005

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
                       )
          PLAINTIFFS, )
                        )
v.                        )      Civil Action No. 03-C- 1610
                        )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
                        )
          DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Lora Shivers_ ,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Lora Shivers_ and I am over the age of 19 and reside at

_2821 W Jefferson, Louisville KY 40212_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Tina L. Shivers_                 _____

_____             _____

                                 _Lora Shivers_

                                 _Lora M Shivers_

                                 HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 16th day of June, 2003.

                               _Angel C Sullivan_

                               NOTARY PUBLIC

                               My Commission Expires: 12-2-06

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,         )
GARY L. COTTON, CHARLES M. HEIB, JR.,     )
MARY PAMELA HEIB, JAMES P. YOUNG,         )
RITA PULLEN, EXECUTRIX OF THE ESTATE      )
OF STEPHEN R. PULLEN, DECEASED, and       )
TORRES W. WILLIAMSON, AND OTHER           )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"      )
ATTACHED HERETO AND INCORPORATED          )
FULLY HEREIN,                             )
                                          )
         PLAINTIFFS,                      )
                                          )
v.                                        )     Civil Action No. 03-C- 948
                                          )
WESTERN SOUTHERN LIFE INSURANCE           )
COMPANY, JOHN THABET,                     )
GEORGE CRUMP, ROGER SHINN,                )
TERRY SHIRLEY, HOWARD PARKER,             )
JAMES ELIAS AND THOMAS S. RUSSELL,        )
OTHER DEFENDANT AGENTS A-Z;  and          )
FICTITIOUS DEFENDANTS AA-ZZ,              )
                                          )
         DEFENDANTS.                      )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Wayne Siefert_ ,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Wayne Siefert_ and I am over the age of 19 and reside at

_2354 Harker Waits Rd, Mt. Orab OH 45154_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Jeff Siefert_

_Sandy Siefert_

_Wayne Siefert_

_Wayne Siefert_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17_ day of June, 2003.

_Edward B Highfield Jr._
NOTARY PUBLIC
My Commission Expires: _01-16-2007_

[SEAL]

Edward B. Highfield, Jr.
Notary Public, State of Ohio
My Commission Expires
01-16-2007

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,            )
GARY L. COTTON, CHARLES M. HEIB, JR.,        )
MARY PAMELA HEIB, JAMES P. YOUNG,            )
RITA PULLEN, EXECUTRIX OF THE ESTATE         )
OF STEPHEN R. PULLEN, DECEASED, and          )
TORRES W. WILLIAMSON, AND OTHER              )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"         )
ATTACHED HERETO AND INCORPORATED             )
FULLY HEREIN,                                )
                                             )
          PLAINTIFFS,                        )
                                             )
v.                                           )   Civil Action No. 03-C-424
                                             )
WESTERN SOUTHERN LIFE INSURANCE              )
COMPANY, JOHN THABET,                        )
GEORGE CRUMP, ROGER SHINN,                   )
TERRY SHIRLEY, HOWARD PARKER,                )
JAMES ELIAS AND THOMAS S. RUSSELL,           )
OTHER DEFENDANT AGENTS A-Z; and              )
FICTITIOUS DEFENDANTS AA-ZZ,                 )
                                             )
          DEFENDANTS.                        )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Ralph Sinnamond, Sr._

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Ralph Sinnamond, Sr._ and I am over the age of 19 and reside at

_961 Lillian Road, Leechburg PA 15656_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Ralph Sinnamond, Jr_      _____

_Phyllis Sinnamond_      _____

                         _Ralph Sinnamond, Sr._

                         HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17_ day of June, 2003.

                         NOTARY PUBLIC

                         My Commission Expires: _Sr., DISTRICT JUSTICE 2004_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
      PLAINTIFFS, )
)
v. )     Civil Action No. 03-C- 953
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
      DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared Gerald Sizemore

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is Gerald Sizemore and I am over the age of 19 and reside at

7640 4 Mile State Line Rd, Eaton, OH 45320

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

Linda Sizemore       _____

_____       _____

Gerald Sizemore
Gerald Sizemore
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 15th day of June, 2003.

Cynthia W. Barnett NEE Nawortz
NOTARY PUBLIC
My Commission Expires: 03-31-05

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
                                                )
        PLAINTIFFS, )
                                                )
v.                                           )   Civil Action No. 03-C-955
                                                )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
                                                )
        DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Gary L. Slattman,_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Gary L. Slattman_ and I am over the age of 19 and reside at

_2310 Rd 18 B ; Continental, OH 45831_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Judith Slattman_

                                                    _Gary L. Slattman_

                                                    _Gary Slattman_
                                                    HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _18th_ day of June, 2003.

                                           _Connie L. Smith_
                                           NOTARY PUBLIC  - Connie K. Smith
                                           My Commission Expires:  _2-12-05_

[SEAL]

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,            )
GARY L. COTTON, CHARLES M. HEIB, JR.,        )
MARY PAMELA HEIB, JAMES P. YOUNG,            )
RITA PULLEN, EXECUTRIX OF THE ESTATE         )
OF STEPHEN R. PULLEN, DECEASED, and          )
TORRES W. WILLIAMSON, AND OTHER              )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"         )
ATTACHED HERETO AND INCORPORATED             )
FULLY HEREIN,                                )
                                             )
      PLAINTIFFS,                           )
                                             )
v.                                           )     Civil Action No. 03-C- 956
                                             )
WESTERN SOUTHERN LIFE INSURANCE              )
COMPANY, JOHN THABET,                        )
GEORGE CRUMP, ROGER  SHINN,                  )
TERRY SHIRLEY, HOWARD PARKER,                )
JAMES ELIAS AND THOMAS S. RUSSELL,           )
OTHER DEFENDANT AGENTS A-Z;  and             )
FICTITIOUS DEFENDANTS AA-ZZ,                 )
                                             )
      DEFENDANTS.                           )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared ___Lee I. Slife___,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is ___Lee I. Slife___ and I am over the age of 19 and reside at

___113 Ada Ave Celina OH 45822___

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

___Doris N. Slife___

___Lee I. Slife___
_____
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _12_ day of June, 2003.

_____
NOTARY PUBLIC _Mercer Co Ohio_
My Commission Expires: _Dec. 22, 2004_

[SEAL]

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,      )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,      )
RITA PULLEN, EXECUTRIX OF THE ESTATE   )
OF STEPHEN R. PULLEN, DECEASED, and    )
TORRES W. WILLIAMSON, AND OTHER        )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"   )
ATTACHED HERETO AND INCORPORATED       )
FULLY HEREIN,                          )
                                       )
     PLAINTIFFS,                      )
                                       )
v.                                     )    Civil Action No. 03-C- 1616
                                       )
WESTERN SOUTHERN LIFE INSURANCE        )
COMPANY, JOHN THABET,                  )
GEORGE CRUMP, ROGER SHINN,             )
TERRY SHIRLEY, HOWARD PARKER,          )
JAMES ELIAS AND THOMAS S. RUSSELL,     )
OTHER DEFENDANT AGENTS A-Z;  and       )
FICTITIOUS DEFENDANTS AA-ZZ,           )
                                       )
     DEFENDANTS.                      )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Thomas Sloan_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Thomas Sloan_ and I am over the age of 19 and reside at

_1720 Glen Eagles Dr, Lexington KY 40505_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Cynthia Sloan_

_Thomas Sloan_
_Thomas Sloan_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _13_ day of June, 2003.

_Riki Simpson_
NOTARY PUBLIC
My Commission Expires: _04/21/07_

[SEAL]

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
            )
        PLAINTIFFS, )
            )
v. )        Civil Action No. 03-C- 1619
            )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
            )
        DEFENDANTS. )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared *Robert Slusher*,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is *Robert Slusher* and I am over the age of 19 and reside at

*2525 Main St, Ashland, KY 41102*

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

*Bernadette Slusher*

_____

*Robert Slusher*

*Robert Slusher*
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the *17th* day of June, 2003.

*Betty Dove*
NOTARY PUBLIC
My Commission Expires: *6-10-04*

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
      PLAINTIFFS, )
)
v. )      Civil Action No. 03-C-____
)
WESTERN SOUTHERN LIFE INSURANCE )  R. Slusher - 1962
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )  L; N Hodges - 1908
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
      DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Robert G. Slusher Jr._

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Robert G. Slusher, Jr._ and I am over the age of 19 and reside at

_95 Santa Monica Ave, Royal Palm Beach FL 33411_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Laura L. Hodges_

_Norman D. Hodges_

                                      _Robert G. Slusher, Jr._

                                      _Robert G. Slusher Jr_

                                      HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

                                      _Joseph L Gall_

      JOSEPH L. GALL, JR.      NOTARY PUBLIC
      MY COMMISSION # DD 031390      My Commission Expires: _6-5-05_
      EXPIRES: June 5, 2005
      1-800-3-NOTARY   FL Notary Service & Bonding, Inc.

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
      PLAINTIFFS, )
)
v. )    Civil Action No. 03-C-__960__
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
      DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Gary R. Smith_ .

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Gary R. Smith_ and I am over the age of 19 and reside at

_671 Woodvalley Lane, Cincinnati, OH  45238_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Rosa R. Smith_

_Gary R. Smith_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _19th_ day of June, 2003.

_Cheryl L. Taphorn_
NOTARY PUBLIC
My Commission Expires: _7/1/07_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,       )
GARY L. COTTON, CHARLES M. HEIB, JR.,   )
MARY PAMELA HEIB, JAMES P. YOUNG,       )
RITA PULLEN, EXECUTRIX OF THE ESTATE    )
OF STEPHEN R. PULLEN, DECEASED, and     )
TORRES W. WILLIAMSON, AND OTHER         )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"    )
ATTACHED HERETO AND INCORPORATED        )
FULLY HEREIN,                           )
                                        )
        PLAINTIFFS,                     )
                                        )
v.                                      )     Civil Action No. 03-C- 173 |
                                        )
WESTERN SOUTHERN LIFE INSURANCE         )
COMPANY, JOHN THABET,                   )
GEORGE CRUMP, ROGER SHINN,              )
TERRY SHIRLEY, HOWARD PARKER,           )
JAMES ELIAS AND THOMAS S. RUSSELL,      )
OTHER DEFENDANT AGENTS A-Z;  and        )
FICTITIOUS DEFENDANTS AA-ZZ,            )
                                        )
        DEFENDANTS.                     )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Gordon Smith_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Gordon Smith_ and I am over the age of 19 and reside at

_772 S 775 East, Lafayette, IN. 47905_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Ruth Smith_                    _____

_____            _____

                               _Gordon Smith_
                               _Gordon Smith_
                               HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17_ day of June, 2003.

MARY E. AGLEY
Tippecanoe County
My Commission Expires
October 21, 2010

_Mary E. Agley_
NOTARY PUBLIC
My Commission Expires: _10/21/2010_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,  )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE  )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER  )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED  )
FULLY HEREIN,  )
    )
    PLAINTIFFS,  )
    )
v.  )    Civil Action No. 03-C- 428
    )
WESTERN SOUTHERN LIFE INSURANCE  )
COMPANY, JOHN THABET,  )
GEORGE CRUMP, ROGER SHINN,  )
TERRY SHIRLEY, HOWARD PARKER,  )
JAMES ELIAS AND THOMAS S. RUSSELL,  )
OTHER DEFENDANT AGENTS A-Z;  and  )
FICTITIOUS DEFENDANTS AA-ZZ,  )
    )
    DEFENDANTS.  )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Thomas R. Smith_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Thomas R. Smith_ and I am over the age of 19 and reside at

_148 Gilmore Drive, Pittsburgh, PA 15235_ .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Jeanne Smith_    _Jeanne Smith_

_June Smith_    _June Smith_

    _Thomas R. Smith_

    HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _19th_ day of June, 2003.

    _Patricia A. McC_
    NOTARY PUBLIC
    My Commission Expires:_____

[SEAL]

Notarial Seal
Patricia A. McClean, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires May 27, 2006
Member, Pennsylvania Association Of Notaries

June 19, 2003

To Whom It May Concern:

The attached notarized Affidavit of Thomas R. Smith has been signed by Mr. Smith with an "X."  Mr. Smith is unable to write due to a handicap caused by a stroke.

Should you have any questions, please contact Mr. Smith's spouse, June Smith at 148 Gilmore Drive, Pittsburgh, PA 15235.


_____
NOTARY PUBLIC

My Commission Expires:  _____


Notarial Seal
Patricia A. McClean, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires May 27, 2006
Member, Pennsylvania Association Of Notaries