## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
 )
     PLAINTIFFS, )
 )
v. )     Civil Action No. 03-C- 1565
 )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER  SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
 )
     DEFENDANTS. )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared Phillip W Minton,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is Phillip W Minton and I am over the age of 19 and reside at

5015 Invicta Drive, Louisville, KY 40216.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

Charlotte Minton _____   _____

_____   _____

Phillip W Minton _____
_____
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 3th day of June, 2003.

_____
NOTARY PUBLIC
My Commission Expires: January 22, 2007

[SEAL]

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
      PLAINTIFFS, )
)
v. )      Civil Action No. 03-C- 367
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
      DEFENDANTS. )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Ralph Modzelewski,_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Ralph Modzelewski_ and I am over the age of 19 and reside at

_128 South Hancock, Wilkes Barre, PA 18702_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Pauline Modzelewski_       _____

_____       _____

           _Ralph Modzelewski_

           HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

      _Wendy A Frantz_
      NOTARY PUBLIC
      My Commission Expires: _4/15/06_

[SEAL]

NOTARIAL SEAL
WENDY A. FRANTZ, Notary Public
City of Wilkes-Barre, Luzerne County
My Commission Expires April 15, 2006

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
    PLAINTIFFS, )
)
v. )    Civil Action No. 03-C- _819_
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
    DEFENDANTS. )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Andrew S. Molnar_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Andrew S. Molnar_ and I am over the age of 19 and reside at

_P. O. Box 12644, Cincinnati, OH 45212_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Frances Molnar_      _____

_____      _____

               _Andrew S. Molnar_
               _A. Molnar_
               HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _14_ day of June, 2003.

               _Barbara L. Harper_
               NOTARY PUBLIC
               My Commission Expires _Jan. 4, 2004_

BARBARA L. HARPER, Notary Public
in and for the State of Ohio
My Commission Expires Jan. 4, 2004

NOTARIAL SEAL
SEAL
STATE OF OHIO

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )    Civil Action No. 03-C-_____
)
WESTERN SOUTHERN LIFE INSURANCE )   Mario - 369
COMPANY, JOHN THABET, )   Gretchen - 368
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )   Son & Daughter not
JAMES ELIAS AND THOMAS S. RUSSELL, )        listed
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
     DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Mario Monac_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Mario Monac_ and I am over the age of 19 and reside at

_130 Florence Rd, New Brighton PA 15066_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Gretchen Monac_       _Landen Monac (son)_
_Lyndsee Monac (daugh)_       _____

                    _Mario Monac_
                    _____
                    HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

                    _Theodore Tepsic_
                    NOTARY PUBLIC
My Commission Expires:

Notarial Seal
Theodore Tepsic, Notary Public
City of Aliquippa, Beaver County
My Commission Expires Sept. 17, 2005
Member, Pennsylvania Association of Notaries

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
PLAINTIFFS, )
)
v. )   Civil Action No. 03-C- 1813
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared *Craig Monson*,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is *Craig Monson* and I am over the age of 19 and reside at
*409 W Hickory Street, Fairbury, IL 61739*

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

*Gina M Monson*

_____        _____

OFFICIAL SEAL
KAREN L MAZIASZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 06-12-07

*Craig Monson*
*Craig Monson*
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 16th day of June, 2003.

*Karen Maziasz*
NOTARY PUBLIC
My Commission Expires 6-12-07

[SEAL]

OFFICIAL SEAL
KAREN L MAZIASZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 06-12-07

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )     Civil Action No. 03-C- 824
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
     DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Harold F. Moor_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Harold F. Moor_ and I am over the age of 19 and reside at

_203 Short St, West Unity OH 43570_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Ann M. Moor_
_Ann M. Moor_

_____

_____

    _Harold F. Moor_
    _Harold F Moor_
    HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _18_ day of June, 2003.

    _Anna M. Ridenour_
    NOTARY PUBLIC
    My Commission Expires: _8-29-2003_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,　)
GARY L. COTTON, CHARLES M. HEIB, JR.,　)
MARY PAMELA HEIB, JAMES P. YOUNG,　)
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and　)
TORRES W. WILLIAMSON, AND OTHER　)
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"　)
ATTACHED HERETO AND INCORPORATED　)
FULLY HEREIN,　)
　)
　　PLAINTIFFS,　)
　)
v.　)　Civil Action No. 03-C-371
　)
WESTERN SOUTHERN LIFE INSURANCE　)
COMPANY, JOHN THABET,　)
GEORGE CRUMP, ROGER SHINN,　)
TERRY SHIRLEY, HOWARD PARKER,　)
JAMES ELIAS AND THOMAS S. RUSSELL,　)
OTHER DEFENDANT AGENTS A-Z;  and　)
FICTITIOUS DEFENDANTS AA-ZZ,　)
　)
　　DEFENDANTS.　)

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Francis Moore, Sr._

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Francis Moore, Sr_ and I am over the age of 19 and reside at _295 Shirls Ave, Washington PA 15301_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s) reside in the same household:

_Nancy Moore_

_Francis Moore, Sr._
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 17 day of June, 2003.

NOTARY PUBLIC
My Commission Expires: 10-23-06

Notarial Seal
Melinda Riggle, Notary Public
Canton Twp., Washington County
My Commission Expires Oct. 23, 2006
Member, Pennsylvania Association Of Notaries

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
    PLAINTIFFS, )
)
v. )    Civil Action No. 03-C- 830
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
    DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Steve Moyar_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Steve Moyar_ and I am over the age of 19 and reside at

_14893 State Route 66, St Mary's, OH  45885_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Sue Moyar_      _____

_____      _____

                         _Steve Moyar_

                         _Ste Moya_
                         HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16th_ day of June, 2003.

                         _Margaret Schweitzer_
                         NOTARY PUBLIC
Margaret A. Schweitzer      My Commission Expires: _2-7-04_
Notary Public, State of Ohio
My Commission Expires February

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,      )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,      )
RITA PULLEN, EXECUTRIX OF THE ESTATE   )
OF STEPHEN R. PULLEN, DECEASED, and    )
TORRES W. WILLIAMSON, AND OTHER        )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"   )
ATTACHED HERETO AND INCORPORATED       )
FULLY HEREIN,                          )
                                       )
          PLAINTIFFS,                  )
                                       )
v.                                     )     Civil Action No. 03-C- 3 73
                                       )
WESTERN SOUTHERN LIFE INSURANCE        )
COMPANY, JOHN THABET,                  )
GEORGE CRUMP, ROGER SHINN,             )
TERRY SHIRLEY, HOWARD PARKER,          )
JAMES ELIAS AND THOMAS S. RUSSELL,     )
OTHER DEFENDANT AGENTS A-Z;  and       )
FICTITIOUS DEFENDANTS AA-ZZ,           )
                                       )
          DEFENDANTS.                  )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _James Moyer_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _James Moyer_ and I am over the age of 19 and reside at

_Rear 110 Parrish St, Wilkes Barre, PA 18702_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Sarah Moyer_ _____      _____

                          _James Moyer_
                          _James Moyer_
                          HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16TH_ day of June, 2003.

          _Joseph W. Housenick_
          NOTARY PUBLIC
          My Commission Expires:

[SEAL]

Notarial Seal
Joseph W. Housenick, Notary Public
Wilkes-Barre Twp., Luzerne County
My Commission Expires Dec. 29, 2006
Member, Pennsylvania Association Of Notaries

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,       )
GARY L. COTTON, CHARLES M. HEIB, JR.,   )
MARY PAMELA HEIB, JAMES P. YOUNG,       )
RITA PULLEN, EXECUTRIX OF THE ESTATE    )
OF STEPHEN R. PULLEN, DECEASED, and     )
TORRES W. WILLIAMSON, AND OTHER         )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"    )
ATTACHED HERETO AND INCORPORATED        )
FULLY HEREIN,                           )
                                        )
        PLAINTIFFS,                     )
                                        )
v.                                      )        Civil Action No. 03-C- _831_
                                        )
WESTERN SOUTHERN LIFE INSURANCE         )
COMPANY, JOHN THABET,                   )
GEORGE CRUMP, ROGER SHINN,              )
TERRY SHIRLEY, HOWARD PARKER,           )
JAMES ELIAS AND THOMAS S. RUSSELL,      )
OTHER DEFENDANT AGENTS A-Z; and         )
FICTITIOUS DEFENDANTS AA-ZZ,            )
                                        )
        DEFENDANTS.                     )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Kenneth L. Mueller_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Kenneth L. Mueller_ and I am over the age of 19 and reside at

_1513 Bellwood Dr, Loveland OH 45140_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Irmgard Mueller_                       _____

_____               _____

                                        _Kenneth L. Mueller_
                                        _Kenneth L. Mueller_
                                        HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

_Myra L. Kroeger_
NOTARY PUBLIC

My Commission Expires: MYRA L. KROEGER
Notary Public, State of Ohio
My Commission Expires Mar. 28, 1998

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )     Civil Action No. 03-C-_374_
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
     DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _James Munroe, Jr._

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _James Munroe, Jr._ and I am over the age of 19 and reside at

_512 Midway Drive, Beaver, Pennsylvania 15009_ .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Mary L. Munroe_      _____

_____      _____

            _James Munroe, Jr._
            _James Munroe_
            HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _18th_ day of June, 2003.

               _____
               NOTARY PUBLIC
               My Commission

Notarial Seal
Kimberly A. Munroe, Notary Public
Brighton Twp., Beaver County
My Commission Expires Sept. 5, 2005
Member, Pennsylvania Association of Notaries

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,       )
GARY L. COTTON, CHARLES M. HEIB, JR.,    )
MARY PAMELA HEIB, JAMES P. YOUNG,        )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and      )
TORRES W. WILLIAMSON, AND OTHER          )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"     )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN,                            )
                                         )
        PLAINTIFFS,                      )
                                         )
v.                                       )      Civil Action No. 03-C- 843
                                         )
WESTERN SOUTHERN LIFE INSURANCE          )
COMPANY, JOHN THABET,                    )
GEORGE CRUMP, ROGER SHINN,               )
TERRY SHIRLEY, HOWARD PARKER,            )
JAMES ELIAS AND THOMAS S. RUSSELL,       )
OTHER DEFENDANT AGENTS A-Z;  and         )
FICTITIOUS DEFENDANTS AA-ZZ,             )
                                         )
        DEFENDANTS.                      )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Danny G. Newcomb_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Danny G. Newcomb_ and I am over the age of 19 and reside at

_22363 St. Rt 775, Scottown, OH 45678_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Tina S. Newcomb_                        _____

_____             _____

                                         _Danny G. Newcomb_
                                         _Danny Newcomb_
                                         HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17_ day of June, 2003.

_Kathy Blankenship_

KATHY BLANKENSHIP
Notary Public, State of Ohio          NOTARY PUBLIC
My Commission Expires 11-27-2006      My Commission Expires: _11-27-06_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,    )
GARY L. COTTON, CHARLES M. HEIB, JR.,    )
MARY PAMELA HEIB, JAMES P. YOUNG,    )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and    )
TORRES W. WILLIAMSON, AND OTHER    )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"    )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN,    )
                                        )
        PLAINTIFFS,    )
                                        )
v.    )      Civil Action No. 03-C- 1818
                                        )
WESTERN SOUTHERN LIFE INSURANCE    )
COMPANY, JOHN THABET,    )
GEORGE CRUMP, ROGER  SHINN,    )
TERRY SHIRLEY, HOWARD PARKER,    )
JAMES ELIAS AND THOMAS S. RUSSELL,    )
OTHER DEFENDANT AGENTS A-Z;  and    )
FICTITIOUS DEFENDANTS AA-ZZ,    )
                                        )
        DEFENDANTS.    )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared Willie Nunn, Jr.

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is Willie Nunn and I am over the age of 19 and reside at

7251 S Shore Drive #D-K, Chicago, IL 60649

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

Carolyn Nunn

Carolyn Nunn

_____          Willie Nunn, Jr.
                                 _____
                                 HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 18th day of June, 2003.

"OFFICIAL SEAL"
ERMA L. ROWE
Notary Public, State of Illinois
My Commission Expires Oct. 8, 2004

NOTARY PUBLIC
My Commission Expires: 10-8-2004

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
                                      )
        PLAINTIFFS, )
                                      )
v.                                    )        Civil Action No. 03-C- 1577
                                      )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
                                      )
        DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared Stephen O'Bryan,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is Stephen O'Bryan and I am over the age of 19 and reside at

527 E Oak Street, Louisville, KY 40203

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

Barbara O'Bryan

_____          _____

_____          Stephen O'Bryan
                                         Stephen R O'Bry__
                                         HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 17 day of June, 2003.

Sheri Cen__
NOTARY PUBLIC
My Commission Expires: _____

Notary Public, KY State at Large
Commission Expires 6-15-2004

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,       )
GARY L. COTTON, CHARLES M. HEIB, JR.,   )
MARY PAMELA HEIB, JAMES P. YOUNG,       )
RITA PULLEN, EXECUTRIX OF THE ESTATE    )
OF STEPHEN R. PULLEN, DECEASED, and     )
TORRES W. WILLIAMSON, AND OTHER         )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"    )
ATTACHED HERETO AND INCORPORATED        )
FULLY HEREIN,                           )
                                        )
        PLAINTIFFS,                     )
                                        )
v.                                      )        Civil Action No. 03-C-1718
                                        )
WESTERN SOUTHERN LIFE INSURANCE         )
COMPANY, JOHN THABET,                   )
GEORGE CRUMP, ROGER SHINN,              )
TERRY SHIRLEY, HOWARD PARKER,           )
JAMES ELIAS AND THOMAS S. RUSSELL,      )
OTHER DEFENDANT AGENTS A-Z; and         )
FICTITIOUS DEFENDANTS AA-ZZ,            )
                                        )
        DEFENDANTS.                     )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Dale A. Page_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Dale A. Page_ and I am over the age of 19 and reside at

_308 North Union St, Union City IN 47390_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Mary R. Page_                          _____

_____                 _____

                                        _Dale A. Page_
                                        _Dale A. Page_
                                        HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16th_ day of June, 2003.

                                        _M. Lynne Cook_
                                        NOTARY PUBLIC  M. Lynne Cook
                                        My Commission Expires: _8-31-2008_
                                        Resident of Randolph Co., IN

[SEAL]

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
        )
        PLAINTIFFS, )
        )
v. )     Civil Action No. 03-C-_855_
        )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
        )
        DEFENDANTS. )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Donald Paul_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Donald Paul_ and I am over the age of 19 and reside at

_1215 Brianshire, Lewis Center OH 43035_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Lisa Paul_

 

_Donald Paul_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 18th day of June, 2003.

_Sharon M. Moore_
NOTARY PUBLIC
My Commission Expires: _August 31, 2005_

[SEAL]

SHARON M MOORE
Notary Public State of Ohio
My Commission Expires August 31, 2005

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,      )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,      )
RITA PULLEN, EXECUTRIX OF THE ESTATE   )
OF STEPHEN R. PULLEN, DECEASED, and    )
TORRES W. WILLIAMSON, AND OTHER        )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"   )
ATTACHED HERETO AND INCORPORATED       )
FULLY HEREIN,                          )
                                       )
        PLAINTIFFS,                    )
                                       )
v.                                     )    Civil Action No. 03-C- _386_
                                       )
WESTERN SOUTHERN LIFE INSURANCE        )
COMPANY, JOHN THABET,                  )
GEORGE CRUMP, ROGER  SHINN,            )
TERRY SHIRLEY, HOWARD PARKER,          )
JAMES ELIAS AND THOMAS S. RUSSELL,     )
OTHER DEFENDANT AGENTS A-Z;  and       )
FICTITIOUS DEFENDANTS AA-ZZ,           )
                                       )
        DEFENDANTS.                    )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared ___James Payo___,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is ___James Payo___ and I am over the age of 19 and reside at

___1036 Toman Ave, Clarton, PA  15025___.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

___Robin Payo___            _____

_____   _____

                            ___James Payo___
                            ___James E Payer___
                            HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

                            ___Loretta Valvo___
                            NOTARY PUBLIC
                            My Commission Expires: _04-11-2004_

[SEAL]

NOTARIAL SEAL
LORETTA VALVO, Notary Public
City of Clairton, Allegheny County, PA
My Commission Expires April 11, 2004

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
 )
     PLAINTIFFS, )
 )
v. )     Civil Action No. 03-C- _388_
 )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER  SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
 )
     DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _James Perry, Sr._

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _James Perry Sr._ and I am over the age of 19 and reside at

_5 East River Street, Plymouth, PA 18651_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Irene Perry_ _____

_____ _____

_James Perry Sr._
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _20_ day of June, 2003.

_Donna M. Knauer_
NOTARY PUBLIC
My Commission Expires

NOTARIAL SEAL
DONNA M. KNAUER, Notary Public
Wyoming, Luzerne County, PA
My Commission Expires July 26, 2005

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,     )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,     )
RITA PULLEN, EXECUTRIX OF THE ESTATE   )
OF STEPHEN R. PULLEN, DECEASED, and    )
TORRES W. WILLIAMSON, AND OTHER        )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"    )
ATTACHED HERETO AND INCORPORATED       )
FULLY HEREIN,                          )
                                       )
      PLAINTIFFS,                       )
                                       )
v.                                     )     Civil Action No. 03-C-_393_
                                       )
WESTERN SOUTHERN LIFE INSURANCE        )
COMPANY, JOHN THABET,                  )
GEORGE CRUMP, ROGER SHINN,             )
TERRY SHIRLEY, HOWARD PARKER,          )
JAMES ELIAS AND THOMAS S. RUSSELL,     )
OTHER DEFENDANT AGENTS A-Z;  and       )
FICTITIOUS DEFENDANTS AA-ZZ,           )
                                       )
      DEFENDANTS.                       )

**AFFIDAVIT**

Before me, the undersigned, a Notary Public, personally appeared _Donald Porter_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Donald Porter_ and I am over the age of 19 and reside at

_1021 Howard St, Monongahela, PA 15063_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Karin Porter_

_____

_Donald Porter,_
_____
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _13_ day of June, 2003.

_Linda L. McCullough_
NOTARY PUBLIC
My Commission Expires: _5-24-04_

Notarial Seal
Linda L. McCullough, Notary Public
Monongahela, Washington County
My Commission Expires May 24, 2004

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,     )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG,     )
RITA PULLEN, EXECUTRIX OF THE ESTATE  )
OF STEPHEN R. PULLEN, DECEASED, and   )
TORRES W. WILLIAMSON, AND OTHER       )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED      )
FULLY HEREIN,                         )
                                      )
        PLAINTIFFS,                   )
                                      )
v.                                    )     Civil Action No. 03-C- 1949
                                      )
WESTERN SOUTHERN LIFE INSURANCE       )
COMPANY, JOHN THABET,                 )
GEORGE CRUMP, ROGER  SHINN,           )
TERRY SHIRLEY, HOWARD PARKER,         )
JAMES ELIAS AND THOMAS S. RUSSELL,    )
OTHER DEFENDANT AGENTS A-Z;  and      )
FICTITIOUS DEFENDANTS AA-ZZ,          )
                                      )
        DEFENDANTS.                   )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Aron D. Posey_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Aron D. Posey_ and I am over the age of 19 and reside at

_9049 Madison Ave, Jacksonville FL 32208_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Martha N. Posey_                              _____

_____                        _____

                                               _Aron D. Posey_
                                               _Aron D Posey_
                                               HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _18th_ day of June, 2003.

NOTARY PUBLIC

My Commission Expires:

MY COMMISSION # DD 136903
EXPIRES: November 25, 2006
Bonded Thru Budget Notary Services

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,　)
GARY L. COTTON, CHARLES M. HEIB, JR.,　)
MARY PAMELA HEIB, JAMES P. YOUNG,　)
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and　)
TORRES W. WILLIAMSON, AND OTHER　)
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"　)
ATTACHED HERETO AND INCORPORATED　)
FULLY HEREIN,　)
　)
　　　PLAINTIFFS,　)
　)
v.　)　　Civil Action No. 03-C- 1951
　)
WESTERN SOUTHERN LIFE INSURANCE　)
COMPANY, JOHN THABET,　)
GEORGE CRUMP, ROGER SHINN,　)
TERRY SHIRLEY, HOWARD PARKER,　)
JAMES ELIAS AND THOMAS S. RUSSELL,　)
OTHER DEFENDANT AGENTS A-Z; and　)
FICTITIOUS DEFENDANTS AA-ZZ,　)
　)
　　　DEFENDANTS.　)

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared Joseph Potter,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is Joseph Potter and I am over the age of 19 and reside at

37967 Hillside Lane, Dade City, Florida 33525.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

Pamela Potter

_____

Joseph Potter
Joseph Potter
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 19 day of June, 2003.

NOTARY PUBLIC
My Commission Expires: August 11, 2004

[SEAL]

LORI A. INGRAM
Notary Public, State of Florida
My comm. expires Aug. 11, 2004
No. CC359652

### IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
 )
     PLAINTIFFS, )
 )
v. )     Civil Action No. 03-C- 877
 )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
 )
     DEFENDANTS. )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared John Protos, Jr.

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is John Protos and I am over the age of 19 and reside at

71 E Burton Ave., Dayton, OH 45405

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

Olga Protos _____

_____     _____

               John Protos, Jr.
               John Protos Jr.
               HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 15 day of June, 2003.

               Annette Ryder
               NOTARY PUBLIC
               My Commission Expires:_____

[SEAL]

               ANNETTE RYDER, Notary Public
               In and for the State of Ohio
               My Commission Expires April 29, 2007

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,          )
GARY L. COTTON, CHARLES M. HEIB, JR.,      )
MARY PAMELA HEIB, JAMES P. YOUNG,          )
RITA PULLEN, EXECUTRIX OF THE ESTATE       )
OF STEPHEN R. PULLEN, DECEASED, and        )
TORRES W. WILLIAMSON, AND OTHER            )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"       )
ATTACHED HERETO AND INCORPORATED           )
FULLY HEREIN,                              )
                                           )
        PLAINTIFFS,                        )
                                           )
v.                                         )     Civil Action No. 03-C- 397
                                           )
WESTERN SOUTHERN LIFE INSURANCE            )
COMPANY, JOHN THABET,                      )
GEORGE CRUMP, ROGER SHINN,                 )
TERRY SHIRLEY, HOWARD PARKER,              )
JAMES ELIAS AND THOMAS S. RUSSELL,         )
OTHER DEFENDANT AGENTS A-Z;  and           )
FICTITIOUS DEFENDANTS AA-ZZ,               )
                                           )
        DEFENDANTS.                        )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Herbert Pyle_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Herbert Pyle_ and I am over the age of 19 and reside at

_10 McCabe Street, Hanover Township, PA 18706_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Caroline Pyle_

_____          _____

_____          _____

                                      _Herbert Pyle_
                                      _Herbert Pyle_
                                      HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _15_ day of June, 2003.

                                      _____
                                      NOTARY PUBLIC
                                      My Commission Expires

Notarial Seal
Elaine Carr, Notary Public
Hunlock Twp., Luzerne County
My Commission Expires July 23, 2006
Member, Pennsylvania Association Of Notaries

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,     )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,     )
RITA PULLEN, EXECUTRIX OF THE ESTATE  )
OF STEPHEN R. PULLEN, DECEASED, and   )
TORRES W. WILLIAMSON, AND OTHER       )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"   )
ATTACHED HERETO AND INCORPORATED      )
FULLY HEREIN,                          )
                                       )
          PLAINTIFFS,                  )
                                       )
v.                                     )     Civil Action No. 03-C-_878_
                                       )
WESTERN SOUTHERN LIFE INSURANCE        )
COMPANY, JOHN THABET,                  )
GEORGE CRUMP, ROGER SHINN,             )
TERRY SHIRLEY, HOWARD PARKER,          )
JAMES ELIAS AND THOMAS S. RUSSELL,     )
OTHER DEFENDANT AGENTS A-Z;  and       )
FICTITIOUS DEFENDANTS AA-ZZ,           )
                                       )
          DEFENDANTS.                  )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Jeffrey Queer_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Jeffrey Queer_ and I am over the age of 19 and reside at

_3060 Shaffer Rd, Atwater OH 44201_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Sandra Queer_                          _____

_____                 _____

                                         _Jeffrey Queer_
                                         _____
                                         HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 11th day of June, 2003.

                                         _____
                                         NOTARY PUBLIC
                                         My Commission Expires: _12/27/2007_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,  )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE  )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER  )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED  )
FULLY HEREIN,  )
)
     PLAINTIFFS,  )
)
v.  )    Civil Action No. 03-C- 399
)
WESTERN SOUTHERN LIFE INSURANCE  )
COMPANY, JOHN THABET,  )
GEORGE CRUMP, ROGER SHINN,  )
TERRY SHIRLEY, HOWARD PARKER,  )
JAMES ELIAS AND THOMAS S. RUSSELL,  )
OTHER DEFENDANT AGENTS A-Z;  and  )
FICTITIOUS DEFENDANTS AA-ZZ,  )
)
    DEFENDANTS.  )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared Mark Rasely,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is Mark Rasely and I am over the age of 19 and reside at

439 Great Belt Road, Butler, PA 16002

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

Deborah Rasely

_____

Mark Rasely

_mark a rasely_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 19th day of June, 2003.

_____
NOTARY PUBLIC
My Commission Expires: 3/6/04

[SEAL]

Notarial Seal
Darrin J. Nichter, Notary Public
Center Twp., Butler County
My Commission Expires Mar. 6, 2004

Member, Pennsylvania Association of Notaries

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,       )
GARY L. COTTON, CHARLES M. HEIB, JR.,   )
MARY PAMELA HEIB, JAMES P. YOUNG,       )
RITA PULLEN, EXECUTRIX OF THE ESTATE    )
OF STEPHEN R. PULLEN, DECEASED, and     )
TORRES W. WILLIAMSON, AND OTHER         )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"    )
ATTACHED HERETO AND INCORPORATED        )
FULLY HEREIN,                           )
                                        )
        PLAINTIFFS,                     )
                                        )
v.                                      )   Civil Action No. 03-C-885
                                        )
WESTERN SOUTHERN LIFE INSURANCE         )
COMPANY, JOHN THABET,                   )
GEORGE CRUMP, ROGER SHINN,              )
TERRY SHIRLEY, HOWARD PARKER,           )
JAMES ELIAS AND THOMAS S. RUSSELL,      )
OTHER DEFENDANT AGENTS A-Z; and         )
FICTITIOUS DEFENDANTS AA-ZZ,            )
                                        )
        DEFENDANTS.                     )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Kenneth R. Reed_.

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Kenneth R. Reed_ and I am over the age of 19 and reside at

~~145 Diana Lane North, Fairborn, OH 45324~~

ADDRESS CHANGE  20 VINE PL. MEDWAY OHIO 45341

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Sandra K. Reed_                    _____

_____            _____

                                    _Kenneth R. Reed_
                                    _____
                                    HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17th_ day of June, 2003.

                                    _Victoria L. Goldy_
                                    NOTARY PUBLIC
                                    My Commission Expires: _April 15, 2007_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )    Civil Action No. 03-C- 1723
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
     DEFENDANTS. )

### AFFIDAVIT

    Before me, the undersigned, a Notary Public, personally appeared _Nelson Renfro_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

    My name is _Nelson Renfro_ and I am over the age of 19 and reside at

_24100 Stipps Hill Road, Laurel IN 47024_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Cynthia Renfro_      _____

_____      _____

                    _Nelson Renfro_
                    _Nelson Renfro_
                    HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17_ day of June, 2003.

                    _William C. Meyers_
                    NOTARY PUBLIC
                    My Commission Expires: _____

[SEAL]

                    WILLIAM C. MEYERS
                    Notary Public, State of Indiana
                    County of Franklin
                    My Commission Expires Jun 5, 2006

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,   )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,   )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER    )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"   )
ATTACHED HERETO AND INCORPORATED  )
FULLY HEREIN,   )
   )
     PLAINTIFFS,   )
   )
v.   )  Civil Action No. 03-C-897
   )
WESTERN SOUTHERN LIFE INSURANCE   )
COMPANY, JOHN THABET,   )
GEORGE CRUMP, ROGER SHINN,   )
TERRY SHIRLEY, HOWARD PARKER,   )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and  )
FICTITIOUS DEFENDANTS AA-ZZ,   )
   )
     DEFENDANTS.   )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Glenn Robinson_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Glenn Robinson_ and I am over the age of 19 and reside at

_1103 Grissom Ave, New Carlisle OH  45344_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_June R. Robinson_           _____

_____           _____

                      _Glenn Robinson_
                      _Glenn Robinson_
                      HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 17th day of June, 2003.

                      _Judith K Dodson_
                      NOTARY PUBLIC
My Commission Expires:      JUDITH K. DODSON, Notary Public
                      In and for the State of Ohio
                      My Commission Expires Feb. 6, 2008

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,    )
GARY L. COTTON, CHARLES M. HEIB, JR.,    )
MARY PAMELA HEIB, JAMES P. YOUNG,    )
RITA PULLEN, EXECUTRIX OF THE ESTATE    )
OF STEPHEN R. PULLEN, DECEASED, and    )
TORRES W. WILLIAMSON, AND OTHER    )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"    )
ATTACHED HERETO AND INCORPORATED    )
FULLY HEREIN,    )
    )
      PLAINTIFFS,    )
    )
v.    )    Civil Action No. 03-C- 902
    )
WESTERN SOUTHERN LIFE INSURANCE    )
COMPANY, JOHN THABET,    )
GEORGE CRUMP, ROGER  SHINN,    )
TERRY SHIRLEY, HOWARD PARKER,    )
JAMES ELIAS AND THOMAS S. RUSSELL,    )
OTHER DEFENDANT AGENTS A-Z;  and    )
FICTITIOUS DEFENDANTS AA-ZZ,    )
    )
      DEFENDANTS.    )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Rufus Rogers_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Rufus Rogers_ and I am over the age of 19 and reside at

_5137 Upper River Road, Miamisburg, Ohio 45342_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Dolores Rogers_    _____

_____    _____

_Rufus Rogers_
_Rufus Rogers_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16th_ day of June, 2003.

_Debra S. Sisler_
NOTARY PUBLIC
My Commission Expires:_____

[SEAL]

DEBRA S. SISLER, NOTARY PUBLIC
In and For The State of Ohio
My Commission Expires August 29, 2005

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,   )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER  )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN,  )
  )
     PLAINTIFFS,  )
  )
v.  )  Civil Action No. 03-C-906
  )
WESTERN SOUTHERN LIFE INSURANCE  )
COMPANY, JOHN THABET,  )
GEORGE CRUMP, ROGER SHINN,  )
TERRY SHIRLEY, HOWARD PARKER,  )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and  )
FICTITIOUS DEFENDANTS AA-ZZ,  )
  )
     DEFENDANTS.  )

**AFFIDAVIT**

Before me, the undersigned, a Notary Public, personally appeared _Joseph Rose_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Joseph Rose_ and I am over the age of 19 and reside at

_1276 Tonawanda Ave, Akron OH 44305_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Crystal Rose_

_Joseph Rose_
_Joseph F Rose_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17_ day of June, 2003.

_Mary L Frye_
NOTARY PUBLIC
My Commission Expires: _Jan 5, 2007_

[SEAL]

Mary L. Frye - Notary Public
Residence - Summit County
Statewide Jurisdiction
My Commission expires Jan. 5, 2007

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
 )
  PLAINTIFFS, )
 )
v. ) Civil Action No. 03-C-_____
 )
WESTERN SOUTHERN LIFE INSURANCE ) *Luther and Nancy 913*
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER  SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
 )
  DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Luther Rowe_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Luther Rowe_ and I am over the age of 19 and reside at

_42 Rvt Rd 615 Twp Rd 205, Proctorville, Ohio 45669_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Nancy Rowe_

_Nancy L. Rowe_

         _Luther Rowe_

         _Luther Rowe_
         HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

          _Terri D. Kirk_
          NOTARY PUBLIC
          My Commission Expires: _Dec 6, 2004_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,       )
GARY L. COTTON, CHARLES M. HEIB, JR.,   )
MARY PAMELA HEIB, JAMES P. YOUNG,       )
RITA PULLEN, EXECUTRIX OF THE ESTATE    )
OF STEPHEN R. PULLEN, DECEASED, and     )
TORRES W. WILLIAMSON, AND OTHER         )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"    )
ATTACHED HERETO AND INCORPORATED        )
FULLY HEREIN,                           )
                                        )
        PLAINTIFFS,                     )
                                        )
v.                                      )     Civil Action No. 03-C- 408
                                        )
WESTERN SOUTHERN LIFE INSURANCE         )
COMPANY, JOHN THABET,                   )
GEORGE CRUMP, ROGER SHINN,              )
TERRY SHIRLEY, HOWARD PARKER,           )
JAMES ELIAS AND THOMAS S. RUSSELL,      )
OTHER DEFENDANT AGENTS A-Z; and         )
FICTITIOUS DEFENDANTS AA-ZZ,            )
                                        )
        DEFENDANTS.                     )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Michael R. Russo, Jr._

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Michael R. Russo, Jr._ and I am over the age of 19 and reside at

_814 Rose Stop Rd, New Castle PA 16101_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Jewel Russo_                    _____

_____      _____

                                 _Michael R. Russo, Jr._
                                 _Michael R. Russo Jr_
                                 HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _18_ day of June, 2003.

                                 _____
                                 NOTARY PUBLIC
                                 My Commission Expires: _2/23/04_

[SEAL]

Notarial Seal
Mark A. Russo, Notary Public
New Castle, Lawrence County
My Commission Expires Feb. 23, 2004
Member, Pennsylvania Association of Notaries

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )    Civil Action No. 03-C-_____
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
    DEFENDANTS. )

*August J. Sansone Jr*
*and August S. Sansone Sr*
*1831*

*S. millsap 1811*

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _August S. Sansone, Sr_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _August S. Sansone, Sr_ and I am over the age of 19 and reside at

_3 Oak Forest, Godfrey IL 62035_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Sherrie L. Millsap_

_August J. Sansone, Jr._

_____

_____

_August S. Sansone, Sr_
_August J. Sansone Jr_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17TH_ day of June, 2003.

_Cindy Ann Long_
NOTARY PUBLIC
My Commission Expires: _4-7-04_

[SEAL]

OFFICIAL SEAL
CINDY ANN LONG
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/07/04

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,　）
GARY L. COTTON, CHARLES M. HEIB, JR.,　）
MARY PAMELA HEIB, JAMES P. YOUNG,　）
RITA PULLEN, EXECUTRIX OF THE ESTATE　）
OF STEPHEN R. PULLEN, DECEASED, and　）
TORRES W. WILLIAMSON, AND OTHER　）
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"　）
ATTACHED HERETO AND INCORPORATED　）
FULLY HEREIN,　）
　）
　　　　PLAINTIFFS,　）
　）
v.　）　　Civil Action No. 03-C- 412
　）
WESTERN SOUTHERN LIFE INSURANCE　）
COMPANY, JOHN THABET,　）
GEORGE CRUMP, ROGER SHINN,　）
TERRY SHIRLEY, HOWARD PARKER,　）
JAMES ELIAS AND THOMAS S. RUSSELL,　）
OTHER DEFENDANT AGENTS A-Z;  and　）
FICTITIOUS DEFENDANTS AA-ZZ,　）
　）
　　　　DEFENDANTS.　）

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Timothy P. Schirra_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Timothy P. Schirra_ and I am over the age of 19 and reside at

_84 Russellton- Dorseyville , Cheswick, PA 15024_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Regina Schirra_　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

＿＿＿＿＿＿＿＿＿＿＿＿＿＿　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

_Timothy P. Schirra_
_(signature)_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17th_ day of June, 2003.

_(signature)_
NOTARY PUBLIC
My Commission Expires: ＿＿＿＿＿＿＿＿＿

[SEAL]

Notarial Seal
Paul A. Truschel, Jr., Notary Public
Blawnox Boro, Allegheny County
My Commission Expires Mar. 24, 2007
Member, Pennsylvania Association Of Notaries

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )     Civil Action No. 03-C- 416
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
     DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Thomas P. Sciubba, Sr._

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Thomas P. Sciubba, Sr._ and I am over the age of 19 and reside at
_1739 Chessland St, Pittsburg, PA 15205_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Nicholas Sciubba_     _____

_Edna Sciubba_     _____

     _Thomas P. Sciubba, Sr._
     _Thomas P Sciubba_
     HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

     _Lisa A Moretti_
     NOTARY PUBLIC
     My Commission Expires: _11.5.05_

Notarial Seal
Lisa A. Moretti, Notary Public
Carnegie Boro, Allegheny County
My Commission Expires Nov. 5, 2005
Member, Pennsylvania Association of Notaries

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,       )
GARY L. COTTON, CHARLES M. HEIB, JR.,   )
MARY PAMELA HEIB, JAMES P. YOUNG,       )
RITA PULLEN, EXECUTRIX OF THE ESTATE    )
OF STEPHEN R. PULLEN, DECEASED, and     )
TORRES W. WILLIAMSON, AND OTHER         )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"    )
ATTACHED HERETO AND INCORPORATED        )
FULLY HEREIN,                           )
                                        )
        PLAINTIFFS,                     )
                                        )
v.                                      )     Civil Action No. 03-C- 418
                                        )
WESTERN SOUTHERN LIFE INSURANCE         )
COMPANY, JOHN THABET,                   )
GEORGE CRUMP, ROGER SHINN,              )
TERRY SHIRLEY, HOWARD PARKER,           )
JAMES ELIAS AND THOMAS S. RUSSELL,      )
OTHER DEFENDANT AGENTS A-Z;  and        )
FICTITIOUS DEFENDANTS AA-ZZ,            )
                                        )
        DEFENDANTS.                     )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared Joseph Shanahen, Sr.

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is Joseph Shanahen and I am over the age of 19 and reside at

69 Jay Street, Wilkes Barre, PA 18705

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

Maryanna Shanahen

_____

Joseph Shanahen, Sr.

Joseph Shanahen Sr.
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 17th day of June, 2003.

Donna J. Panatieri
NOTARY PUBLIC
My Commission Expires: 5/22/03

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Donna J. Panatieri, Notary Public
Plains Twp., Luzerne County
My Commission Expires May 22, 2007
Member, Pennsylvania Association Of Notaries

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,  )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE  )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER  )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED  )
FULLY HEREIN,  )
                    )
       PLAINTIFFS,  )
                    )
v.  )     Civil Action No. 03-C-_419
                    )
WESTERN SOUTHERN LIFE INSURANCE  )
COMPANY, JOHN THABET,  )
GEORGE CRUMP, ROGER SHINN,  )
TERRY SHIRLEY, HOWARD PARKER,  )
JAMES ELIAS AND THOMAS S. RUSSELL,  )
OTHER DEFENDANT AGENTS A-Z;  and  )
FICTITIOUS DEFENDANTS AA-ZZ,  )
                    )
       DEFENDANTS.  )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared *Charles Sheridan,*

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is *Charles Sheridan* and I am over the age of 19 and reside at

*403 Hickory Street, Peckville, PA 18452* .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

*Deborah Lee Sheriden*

_____

_____

*Charles Sheriden*
_____
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _13TH_ day of June, 2003.

_____
NOTARY PUBLIC
My Commission Expires:

OFFICIAL SEAL
ROBERT A. ROSS, Notary Public
Blakely Boro., Lackawanna County
My Commission Expires December 17, 2005

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,           )
GARY L. COTTON, CHARLES M. HEIB, JR.,       )
MARY PAMELA HEIB, JAMES P. YOUNG,           )
RITA PULLEN, EXECUTRIX OF THE ESTATE        )
OF STEPHEN R. PULLEN, DECEASED, and         )
TORRES W. WILLIAMSON, AND OTHER             )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"        )
ATTACHED HERETO AND INCORPORATED            )
FULLY HEREIN,                               )
                                            )
        PLAINTIFFS,                         )
                                            )
v.                                          )     Civil Action No. 03-C- 1610
                                            )
WESTERN SOUTHERN LIFE INSURANCE             )
COMPANY, JOHN THABET,                       )
GEORGE CRUMP, ROGER SHINN,                  )
TERRY SHIRLEY, HOWARD PARKER,               )
JAMES ELIAS AND THOMAS S. RUSSELL,          )
OTHER DEFENDANT AGENTS A-Z;  and            )
FICTITIOUS DEFENDANTS AA-ZZ,                )
                                            )
        DEFENDANTS.                         )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Lora Shivers_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Lora Shivers_ and I am over the age of 19 and reside at

_2821 W Jefferson, Louisville KY 40212_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Tina L. Shivers_                          _____

_____                _____

                              _Lora Shivers_
                              _Lora M Shivers_
                              HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 16th day of June, 2003.

                              _Angel C Sullivan_
                              NOTARY PUBLIC
                              My Commission Expires: 12-2-06

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,  )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE  )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER  )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED  )
FULLY HEREIN,  )
       )
     PLAINTIFFS,  )
       )
v.  )     Civil Action No. 03-C-_948_
       )
WESTERN SOUTHERN LIFE INSURANCE  )
COMPANY, JOHN THABET,  )
GEORGE CRUMP, ROGER SHINN,  )
TERRY SHIRLEY, HOWARD PARKER,  )
JAMES ELIAS AND THOMAS S. RUSSELL,  )
OTHER DEFENDANT AGENTS A-Z; and  )
FICTITIOUS DEFENDANTS AA-ZZ,  )
       )
     DEFENDANTS.  )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Wayne Siefert_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Wayne Siefert_ and I am over the age of 19 and reside at

_2354 Harker Waits Rd, Mt. Orab OH 45154_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Jeff Siefert_

_Sandy Siefert_

_____

_____

_Wayne Siefert_

_Wayne Siefert_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17_ day of June, 2003.

_Edward B Highfield Jr_
NOTARY PUBLIC
My Commission Expires: _01-16-2007_

[SEAL]

Edward B. Highfield, Jr.
Notary Public, State of Ohio
My Commission Expires
01-16-2007

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )

     PLAINTIFFS, )

v. )

                             )     Civil Action No. 03-C- 424

WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )

     DEFENDANTS. )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Ralph Sinnamond, Sr._

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Ralph Sinnamond, Sr_ and I am over the age of 19 and reside at

_961 Lillian Road, Leechburg PA 15656_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Ralph Sinnamond, Jr_
_Phyllis Sinnamond_

                                 _Ralph Sinnamond, Sr._
                                 HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17_ day of June, 2003.

                                 NOTARY PUBLIC
                                 My Commission Expires: _DISTRICT JUSTICE_
                                 _2004_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,      )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,      )
RITA PULLEN, EXECUTRIX OF THE ESTATE   )
OF STEPHEN R. PULLEN, DECEASED, and    )
TORRES W. WILLIAMSON, AND OTHER        )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"   )
ATTACHED HERETO AND INCORPORATED       )
FULLY HEREIN,                          )
                                       )
        PLAINTIFFS,                    )
                                       )
v.                                     )        Civil Action No. 03-C- _953_
                                       )
WESTERN SOUTHERN LIFE INSURANCE        )
COMPANY, JOHN THABET,                  )
GEORGE CRUMP, ROGER SHINN,             )
TERRY SHIRLEY, HOWARD PARKER,          )
JAMES ELIAS AND THOMAS S. RUSSELL,     )
OTHER DEFENDANT AGENTS A-Z; and        )
FICTITIOUS DEFENDANTS AA-ZZ,           )
                                       )
        DEFENDANTS.                    )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Gerald Sizemore_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Gerald Sizemore_ and I am over the age of 19 and reside at

_7640 4 Mile State Line Rd, Eaton, OH 45320_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Linda Sizemore_                    _____

_____            _____

                                    _Gerald Sizemore_
                                    _Gerald Sizemore_
                                    HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _15th_ day of June, 2003.

_____ _Nee Nauorth_
NOTARY PUBLIC
My Commission Expires: _03-31-05_

[SEAL]

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,         )
GARY L. COTTON, CHARLES M. HEIB, JR.,     )
MARY PAMELA HEIB, JAMES P. YOUNG,         )
RITA PULLEN, EXECUTRIX OF THE ESTATE      )
OF STEPHEN R. PULLEN, DECEASED, and       )
TORRES W. WILLIAMSON, AND OTHER           )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"      )
ATTACHED HERETO AND INCORPORATED          )
FULLY HEREIN,                             )
                                          )
      PLAINTIFFS,                      )
                                          )
v.                                        )        Civil Action No. 03-C- 955
                                          )
WESTERN SOUTHERN LIFE INSURANCE           )
COMPANY, JOHN THABET,                     )
GEORGE CRUMP, ROGER SHINN,                )
TERRY SHIRLEY, HOWARD PARKER,             )
JAMES ELIAS AND THOMAS S. RUSSELL,        )
OTHER DEFENDANT AGENTS A-Z;  and          )
FICTITIOUS DEFENDANTS AA-ZZ,              )
                                          )
      DEFENDANTS.                      )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Gary L. Slattman,_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Gary L. Slattman_ and I am over the age of 19 and reside at

_2310 Rd 18 B ; Continental, OH 45831_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Judith Slattman_

_____        _____

_____        _____

                            _Gary L. Slattman_
                            _Gary Slattman_
                            HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _18th_ day of June, 2003.

                           _Connie L. Smith_
                      NOTARY PUBLIC    -  Connie K. Smith
                      My Commission Expires:_2-12-05_

[SEAL]

# IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )    Civil Action No. 03-C-95.6
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
     DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Lee I. Slife_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Lee I. Slife_ and I am over the age of 19 and reside at

_113 Ada Ave Celina OH 45822_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Doris N. Slife_      _____

_____      _____

_Lee I. Slife_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17_ day of June, 2003.

NOTARY PUBLIC _Mercer Co Ohio_
My Commission Expires: _Dec. 22, 2004_

[SEAL]

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,   )
GARY L. COTTON, CHARLES M. HEIB, JR.,   )
MARY PAMELA HEIB, JAMES P. YOUNG,   )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and   )
TORRES W. WILLIAMSON, AND OTHER   )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"   )
ATTACHED HERETO AND INCORPORATED  )
FULLY HEREIN,   )
                               )
        PLAINTIFFS,   )
                               )
v.                               )        Civil Action No. 03-C- 1616
                               )
WESTERN SOUTHERN LIFE INSURANCE  )
COMPANY, JOHN THABET,   )
GEORGE CRUMP, ROGER  SHINN,   )
TERRY SHIRLEY, HOWARD PARKER,   )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and   )
FICTITIOUS DEFENDANTS AA-ZZ,   )
                               )
        DEFENDANTS.   )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Thomas Sloan_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Thomas Sloan_ and I am over the age of 19 and reside at

_1720 Glen Eagles Dr, Lexington KY 40505_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Cynthia Sloan_

_Thomas Sloan_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _13_ day of June, 2003.

_Riki Simpson_
NOTARY PUBLIC
My Commission Expires: _04/21/07_

[SEAL]

### IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )     Civil Action No. 03-C-1619
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
     DEFENDANTS. )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Robert Slusher_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Robert Slusher_ and I am over the age of 19 and reside at

_2525 Main St, Ashland, KY 41102_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Bernadette Slusher_

 

_Robert Slusher_
_Robert Slusher_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17th_ day of June, 2003.

_Betty Crowe_
NOTARY PUBLIC
My Commission Expires: _6-10-04_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )    Civil Action No. 03-C-_____
)
WESTERN SOUTHERN LIFE INSURANCE )  R. Slusher - 1962
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )  L; N Hodges - 1908
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
    DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Robert G. Slusher Jr._

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Robert G. Slusher, Jr._ and I am over the age of 19 and reside at

_95 Santa Monica Ave, Royal Palm Beach FL 33411_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Laura L. Hodges_

_Norman D. Hodges_

 

_Robert G. Slusher, Jr._
_Robert G. Slusher Jr_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

_Joseph L Gall_
NOTARY PUBLIC
My Commission Expires: _6-5-05_

NOTARY PUBLIC
STATE OF FLORIDA
JOSEPH L. GALL, JR.
MY COMMISSION # DD 031390
EXPIRES: June 5, 2005
1-800-3-NOTARY  FL Notary Service & Bonding, Inc.

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,  )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE  )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER  )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED  )
FULLY HEREIN,  )
                 )
       PLAINTIFFS,  )
         )
v.  )      Civil Action No. 03-C-**960**
         )
WESTERN SOUTHERN LIFE INSURANCE  )
COMPANY, JOHN THABET,  )
GEORGE CRUMP, ROGER  SHINN,  )
TERRY SHIRLEY, HOWARD PARKER,  )
JAMES ELIAS AND THOMAS S. RUSSELL,  )
OTHER DEFENDANT AGENTS A-Z;  and  )
FICTITIOUS DEFENDANTS AA-ZZ,  )
          )
       DEFENDANTS.  )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Gary R Smith_ ,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Gary R Smith_ and I am over the age of 19 and reside at

_671 Woodvalley Lane, Cincinnati, OH  45238_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Rosa R. Smith_

_Gary R Smith_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _19th_ day of June, 2003.

_Cheryl L. Taphorn_
NOTARY PUBLIC
My Commission Expires: _7/1/07_

[SEAL]

# IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )    Civil Action No. 03-C- 173
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER  SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
    DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared Gordon Smith,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is Gordon Smith and I am over the age of 19 and reside at

772 S 775 East, Lafayette, IN. 47905

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

Ruth Smith

Gordon Smith
Gordon Smith
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 17 day of June, 2003.

MARY E. AGLEY
Tippecanoe County
My Commission Expires
October 21, 2010

Mary E. Agley
NOTARY PUBLIC
My Commission Expires: 10/21/2010

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,       )
GARY L. COTTON, CHARLES M. HEIB, JR.,   )
MARY PAMELA HEIB, JAMES P. YOUNG,       )
RITA PULLEN, EXECUTRIX OF THE ESTATE    )
OF STEPHEN R. PULLEN, DECEASED, and     )
TORRES W. WILLIAMSON, AND OTHER         )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"    )
ATTACHED HERETO AND INCORPORATED        )
FULLY HEREIN,                           )
                                        )
        PLAINTIFFS,                     )
                                        )
v.                                      )    Civil Action No. 03-C- 428
                                        )
WESTERN SOUTHERN LIFE INSURANCE         )
COMPANY, JOHN THABET,                   )
GEORGE CRUMP, ROGER SHINN,              )
TERRY SHIRLEY, HOWARD PARKER,           )
JAMES ELIAS AND THOMAS S. RUSSELL,      )
OTHER DEFENDANT AGENTS A-Z;  and        )
FICTITIOUS DEFENDANTS AA-ZZ,            )
                                        )
        DEFENDANTS.                     )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Thomas R. Smith_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Thomas R. Smith_ and I am over the age of 19 and reside at

_148 Gilmore Drive, Pittsburgh, PA 15235_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Jeanne Smith_                          _Jeanne Smith_
_June Smith_                            _June Smith_

                                        _Thomas R. Smith_

                                        _____
                                        HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _19th_ day of June, 2003.

                                        _Patricia A. McC_
                                        NOTARY PUBLIC
                                        My Commission Expires:_____

[SEAL]

Notarial Seal
Patricia A. McClean, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires May 27, 2006
Member, Pennsylvania Association Of Notaries

June 19, 2003

To Whom It May Concern:

The attached notarized Affidavit of Thomas R. Smith has been signed by Mr. Smith with an "X."  Mr. Smith is unable to write due to a handicap caused by a stroke.

Should you have any questions, please contact Mr. Smith's spouse, June Smith at 148 Gilmore Drive, Pittsburgh, PA 15235.


_____
NOTARY PUBLIC

My Commission Expires:  _____


Notarial Seal
Patricia A. McClean, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires May 27, 2006
Member, Pennsylvania Association Of Notaries