## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
                                    )
      PLAINTIFFS, )
                                      )
v. )      Civil Action No. 03-C-_1622_
                                      )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
                                      )
      DEFENDANTS. )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared Frank T. Soeder,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is Frank T. Soeder and I am over the age of 19 and reside at

7109 McKenna Court, Louisville, KY 40291

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

Brenda Soeder

 

 

Frank T. Soeder

Frank T. Soeder

HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 16th day of June, 2003.

Melanie A Wheat

NOTARY PUBLIC

My Commission Expires: 10-30-2004

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )    Civil Action No. 03-C- 1965
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
     DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Wayne. B. Soden_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Wayne. B. Soden_ and I am over the age of 19 and reside at

_1390 7th Ave Deland, FL 32724_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Yvette. L. Soden_        _____

_____        _____

                         _Wayne B. Soden_
                         _Way B Soden_
                         HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _19th_ day of June, 2003.

```
ANGELA D. WALTERS
Notary Public, State of Florida
My comm. expires May 06, 2006
No. DD 115029
Bonded thru Ashton Agency, Inc. (800)451-4854
```

_Angela D. Walters_
NOTARY PUBLIC
My Commission Expires: _May 6, 2006_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,       )
GARY L. COTTON, CHARLES M. HEIB, JR.,    )
MARY PAMELA HEIB, JAMES P. YOUNG,        )
RITA PULLEN, EXECUTRIX OF THE ESTATE     )
OF STEPHEN R. PULLEN, DECEASED, and      )
TORRES W. WILLIAMSON, AND OTHER          )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"      )
ATTACHED HERETO AND INCORPORATED         )
FULLY HEREIN,                            )
                                         )
    PLAINTIFFS,               )
                                         )
v.                                       )        Civil Action No. 03-C-1239
                                         )
WESTERN SOUTHERN LIFE INSURANCE          )
COMPANY, JOHN THABET,                    )
GEORGE CRUMP, ROGER SHINN,               )
TERRY SHIRLEY, HOWARD PARKER,            )
JAMES ELIAS AND THOMAS S. RUSSELL,       )
OTHER DEFENDANT AGENTS A-Z; and          )
FICTITIOUS DEFENDANTS AA-ZZ,             )
                                         )
    DEFENDANTS.               )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Donald G. Starkey_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Donald G. Starkey_ and I am over the age of 19 and reside at

_2655 North Pierce St, Springfield MO 65803_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Wanda S. Starkey_

_Wanda S. Starkey_

_____

_____

_Donald G. Starkey_

_Donald G. Starkey_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _18th_ day of June, 2003.

_Joshua Dolen_
NOTARY PUBLIC
My Commission Expires: _1/29/05_

JOSHUA DOLEN
Notary Public – Notary Seal
STATE OF MISSOURI
Greene County
My Commission Expires: Jan. 29, 2005
[SEAL]

### IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )     Civil Action No. 03-C- 1628
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
     DEFENDANTS. )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Gracelynn Steele_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Gracelynn Steele_ and I am over the age of 19 and reside at

_9904 Phoenix Trail, Louisville KY 40223_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_____     _____

_____     _____

                            _Gracelynn Steele_

                            _Gracelynn J. Steele_

                            HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16th_ day of June, 2003.

                            _Ann Carlarne_

      **Ann Carlarne**           NOTARY PUBLIC
      **Notary Public, State at Large, KY**    My Commission Expires: _3-14-06_
      My commission expires **March 14, 2006**

[SEAL]

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
        )
       PLAINTIFFS, )
        )
v. )   Civil Action No. 03-C- 973
        )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
        )
       DEFENDANTS. )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Kenneth Stewart_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Kenneth Stewart_ and I am over the age of 19 and reside at

_1425 Seminole Ave, Springfield OH 45506_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Tanya Stewart_

_____      _____

_____      _Kenneth Stewart_
                                      HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17_ day of June, 2003.

                                   NOTARY PUBLIC
                                   My Commission Expires: _07-30-06_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,          )
GARY L. COTTON, CHARLES M. HEIB, JR.,      )
MARY PAMELA HEIB, JAMES P. YOUNG,          )
RITA PULLEN, EXECUTRIX OF THE ESTATE       )
OF STEPHEN R. PULLEN, DECEASED, and        )
TORRES W. WILLIAMSON, AND OTHER            )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"       )
ATTACHED HERETO AND INCORPORATED           )
FULLY HEREIN,                              )
                                           )
        PLAINTIFFS,                        )
                                           )
v.                                         )       Civil Action No. 03-C- 1738
                                           )
WESTERN SOUTHERN LIFE INSURANCE            )
COMPANY, JOHN THABET,                      )
GEORGE CRUMP, ROGER  SHINN,                )
TERRY SHIRLEY, HOWARD PARKER,              )
JAMES ELIAS AND THOMAS S. RUSSELL,         )
OTHER DEFENDANT AGENTS A-Z;  and           )
FICTITIOUS DEFENDANTS AA-ZZ,               )
                                           )
        DEFENDANTS.                        )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Edward Stumler_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Edward Stumler_ and I am over the age of 19 and reside at

_327 Central Avenue, Seymour, Indiana 47274_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Sherry Stumler_ _____

_____ _____

_Edward Stumler_
_Edward J Stumler_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 14Th day of June, 2003.

_Jan M. Cart_
NOTARY PUBLIC   JAN M. CARTER
My Commission Expires: _10-07-06_

[SEAL]

Case 3:03-cv-00833   Document 1-9   Filed 07/29/03   Page 7 of 28 PageID #: 396

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

| | |
|---|---|
| NINA J. DOWLES, MICHAEL B. BROWN, GARY L. COTTON, CHARLES M. HEID, JR., MARY PAMELA HEIB, JAMES P. YOUNG, RITA PULLEN, EXECUTRIX OF THE ESTATE OF STEPHEN R. PULLEN, DECEASED, and TORRES W. WILLIAMSON, AND OTHER PLAINTIFFS IDENTIFIED IN EXHIBIT "A" ATTACHED HERETO AND INCORPORATED FULLY HEREIN, <br><br> PLAINTIFFS, <br><br> v. <br><br> WESTERN SOUTHERN LIFE INSURANCE COMPANY, JOHN THABET, GEORGE CRUMP, ROGER SHINN, TERRY SHIRLEY, HOWARD PARKER, JAMES ELIAS AND THOMAS S. RUSSELL, OTHER DEFENDANT AGENTS A-Z; and FICTITIOUS DEFENDANTS AA-ZZ, <br><br> DEFENDANTS. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 03-C- 436 ) ) ) ) ) ) ) ) ) ) ) |

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared *Charles Swerger*

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is *Charles S. Swerger* and I am over the age of 19 and reside at

*5012 Barnes Ave., Bethel Park, PA 15102*

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s) reside in the same household:

*Mollie Swerger*

*Donald M. Swerger*

*Charles Swerger*

*Charles Swerger*

HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the *12th* day of June, 2003.

*Sondra Jane Hallam*

NOTARY PUBLIC

My Commission Expires: _____

[SEAL]

Notarial Seal
Sondra Jane Hallam, Notary Public
Bethel Park Boro, Allegheny County
My Commission Expires Mar. 20, 2004
Member, Pennsylvania Association of Notaries

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
 )
  PLAINTIFFS, )
 )
v. ) Civil Action No. 03-C-____
 )
 ) R and Abigail Szuminsky - 439
WESTERN SOUTHERN LIFE INSURANCE ) Austin not in computer
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS and THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
 )
  DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Robert Szuminsky_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Robert Szuminsky_ and I am over the age of 19 and reside at

_6209 Willow Street, Finleyville, PA 15332_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Abigail Szuminsky_     _Owen Szuminsky_
_Austin Szuminsky_

         _Robert Szuminsky_
         _Robert M. Szuminsky_
         HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17_ day of June, 2003.

         _Vicki Shields_
         NOTARY PUBLIC
         My Commission Expires: _Oct 31, 2005_

[SEAL]

Notarial Seal
Vicki J. Shields, Notary Public
City Of Washington, Washington County
My Commission Expires Oct. 31, 2005
Member, Pennsylvania Association Of Notaries

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
  )
     PLAINTIFFS, )
  )
v. )    Civil Action No. 03-C-1372
  )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER  SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
  )
     DEFENDANTS. )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared *Vincent Tessitore, Sr.*

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is *Vincent Tessitore, Sr* and I am over the age of 19 and reside at

*2801 Elizabeth St, Marrero, LA 70072*                    .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

*Eilene Tessitore*                    _____

_____    _____

                                   *Vincent Tessitore, Sr.*
                                   *Vincent Tessitore Sr.*
                                   HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the *18* day of June, 2003.

                                   
NOTARY PUBLIC
My Commission Expires: _____

[SEAL]

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,  )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE  )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER  )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED  )
FULLY HEREIN,  )
                   )
       PLAINTIFFS,  )
                   )
v.  )     Civil Action No. 03-C- _211_
                   )
WESTERN SOUTHERN LIFE INSURANCE  )
COMPANY, JOHN THABET,  )
GEORGE CRUMP, ROGER SHINN,  )
TERRY SHIRLEY, HOWARD PARKER,  )
JAMES ELIAS AND THOMAS S. RUSSELL,  )
OTHER DEFENDANT AGENTS A-Z;  and  )
FICTITIOUS DEFENDANTS AA-ZZ,  )
                   )
       DEFENDANTS.  )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Joseph Thomas_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Joseph Thomas_ and I am over the age of 19 and reside at

_126 Kennedy Ave, Follansbee, WV 26037_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Lynne Thomas_         _____

_____         _____

                                _Joseph Thomas_
                                HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _20th_ day of June, 2003.

_Pamela S Merritt_
NOTARY PUBLIC
My Commission Expires: _July 26, 2009_

[SEAL]

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
PAMELA S. MERRITT
Wheeling - Nisshin, Inc.
Penn & Main Streets
Follansbee, West Virginia 26037
My Commission Expires July 26, 2009

### IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,            )
GARY L. COTTON, CHARLES M. HEIB, JR.,        )
MARY PAMELA HEIB, JAMES P. YOUNG,            )
RITA PULLEN, EXECUTRIX OF THE ESTATE         )
OF STEPHEN R. PULLEN, DECEASED, and          )
TORRES W. WILLIAMSON, AND OTHER              )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"         )
ATTACHED HERETO AND INCORPORATED             )
FULLY HEREIN,                                )
                                             )
      PLAINTIFFS,                        )
                                             )
v.                                           )    Civil Action No. 03-C-_____
                                             )
WESTERN SOUTHERN LIFE INSURANCE              )    *T. Triplett -1645*
COMPANY, JOHN THABET,                        )
GEORGE CRUMP, ROGER SHINN,                   )    *B. Miles - 1564*
TERRY SHIRLEY, HOWARD PARKER,                )
JAMES ELIAS AND THOMAS S. RUSSELL,           )
OTHER DEFENDANT AGENTS A-Z;  and             )
FICTITIOUS DEFENDANTS AA-ZZ,                 )
                                             )
      DEFENDANTS.                        )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared *Troy L. Triplett*,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is *Troy L. Triplett*  and I am over the age of 19 and reside at

*P.O. Box 442  Greenup, KY 41144*

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

*Bonnie Miles*  _____

_____  _____

                        *Troy L. Triplett*
                        *Troy L. Triplett*
                        HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the *17* day of June, 2003.

                    *Margaret Poplin*
                    NOTARY PUBLIC
                    My Commission Expires: *Sept 26 - 2004*

[SEAL]

### IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,　　)
GARY L. COTTON, CHARLES M. HEIB, JR.,　)
MARY PAMELA HEIB, JAMES P. YOUNG,　　)
RITA PULLEN, EXECUTRIX OF THE ESTATE　)
OF STEPHEN R. PULLEN, DECEASED, and　)
TORRES W. WILLIAMSON, AND OTHER　　)
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"　)
ATTACHED HERETO AND INCORPORATED　)
FULLY HEREIN,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　PLAINTIFFS,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)　　Civil Action No. 03-C- 445
v.　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
WESTERN SOUTHERN LIFE INSURANCE　　)
COMPANY, JOHN THABET,　　　　　　　　)
GEORGE CRUMP, ROGER SHINN,　　　　　)
TERRY SHIRLEY, HOWARD PARKER,　　　　)
JAMES ELIAS AND THOMAS S. RUSSELL,　)
OTHER DEFENDANT AGENTS A-Z;  and　　)
FICTITIOUS DEFENDANTS AA-ZZ,　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　DEFENDANTS.　　　　　　　　　)

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared *Michael S. Turbish, Sr.*

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is *Michael S. Turbish, Sr* and I am over the age of 19 and reside at

*2034 Bell Ave, Monaca, PA 15061*

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

*Mary Lou Turbish*

_____

*Michael S. Turbish, Sr.*

*Michael S. Turbish Sr.*
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the *17th* day of June, 2003.

*Florence Lasky*
NOTARY PUBLIC
My Commission Expires: _____

[SEAL]

Notarial Seal
Florence Lasky, Notary Public
City of Aliquippa, Beaver County
My Commission Expires Jan. 11, 2006

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,           )
GARY L. COTTON, CHARLES M. HEIB, JR.,       )
MARY PAMELA HEIB, JAMES P. YOUNG,           )
RITA PULLEN, EXECUTRIX OF THE ESTATE        )
OF STEPHEN R. PULLEN, DECEASED, and         )
TORRES W. WILLIAMSON, AND OTHER             )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"        )
ATTACHED HERETO AND INCORPORATED            )
FULLY HEREIN,                               )
                                            )
        PLAINTIFFS,                         )
                                            )
v.                                          )      Civil Action No. 03-C-_____
                                            )
WESTERN SOUTHERN LIFE INSURANCE             )      Darrell Turner   1113
COMPANY, JOHN THABET,                       )
GEORGE CRUMP, ROGER SHINN,                  )      Wanda Jones   1086
TERRY SHIRLEY, HOWARD PARKER,               )
JAMES ELIAS AND THOMAS S. RUSSELL,          )
OTHER DEFENDANT AGENTS A-Z; and             )
FICTITIOUS DEFENDANTS AA-ZZ,                )
                                            )
        DEFENDANTS.                         )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared Darrell B. Turner

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is Darrell B. Turner and I am over the age of 19 and reside at

411 Bramblewood Drive, Thomasville, NC 27360

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

Wanda R. Jones

_____

                                        Darrell B. Turner

                                        Darrell B Turner
                                        HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 17th day of June, 2003.

                                        Marie P. Trotter
                                        NOTARY PUBLIC
                                        My Commission Expires: 3-11-07

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,          )
GARY L. COTTON, CHARLES M. HEIB, JR.,      )
MARY PAMELA HEIB, JAMES P. YOUNG,          )
RITA PULLEN, EXECUTRIX OF THE ESTATE       )
OF STEPHEN R. PULLEN, DECEASED, and        )
TORRES W. WILLIAMSON, AND OTHER            )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"       )
ATTACHED HERETO AND INCORPORATED           )
FULLY HEREIN,                              )
                                           )
        PLAINTIFFS,                        )
                                           )
v.                                         )    Civil Action No. 03-C- 1002
                                           )
WESTERN SOUTHERN LIFE INSURANCE            )
COMPANY, JOHN THABET,                      )
GEORGE CRUMP, ROGER SHINN,                 )
TERRY SHIRLEY, HOWARD PARKER,              )
JAMES ELIAS AND THOMAS S. RUSSELL,         )
OTHER DEFENDANT AGENTS A-Z;  and           )
FICTITIOUS DEFENDANTS AA-ZZ,               )
                                           )
        DEFENDANTS.                        )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _James Vaughters_.

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _James Vaughters_ and I am over the age of 19 and reside at

_320 Possum Hollow Road, Wheelersburg OH 45694_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Jody L. Vaughters_

_Sharon Vaughters_

_____

_____

_James Vaughters_

_James Vaughters_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17th_ day of June, 2003.

_Eddie Edwards_
NOTARY PUBLIC
My Commission Expires: _Lifetime_

[SEAL]

EDDIE EDWARDS, ATTORNEY AT LAW
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION HAS NO EXPIRATION DATE
SECTION 147.03 R.C.

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,　)
GARY L. COTTON, CHARLES M. HEIB, JR.,　)
MARY PAMELA HEIB, JAMES P. YOUNG,　)
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER　)
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"　)
ATTACHED HERETO AND INCORPORATED　)
FULLY HEREIN,　)
　)
　　PLAINTIFFS,　)
　)
v.　)　Civil Action No. 03-C- 1974
　)
WESTERN SOUTHERN LIFE INSURANCE　)
COMPANY, JOHN THABET,　)
GEORGE CRUMP, ROGER  SHINN,　)
TERRY SHIRLEY, HOWARD PARKER,　)
JAMES ELIAS AND THOMAS S. RUSSELL,　)
OTHER DEFENDANT AGENTS A-Z;  and　)
FICTITIOUS DEFENDANTS AA-ZZ,　)
　)
　　DEFENDANTS.　)

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared Richard Vogel.

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is Richard Vogel and I am over the age of 19 and reside at

624 Hager Court, Deltona, FL 32725

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

Betty Lou Vogel

_____

Richard Vogel
Richard Vogel
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 16th day of June, 2003. BY RICHARD VOGEL WHO PERSONALLY
APPEARED BEFORE ME AND IS PERSONALLY KNOWN BY ME TO BE RICHARD VOGEL.

Patrick C. Halpenny
NOTARY PUBLIC
My Commission Expires: 11/3/05

Patrick C. Halpenny
Commission # DD 061720
Expires Nov. 3, 2005
Bonded Thru
Atlantic Bonding Co., Inc.

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
                              )
      PLAINTIFFS, )
                              )
v.                           )   Civil Action No. 03-C-_10\3_
                              )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
                              )
      DEFENDANTS. )

**AFFIDAVIT**

Before me, the undersigned, a Notary Public, personally appeared _Howard Watkins, Jr._

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Howard Watkins, Jr._ and I am over the age of 19 and reside at

_868 Santa Cruz Ave, Dayton OH 45410_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Nancy L. Watkins_           _____

_____           _____

                                   _Howard Watkins, Jr._
                                   _Howard Watkins Jr_
                                   HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16th_ day of June, 2003.

                                _Tracy M Spitler_
                                 NOTARY PUBLIC
                                 My Commission Expires: _10/3/07_
                                 TRACY M. SPITLER, Notary Public
                                 In and for the State of Ohio
                                 My Commission Expires Dec. 3, 2007

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,        )
GARY L. COTTON, CHARLES M. HEIB, JR.,    )
MARY PAMELA HEIB, JAMES P. YOUNG,        )
RITA PULLEN, EXECUTRIX OF THE ESTATE     )
OF STEPHEN R. PULLEN, DECEASED, and      )
TORRES W. WILLIAMSON, AND OTHER          )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"     )
ATTACHED HERETO AND INCORPORATED         )
FULLY HEREIN,                            )
                                         )
        PLAINTIFFS,                      )
                                         )
v.                                       )     Civil Action No. 03-C- 1016
                                         )
WESTERN SOUTHERN LIFE INSURANCE          )
COMPANY, JOHN THABET,                    )
GEORGE CRUMP, ROGER SHINN,               )
TERRY SHIRLEY, HOWARD PARKER,            )
JAMES ELIAS AND THOMAS S. RUSSELL,       )
OTHER DEFENDANT AGENTS A-Z;  and         )
FICTITIOUS DEFENDANTS AA-ZZ,             )
                                         )
        DEFENDANTS.                      )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Kenneth Webb_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Kenneth Webb_ and I am over the age of 19 and reside at

_1705-D Dry Run Rd, West Portsmouth, OH  45663_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Jodi Webb_                              _____
_Jodi Webb_                              _____

                                         _Kenneth Webb_
                                         _Kenneth Webb_
                                         HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _15_ day of June, 2003.

                                         _Dorothy Hammond_
                                         NOTARY PUBLIC
                                         My Commission Expires:_____
                                         DOROTHY M. HAMMOND
                                         Notary Public, State of Ohio
                                         My Commission Expires Mar. 27, 2006

[SEAL]

### IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
                       )
      **PLAINTIFFS,** )
                       )    Civil Action No. 03-C- 454
**v.** )
                       )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
                       )
      **DEFENDANTS.** )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Randy Weigel_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Randy Weigel_ and I am over the age of 19 and reside at

_260 Todd Lane, Monaca, PA 15061_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Joyce Ann Weigel_                 _____

_____                 _____

                                      _Randy Weigel_

                                      _Randy Weigel_
                                      HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17_ day of June, 2003.

                                      _Linda K. Hulme_
                                        NOTARY PUBLIC
                                        My Commission Expires:_____

[SEAL]

                                             NOTARIAL SEAL
                                    LINDA K HULME NOTARY PUBLIC
                                    MONACA BORO BEAVER CO., PA
                                    My Commission Expires  MAR. 21, 2006

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )    **Civil Action No. 03-C-_____**
)
WESTERN SOUTHERN LIFE INSURANCE )  *Michael and Micki*
COMPANY, JOHN THABET, )  *Westbay - 1741*
GEORGE CRUMP, ROGER  SHINN, )  *C. Stubbs - 1737*
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
     DEFENDANTS. )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared *Michael J. Westbay,*

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is *Michael J. Westbay* and I am over the age of 19 and reside at

*1004 West Street, New Albany  IN 47150*               .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

*Micki R. Westbay*

*Cynthia Stubbs*

                                                *Michael J. Westbay*

                                                *Michael A. Ickst.*

                                                HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the ____ day of June, 2003.

                                  *Berachah Payton*

                                  NOTARY PUBLIC
                                  My Commission Expires: *2-20-2011*

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
                           )
      PLAINTIFFS, )
                           )
v. )    Civil Action No. 03-C- 1024
                           )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
                           )
      DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared Clifford Wheeler,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is Clifford Wheeler and I am over the age of 19 and reside at

4909 Wilmington Pike, Kettering, OH  45440 .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

Doris Wheeler

 

                                       Clifford Wheeler
                                       HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 17th day of June, 2003.

                                     Bonnadine Tullis
                                       NOTARY PUBLIC

BONNADINE TULLIS, Notary Public
In and for the State of Ohio
My Commission Expires October 9, 2007

My Commission Expires: 10-9-2007

[SEAL]

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,　　　)
GARY L. COTTON, CHARLES M. HEIB, JR.,　　)
MARY PAMELA HEIB, JAMES P. YOUNG,　　　)
RITA PULLEN, EXECUTRIX OF THE ESTATE　)
OF STEPHEN R. PULLEN, DECEASED, and　　)
TORRES W. WILLIAMSON, AND OTHER　　　)
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"　　)
ATTACHED HERETO AND INCORPORATED　　)
FULLY HEREIN,　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　PLAINTIFFS,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　　)　Civil Action No. 03-C-_____
　　　　　　　　　　　　　　　　　　　　　)
WESTERN SOUTHERN LIFE INSURANCE　　　)　*Inell and Julie Williams*
COMPANY, JOHN THABET,　　　　　　　　　)　*1980*
GEORGE CRUMP, ROGER SHINN,　　　　　　)
TERRY SHIRLEY, HOWARD PARKER,　　　　)　*L. Eason - 1889*
JAMES ELIAS AND THOMAS S. RUSSELL,　　)
OTHER DEFENDANT AGENTS A-Z; and　　　)　*L. Cannady - 1867*
FICTITIOUS DEFENDANTS AA-ZZ,　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　DEFENDANTS.　　　　　　　　　　)

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Inell Williams_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Inell Williams_ and I am over the age of 19 and reside at

_551 NW 45th Street, Miami, FL 33127_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Julie A. Williams_　　　　　　_Leonard Eason_

_Lucrecia Cannady_　　　　　　_____

　　　　　　　　　　　　　　　_Inell Williams_
　　　　　　　　　　　　　　　_Inell Williams_
　　　　　　　　　　　　　　　HEAD OF HOUSEHOLD
　　　　　　　　　　　　　　　FIDL# W452-400-40-629-1

Sworn to and Subscribed before me on this the _16th_ day of June, 2003.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　NOTARY PUBLIC
　　　　　　　　　　　　　　　My Commission Expires: _March 19, 2006_

OFFICIAL NOTARY SEAL
DIANA V QUESADA
COMMISSION NUMBER
DD101181
MY COMMISSION EXPIRES
MAR. 19,2006

NOTARY PUBLIC
STATE OF FLORIDA
SEAL

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,        )
GARY L. COTTON, CHARLES M. HEIB, JR.,    )
MARY PAMELA HEIB, JAMES P. YOUNG,        )
RITA PULLEN, EXECUTRIX OF THE ESTATE     )
OF STEPHEN R. PULLEN, DECEASED, and      )
TORRES W. WILLIAMSON, AND OTHER          )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"     )
ATTACHED HERETO AND INCORPORATED         )
FULLY HEREIN,                            )
                                         )
        PLAINTIFFS,                      )
                                         )        1981
v.                                       )    Civil Action No. 03-C-
                                         )
WESTERN SOUTHERN LIFE INSURANCE          )
COMPANY, JOHN THABET,                    )
GEORGE CRUMP, ROGER SHINN,               )
TERRY SHIRLEY, HOWARD PARKER,            )
JAMES ELIAS AND THOMAS S. RUSSELL,       )
OTHER DEFENDANT AGENTS A-Z;  and         )
FICTITIOUS DEFENDANTS AA-ZZ,             )
                                         )
        DEFENDANTS.                      )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared William F Wills,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is William F. Wills and I am over the age of 19 and reside at

388 Robyn Street, Cocoa, Florida 32927

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

Hilda Wills                          _____

_____               _____



William Wils
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 13TH day of June, 2003.

Stanley Kammerude
Commission # DD137501
Expires Sep. 8, 2006
Bonded Thru
Atlantic Bonding Co., Inc.

Stanley D Kammerude
NOTARY PUBLIC
My Commission Expires: Sept 8th 2006

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,　)
GARY L. COTTON, CHARLES M. HEIB, JR.,　)
MARY PAMELA HEIB, JAMES P. YOUNG,　)
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and　)
TORRES W. WILLIAMSON, AND OTHER　)
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"　)
ATTACHED HERETO AND INCORPORATED　)
FULLY HEREIN,　)
　)
     PLAINTIFFS,　)
　)
v.　)    Civil Action No. 03-C- 1033
　)
WESTERN SOUTHERN LIFE INSURANCE　)
COMPANY, JOHN THABET,　)
GEORGE CRUMP, ROGER SHINN,　)
TERRY SHIRLEY, HOWARD PARKER,　)
JAMES ELIAS AND THOMAS S. RUSSELL,　)
OTHER DEFENDANT AGENTS A-Z; and　)
FICTITIOUS DEFENDANTS AA-ZZ,　)
　)
     DEFENDANTS.　)

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Emanuel Wilson, Sr._

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Emanuel Wilson Sr_ and I am over the age of 19 and reside at

_5638 Gardenhill Lane, Cincinnati, OH 45232_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Diane M Wilson_
_George D. Wilson_

                               _Emanuel Wilson, Sr_
                               HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16th_ day of June, 2003.



NOTARY PUBLIC
My Commission Expires: ELIN BROWNE
    Notary Public, State of Ohio
    My Commission Expires Dec. 15, 2003

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,　　　)
GARY L. COTTON, CHARLES M. HEIB, JR.,　)
MARY PAMELA HEIB, JAMES P. YOUNG,　　)
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and　)
TORRES W. WILLIAMSON, AND OTHER　　　)
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"　　)
ATTACHED HERETO AND INCORPORATED　)
FULLY HEREIN,　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　PLAINTIFFS,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　　)　　Civil Action No. 03-C-_____
　　　　　　　　　　　　　　　　　　　　　)
WESTERN SOUTHERN LIFE INSURANCE　　)　　*Willie and Sheridan - 1037*
COMPANY, JOHN THABET,　　　　　　　　　)
GEORGE CRUMP, ROGER SHINN,　　　　　　)　　*John Evans 1460*
TERRY SHIRLEY, HOWARD PARKER,　　　　)
JAMES ELIAS AND THOMAS S. RUSSELL,　)
OTHER DEFENDANT AGENTS A-Z; and　　　)
FICTITIOUS DEFENDANTS AA-ZZ,　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　DEFENDANTS.　　　　　　　　　　　　)

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared *Willie Wine*

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is *Willie Wine* and I am over the age of 19 and reside at

*5513 Signal Road, Columbiana, Ohio  44408*

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

*Sheridan Wine*　　　　　　　　　　_____

*John Evans*　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　*Willie Wine*
　　　　　　　　　　　　　　　　*Willie Wine* (signature)
　　　　　　　　　　　　　　　　HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the *19* day of June, 2003.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　NOTARY PUBLIC
　　　　　　　　　　　　　　　　My Commission Expires: ___*10-5-06*___

STEPHANIE R. HESLEN
Notary Public, State of Ohio
My Commission Expires *10-5-06*

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,    )
GARY L. COTTON, CHARLES M. HEIB, JR.,    )
MARY PAMELA HEIB, JAMES P. YOUNG,    )
RITA PULLEN, EXECUTRIX OF THE ESTATE    )
OF STEPHEN R. PULLEN, DECEASED, and    )
TORRES W. WILLIAMSON, AND OTHER    )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"    )
ATTACHED HERETO AND INCORPORATED    )
FULLY HEREIN,    )
　　　　)
　　　　)
　　　　PLAINTIFFS,    )
　　　　)
v.    )　　　Civil Action No. 03-C-_____
　　　　)
WESTERN SOUTHERN LIFE INSURANCE    )
COMPANY, JOHN THABET,    )
GEORGE CRUMP, ROGER SHINN,    )
TERRY SHIRLEY, HOWARD PARKER,    )
JAMES ELIAS AND THOMAS S. RUSSELL,    )
OTHER DEFENDANT AGENTS A-Z; and    )
FICTITIOUS DEFENDANTS AA-ZZ,    )
　　　　)
　　　　DEFENDANTS.    )

**AFFIDAVIT**

Before me, the undersigned, a Notary Public, personally appeared _Loyal Wood_.

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Loyal Wood_ and I am over the age of 19 and reside at

_9 Debra Dr, Battle Creek, MI 49014_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Crystal I. Wood_　　　　　　_____

_____　　　　　　_____

　　　　　　　　　　_Loyal Wood_
　　　　　　　　　　_Loyal Wood_
　　　　　　　　　　HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003

　　　　　　　　　　_[signature]_
　　　　　　　　　　NOTARY PUBLIC
　　　　　　　　　　My Commission Expires: _10-1-2006_

[SEAL]

　　　　　　　　　　GARY E. BUSCH
　　　　　　　　　　NOTARY PUBLIC, CALHOUN COUNTY, MI
　　　　　　　　　　MY COMMISSION EXPIRES OCT. 01, 2006

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,       )
GARY L. COTTON, CHARLES M. HEIB, JR.,   )
MARY PAMELA HEIB, JAMES P. YOUNG,       )
RITA PULLEN, EXECUTRIX OF THE ESTATE    )
OF STEPHEN R. PULLEN, DECEASED, and     )
TORRES W. WILLIAMSON, AND OTHER         )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"    )
ATTACHED HERETO AND INCORPORATED        )
FULLY HEREIN,                           )
                                        )
        PLAINTIFFS,                     )
                                        )
v.                                      )       Civil Action No. 03-C-__1119__
                                        )
WESTERN SOUTHERN LIFE INSURANCE         )
COMPANY, JOHN THABET,                   )
GEORGE CRUMP, ROGER SHINN,              )
TERRY SHIRLEY, HOWARD PARKER,           )
JAMES ELIAS AND THOMAS S. RUSSELL,      )
OTHER DEFENDANT AGENTS A-Z;  and        )
FICTITIOUS DEFENDANTS AA-ZZ,            )
                                        )
        DEFENDANTS.                     )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Ray Woods_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Ray Woods_ and I am over the age of 19 and reside at

_521 Shepard Street, Burlington, NC 27215_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Sondra Woods_     _____

_____     _____

_Ray Woods_
NCDL 7246580
_Ray Woods_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _13th_ day of June, 2003.

_Dennis L. Maynard, Sr._
NOTARY PUBLIC
My Commission Expires: _28 March 2004_

[SEAL]
DENNIS L. MAYNARD SR.
Notary Public
Alamance County
State of North Carolina
My Appointment Expires 28 Mar 04

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
 )
      PLAINTIFFS, )
 )
v. )      Civil Action No. 03-C- 1044
 )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
 )
      DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared Kenneth Wylie, III

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is Kenneth Wylie and I am over the age of 19 and reside at

59 S Princeton Ave, Columbus, OH 43222

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

Kathie Wylie       _____

_____       _____

Kenneth Wylie, III
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 16 day of June, 2003.

Roger D. Lockhart
NOTARY PUBLIC
My Commission Expires:_____

ROGER D. LOCKHART
Notary Public, State of Ohio
My Commission Expires 2-4-06

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
                               )
        PLAINTIFFS, )
                               )
v.                               )    Civil Action No. 03-C- 222
                               )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
                               )
        DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared ___HM Zimmerman, II.___

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is ___HM Zimmerman, II___ and I am over the age of 19 and reside at

___142 Taylor Rd, Dunbar WV 25064___

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

___Linda D. Zimmerman___    _____

_____    _____

                        ___HM Zimmerman, II___
                        ___HM Zimmerman II___
                        HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

                        ___Joyce L Collet___
                        NOTARY PUBLIC
                        My Commission Expires: _7-29-2008_

OFFICIAL SEAL
NOTARY PUBLIC, STATE OF WEST VIRGINIA
JOYCE L. COLLET
108 WESTMINISTER DRIVE
CULLODEN, WEST VIRGINIA 25510
MY COMMISSION EXPIRES 07 – 29 – 2008