## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
    PLAINTIFFS, )
)
v. )    Civil Action No. 03-C- 1622
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
    DEFENDANTS. )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared Frank T. Soeder,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is Frank T. Soeder and I am over the age of 19 and reside at

7109 McKenna Court, Louisville, KY 40291

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

Brenda Soeder

 

Frank T. Soeder

_Frank T. Soeder_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 16th day of June, 2003.

_Melanie Wheat_
NOTARY PUBLIC
My Commission Expires: 10-30-2004

[SEAL]

### IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,  )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE  )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER  )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED  )
FULLY HEREIN,  )
       )
     PLAINTIFFS,  )
       )
v.  )     Civil Action No. 03-C- 1965
       )
WESTERN SOUTHERN LIFE INSURANCE  )
COMPANY, JOHN THABET,  )
GEORGE CRUMP, ROGER SHINN,  )
TERRY SHIRLEY, HOWARD PARKER,  )
JAMES ELIAS AND THOMAS S. RUSSELL,  )
OTHER DEFENDANT AGENTS A-Z;  and  )
FICTITIOUS DEFENDANTS AA-ZZ,  )
       )
     DEFENDANTS.  )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Wayne B. Soden_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Wayne B. Soden_ and I am over the age of 19 and reside at

_1390 7th Ave  Deland, FL  32724_ .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Yvette L. Soden_         _____

_____         _____

                          _Wayne B. Soden_
                          _Way B Soden_
                          HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _19th_ day of June, 2003.

```
┌─────────────────────────────────────┐
│            ANGELA D. WALTERS         │
│   🟠   Notary Public, State of Florida │
│       My comm. expires May 06, 2006  │
│              No. DD 115029           │
│  Bonded thru Ashton Agency, Inc. (800)451-4854 │
└─────────────────────────────────────┘
```

               _Angela D. Walters_
               NOTARY PUBLIC
               My Commission Expires: _May 6, 2006_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,                    )
GARY L. COTTON, CHARLES M. HEIB, JR.,                )
MARY PAMELA HEIB, JAMES P. YOUNG,                    )
RITA PULLEN, EXECUTRIX OF THE ESTATE                 )
OF STEPHEN R. PULLEN, DECEASED, and                  )
TORRES W. WILLIAMSON, AND OTHER                      )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"                 )
ATTACHED HERETO AND INCORPORATED                     )
FULLY HEREIN,                                        )
                                                     )
        PLAINTIFFS,                                  )
                                                     )
v.                                                   )        Civil Action No. 03-C-1239
                                                     )
WESTERN SOUTHERN LIFE INSURANCE                      )
COMPANY, JOHN THABET,                                )
GEORGE CRUMP, ROGER SHINN,                           )
TERRY SHIRLEY, HOWARD PARKER,                        )
JAMES ELIAS AND THOMAS S. RUSSELL,                   )
OTHER DEFENDANT AGENTS A-Z;  and                     )
FICTITIOUS DEFENDANTS AA-ZZ,                         )
                                                     )
        DEFENDANTS.                                  )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Donald G. Starkey_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Donald G. Starkey_ and I am over the age of 19 and reside at

_2655 North Pierce St, Springfield MO 65803_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Wanda S. Starkey_


                                                    _Donald G. Starkey_
                                                    HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _18th_ day of June, 2003.

┌─────────────────────────────┐
│      JOSHUA DOLEN           │         _Joshua Dolen_
│  Notary Public – Notary Seal│         NOTARY PUBLIC
│     STATE OF MISSOURI       │         My Commission Expires: _1/29/05_
│       Greene County         │
│ My Commission Expires: Jan. 29, 2005 │
└─────────────────────────────┘

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,      )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,      )
RITA PULLEN, EXECUTRIX OF THE ESTATE   )
OF STEPHEN R. PULLEN, DECEASED, and    )
TORRES W. WILLIAMSON, AND OTHER        )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"   )
ATTACHED HERETO AND INCORPORATED       )
FULLY HEREIN,                          )
                                       )
        PLAINTIFFS,                    )
                                       )
v.                                     )      Civil Action No. 03-C- 1628
                                       )
WESTERN SOUTHERN LIFE INSURANCE        )
COMPANY, JOHN THABET,                  )
GEORGE CRUMP, ROGER SHINN,             )
TERRY SHIRLEY, HOWARD PARKER,          )
JAMES ELIAS AND THOMAS S. RUSSELL,     )
OTHER DEFENDANT AGENTS A-Z; and        )
FICTITIOUS DEFENDANTS AA-ZZ,           )
                                       )
        DEFENDANTS.                    )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Gracelynn Steele_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Gracelynn Steele_ and I am over the age of 19 and reside at

_9904 Phoenix Trail, Louisville KY 40223_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_____          _____

_____          _____

                                        _Gracelynn Steele_
                                        _Gracelynn J. Steele_
                                        HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16th_ day of June, 2003.

                                        _Ann Carlarne_
                                        NOTARY PUBLIC
Ann Carlarne                            My Commission Expires: _3-14-06_
Notary Public, State at Large, KY
My commission expires March 14, 2006

[SEAL]

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
                                )
        PLAINTIFFS, )
                                  )
v.                                )     Civil Action No. 03-C- 973
                                  )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER  SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
                                  )
        DEFENDANTS. )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Kenneth Stewart_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Kenneth Stewart_ and I am over the age of 19 and reside at

_1425 Seminole Ave, Springfield OH 45506_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Tanya Stewart_

_____        _____

                                   _Kenneth Stewart_
                                   HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17_ day of June, 2003.

                                   _Dawn M McClean_
                                   NOTARY PUBLIC
                                   My Commission Expires: _07-30-06_

[SEAL]

### IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,    )
GARY L. COTTON, CHARLES M. HEIB, JR.,    )
MARY PAMELA HEIB, JAMES P. YOUNG,    )
RITA PULLEN, EXECUTRIX OF THE ESTATE    )
OF STEPHEN R. PULLEN, DECEASED, and    )
TORRES W. WILLIAMSON, AND OTHER    )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"    )
ATTACHED HERETO AND INCORPORATED    )
FULLY HEREIN,    )
        )
       PLAINTIFFS,    )
        )
v.    )      Civil Action No. 03-C- 1738
        )
WESTERN SOUTHERN LIFE INSURANCE    )
COMPANY, JOHN THABET,    )
GEORGE CRUMP, ROGER  SHINN,    )
TERRY SHIRLEY, HOWARD PARKER,    )
JAMES ELIAS AND THOMAS S. RUSSELL,    )
OTHER DEFENDANT AGENTS A-Z;  and    )
FICTITIOUS DEFENDANTS AA-ZZ,    )
        )
       DEFENDANTS.    )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Edward Stumler_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Edward Stumler_ and I am over the age of 19 and reside at

_327 Central Avenue, Seymour, Indiana 47274_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Sherry Stumler_

_Edward Stumler_
_Edward J Stumler_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 14Th day of June, 2003.

_Jan M. Carter_
NOTARY PUBLIC   JAN M. CARTER
My Commission Expires: 10-07-06

[SEAL]



## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. DOWLES, MICHAEL B. BROWN,                    )
GARY L. COTTON, CHARLES M. HEID, JR.,               )
MARY PAMELA HOB, JAMES P. YOUNG,                    )
RITA PULLEN, EXECUTRIX OF THE ESTATE                )
OF STEPHEN R. PULLEN, DECEASED, and                 )
TORRES W. WILLIAMSON, AND OTHER                     )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"                )
ATTACHED HERETO AND INCORPORATED                   )
FULLY HEREIN,                                       )
                                                    )
     PLAINTIFFS,                                 )
                                                    )
v.                                                  )     Civil Action No. 03-C-  436
                                                    )
WESTERN SOUTHERN LIFE INSURANCE                     )
COMPANY, JOHN THABET,                               )
GEORGE CRUMP, ROGER SHINN,                          )
TERRY SHIRLEY, HOWARD PARKER,                       )
JAMES ELIAS AND THOMAS S. RUSSELL,                  )
OTHER DEFENDANT AGENTS A-Z; and                     )
FICTITIOUS DEFENDANTS AA-ZZ,                        )
                                                    )
     DEFENDANTS.                                 )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Charles Swciger_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Charles Swciger_ and I am over the age of 19 and reside at

_5412 Barnes Ave., Bethel Park, PA 15102_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Mollie Sweiger_

_Donald V. Sweiger_

_____

_____

_Charles Sweiger_
_Charles Swuiger_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _12th_ day of June, 2003.

_Sondra Jane Hallam_
NOTARY PUBLIC
My Commission Expires: _____

[SEAL]

Notarial Seal
Sondra Jane Hallam, Notary Public
Bethel Park Boro, Allegheny County
My Commission Expires Mar. 20, 2004
Member, Pennsylvania Association of Notaries

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,　　　　)
GARY L. COTTON, CHARLES M. HEIB, JR.,　　)
MARY PAMELA HEIB, JAMES P. YOUNG,　　　)
RITA PULLEN, EXECUTRIX OF THE ESTATE　)
OF STEPHEN R. PULLEN, DECEASED, and　　)
TORRES W. WILLIAMSON, AND OTHER　　　　)
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"　　)
ATTACHED HERETO AND INCORPORATED　　)
FULLY HEREIN,　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)
　　　　PLAINTIFFS,　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)    Civil Action No. 03-C-____
v.　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)    R ad Abigail Szuminsky - 437
WESTERN SOUTHERN LIFE INSURANCE　　　)    Austin not in computer
COMPANY, JOHN THABET,　　　　　　　　　　)
GEORGE CRUMP, ROGER SHINN,　　　　　　　)
TERRY SHIRLEY, HOWARD PARKER,　　　　　)
JAMES ELIAS AND THOMAS S. RUSSELL,　　)
OTHER DEFENDANT AGENTS A-Z; and　　　　)
FICTITIOUS DEFENDANTS AA-ZZ,　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)
　　　　DEFENDANTS.　　　　　　　　　　　　)

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared Robert Szuminsky

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is Robert Szuminsky and I am over the age of 19 and reside at

6209 Willow Street, Finleyville, PA 15332

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

Abigail Szuminsky                          Owen Szuminsky
Austin Szuminsky

                                           Robert Szuminsky
                                           Robert W. Szuminsky
                                           HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 17 day of June, 2003.

                                           Vicki Shields
                                           NOTARY PUBLIC
                                           My Commission Expires: Oct 31, 2005

[SEAL]

Notarial Seal
Vicki J. Shields, Notary Public
City Of Washington, Washington County
My Commission Expires Oct. 31, 2005
Member, Pennsylvania Association Of Notaries

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )     Civil Action No. 03-C- 1372
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER  SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
     DEFENDANTS. )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared *Vincent Tessitore, Sr.*

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is *Vincent Tessitore, Sr.* and I am over the age of 19 and reside at

*2801 Elizabeth St, Marrero, LA 70072*.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

*Eilene Tessitore*

 

*Vincent Tessitore, Sr.*
*Vincent Tessitore Sr.*
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the *18* day of June, 2003.

               *[signature]*
NOTARY PUBLIC
My Commission Expires: _____

[SEAL]

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
                       )
        PLAINTIFFS, )
                       )
v. )      Civil Action No. 03-C- 211
                       )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
                       )
        DEFENDANTS. )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Joseph Thomas_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Joseph Thomas_ and I am over the age of 19 and reside at

_126 Kennedy Ave, Follansbee, WV 26037_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Lynne Thomas_ _____

_____ _____

                                       _Joseph Thomas_

                                       _[signature]_
                                         HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _20th_ day of June, 2003.

                                _Pamela S Merritt_
                                NOTARY PUBLIC
                                My Commission Expires: _July 26, 2009_

[SEAL]
OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
PAMELA S. MERRITT
Wheeling - Nisshin, Inc.
Penn & Main Streets
Follansbee, West Virginia 26037
My Commission Expires July 26, 2009

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,          )
GARY L. COTTON, CHARLES M. HEIB, JR.,      )
MARY PAMELA HEIB, JAMES P. YOUNG,          )
RITA PULLEN, EXECUTRIX OF THE ESTATE       )
OF STEPHEN R. PULLEN, DECEASED, and        )
TORRES W. WILLIAMSON, AND OTHER            )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"       )
ATTACHED HERETO AND INCORPORATED           )
FULLY HEREIN,                              )
                                           )
    PLAINTIFFS,              )
                                           )
v.                                         )     Civil Action No. 03-C-_____
                                           )
WESTERN SOUTHERN LIFE INSURANCE            )     T. Triplett - 1645
COMPANY, JOHN THABET,                      )
GEORGE CRUMP, ROGER SHINN,                 )     B. Miles - 1564
TERRY SHIRLEY, HOWARD PARKER,              )
JAMES ELIAS AND THOMAS S. RUSSELL,         )
OTHER DEFENDANT AGENTS A-Z; and            )
FICTITIOUS DEFENDANTS AA-ZZ,               )
                                           )
    DEFENDANTS.              )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Troy L. Triplett_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Troy L. Triplett_ and I am over the age of 19 and reside at

_P.O. Box 442 Green up, KY 41144_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Bonnie Miles_       _____

_____       _____

_Troy L. Triplett_
_Troy L. Triplett_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17_ day of June, 2003.

_Margaret Poplin_
NOTARY PUBLIC
My Commission Expires: _Sept 26 - 2004_

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,      )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,      )
RITA PULLEN, EXECUTRIX OF THE ESTATE   )
OF STEPHEN R. PULLEN, DECEASED, and    )
TORRES W. WILLIAMSON, AND OTHER        )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"   )
ATTACHED HERETO AND INCORPORATED       )
FULLY HEREIN,                          )
                                       )
      PLAINTIFFS,                  )
                                       )
v.                                     )      Civil Action No. 03-C- 445
                                       )
WESTERN SOUTHERN LIFE INSURANCE        )
COMPANY, JOHN THABET,                  )
GEORGE CRUMP, ROGER SHINN,             )
TERRY SHIRLEY, HOWARD PARKER,          )
JAMES ELIAS AND THOMAS S. RUSSELL,     )
OTHER DEFENDANT AGENTS A-Z;  and       )
FICTITIOUS DEFENDANTS AA-ZZ,           )
                                       )
      DEFENDANTS.                  )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Michael S. Turbish, Sr._

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Michael S. Turbish, Sr_ and I am over the age of 19 and reside at

_2034 Bell Ave, Monaca, PA 15061_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Mary Lou Turbish_

_Michael S. Turbish, Sr._
_Michael S. Turbish Sr._
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17th_ day of June, 2003.

_Florence Lasky_
NOTARY PUBLIC
My Commission Expires: _____

[SEAL]

Notarial Seal
Florence Lasky, Notary Public
City of Aliquippa, Beaver County
My Commission Expires Jan. 11, 2006

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,  )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE  )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER  )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED  )
FULLY HEREIN,  )
                                      )
        PLAINTIFFS,  )
                                        )
v.  )     Civil Action No. 03-C-_____
                                        )
WESTERN SOUTHERN LIFE INSURANCE  )
COMPANY, JOHN THABET,  )     *Darrell Turner   1113*
GEORGE CRUMP, ROGER SHINN,  )
TERRY SHIRLEY, HOWARD PARKER,  )     *Wanda Jones   1086*
JAMES ELIAS AND THOMAS S. RUSSELL,  )
OTHER DEFENDANT AGENTS A-Z;  and  )
FICTITIOUS DEFENDANTS AA-ZZ,  )
                                        )
        DEFENDANTS.  )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared *Darrell B. Turner,*

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is *Darrell B. Turner* and I am over the age of 19 and reside at

*411 Bramblewood Drive, Thomasville, NC 27360*

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

*Wanda R. Jones*            _____

_____      _____

                                  *Darrell B. Turner*
                                  *Darrell B Turner*
                                HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the *17th* day of June, 2003.

                                *Marie P. Trotter*
                              NOTARY PUBLIC
                              My Commission Expires: *3-11-07*

                                              MARIE P. TROTTER
                                            NOTARY PUBLIC, NC
                                            DAVIDSON COUNTY, NC
                                            MY COMMISSION EXPIRES, 3-11-07

[SEAL]

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,          )
GARY L. COTTON, CHARLES M. HEIB, JR.,      )
MARY PAMELA HEIB, JAMES P. YOUNG,          )
RITA PULLEN, EXECUTRIX OF THE ESTATE       )
OF STEPHEN R. PULLEN, DECEASED, and        )
TORRES W. WILLIAMSON, AND OTHER            )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"       )
ATTACHED HERETO AND INCORPORATED           )
FULLY HEREIN,                              )
                                           )
      PLAINTIFFS,                          )
                                           )
v.                                         )      Civil Action No. 03-C- 1002
                                           )
WESTERN SOUTHERN LIFE INSURANCE            )
COMPANY, JOHN THABET,                      )
GEORGE CRUMP, ROGER SHINN,                 )
TERRY SHIRLEY, HOWARD PARKER,              )
JAMES ELIAS AND THOMAS S. RUSSELL,         )
OTHER DEFENDANT AGENTS A-Z;  and           )
FICTITIOUS DEFENDANTS AA-ZZ,               )
                                           )
      DEFENDANTS.                          )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _James Vaughters_.

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _James Vaughters_ and I am over the age of 19 and reside at

_320 Possum Hollow Road, Wheelersburg OH 45694_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Jody L. Vaughters_
_Sharon Vaughters_

_____

_____

_James Vaughters_
_James Vaughters_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17th_ day of June, 2003.

_Eddie Edwards_
NOTARY PUBLIC
My Commission Expires: _Lifetime_

[SEAL]

EDDIE EDWARDS, ATTORNEY AT LAW
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION HAS NO EXPIRATION DATE
SECTION 147.03 R.C.

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,　　　　)
GARY L. COTTON, CHARLES M. HEIB, JR.,　　)
MARY PAMELA HEIB, JAMES P. YOUNG,　　　　)
RITA PULLEN, EXECUTRIX OF THE ESTATE　　)
OF STEPHEN R. PULLEN, DECEASED, and　　　)
TORRES W. WILLIAMSON, AND OTHER　　　　　)
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"　　　)
ATTACHED HERETO AND INCORPORATED　　　　)
FULLY HEREIN,　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　PLAINTIFFS,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　　)　　Civil Action No. 03-C- 1974
　　　　　　　　　　　　　　　　　　　　　)
WESTERN SOUTHERN LIFE INSURANCE　　　　　)
COMPANY, JOHN THABET,　　　　　　　　　　)
GEORGE CRUMP, ROGER  SHINN,　　　　　　　)
TERRY SHIRLEY, HOWARD PARKER,　　　　　　)
JAMES ELIAS AND THOMAS S. RUSSELL,　　　)
OTHER DEFENDANT AGENTS A-Z;  and　　　　　)
FICTITIOUS DEFENDANTS AA-ZZ,　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　DEFENDANTS.　　　　　　　　　　　　)

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared Richard Vogel,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is Richard Vogel and I am over the age of 19 and reside at

624 Hager Court, Deltona, FL 32725

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

Betty Lou Vogel

_____

Richard Vogel
Richard Vogel
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 16th day of June, 2003. BY RICHARD VOGEL WHO PERSONALLY

APPEARED BEFORE ME AND IS PERSONALLY KNOWN BY ME TO BE RICHARD VOGEL.

Patrick C. Halpenny
NOTARY PUBLIC
My Commission Expires: 11/3/05

Patrick C. Halpenny
Commission # DD 061720
Expires Nov. 3, 2005
Bonded Thru
Atlantic Bonding Co., Inc.

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
      )
     PLAINTIFFS, )
      )
v. )    Civil Action No. 03-C-_1013_
      )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
      )
     DEFENDANTS. )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Howard Watkins, Jr._,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Howard Watkins, Jr._ and I am over the age of 19 and reside at

_868 Santa Cruz Ave, Dayton OH 45410_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Nancy L. Watkins_

_____

_Howard Watkins, Jr._
_Howard Watkins Jr._
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 16th day of June, 2003.

_Tracy M. Spitler_
NOTARY PUBLIC
My Commission Expires: _10/3/07_
TRACY M. SPITLER, Notary Public
In and for the State of Ohio
My Commission Expires Dec. 3, 2007

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
     PLAINTIFFS, )
)
v. )    Civil Action No. 03-C- 1016
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
     DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Kenneth Webb_ ,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Kenneth Webb_ and I am over the age of 19 and reside at

_1705-D Dry Run Rd, West Portsmouth, OH  45663_ .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Jodi Webb_       _____

_Jodi Webb_       _____

                            _Kenneth Webb_

                            _Kenneth Webb_
                            HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _15_ day of June, 2003.

                         _Dorothy Hammond_
                         NOTARY PUBLIC
                         My Commission Expires:_____

                         **DOROTHY M. HAMMOND**
                         Notary Public, State of Ohio
                         My Commission Expires Mar. 27, 2006

[SEAL]

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
                    )
       PLAINTIFFS, )
                    )
v.                     )      Civil Action No. 03-C- 454
                    )
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
                    )
       DEFENDANTS. )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Randy Weigel_,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Randy Weigel_ and I am over the age of 19 and reside at

_260 Todd Lane, Monaca, PA 15061_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Joyce Ann Weigel_       _____

_____       _____

                         _Randy Weigel_
                         _Randy Weigel_
                         HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17_ day of June, 2003.

                         _Linda K. Hulme_
                         NOTARY PUBLIC
                         My Commission Expires: _____

[SEAL]

NOTARIAL SEAL
LINDA K HULME NOTARY PUBLIC
MONACA BORO BEAVER CO., PA
My Commission Expires  MAR. 21, 2006

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,  )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE  )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER  )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED  )
FULLY HEREIN,  )
                  )
      PLAINTIFFS,  )
                  )
v.  )   Civil Action No. 03-C-_____
                  )
WESTERN SOUTHERN LIFE INSURANCE  )  *Michael and Micki*
COMPANY, JOHN THABET,  )  *Westbay - 1741*
GEORGE CRUMP, ROGER SHINN,  )  *C. Stubbs - 1737*
TERRY SHIRLEY, HOWARD PARKER,  )
JAMES ELIAS AND THOMAS S. RUSSELL,  )
OTHER DEFENDANT AGENTS A-Z; and  )
FICTITIOUS DEFENDANTS AA-ZZ,  )
                  )
      DEFENDANTS.  )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared *Michael J. Westbay,*

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is *Michael J. Westbay* and I am over the age of 19 and reside at

*1004 West Street, New Albany IN 47150* .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

*Micki R. Westbay*
*Cynthia Stubbs*

 

                    *Michael J. Westbay*
                    *Michael A. West.*
                    HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _____ day of June, 2003.

                    *Berachah Payton*
                    NOTARY PUBLIC
                    My Commission Expires: *2-20-2011*

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,           )
GARY L. COTTON, CHARLES M. HEIB, JR.,       )
MARY PAMELA HEIB, JAMES P. YOUNG,           )
RITA PULLEN, EXECUTRIX OF THE ESTATE        )
OF STEPHEN R. PULLEN, DECEASED, and         )
TORRES W. WILLIAMSON, AND OTHER             )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"        )
ATTACHED HERETO AND INCORPORATED            )
FULLY HEREIN,                               )
                                            )
        PLAINTIFFS,                         )
                                            )
v.                                          )      Civil Action No. 03-C- 1024
                                            )
WESTERN SOUTHERN LIFE INSURANCE             )
COMPANY, JOHN THABET,                       )
GEORGE CRUMP, ROGER SHINN,                  )
TERRY SHIRLEY, HOWARD PARKER,               )
JAMES ELIAS AND THOMAS S. RUSSELL,          )
OTHER DEFENDANT AGENTS A-Z;  and            )
FICTITIOUS DEFENDANTS AA-ZZ,                )
                                            )
        DEFENDANTS.                         )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared Clifford Wheeler,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is Clifford Wheeler and I am over the age of 19 and reside at

4909 Wilmington Pike, Kettering, OH  45440                              .

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

Doris Wheeler

<u>Clifford Wheeler</u>

HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _17th_ day of June, 2003.

<i>Bonnadine Tullis</i>
NOTARY PUBLIC
My Commission Expires: _10-9-2007_

BONNADINE TULLIS, Notary Public
In and for the State of Ohio
My Commission Expires October 9, 2007

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,     )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG,     )
RITA PULLEN, EXECUTRIX OF THE ESTATE  )
OF STEPHEN R. PULLEN, DECEASED, and   )
TORRES W. WILLIAMSON, AND OTHER       )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED      )
FULLY HEREIN,                         )
                                      )
        PLAINTIFFS,                   )
                                      )
v.                                    )    Civil Action No. 03-C-____
                                      )
WESTERN SOUTHERN LIFE INSURANCE       )    Inell and Julie Williams
COMPANY, JOHN THABET,                 )        1980
GEORGE CRUMP, ROGER SHINN,            )    L. Eason - 1889
TERRY SHIRLEY, HOWARD PARKER,         )    L. Cannady - 1867
JAMES ELIAS AND THOMAS S. RUSSELL,    )
OTHER DEFENDANT AGENTS A-Z; and       )
FICTITIOUS DEFENDANTS AA-ZZ,          )
                                      )
        DEFENDANTS.                   )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Inell Williams_.

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Inell Williams_ and I am over the age of 19 and reside at

_551 NW 45th Street, Miami, FL 33127_.

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Julie A. Williams_          _Leonard Eason_
_Lucrecia Cannady_          _____

                            _Inell Williams_
                            _Inell Williams_
                            HEAD OF HOUSEHOLD
                            FIDL# W452-400-40-629-1

Sworn to and Subscribed before me on this the _16th_ day of June, 2003.

                            _____
                            NOTARY PUBLIC
                            My Commission Expires: _March 19, 2006_.

OFFICIAL NOTARY SEAL
DIANA V QUESADA
NOTARY PUBLIC
STATE OF FLORIDA
COMMISSION NUMBER
DD101181
MY COMMISSION EXPIRES
MAR. 19,2006

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,       )
GARY L. COTTON, CHARLES M. HEIB, JR.,    )
MARY PAMELA HEIB, JAMES P. YOUNG,        )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and     )
TORRES W. WILLIAMSON, AND OTHER          )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"      )
ATTACHED HERETO AND INCORPORATED        )
FULLY HEREIN,                             )
                                          )
          PLAINTIFFS,                     )
                                          )
v.                                        )      Civil Action No. 03-C-  1981
                                          )
WESTERN SOUTHERN LIFE INSURANCE          )
COMPANY, JOHN THABET,                     )
GEORGE CRUMP, ROGER SHINN,               )
TERRY SHIRLEY, HOWARD PARKER,            )
JAMES ELIAS AND THOMAS S. RUSSELL,       )
OTHER DEFENDANT AGENTS A-Z;  and         )
FICTITIOUS DEFENDANTS AA-ZZ,             )
                                          )
          DEFENDANTS.                     )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared William F Wills,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is William F. Wills and I am over the age of 19 and reside at

388 Robyn Street, Cocoa, Florida 32927

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

Hilda Wills

_____                 _____

_____                 _____

William Wills

William F Wells
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the 13th day of June, 2003.

Stanley Kammerude
Commission # DD137501
Expires Sep. 8, 2006
Bonded Thru
Atlantic Bonding Co., Inc.

Stanley D Kammerude
NOTARY PUBLIC
My Commission Expires: Sept 8th 2006

[SEAL]

## IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
                                     )

       PLAINTIFFS, )

v.                                )     Civil Action No. 03-C- *1033*

WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER  SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
                                     )

       DEFENDANTS. )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Emanuel Wilson, Sr._

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Emanuel Wilson, Sr_ and I am over the age of 19 and reside at

_5638 Gardenhill Lane, Cincinnati, OH 45232_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Diane M Wilson_
_George D. Wilson_

                                        _Emanuel Wilson, Sr_
                                        HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16th_ day of June, 2003.

                                        NOTARY PUBLIC
                                        My Commission Expires GLEN BROWNE
                                        Notary Public, State of Ohio
                                        My Commission Expires Dec. 15, 2003

NOTARIAL SEAL
STATE OF OHIO
[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
    )
    PLAINTIFFS, )
    )
v. )   Civil Action No. 03-C-_____
    )
WESTERN SOUTHERN LIFE INSURANCE )  *Willie and Sheridan - 1037*
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )  *John Evans 1460*
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z;  and )
FICTITIOUS DEFENDANTS AA-ZZ, )
    )
    DEFENDANTS. )

### AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared *Willie Wine*

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is *Willie Wine* and I am over the age of 19 and reside at

*5513 Signal Road, Columbiana, Ohio   44408*

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

*Sheridan Wine* _____

*John Evans* _____

*Willie Wine*
*[signature]*
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the *19* day of June, 2003.

*[signature]*
NOTARY PUBLIC
My Commission Expires:   **STEPHANIE R. HESLEN**
     **Notary Public, State of Ohio**
     **My Commission Expires** *10-5-06*

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,       )
GARY L. COTTON, CHARLES M. HEIB, JR.,   )
MARY PAMELA HEIB, JAMES P. YOUNG,       )
RITA PULLEN, EXECUTRIX OF THE ESTATE    )
OF STEPHEN R. PULLEN, DECEASED, and     )
TORRES W. WILLIAMSON, AND OTHER         )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"    )
ATTACHED HERETO AND INCORPORATED        )
FULLY HEREIN,                           )
                                        )
      PLAINTIFFS,                    )
                                        )
v.                                      )      Civil Action No. 03-C-_____
                                        )
WESTERN SOUTHERN LIFE INSURANCE         )
COMPANY, JOHN THABET,                   )      No
GEORGE CRUMP, ROGER SHINN,              )      Number
TERRY SHIRLEY, HOWARD PARKER,           )
JAMES ELIAS AND THOMAS S. RUSSELL,      )
OTHER DEFENDANT AGENTS A-Z; and         )
FICTITIOUS DEFENDANTS AA-ZZ,            )
                                        )
      DEFENDANTS.                    )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Loyal Wood_ ,

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Loyal Wood_ and I am over the age of 19 and reside at

_9 Debra Dr, Battle Creek, MI 49014_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Crystal I. Wood_

_Loyal Wood_
_Loyal Wood_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

_____
NOTARY PUBLIC
My Commission Expires: _10-1-2006_

[SEAL]

GARY E. BUSCH
NOTARY PUBLIC, CALHOUN COUNTY, MI
MY COMMISSION EXPIRES OCT. 01, 2006

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,  )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,  )
RITA PULLEN, EXECUTRIX OF THE ESTATE  )
OF STEPHEN R. PULLEN, DECEASED, and  )
TORRES W. WILLIAMSON, AND OTHER  )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"  )
ATTACHED HERETO AND INCORPORATED  )
FULLY HEREIN,  )
      )
      PLAINTIFFS,  )
      )
v.  )    Civil Action No. 03-C-1119
      )
WESTERN SOUTHERN LIFE INSURANCE  )
COMPANY, JOHN THABET,  )
GEORGE CRUMP, ROGER SHINN,  )
TERRY SHIRLEY, HOWARD PARKER,  )
JAMES ELIAS AND THOMAS S. RUSSELL,  )
OTHER DEFENDANT AGENTS A-Z;  and  )
FICTITIOUS DEFENDANTS AA-ZZ,  )
      )
      DEFENDANTS.  )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Ray Woods_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Ray Woods_ and I am over the age of 19 and reside at

_521 Shepard Street, Burlington, NC 27215_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Sondra Woods_

 

_Ray Woods_
NCD# 7246580
_Ray Woods_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _13th_ day of June, 2003.

_Dennis L. Maynard, Sr._
NOTARY PUBLIC
My Commission Expires: _28 March 2004_

[SEAL]
DENNIS L. MAYNARD SR.
Notary Public
Alamance County
State of North Carolina
My Appointment Expires 28 Mar 04.

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN, )
GARY L. COTTON, CHARLES M. HEIB, JR., )
MARY PAMELA HEIB, JAMES P. YOUNG, )
RITA PULLEN, EXECUTRIX OF THE ESTATE )
OF STEPHEN R. PULLEN, DECEASED, and )
TORRES W. WILLIAMSON, AND OTHER )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A" )
ATTACHED HERETO AND INCORPORATED )
FULLY HEREIN, )
)
    PLAINTIFFS, )
)
v. )    Civil Action No. 03-C- 1044
)
WESTERN SOUTHERN LIFE INSURANCE )
COMPANY, JOHN THABET, )
GEORGE CRUMP, ROGER SHINN, )
TERRY SHIRLEY, HOWARD PARKER, )
JAMES ELIAS AND THOMAS S. RUSSELL, )
OTHER DEFENDANT AGENTS A-Z; and )
FICTITIOUS DEFENDANTS AA-ZZ, )
)
    DEFENDANTS. )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _Kenneth Wylie, III_

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _Kenneth Wylie_ and I am over the age of 19 and reside at

_59 S Princeton Ave, Columbus, OH 43222_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia. The following person(s)

reside in the same household:

_Kathie Wylie_      _____

_____      _____

            _Kenneth Wylie, III_
            HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

        _Roger D. Lockhart_
        NOTARY PUBLIC
        My Commission Expires: _____

            **ROGER D. LOCKHART**
            Notary Public, State of Ohio
            My Commission Expires 2-4-06

[SEAL]

IN THE CIRCUIT COURT OF MASON COUNTY, WEST VIRGINIA

NINA J. BOWLES, MICHAEL B. BROWN,      )
GARY L. COTTON, CHARLES M. HEIB, JR.,  )
MARY PAMELA HEIB, JAMES P. YOUNG,      )
RITA PULLEN, EXECUTRIX OF THE ESTATE   )
OF STEPHEN R. PULLEN, DECEASED, and    )
TORRES W. WILLIAMSON, AND OTHER        )
PLAINTIFFS IDENTIFIED IN EXHIBIT "A"   )
ATTACHED HERETO AND INCORPORATED       )
FULLY HEREIN,                          )
                                       )
         PLAINTIFFS,                   )
                                       )
v.                                     )          Civil Action No. 03-C- 222
                                       )
WESTERN SOUTHERN LIFE INSURANCE        )
COMPANY, JOHN THABET,                  )
GEORGE CRUMP, ROGER  SHINN,            )
TERRY SHIRLEY, HOWARD PARKER,          )
JAMES ELIAS AND THOMAS S. RUSSELL,     )
OTHER DEFENDANT AGENTS A-Z;  and       )
FICTITIOUS DEFENDANTS AA-ZZ,           )
                                       )
         DEFENDANTS.                   )

## AFFIDAVIT

Before me, the undersigned, a Notary Public, personally appeared _HM Zimmerman, II._

who is known to me and who being first duly sworn, on oath deposes and says as follows:

My name is _HM Zimmerman, II_ and I am over the age of 19 and reside at

_142 Taylor Rd, Dunbar WV 25064_

I am a Plaintiff in the above styled action pending in Mason County, West Virginia.  The following person(s)

reside in the same household:

_Linda D. Zimmerman_                    _____

_____                     _____

_HM Zimmerman, II_
_HM Zimmerman II_
HEAD OF HOUSEHOLD

Sworn to and Subscribed before me on this the _16_ day of June, 2003.

_Joyce L. Collet_
NOTARY PUBLIC
My Commission Expires: _7-29-2008_

OFFICIAL SEAL
NOTARY PUBLIC, STATE OF WEST VIRGINIA
JOYCE L. COLLET
186 WESTMINISTER DRIVE
CULLODEN, WEST VIRGINIA  25510
MY COMMISSION EXPIRES 07 - 29 - 2008